# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC. <br><br> *Plaintiff(s)* <br> v. <br> RETREAVER, INC., and DOES 1-5, inclusive <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-6814-DSF-KS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RETREAVER, INC.
340 Brannan St
San Francisco, CA 94107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc E. Hankin
HANKIN PATENT LAW, APC
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/07/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-6814-DSF-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Stanislav Pavlovsky, CRO**
was received by me on *(date)* **Aug 11 2019**.

☒ I personally served the summons on the individual at *(place)* **Marriott Marquis 1535 Broadway New York, NY, 10036** on *(date)* **Aug 11 2019 2:50pm**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Stanislav Pavlovsky, CRO**, who is designated by law to accept service of process on behalf of *(name of organization)* **Acquisition Management Inc.** on *(date)* **Aug 11 2019 2:50pm**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **Aug 13 2019**

*Server's signature*

**Benjamin Okumura**
*Printed name and title*

**411 Walnut St #11767 Green Cove Springs, FL 32043**
*Server's address*

Additional information regarding attempted service, etc:
Served during Affiliate Summit East 2019, a Trade Show, at the Broadway lounge in the Marriott Marquis while actively working and wearing a tradeshow badge with his name on it. Individual had just finished a meeting with other attendees.