Marc E. Hankin (SBN: 170505)
Marc@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Tel: (310) 979-3600; Fax: (310) 979-3603

Attorneys for Plaintiff,
**ACQUISITION MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-CV-06814 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> **Date of Service: 8/11/2019** <br> **Current Response Due: 9/3/2019** <br> **New Response Deadline: 10/3/2019** |

  Pursuant to Local Rule 8-3, Plaintiff Acquisition Management, Inc., ("Plaintiff") and Defendant Retreaver, Inc. ("Defendant") hereby stipulate to a thirty (30) day extension of time within which Defendant must respond to Plaintiff's Complaint, from September 3, 2019 to and including, October 3, 2019, pursuant to Local Rule 8-3.

  Defendant has neither sought nor obtained any prior extension of the time within which to file Defendant's Response to the Complaint in this Action.

  No hearing date, discovery cut-off date, last day for hearing motions, pretrial conference, or trial date has been set.

Defendant has been diligent in investigating Plaintiff's claims and its possible defenses, and the requested extension is consistent with L.R. 8-3 allowing Defendant an initial extension of time to respond of not more than thirty (30) days. No prejudice to any party will result from the parties' stipulated extension.

Good cause exists for granting this extension as follows: Defendant and Plaintiff are actively exploring a resolution of this matter.

Local Rule 5-4.3.4 Attestation: I, Anooj Patel, attest that all other signatories listed below concur in and have authorized this filing.

Respectfully Submitted,

| Dated: August 27, 2019 | Dated: August 27, 2019 |
|---|---|
| **GREENBERG TRAURIG, LLP** | **HANKIN PATENT LAW, APC** |
| By: <u>/s/ Nina D. Boyajian</u> | By: <u>/Marc E. Hankin/</u> |
| Nina D. Boyajian | Marc E. Hankin |
| Attorneys for Defendant, | Attorneys for Plaintiff, |
| **RETREAVER, INC.** | **ACQUISITION MANAGEMENT, INC.** |

ACTIVE 45492373v2

2