Marc E. Hankin (SBN: 170505)
Marc@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Tel: (310) 979-3600; Fax: (310) 979-3603

Attorneys for Plaintiff,
**ACQUISITION MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RETREAVER, INC., and DOES 1-5, inclusive,<br><br>Defendants. | CASE No. 2:19-CV-06814<br><br>**DECLARATION OF ANOOJ PATEL IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

## Declaration of Anooj Patel

I, Anooj Patel, declare:

1. I am an attorney in the law firm of Hankin Patent Law, APC, counsel of record for Plaintiff Acquisition Management, Inc. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this declaration in support of the parties' Stipulation to Extend Time to Respond to Complaint by Not More Than Thirty (30) Days (L.R. 8-3).

2. Defendant Retreaver, Inc. was served on August 11, 2019.

3. Defendant's response to the Complaint is due September 3, 2019.

4. Defendant has neither sought nor obtained any prior extension of the time within which to file a response to the Complaint in this Action.

5. No hearing date, discovery cut-off date, last day for hearing motions, pretrial conference, or trial date has been set.

6. The parties have stipulated to a thirty (30) day extension for Defendant to respond to the Complaint. This extension is consistent with L.R. 8-3, which allows the parties to stipulate to an initial extension of time for Defendant to respond of not more than thirty (30) days. Because no other deadlines are currently set, no party will be prejudiced by the requested stipulation.

7. Good cause exists to grant this extension because the parties are actively exploring a resolution of this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 27, 2019 at San Leandro, California.

 _/Anooj Patel/_
Anooj Patel