**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-CV-06814 <br><br> [Proposed] <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> **Date of Service: 8/11/2019** <br> **Current Response Due: 9/3/2019** <br> **New Response Deadline: 10/3/2019** |

The Court, having considered Plaintiff Acquisition Management, Inc., ("Plaintiff") and Defendant Retreaver, Inc.'s ("Defendant") Stipulation to Extend Time within which Defendant must Respond to Plaintiff's Complaint by thirty (30) days, from September 3, 2019 to and including, October 3, 2019, pursuant to Local Rule 8-3, and finding good cause therfor,

**IT IS HEREBY ORDERED** that the time within which Defendant must Respond to Plaintiff's Complaint is hereby extended by thirty (30) days, from September 3, 2019 to and including, October 3, 2019, pursuant to Local Rule 8-3.

DATED:_____     _____
                                                                           Dale S. Fischer
                                                                           United States District Judge

1