UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RETREAVER, INC., and DOES 1-5, inclusive,<br><br>　　　　Defendants. | CASE No. 2:19-CV-06814 DSF<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Date of Service: 8/11/2019**<br>**Current Response Due: 9/3/2019**<br>**New Response Deadline: 10/3/2019** |

　　The Court, having considered Plaintiff Acquisition Management, Inc., ("Plaintiff") and Defendant Retreaver, Inc.'s ("Defendant") Stipulation to Extend Time within which Defendant must Respond to Plaintiff's Complaint by thirty (30) days, from September 3, 2019 to and including, October 3, 2019, pursuant to Local Rule 8-3, and finding good cause therfor,

　　**IT IS HEREBY ORDERED** that the time within which Defendant must Respond to Plaintiff's Complaint is hereby extended by thirty (30) days, from September 3, 2019 to and including, October 3, 2019, pursuant to Local Rule 8-3.

　　IT IS SO ORDERED.

DATED: August 28, 2019

　　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE