Marc E. Hankin (SBN: 170505)
Marc@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Tel: (310) 979-3600; Fax: (310) 979-3603

Attorneys for Plaintiff,
**ACQUISITION MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RETREAVER, INC., and DOES 1-5, inclusive,<br><br>Defendants. | CASE No. 2:19-CV-06814-DSF-KS<br><br>**STIPULATION TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(a)(2)**<br><br>**Date of Personal Service: 8/11/2019<br>Initial Response Was Due: 9/3/2019<br>Extended Response Deadline: 10/3/2019<br>Deadline To File Amendment: 10/24/2019** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Acquisition Management, Inc., ("Plaintiff") and Defendant Retreaver, Inc. ("Defendant") hereby stipulate that Plaintiff be allowed to file an Amended Complaint by October 24, 2019, to which Defendant shall file a Response within twenty-one (21) days thereafter.

No hearing date, discovery cut-off date, last day for hearing motions, pretrial conference, or trial date has been set.

Good cause exists for granting this Stipulation as follows:

Upon Defendant's investigation of Plaintiff's claims, Defendant requested that counsel for the Parties Meet & Confer pursuant to Local Rule 7-3 to discuss

1  the possibility of Defendant filing a Motion to Dismiss for Lack of Personal
2  Jurisdiction and Failure to State a Claim.  The Parties discussed the issues in good
3  faith, whereupon Plaintiff's counsel advised that it had additional evidence that it
4  contended established personal jurisdiction over Defendant.  In response,
5  Defendant stated that the Motion to Dismiss for Lack of Personal Jurisdiction may
6  be unnecessary if Plaintiff were to plead additional facts in an Amended Complaint
7  sufficient to establish that this Court has Personal Jurisdiction over Defendant.

8  Accordingly, the Parties have agreed that Plaintiff would investigate the
9  facts currently available to it and then file a First Amended Complaint including
10 the specific facts and evidence in Plaintiff's possession regarding Personal
11 Jurisdiction of Defendant.

12 Plaintiff is continuing to marshal facts and evidence that are available to
13 Plaintiff that establish that this Court should exercise Personal Jurisdiction over
14 the Defendant based upon Defendant's contacts with the United States, California,
15 and this District. Therefore, Plaintiff will need up to as long as three (3) weeks to
16 prepare and file its First Amended Complaint.  Plaintiff will not delay.

17
18   Local Rule 5-4.3.4 Attestation: I, Marc E. Hankin, attest that all other signatories listed below concur in and have authorized this filing.
19
20   Respectfully Submitted,
21
22 Dated: October 2, 2019                         Dated: October 2, 2019
23 **GREENBERG TRAURIG, LLP**              **HANKIN PATENT LAW, APC**
24
25 By:  /s/ Nina D. Boyajian                     By:  /Marc E. Hankin/
26      Nina D. Boyajian                              Marc E. Hankin
27 Attorneys for Defendant,                      Attorneys for Plaintiff,
28 **RETREAVER, INC.**                           **ACQUISITION MANAGEMENT,**

ACTIVE 46170462v1                    2
STIPULATION TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(a)(2)

1                                            **INC.**



*ACTIVE 46170462v1*         3

STIPULATION TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(a)(2)