Marc E. Hankin (SBN: 170505)
Marc@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA  90025
Tel: (310) 979-3600; Fax: (310) 979-3603

Attorneys for Plaintiff,
**ACQUISITION MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-CV-06814-DFS-KS <br><br> **DECLARATION OF ANOOJ PATEL IN SUPPORT OF STIPULATION TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(a)(2)** |

### Declaration of Anooj Patel

I, Anooj Patel, declare:

1. I am an attorney in the law firm of Hankin Patent Law, APC, counsel of record for Plaintiff Acquisition Management, Inc. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this declaration in support of the parties' Stipulation To File Amended Complaint Pursuant To Fed. R. Civ. P. Rule 15(a)(2).

2. Defendant Retreaver, Inc. was personally served on August 11, 2019.

3. Defendant's response to the Complaint was due September 3, 2019.

1

4.      Defendant indicated that it required additional time to investigate the claims raised in the Complaint, so the Parties Stipulated to an Extension of Time to Answer the Complaint by thirty (30) days, and the Court Granted said Stipulation.

5.      Defendant requested that counsel for the Parties Meet & Confer pursuant to Local Rule 7-3 to discuss the possibility of Defendant filing a Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim.

6.      The Parties discussed the issues in good faith, whereupon Plaintiff's counsel advised that it had additional evidence that it contended established personal jurisdiction over Defendant. In response, Defendant stated that the Motion to Dismiss for Lack of Personal Jurisdiction may be unnecessary if Plaintiff were to plead additional facts in an Amended Complaint sufficient to establish that this Court has Personal Jurisdiction over Defendant.

7.      Accordingly, the Parties have agreed that Plaintiff would investigate the facts currently available to it and then file a First Amended Complaint including the specific facts and evidence in Plaintiff's possession regarding Personal Jurisdiction of Defendant.

8.      Plaintiff is continuing to marshal facts and evidence available to Plaintiff that establish that this Court should exercise Personal Jurisdiction over Defendant. Therefore, Plaintiff will need up to three (3) weeks at this time to prepare its First Amended Complaint. Plaintiff will not delay.

9.      No hearing date, discovery cut-off date, last day for hearing motions, pretrial conference, or trial date has been set.

10.     The Parties have stipulated that Plaintiff shall file an Amended Complaint by October 24, 2019, to which Defendant shall file a Response within twenty-one (21) days thereafter.  Because no other deadlines are currently set, no party will be prejudiced by the requested Stipulation and Order.

2

DECLARATION OF ANOOJ PATEL IN SUPPORT OF STIPULATION TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(A)(2)

1    11.    Good cause exists to grant this extension because allowing Plaintiff
2 to Amend the Complaint may expedite the Litigation and prevent unnecessary
3 Motion Practice.
4    I declare under penalty of perjury of the laws of the United States of America
5 that the foregoing is true and correct and that this declaration was executed on
6 October 2, 2019 at San Leandro, California.

            _/Anooj Patel/_
            Anooj Patel

3