**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-CV-06814-DFS-KS <br><br> **ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15(a)(2)** <br><br> **Date of Personal Service: 8/11/2019** <br> **Initial Response Was Due: 9/3/2019** <br> **Extended Response Deadline: 10/3/2019** <br> **Deadline To File Amendment: 10/24/2019** |

The Court, having considered Plaintiff Acquisition Management, Inc., ("Plaintiff") and Defendant Retreaver, Inc.'s ("Defendant") Stipulation To File Amended Complaint Pursuant To Fed. R. Civ. P. Rule 15(a)(2), and finding good cause therefor,

**IT IS HEREBY ORDERED** that Plaintiff shall file an Amended Complaint by not later than October 24, 2019, to which Defendant shall file a Response within twenty-one (21) days thereafter.

DATED: October 4, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE