GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE NO.:  2:19-cv-06814-DSF-KS <br><br> **DEFENDANT RETREAVER, INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 7.1-1 NOTICE OF INTERESTED PARTIES** <br><br> [*Submitted without waiver of Defendant Retreaver, Inc.'s objections to personal jurisdiction before the Court*] <br><br> Hon. Dale S. Fischer <br><br> Action Filed:  August 6, 2019 |

Without waiver of its objections to the Court's personal jurisdiction over Defendant Retreaver, Inc. ("Retreaver"), the undersigned, counsel of record for Retreaver, submits the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that its parent company is Retreaver Holdings International Inc.

Pursuant to Civil Local Rule 7.1-1, the undersigned certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Acquisition Management, Inc., Plaintiff
2. Retreaver, Inc., Defendant
3. Retreaver Holdings International Inc., parent company of Defendant

Dated:  October 24, 2019                Respectfully submitted,

GREENBERG TRAURIG, LLP


By:  */s/ Nina D. Boyajian*
       Nina D. Boyajian
       Attorneys for Defendant Retreaver, Inc.