1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12
13  ACQUISITION MANAGEMENT, INC.,
14         Plaintiff,
15  vs.
16  RETREAVER, INC., and DOES 1-5,
17  inclusive,
18         Defendants.

Case No.: 2:19-CV-06814-DFS-KS

[Proposed]

**ORDER GRANTING PLAINTIFF ACQUISITION MANAGEMENT, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF AND EXHIBITS TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

19
20
21
22
23
24
25
26
27
28

Having considered Acquisition Management, Inc.'s Application for Leave to File Under Seal Certain Portions of and Exhibits to Plaintiff's First Amended Complaint, and the Declaration of Marc E. Hankin submitted in support thereof, and compelling reasons having been shown, it is ORDERED that the following documents are HEREBY SEALED:

| Document to be Sealed | Portion to be Sealed |
|---|---|
| First Amended Complaint | The following portions including allegedly Defamatory Statements made by Defendant Paragraphs 33-77 and 110; Exhibit G |

**IT IS SO ORDERED**.

DATED: _____

United States District Judge