

| retreaver | |
|---|---|



About 18,400 results (0.55 seconds)

### Retreaver: Call Tracking For Inbound Calls
https://retreaver.com ▼

**Retreaver's** inbound call tracking allows you to analyze inbound calls and drive higher conversions. Let's grow your revenue. Learn more from **Retreaver** today!

**Log-in**
Retreaver offers customizable call tracking, attribution and routing ...

**Blog**
Retreaver Blog. How to Evaluate Offline Conversions. Laura ...

**Pricing**
Our call tracking solutions for agencies helps maximize ...

**Software**
The Perfect Call Tracking Software To Grow Your Business ...

**About**
About Retreaver. Retreaver helps marketers & agencies gather ...

**Marketer**
Our call tracking solutions helps marketers generate more leads ...

More results from retreaver.com »

### Retreaver Reviews and Pricing - 2019 - Capterra
https://www.capterra.com › Call Tracking Software ▼
Rating: 5 - 9 reviews
Find out what users are saying about **Retreaver**. Read user **Retreaver** reviews, pricing information and what features it offers.

### Retreaver | LinkedIn
https://www.linkedin.com › company › retreaver ▼
Learn about working at **Retreaver**. Join LinkedIn today for free. See who you know at **Retreaver**, leverage your professional network, and get hired.

### Retreaver Reviews 2019: Details, Pricing, & Features | G2
https://www.g2.com › Inbound Call Tracking Software › Retreaver Reviews ▼
Filter 27 reviews by the users' company size, role or industry to find out how **Retreaver** works for a business like yours.

### Images for retreaver



→ More images for retreaver     Report images

### Retreaver Software - 2019 Reviews, Pricing & Demo
https://www.softwareadvice.com › call-center › retreaver-profile ▼
Rating: 5 - 9 reviews



See outside

**Retreaver**

Website | Directions | Save

Telecommunications service provider in San Francisco, California

**Address:** 340 Brannan St, San Francisco, CA 94107
**Phone:** (866) 898-7878

Suggest an edit · Own this business?

**Add missing information**
Add business hours

**Know this place?** Answer quick questions

**Send to your phone**

**Reviews**    Write a review    Add a photo
Be the first to review

More about Retreaver

Feedback

Results 1 - 9 of 9 - Review of **Retreaver** Software: system overview, features, price and cost information. Get free demos and compare to similar programs.

### Retreaver | AngelList
https://angel.co › company › retreaver ▾

**Retreaver** is a technology company devoted to phone call innovation. We help the world's top companies harness the power of telephony for positive customer ...

1  2  3  4  5  6  7  8  9  10        Next

Washington Manor - Bonaire, San Leandro, CA - From your places (Home) - Use precise location - Learn more

Help   Send feedback   Privacy   Terms