Marc E. Hankin (SBN 170505)
Marc@hankinpatentlaw.com
Anooj Patel (SBN 300297)
Anooj@hankinpatentlaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90024
Tel: (310) 979-3600
Fax: (310) 979-3603

Attorney for PLAINTIFF,
**ACQUISITION MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br> Plaintiff, <br> vs. <br> RETREAVER, INC., and DOES 1-5, inclusive, <br> Defendants. | Case No.: 2:19-CV-06814-DFS-KS <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I hereby certify that on October 24, 2019, I caused the following documents to be served electronically on counsel of Record for Defendant Retreaver, Inc. as follows:

1. Plaintiff's Application for Leave to File First Amended Complaint Under Seal;
2. Proposed Order Granting Plaintiff's Application for Leave to File First Amended Complaint Under Seal;
3. Declaration of Marc E. Hankin in Support of Plaintiff's Application for Leave to File First Amended Complaint Under Seal;
4. Plaintiff's Unredacted First Amended Complaint and Exhibits; and
5. Plaintiff's Redacted First Amended Complaint and Exhibits.

Respectfully Submitted,        HANKIN PATENT LAW, APC

Date: October 24, 2019         */Marc E. Hankin/*
                               Marc E. Hankin
                               Attorney for PLAINTIFF,
                               **ACQUISITION MANAGEMENT, INC.**