GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-06814-DSF-KS <br><br> **DECLARATION OF REBEKAH S. GUYON IN SUPPORT OF DEFENDANT RETREAVER, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> [*Submitted without waiver of Defendant Retreaver, Inc.'s objections to personal jurisdiction before the Court*] <br><br> Hon. Dale S. Fischer <br><br> Action Filed: August 6, 2019 |

## DECLARATION OF REBEKAH S. GUYON

I, Rebekah S. Guyon, declare and state:

1. I am an attorney with the law firm of Greenberg Traurig, LLP, counsel of record for Defendant Retreaver, Inc. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Defendant Retreaver, Inc.'s Opposition to Plaintiff's Application for Leave to File Under Seal, and without waiver of Retreaver's objections to the Court's personal jurisdiction over it.

2. At 9:44 p.m. on Wednesday, October 23, 2019, counsel for Plaintiff Acquisition Management, Inc. ("Acquisition"), Anooj Patel, sent an email to counsel for Retreaver, including me, stating "We are planning on filing the First Amended Complaint tomorrow with certain portions Under Seal in order to protect confidential information." Mr. Patel's email did not include any attachments. A true and correct copy of that email is attached as **Exhibit 1**.

3. On October 24, 2019, Mr. Patel sent counsel for Retreaver, including me, certain allegedly unredacted copies of Acquisition's First Amended Complaint and Exhibits A-G. The version of Exhibit G that Mr. Patel sent to counsel for Retreaver includes the following redactions:

    a. The complete title of the alleged call

    b. The date and time of the call

    c. Job No.

    d. Line 1 on page 2

    e. The identity of the person speaking with Stan Pavlovsky of Retreaver, throughout the transcript, including, for example, at 2:7, 11, 13, 20, etc.

    f. Part of the dialogue at 2:16, 13:24, 16:18, 20:16, 20:23, 22:11, 30:4, 30:15, 30:18

    g. Information at the end of the transcript at lines 31:13 and 31:15

4. On October 24, at 6:09 p.m., I asked Mr. Patel for an unredacted Exhibit G. He did not respond to my request. Counsel for Retreaver, Nina D. Boyajian, asked Mr. Patel for the unredacted Exhibit G again on October 25, at 2:59 p.m. Counsel for Acquisition, Marc Hankin, replied that Acquisition had "already sent" the "Confidential and Non-Confidential Version." When Ms. Boyajian informed Mr. Hankin that Exhibit G was still redacted in the "confidential version," Mr. Hankin confirmed that "[t]here are certain portions we are NOT submitting to the Court at all." Mr. Boyajian asked counsel for Acquisition why material was redacted from the copy of Exhibit G provided to counsel of record and to the Court. Neither Mr. Hankin nor any other counsel for Acquisition responded to Ms. Boyajian's email. A true and correct copy of the emails described in this paragraph, on which I was copied, are attached as **Exhibit 2**.

5. On October 28, 2019, I again asked counsel for Acquisition for the unredacted Exhibit G. As of the date of this Declaration, counsel for Acquisition has not responded to my request. A true and correct copy of the email described in this paragraph is attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed October 29, 2019 at Los Angeles, California.

REBEKAH S. GUYON

# EXHIBIT 1

**Guyon, Rebekah S. (Assoc-LA-LT)**

| | |
|---|---|
| **From:** | Anooj Patel <anooj@hankinpatentlaw.com> |
| **Sent:** | Wednesday, October 23, 2019 9:44 PM |
| **To:** | Guyon, Rebekah S. (Assoc-LA-LT); Boyajian, Nina D. (Shld-LA-LT); Rivera, Ana (Secy-LA-LT) |
| **Cc:** | Court Filing; Marc E. Hankin |
| **Subject:** | RE: Acquisition Management, Inc. v. Retreaver |
| **Follow Up Flag:** | FollowUp |
| **Flag Status:** | Flagged |

Dear Counsel,

We are planning on filing the First Amended Complaint tomorrow with certain portions Under Seal in order to protect confidential information.

Sincerely,

Anooj Patel
Registered Patent Attorney
Hankin Patent Law, A.P.C.
Bay Area - Los Angeles - Orange County
p: 310-979-3607
f: 310-979-3603

# EXHIBIT 2

**Guyon, Rebekah S. (Assoc-LA-LT)**
___

| | |
|---|---|
| **From:** | Boyajian, Nina D. (Shld-LA-LT) |
| **Sent:** | Friday, October 25, 2019 3:12 PM |
| **To:** | Marc E. Hankin |
| **Cc:** | Guyon, Rebekah S. (Assoc-LA-LT); Anooj Patel; LALitDock; Rivera, Ana (Secy-LA-LT); Sharifi, Haleh (Secy-LA-LT); Court Filing; Kevin Schraven |
| **Subject:** | RE: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING |

To confirm – and apologies if the confusion is on my part – the confidential document that is filed under seal is supposed to have redactions on it, including, among other things to date, time, and speaker? On what basis are these redactions made and maintained? Happy to discuss live if that would be easier.

**From:** Marc E. Hankin [mailto:Marc@hankinpatentlaw.com]
**Sent:** Friday, October 25, 2019 3:04 PM
**To:** Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>
**Cc:** Guyon, Rebekah S. (Assoc-LA-LT) <guyonr@gtlaw.com>; Anooj Patel <anooj@hankinpatentlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** Re: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

There are certain portions that we are NOT submitting to the Court at all.

Everything that we are submitting has been sent to you previously.


