# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br>     Plaintiff, <br><br>           v. <br><br> RETREAVER, INC., <br>     Defendant. | CV 19-6814 DSF (KSx) <br><br> Order DENYING Application for Leave to File Under Seal (Dkt. No. 19) |

    Plaintiff has filed an application to seal certain material in its First Amended Complaint. Specifically, it seeks to seal the allegedly defamatory statements pleaded in support of its defamation claim.

    Whether a good cause or compelling reasons standard applies, the material should not be sealed.[1] The allegedly defamatory statements amount to the entire substance of the defamation claim. Sealing the content of the statements essentially blocks the entire substance of the litigation of the defamation claim from public view.

    There may be situations where allegedly defamatory statements are so personal or harmful that they should be sealed, at least pending resolution of the case. But this is a fairly run-of-the-mill business versus business dispute where one company is alleged to have defamed another's products and business practices. If the statements in this case were entitled to be kept sealed then the statements in *any* defamation case could be sealed. The statements may or may not be

---

[1] That the parties agree or prefer that a document be sealed does not satisfy either test.

defamatory, but they are not so harmful or prejudicial that the Court should bar the general right of the public to see the workings of the courts.

The application to seal is DENIED. If Plaintiff wishes to file this proposed amended complaint, it must file the document for public view.

IT IS SO ORDERED.

Date: October 29, 2019

*Dale S. Fischer*
Dale S. Fischer
United States District Judge