https://retreaver.com/tos   Go   JUN JUN JUL   07   2016 2019 2020
2 captures
26 Jun 2016 - 7 Jun 2019
About this capture



# TERMS OF SERVICE

## Retreaver Terms Of Service

**Last modified:** July 14, 2016

## Welcome to Retreaver

Thanks for accessing our website, viewing our content, and using our products and services (together, the "**Services**"). The Services are provided by Retreaver, Inc. ("**Retreaver**"), located at 163 Spadina Ave, 2nd Floor, Toronto, ON M5V 2L6, Canada.

By using the Services, you are agreeing to these Terms of Service, our Privacy Policy, and our Copyright Policy. Please read them carefully. If you do not agree to these Terms of Service, our Privacy Policy, or our Copyright Policy, you may not use the Services.

We may modify these Terms of Service from time to time as the Services change, as applicable law changes, or for any other reason. All modifications to these Terms of Service are effective immediately when posted. If you do not agree to the modified Terms of Service, you may not use the Services.

The Services are offered to users who are 18 years of age or older. If you are under the age of 18 you

You must either: enter into a separate agreement with us describing the specific terms and conditions of the Services to be provided to you, or complete the registration process made available to you by us. When using the Services, you shall be subject to any posted guidelines, rules, or licenses. Such guidelines, rules, or licenses may contain terms and conditions in addition to those described in this Terms of Service.

You may be required to setup a Retreaver account to use the Services. You acknowledge that your account is personal to you and agree not to provide any other person with access to the Services using your username and password. You are responsible for the quality and integrity of the data in your account. You agree to notify us immediately of any unauthorized access to or use of your username or password or any other breach of security.

You agree to obtain consent from all parties that you are interfacing to.

You agree not to do the following:

- Use the Services in any way that violates any applicable law or regulation, including laws and regulations regarding the transmission of data or software.
- Engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Services, or which, as determined by us, may harm the Company or any third party or expose them to liability, damages, or danger.
- Use the Services in any manner that could disable, overburden, damage, or limit our ability to provide the Services.
- Use any robot, spider or other automatic device, process or means to access the Services for any purpose, including monitoring or copying any of the material on the Services, except via published APIs.
- Use any manual process to monitor or copy any of the material on the Services or for any other unauthorized purpose without our prior written consent.
- Attempt to interfere with the proper working of the Services.
- Use the Services to encourage any illegal, abusive, or other activities that interfere with the business or activities of Retreaver.
- Reverse-engineer the Services in order to find limitations, vulnerabilities, or evade filtering capabilities.
- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Services, or any server, computer or database connected to the Services.
- Use the Services in any manner that violates: industry standards; any third party policies including all of the applicable guidelines published by the CTIA, the Mobile Marketing Association, or any other accepted industry associations, carrier guidelines (or any similar or analogous industry standards, third party policies or requirements in any other jurisdiction), or requirements that Retreaver may communicate to its Customers including any usage requirements.

- Use the Services to engage in or in connection with fraudulent activity.
- Use the Services to receive, send or otherwise process Protected Health Information as defined by the Health Insurance Portability and Accountability Act of 1996 as amended, unless you have signed a Business Associate Agreement with Retreaver or your use of the Services fits within the "conduit" or some other exception for requiring a Business Associate Agreement.
- Take any action to participate in, encourage, or promote any activity prohibited under this Terms of Service.
- Use the Services to transmit any material that infringes the intellectual property rights or other rights of third parties.
- Use the Services to transmit any material that is libelous, defamatory, discriminatory, or otherwise malicious or harmful to any person or entity.
- Use the Services, or any component of the Services, in any manner not authorized by Retreaver.

You will take all reasonable precautions to prevent unauthorized access to or use of the Services and notify Retreaver promptly of any such unauthorized access or use.

We reserve the right to change or stop providing the Services at any time. We will not be liable if for any reason all or any part of the Services are unavailable at any time or for any period.

We have the right to disable your use of the Services, at any time for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Service. We reserve the right to discontinue, temporarily or permanently, any or all of the Services to you, including by shutting down phone numbers, at any time, provided we will make reasonable efforts to notify you within 24 hours of doing so. We shall not be liable to you or any third-party for any termination of your access to the Services except as specifically set forth in this Terms of Service.

## Fees

We will charge you fees in accordance with the terms of either: a separate agreement or the registration process you complete. Unless otherwise stated, all fees are quoted in U.S. dollars. You are responsible for paying all fees associated with using the Services and all applicable taxes. We are happy to give refunds on deposited amounts that are not used for the Services.

