

# TERMS OF SERVICE

## Retreaver Terms Of Service

**Last modified:** September 7, 2019

## Welcome to Retreaver

Thanks for accessing our website, viewing our content, and using our products and services (together, the "**Services**"). The Services are provided by Retreaver, Inc. ("**Retreaver**"), located at 163 Spadina Ave, 2nd Floor, Toronto, Ontario, M5V 2L6, Canada.

By using the Services, you are agreeing to these Terms of Service, our Privacy Policy, and our Copyright Policy. Please read them carefully. If you do not agree to these Terms of Service, our Privacy Policy, and our Copyright Policy, you may not use the Services.

We may modify these Terms of Service from time to time as the Services change, as applicable law changes, or for any other reason. All modifications to these Terms of Service are effective immediately when posted. If you do not agree to the modified Terms of Service, you may not use the Services.

The Services are offered to users who are 18 years of age or older. If you are under the age of 18 you may not use the Services.

If you have any questions, you can reach the Retreaver team at https://retreaver.com/contact.

## Using the Services

using the Services, you shall be subject to any posted guidelines, rules, or licenses. Such guidelines, rules, or licenses may contain terms and conditions in addition to those described in these Terms of Service.

You may be required to set up a Retreaver account to use the Services. You acknowledge that your account is personal to you and agree not to provide any other person with access to the Services using your username and password. You are responsible for the quality and integrity of the data in your account. You agree to notify us immediately of any unauthorized access to or use of your username or password or any other breach of security.

You agree to obtain consent from all parties that you are interfacing to.

You agree not to do the following:

- Use the Services in any way that violates any applicable law or regulation, including laws and regulations regarding the transmission of data or software.
- Engage in any other conduct that restricts or inhibits anyone's use or enjoyment of the Services, or which, as determined by us, may harm Retreaver or any third party or expose them to liability, damages, or danger.
- Use the Services in any manner that could disable, overburden, damage, or limit our ability to provide the Services.
- Use any robot, spider or other automatic device, process or means to access the Services for any purpose, including monitoring or copying any of the material on the Services, except via published APIs.
- Use any manual process to monitor or copy any of the material on the Services or for any other unauthorized purpose without our prior written consent.
- Attempt to interfere with the proper working of the Services.
- Use the Services to encourage any illegal, abusive, or other activities that interfere with the business or activities of Retreaver, or otherwise subject Retreaver to regulatory or other legal issues.
- Reverse-engineer the Services in order to find limitations, vulnerabilities, or evade filtering capabilities.
- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Services, or any server, computer or database connected to the Services.
- Use the Services in any manner that violates: industry standards; any third party policies including all of the applicable guidelines published by the CTIA, the Mobile Marketing Association, or any other accepted industry associations, carrier guidelines (or any similar or analogous industry standards, third party policies or requirements in any other jurisdiction), or requirements that Retreaver may communicate to its customers including any usage requirements.
- Engage in any unsolicited advertising, marketing or other activities, including any activities that violate anti-spam laws and regulations including the CAN SPAM Act of 2003, the Telephone Consumer Protection Act, and the Do-Not-Call Implementation Act (or any similar or analogous anti-spam, data protection, or privacy legislation in any jurisdiction).
- Use the Services in connection with any unsolicited or harassing messages (commercial or otherwise) including unsolicited or unwanted phone calls, SMS or text messages, voice mail, or faxes.
- Use the Services to engage in or in connection with fraudulent activity.
- Use the Services to receive, send or otherwise process Protected Health Information as defined by the Health Insurance Portability and Accountability Act of 1996 as amended, unless you have signed a

RETREAVER

- Take any action to participate in, encourage, or promote any activity prohibited under this Terms of Service.
- Use the Services to transmit any material that infringes the intellectual property rights or other rights of third parties.
- Use the Services to transmit any material that is libelous, defamatory, discriminatory, or otherwise malicious or harmful to any person or entity.
- Use the Services, or any component of the Services, in any manner not authorized by Retreaver.

You will take all reasonable precautions to prevent unauthorized access to or use of the Services and notify Retreaver promptly of any such unauthorized access or use.

We reserve the right to change or stop providing the Services at any time. We will not be liable if for any reason all or any part of the Services are unavailable at any time or for any period.

We have the right to disable your use of the Services, at any time for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Service. We reserve the right to discontinue, temporarily or permanently, any or all of the Services to you, including by shutting down phone numbers, at any time, provided we will make reasonable efforts to notify you within 24 hours of doing so. We shall not be liable to you or any third-party for any termination of your access to the Services except as specifically set forth in this Terms of Service.