> On Oct 25, 2019, at 3:02 PM, "BoyajianN@gtlaw.com" <BoyajianN@gtlaw.com> wrote:
>
> Hi Marc, thanks for the quick response, but the confidential version is still redacted.
>
> **From:** Marc E. Hankin [mailto:Marc@hankinpatentlaw.com]
> **Sent:** Friday, October 25, 2019 3:01 PM
> **To:** Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>
> **Cc:** Guyon, Rebekah S. (Assoc-LA-LT) <guyonr@gtlaw.com>; Anooj Patel <anooj@hankinpatentlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
> **Subject:** Re: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING
>
> Nina,
>
> We already sent you the Confidential Version and the Non-Confidential Version.
>
> Have a great weekend,
> Marc

On Oct 25, 2019, at 2:59 PM, "BoyajianN@gtlaw.com" <BoyajianN@gtlaw.com> wrote:

Anooj, we have not received the unredacted Exhibit G. Please circulate at your earliest convenience. Thanks, Nina

**From:** Guyon, Rebekah S. (Assoc-LA-LT)
**Sent:** Thursday, October 24, 2019 6:09 PM
**To:** Anooj Patel <anooj@hankinpatentlaw.com>; Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>
**Cc:** Marc E. Hankin <Marc@hankinpatentlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** RE: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

Thanks, Anooj. I see some redactions in Exhibit G. Please send the unredacted version.

**Rebekah S. Guyon**
Associate

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7716   |   F +1 310.586.0225
guyonr@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

<image001.png>

**From:** Anooj Patel [mailto:anooj@hankinpatentlaw.com]
**Sent:** Thursday, October 24, 2019 5:59 PM
**To:** Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Guyon, Rebekah S. (Assoc-LA-LT) <guyonr@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>
**Cc:** Marc E. Hankin <Marc@hankinpatentlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

**\*EXTERNAL TO GT\***

Dear Counsel,

Please see the attached documents.

Sincerely,

Anooj Patel
Registered Patent Attorney
Hankin Patent Law, A.P.C.
Bay Area - Los Angeles - Orange County
p: 310-979-3607

f: 310-979-3603

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# EXHIBIT 3

**Guyon, Rebekah S. (Assoc-LA-LT)**

| | |
|---|---|
| **From:** | Guyon, Rebekah S. (Assoc-LA-LT) |
| **Sent:** | Monday, October 28, 2019 3:23 PM |
| **To:** | 'Marc E. Hankin'; Boyajian, Nina D. (Shld-LA-LT) |
| **Cc:** | Anooj Patel; LALitDock; Rivera, Ana (Secy-LA-LT); Sharifi, Haleh (Secy-LA-LT); Court Filing; Kevin Schraven |
| **Subject:** | RE: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING |

Marc,

I am following up on our request for the unredacted Exhibit G. For us to prepare our response to the complaint, we need to see the complete exhibit. Will you be sending this to us?

Thank you,

**Rebekah S. Guyon**
Associate

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7716  |  F +1 310.586.0225
guyonr@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

**From:** Marc E. Hankin [mailto:Marc@hankinpatentlaw.com]
**Sent:** Friday, October 25, 2019 3:04 PM
**To:** Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>
**Cc:** Guyon, Rebekah S. (Assoc-LA-LT) <guyonr@gtlaw.com>; Anooj Patel <anooj@hankinpatentlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** Re: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

There are certain portions that we are NOT submitting to the Court at all.

Everything that we are submitting has been sent to you previously.


> On Oct 25, 2019, at 3:02 PM, "BoyajianN@gtlaw.com" <BoyajianN@gtlaw.com> wrote:
>
> Hi Marc, thanks for the quick response, but the confidential version is still redacted.
>
>> **From:** Marc E. Hankin [mailto:Marc@hankinpatentlaw.com]
>> **Sent:** Friday, October 25, 2019 3:01 PM
>> **To:** Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>
>> **Cc:** Guyon, Rebekah S. (Assoc-LA-LT) <guyonr@gtlaw.com>; Anooj Patel <anooj@hankinpatentlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>; Court Filing

<courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** Re: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

Nina,

We already sent you the Confidential Version and the Non-Confidential Version.

Have a great weekend,
Marc

On Oct 25, 2019, at 2:59 PM, "BoyajianN@gtlaw.com" <BoyajianN@gtlaw.com> wrote:

Anooj, we have not received the unredacted Exhibit G. Please circulate at your earliest convenience. Thanks, Nina

**From:** Guyon, Rebekah S. (Assoc-LA-LT)
**Sent:** Thursday, October 24, 2019 6:09 PM
**To:** Anooj Patel <anooj@hankinpatentlaw.com>; Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>
**Cc:** Marc E. Hankin <Marc@hankinpatentlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** RE: Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

Thanks, Anooj. I see some redactions in Exhibit G. Please send the unredacted version.

**Rebekah S. Guyon**
Associate

Greenberg Traurig, LLP
1840 Century Park East
Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7716   |   F +1 310.586.0225
guyonr@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

<image001.png>

**From:** Anooj Patel [mailto:anooj@hankinpatentlaw.com]
**Sent:** Thursday, October 24, 2019 5:59 PM
**To:** Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>; LALitDock <LALitDock@GTLAW.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>; Guyon, Rebekah S. (Assoc-LA-LT) <guyonr@gtlaw.com>; Sharifi, Haleh (Secy-LA-LT) <sharifih@gtlaw.com>
**Cc:** Marc E. Hankin <Marc@hankinpatentlaw.com>; Court Filing <courtfiling@hankinpatentlaw.com>; Kevin Schraven <Kevin@hankinpatentlaw.com>
**Subject:** Acquisition v. Retreaver - First Amended Complaint - UNDER SEAL FILING

**\*EXTERNAL TO GT\***

Dear Counsel,

Please see the attached documents.

Sincerely,

Anooj Patel
Registered Patent Attorney
Hankin Patent Law, A.P.C.
Bay Area - Los Angeles - Orange County
p: 310-979-3607
f: 310-979-3603

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.