In the event that your usage of the Services exceeds the amount you deposited or you fail to pay the amounts due, Retreaver will be entitled to suspend the Services including deleting your telephone number without prior notice. Retreaver will not have any liability whatsoever for any damage, liabilities, losses (including any loss of data or profits) or any other consequences that you may incur with respect to any suspension of the Services pursuant to this Section.

## Service Outages

Such independent services interruptions may include, but are not limited to:

- Power outages;
- Internet Service Provider outages;
- Telecommunications services provider outages;
- Outages due to suspension of your account; and
- Outages due to your failure to maintain the services used in conjunction with the Services.

## Intellectual Property Rights

The Services are owned by Retreaver, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

Retreaver, the Retreaver logo, and all related names, logos, product and service names, designs and slogans are trademarks of Retreaver or its affiliates or licensors. You may not use such marks without Retreaver's prior written permission. All other names, logos, product and service names, designs and slogans included in the Services are the trademarks of their respective owners.

You hereby grant Retreaver a royalty-free, nonexclusive, limited license to use your name and logo on the Retreaver website or in other public relations materials so that we can include you as a customer of Retreaver. You may terminate such authorized use upon 30 days written notice.

## Reliance on Information Posted

Any information contained in the Services is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other user of the Services, or by anyone who may be informed of any of its contents.

## Disclaimer of Warranties

**YOUR USE OF THE SERVICES IS AT YOUR OWN RISK. THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER RETREAVER NOR ANY PERSON ASSOCIATED WITH RETREAVER MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY OR AVAILABILITY OF THE SERVICES. WITHOUT LIMITING THE FOREGOING, NEITHER RETREAVER NOR ANYONE ASSOCIATED WITH RETREAVER REPRESENTS THAT THE SERVICES WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE SERVICES ARE FREE OF VIRUSES OR OTHER HARMFUL**

https://retreaver.com/tos            Go      JUN  JUN  JUL
                                                  ◀ 07 ▶
2 captures                                      2016 2019 2020
26 Jun 2016 - 7 Jun 2019                              ▼ About this capture

## Limitation on Liability

WHEN PERMITTED BY LAW, RETREAVER, ITS AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS WILL NOT BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE SERVICES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES.

## Compliance with Laws

If you are using the Services for telemarketing or similarly regulated purposes, then you are directly and solely responsible for compliance with applicable laws, including without limitation for filing, subscribing, or holding appropriate regulatory compliance documentation as required by competent jurisdictions and/or the purchase of access to any do-not-call lists and the like.

You agree to familiarize yourself with and abide by all applicable local, state, national and international laws and regulations and you are solely responsible for all acts or omissions that occur under their account, including without limitation the content of the phone calls and messages transmitted through the Services.

## Indemnification

You agree to defend, indemnify and hold harmless Retreaver, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Service or your use of the Services.

## Governing Law and Jurisdiction

The laws of the state of Delaware, without giving effect to its principles of conflicts of law, govern all adversarial proceedings arising out of these Terms of Service and your use of the Services.

Any legal suit, action or proceeding arising out of, or related to, these Terms of Service or your use of the Services must be instituted exclusively in in the United States District Court for the District of Colorado or in any state court of Colorado sitting in Denver, and each party hereby submits to the exclusive jurisdiction of those courts for purposes of any such proceeding.

## Limitation on Time to File Claims

**RETREAVER**

If any provision of these Terms of Service is held to be unenforceable, then that provision will be modified to the minimum extent necessary to make it enforceable, unless that modification is not permitted by law, in which case that provision will be disregarded.

## Entire Agreement

The Terms of Service, our Privacy Policy, and our Copyright Policy constitute the entire understanding between you and Retreaver with respect to the Services and supersedes all other agreements, whether written and oral, between you and Retreaver.

## Your Comments and Concerns

All notices of copyright infringement claims should be sent to the copyright agent designated in our Copyright Policy.

All communications relating to the Services should be directed to: support@retreaver.com.



Call us at (866) 898-7878! Retreaver is an easy to use call tracking and intelligent call routing platform.

MADE IN TORONTO, CANADA

**RETREAVER**
Home
Software
Pricing
About

**RESOURCES**
Support Center
Start Demo
Create Account
Blog

**LEGAL**
Terms of Service
Privacy Policy
Copyright

Ex. B, Pg. 27