## Fees

We will charge you fees in accordance with the terms of either: a separate agreement or the registration process you complete. Unless otherwise stated, all fees are quoted in U.S. dollars. You are responsible for paying all fees associated with using the Services and all applicable taxes. We are happy to give refunds on deposited amounts that are not used for the Services.

In the event that your usage of the Services exceeds the amount you deposited or you fail to pay the amounts due, Retreaver will be entitled to suspend the Services including deleting your telephone number without prior notice. Retreaver has no any liability whatsoever for any damage, liabilities, losses (including any loss of data or profits) or any other consequences that you may incur with respect to any suspension of the Services pursuant to this Section.

## Service Outages

The Services are reliant upon independent services provided by third-parties that are beyond our control. The loss or interruption of any one of those independent services may prevent the Services from operating. We will use commercially reasonable efforts to manage all communications initiated by you and/or intended for you during any loss or interruption of such independent services.

Such independent services interruptions may include, but are not limited to:

- Power outages;
- Internet Service Provider outages;
- Telecommunications services provider outages;
- Outages due to suspension of your account; and

**RETREAVER**

## Intellectual Property Rights

The Services are owned by Retreaver, its licensors or other providers of such material and are protected by United States, Canadian, and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

Retreaver, the Retreaver logo, and all related names, logos, product and service names, designs and slogans are trademarks of Retreaver or its affiliates or licensors. You may not use such marks without Retreaver's prior written permission. All other names, logos, product and service names, designs and slogans included in the Services are the trademarks of their respective owners.

You hereby grant Retreaver a royalty-free, nonexclusive, limited license to use your name and logo on the Retreaver website or in other public relations materials so that we can include you as a customer of Retreaver. You may terminate such authorized use upon 30 days' written notice.

## Reliance on Information Posted

Any information contained in the Services is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other user of the Services, or by anyone who may be informed of any of its contents.

## Disclaimer of Warranties

**YOUR USE OF THE SERVICES IS AT YOUR OWN RISK. THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER RETREAVER NOR ANY PERSON ASSOCIATED WITH RETREAVER MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY OR AVAILABILITY OF THE SERVICES. WITHOUT LIMITING THE FOREGOING, NEITHER RETREAVER NOR ANYONE ASSOCIATED WITH RETREAVER REPRESENTS THAT THE SERVICES WILL BE ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE SERVICES ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE SERVICES WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS.**

**RETREAVER HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR PARTICULAR PURPOSE.**

## Limitation on Liability

**UNLESS PROHIBITED, RETREAVER, ITS AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS OR DIRECTORS WILL NOT BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE SERVICES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES.**

# RETREAVER

solely responsible for compliance with applicable laws, including without limitation, for filing, subscribing, or holding appropriate regulatory compliance documentation as required by competent jurisdictions and/or the purchase of access to any do-not-call lists and the like.

You agree to familiarize yourself with and abide by all applicable local, state, national and international laws and regulations and you are solely responsible for all acts or omissions that occur under their account, including without limitation the content of the phone calls and messages transmitted through the Services.

## Indemnification

You agree to defend, indemnify and hold harmless Retreaver, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Service or your use of the Services.

## Governing Law and Jurisdiction

The laws of the province of Ontario, without giving effect to its principles of conflicts of law, govern all adversarial proceedings arising out of these Terms of Service and your use of the Services.

Any legal suit, action or proceeding arising out of, or related to, these Terms of Service or your use of the Services must be instituted exclusively in the courts of the province of Ontario, and each party hereby submits to the exclusive jurisdiction of such courts for purposes of any such proceeding.

## Limitation on Time to File Claims

**ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS OF SERVICE OR THE SERVICES MUST BE COMMENCED WITHIN ONE YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.**

## Severability

If any provision of these Terms of Service is held to be unenforceable, then that provision will be modified to the minimum extent necessary to make it enforceable, unless that modification is not permitted by law, in which case that provision will be disregarded.

## Entire Agreement

The Terms of Service, our Privacy Policy, and our Copyright Policy constitute the entire understanding between you and Retreaver with respect to the Services and supersedes all other agreements, whether written and oral, between you and Retreaver, except as otherwise herein expressly provided.

## Your Comments and Concerns

All notices of copyright infringement claims should be sent to the copyright agent designated in our

RETREAVER



Call us at (866) 898-7878!
Retreaver is an easy to use call
tracking and intelligent call routing
platform.

MADE IN TORONTO, CANADA

**RETREAVER**

Home
Software
Pricing
About

**RESOURCES**

Support Center
Start Demo
Create Account
Blog

**LEGAL**

Terms of Service
Privacy Policy
Copyright