# Exhibit E

Ringba

# Platform Pricing

Power your entire call business with Ringba.

## BASIC

### $0 per month

| | |
|---|---|
| Local Tracking | $0.065 / min* |
| Toll Free Tracking | $0.075 / min* |
| Local Numbers | $3 / mo* |
| Toll Free Numbers | $4 / mo* |
| Call Recording | $0.01 / min* |

GET STARTED

## PREMIUM

### $99 per month

| | |
|---|---|
| Local Tracking | $0.045 / min* |
| Toll Free Tracking | $0.055 / min* |
| Local Numbers | $2 / mo* |
| Toll Free Numbers | $3 / mo* |
| Call Recording | $0.005 / min* |

SIGN UP

## ENTERPRISE

### Custom price

| | |
|---|---|
| Local Tracking | Custom |
| Toll Free Tracking | Custom |
| Local Numbers | Custom |
| Toll Free Numbers | Custom |
| Call Recording | Custom |

CONTACT SALES

*International rates vary.

# Frequently Asked Questions

**DO YOU HAVE TIERED PRICING OR CUSTOM PLANS?**

Absolutely! We provide custom pricing and tiered plans. If you are planning on using Ringba to power your entire business, we've got your back.



PRODUCTS    SIGNUP    MENU

**GETTING STARTED**

# Using Ringba

Ringba is a versatile platform that can be used to power many different types of businesses and their call flow. There are a significant number of use cases for our product and new systems are being developed by our clients on a regular basis. Marketing is about creativity combined with execution — the examples you see below only scratch the surface of possibilities.

If you aren't sure how Ringba may apply to your business, please reach out to our Business Development team and we're more than happy to help strategize the best implementation for your business.

## Affiliate Networks (Pay Per Call Networks)



📞 (877) 944-2937

# Download 200+ Free Landing Pages for Pay Per Call

These landing pages are entirely Free for you to use for your campaigns. Included in every theme are 5 CSS color options and up to 15 background images for 1,500+ possible A/B testing combinations.

✔ Mobile Responsive
✔ Click-to-Call Ready
✔ Perfect for Lead Generation
✔ Designed for Pay Per Call

## 200+ FREE LANDING PAGES FOR PAY PER CALL



Full Name                                                          👤

Skype Username                                                     ⓢ

Email Address                                                      ✉

EMAIL ME DOWNLOAD LINK

# PAY PER CALL LANDING PAGE CATEGORIES



| | | |
|---|---|---|
| Appliance Repair | Health Insurance | Locksmith |
| Auto Insurance | Home Insurance | Medical Weight Loss |
| Auto Repair | Home Mortgage | Payday Loans |
| Cable-Satellite | Home Security | Pest Control |
| Chiropratic | Housekeeper / Maid | Plastic Surgery |
| Credit Repair | Identity Theft | Plumbing |
| Credit-card-Processing | Internet | Psychic / Ethereal |
| Debt Relief | Lawn Care | Roofing |
| | Legal: Bankruptcy | Solar panels |

Ex. E, Pg. 40

 Dental

 Legal: Criminal

 Student Loan Consolidation

 Drug Rehab

Legal: Divorce

 Tax Dept Relief

 Electrical Repair

Legal: Family

 Towing

Flowers

Legal: Personal Injury

 Tree Removal

Garage Door Repair

Life Insurance

Hair Removal

# Ringba is the Ultimate Tracking Platform for Inbound Calls



## CAMPAIGN TRACKING

Track and manage your call campaigns with real-time analytics.



## NUMBER MANAGEMENT

Create and manage phone numbers in countries all over the world.



## CALL ATTRIBUTION

Attribute traffic sources, keywords and other data to your campaigns.



## AUTOMATED ROUTING

Create dynamic routing plans to forward your call traffic to buyers.



## TARGET / LOAD BALANCING

Eliminate abandons and reclaim lost revenue by routing overflow traffic.



## ADVANCED INTEGRATIONS

Seamlessly integrate Ringba your existing stack for complete visibility.



## ROBUST API

Tap into the entire Ringba platform and manage your campaigns.



## CUSTOMER SUPPORT

Get live chat and email support from our dedicated support team.







## Platform

Features

Pricing

Support

Contact

## Company

About

Hiring

Brand Assets

Meet Us

## Resources

Blog

Training

Glossary

  

© 2018 Ringba.com | All Rights Reserved

System Status  |  Terms and Conditions  |  Privacy Policy  |  Report Abuse

**Ringba**

PRODUCTS    SIGNUP    MENU

# Enterprise Call Tracking Software

Maximize the value of every caller with Ringba's
game-changing inbound call tracking software.

GET A DEMO    FREE TRIAL







PRODUCTS          PRICING          LOGIN

# Signup for Ringba
## Start entering your company information



COMPANY

FULL NAME

BILLING ADDRESS

EMAIL ADDRESS

CITY

PASSWORD

PHONE NUMBER

COMPANY NAME

UNITED STATES

**ENTER PAYMENT INFORMATION**

TRAINING         SYSTEM STATUS         ADDRESS                    CALI

GLOSSARY         TERMS

BLOG             PRIVACY

DEVELOPERS       ABUSE

Getting Started Archives | Ringba

PRODUCTS    PRICING    LOGIN    SIGNUP    

Products

Pricing

Login

Signup

Legal

Video Walkthrough

Ex. E, Pg. 45



PRODUCTS          PRICING          LOGIN          SIGNUP

In this video tutorial, you are going to get a complete overview of Ringba's Call Tracking platform, including;

What Ringba can do for you and your business (00:00)

How to Create a Campaign (01:45)

How to get your Tracking Number (02:30)

How to configure your first Target (02:45)

How to configure conversion values, events and publisher payouts (03:38)

How to test your Tracking Number and set your campaign live (04:32)

## Products

Managing Campaigns (05:10)

Creating Publisher accounts (10:15)

## Pricing

Creating additional Targets (11:37)

Adding Targets to Campaigns (16:57)

## Login

Target Weight and Priority (18:01)

The Reporting Interface (18:58)

## Signup

Reports – Charting (19:45)

Reports – Calls (20:06)

## Legal

Reports – Call Details (20:29)

How To Listen to Call Recordings (21:29)

 

PRODUCTS        PRICING        LOGIN            SIGNUP

## Using Ringba

Ringba is a versatile platform that can he used to power many different types of businesses and their call flow. There are a significant number of use cases for our product and new systems are being developed by our clients on a regular basis. Marketing is about creativity combined with execution — the examples you see below only scratch the surface of possibilities.

If you aren't sure how Ringba may apply to your business, please reach out to our Business Development team and we're more than happy to help strategize the best implementation for your business.

## Affiliate Networks (Pay Per Call Networks)

In the most competitive landscape in digital marketing Affiliate

Networks need the best tracking and technology to power their businesses. Ringba provides Affiliate and Pay Per Call networks with the fastest and most robust tracking and reporting platform available. We understand what it takes to run a successful network and used our experience to build reporting for your affiliates that gives them significant optimization data increasing their ability to drive profitable campaigns and out-optimize their competition. Giving your affiliates the most powerful and competitive tools to get the job done means your business will thrive against everyone else without them.

## Affiliate Programs

Getting Started Articles - Ringba

PRODUCTS    PRICING    LOGIN    SIGNUP

to augment their current revenue by placing tracking numbers on their partners promotional websites, monitoring quality and compliance, and tracking all of revenue generated and payouts to your partners. See which of your partners are providing the best return on investment and grow your Affiliate Program in new channels by driving customers to your services when they're most likely to buy.

## Call Centers

Stop relying entirely on partners to keep your agents on the phone. 3rd Party technical issues, loss of calls due to competition, and the feast or famine environment that comes with it is not healthy for your business. With Ringba you can add additional revenue streams by using the experience you already have, generating your own calls significantly increasing your margins, or by brokering overflow to partner call centers. By using Ringba's intelligent performance routing you can virtually eliminate abandons and have the opportunity to run your contact center at maximum capacity where its most profitable.

## eCommerce Vendors

A customer's journey through your online store tells you more about their intent than anything else. Using Ringba's dynamic number pooling and tracking you can follow your customer throughout their entire lifecycle from initial touch points to after sale follow-up. By seeing where your customers call for support, or when they call to buy, you can optimize your store for maximum profitability — driving sales calls while reducing customer service.

## Large Businesses

As your business grows, operational complexity lowers margins and increases the likelihood that sales opportunities are missed. By using Ringba to track your omnichannel marketing environment you receive performance based analytics and oversight into all of the marketing campaigns driving your growth and the performance of your marketing team. Without visibility into your metrics across the board, and the ability to drill into each segment and team member's performance you're flying blind.

## Performance Marketers

The most important part of Performance Marketing is tracking your ad spend and optimizing your campaigns. Ringba allows you



PRODUCTS    PRICING    LOGIN    SIGNUP

functions allow you to buy, sell and manage millions of calls in over 80 countries simultaneously, while routing those calls by availability, schedule, user and performance to the right sales agent at the right time. Reduce your abandons, optimize non-performing traffic sources, stay compliant and most importantly drastically improve your profit margins with Ringba.

## Small Businesses

With limited resources managing the performance of advertising spend is extremely important. Using Ringba to track calls from your local Google listing, Yellow Page listing, Facebook, Twitter, Website, eCommerce store, email marketing, or other advertising placements will allow you to see where your advertising dollars are most effective. One of the biggest mistakes small businesses make is thinking they're not big enough to properly track their marketing efforts and Ringba is the solution. By placing unique numbers in all of your channels and tracking the number of clients gained you will be able to keep the winners and cut the losers. Ringba is also a great way to reduce overhead by using IVR and voicemail features to act as a cloud based PBX and answering service after hours.

## TV Advertisers

Using Ringba, TV Advertisers can issue multiple geographically relevant or toll free phone numbers and insert them into specifically targeted TV advertising campaigns. Just like buying online advertising, TV networks can 'roll' different commercials in specific areas, allowing you to track the performance of different channels, regions, demographics, shows and specific times. When done properly, TV advertising is very similar to an online marketing campaign and the extra effort used to segment your commercial or infomercial typically increases your return on investment by a significant margin.



PRODUCTS          PRICING          LOGIN          SIGNUP           

## Platform Overview
Products

Ringba is a versatile platform that can be used to manage different call streams, use cases, and applications at the same time.
Pricing

## Real-Time Reporting & Analytics
Login

Ringba's reporting is available throughout the site to give you immediate access to critical information you can use to make decisions about your click and call streams. We aggregate as much data as possible about the people who call, and those who don't, to give you mission critical access to optimization data you won't find anywhere else.

Our numerous reporting interfaces let you quickly drill in and sort all of your data streams to gain actionable insights into all of your partners and campaigns.

## Call Attribution

By using our number placement tags on your websites and landing pages for publishers, static numbers and dynamic number pools, Ringba will track and attribute calls to any and all available data giving you a rich understanding of your users and traffic sources. The data collection process is simple, automated, and entirely configurable to your specifications. Easily pass your data back to your marketing automation platforms, tracking services, or back to your clients.

With access to our powerful attribution data, you can virtually



PRODUCTS        PRICING        LOGIN        SIGNUP     

partnerships.

## Intelligent Call Routing

Inside Ringba the partner that receives or buys calls is referred to as a "Target". When configuring campaigns in our system you have the ability to add specific targets and target groups, prioritize the routing, cap volume with extremely flexible time tables and restrictions, route calls by user data such as device, location, ISP, browser, referring website, landing page, caller ID information, and most importantly Target performance.

Using target configuration in combination with information grabbed by our system (URL Tags), you can generate routing plans that put your callers in the most profitable place at the most profitable time.

Products

## Number Pooling

Pricing

By using a group of numbers Ringba is able to track specific information about every user that visits your website or landing page. In our system we call groups of numbers used for tracking "Number Pools". These pools are activated by a simple to use tag that is placed on your website.

Login

Signup

Ringba is able to manage pools of toll free or localized phone numbers in over 80 countries giving you the flexibility to run and optimize your campaigns in the most profitable way, almost anywhere.

Legal

## Publisher Tracking & Management

Partnerships are an important part of any business and Ringba is designed to give your partners the same level of insights. Our publisher accounts give your clients the same detailed and granular access to data as you, giving them the ability to use Ringba to optimize their campaigns at a level they've never experienced before in a partnership portal.

Giving your partner's access to this level of data allows them to streamline their business and increase their ROI without your intervention, adding a longer lifecycle to your campaigns and arming you with a competitive edge.

The reporting interface lets you view your publisher activity, track revenue, revshare, payouts, conversions and export all of your data to properly manager your payables.





Call Center / Buyer Load Balancing – "Targets"

Managing a call center is a complicated process of feast or famine. Ringba was specifically designed with these challenges in mind, allowing for dynamic routing plans for your campaigns based on schedule, concurrency, volume caps, productivity, and performance. Virtually eliminate abandons by monitoring your available agents and automatically route your overflow to call buyers and marketplaces to reclaim lost revenue.

Our system can monitor groups of agents across numerous campaigns making sure to never overload your team and gives you the flexibility to adjust your concurrency in real-time. Arm your team leaders and floor managers today with the ability to help maximize your revenues and stop wasting calls now.

Products

Pricing

Login

Signup

Legal



Getting Started Archives - Ringba

PRODUCTS        PRICING        LOGIN        SIGNUP

Ringba is an advanced call tracking and routing platform designed to give you complete control over your call marketing and significantly improve your return on investment.

Using our software you can track the sources of calls, see detailed information about callers generated from online marketing, manage your product's affiliate marketing programs, control call flow into your contact center and run an entire pay per call network.

## Why we built Ringba

When our team started building Ringba we decided not to sell it as a service until we made millions of dollars using it. We spent a year optimizing the platform and process to give us the best tools possible to increase our return on investment and scale our call business. Since then we have opened massive contact centers on multiple continents to handle the volumes of calls we were able to generate, track, optimize and make profitable.

Products

Pricing

Having our own call center infrastructure gives us in-depth insights into the industry and allows us to test and perfect our features before releasing them.

Login

We're excited to share what we've learned and help your business use our software to grow. At any time if you need assistance we encourage you to reach out to our team. We chose never to have contracts to guarantee we're engaged with our clients and do whatever it takes to help their businesses thrive.

Signup

Legal

## What can Ringba do?

Track the source of inbound calls.

Learn detailed information about your users opening doors to new opportunities.

Optimize and improve your advertising ROI.

Create new ways to generate business.

Reduce abandons and wasted opportunities.

Manage call flow for multiple locations anywhere in the world.

Manage compliance and regulations.

 

PRODUCTS     PRICING     LOGIN     SIGNUP

Affiliate Networks                    Call Centers

eCommerce Vendors                     Large Businesses

Marketing Teams                       Performance Marketers

Small Businesses                      TV Advertisers

Products

Pricing

Login

Signup

Legal

Recent Articles from the Blog

The latest news, updates, tutorials, how-to's from the Ringba team



PRODUCTS     PRICING     LOGIN     SIGNUP



BLOG

## Insights from Sean McCormick and Zack Bloom, Co-Founders of Covalent Media Group

"We started from my dining room, until we were able to afford an office space. We were fortunate to get this office space probably about six months after starting the company. But every day, Zack and our program, or our CTO, JJ would come to my house. We'd worked at my dining room table and…

BLOG

## Insights from Jen CEO and Founder

"I was an emailer. That's what we did. An few emails sites and an email server. And about three or four affiliate networks, w were no tracking platforms. Direct track consortium…

READ MORE            READ MORE

## Join Our Newsletter

Profitable marketing tactics, case studies, in-depth guides, and more. Enter your email address now.

Enter Your Email

SUBSCRIBE



| TRAINING | SYSTEM STATUS | ADDRESS | CALL US | FOLLOW US |
| --- | --- | --- | --- | --- |
| GLOSSARY | TERMS | | | |
| BLOG | PRIVACY | | | |
| DEVELOPERS | ABUSE | | | |

 

Ringba | LinkedIn

Sign in    Join now



## Ringba

Computer Software · San Diego, CA · 188 followers

 See all 11 employees on LinkedIn →

See jobs

Share

### Keep up with Ringba

See more information about Ringba, find and apply to jobs that match your skills, and connect with people to advance your career.

**Join LinkedIn**    Sign In

### About us

Ringba provides enterprise grade call tracking to businesses, pay per call networks, agencies and performance marketers of all sizes.

We give our client's unparalleled real-time tracking and analytics like no one else in our industry. Our detailed reporting is designed for media buying, click arbitrage, and massive scale.

### Recent update    See all



**Pay Per Callers Party at Affiliate...**
eventbrite.com

1 Likes                                          4w

See more

### Employees at Ringba

| | |
|---|---|
| **Camden Ho** | View profile |
| **Dmytro Zakharov**<br>Sr Software Engineer | View profile |
| **Dan Shiff**<br>Vice President, Strategic Partnerships | View profile |
| **Melissa Lai**<br>Sr. Business Development Manager | View profile |
| **Peter Fusco**<br>CTO/Tech Lead | View profile |

### People also viewed

**Adam Young**
Broadcast Media
51-200 employees

**BPO Now**
Marketing and Advertising
1001-5000 employees

**Centerpointe Lending Corp**
Financial Services
11-50 employees

**Telnyx**
Telecommunications
51-200 employees

**Pay Per Plan**
Financial Services
11-50 employees

**Pay Per Calls - Seven Calls**
Marketing and Advertising
11-50 employees

Ringba | LinkedIn

Sign in    Join now

## Recent updates

**Ringba**
188 followers

Follow Ringba to stay up-to-date with news, articles and jobs.

Follow

---

**Ringba**
4w

We're hosting the Official Pay Per Call Party at #ASE19 in Partnership with Affiliate Summit

Join Ringba, Offer Vault and Trellian for great food, drinks, and your chance at winning $250K

Get the Details and RSVP: https://lnkd.in/gm5y49k

#PayPerCallersParty #ASE #AffiliateSummitEast #PayPerCall

**Pay Per Callers Party at Affiliate Summit East 2019**
eventbrite.com

1 Like

Like          Comment          Share

---

**Ringba**
1mo

☐☐ What it was like to get acquired with Sean McCormick and Zack Bloom, co-founders of Covalent Media Group. Learn how these guys created a lead gen and Pay Per Call powerhouse.

https://lnkd.in/gSyeZxf

#PayPerCallers #PayPerCall #LeadGeneration #Marketing #Business #Podcast #Interview

**Pay Per Callers Show - Interview with Sean McCormick and Zack Bloom, Covalent...**
https://www.youtube.com/

Like          Comment          Share

---

**Ringba**
5mo

Hey Pay Per Callers,

The Ringba team spent over 100 hours writing a Pay Per Call training program for our new employees and have decided to give it away to the community for free. Some of our good friends in here are already using it to train their Pay Per Call teams.

Ringba | LinkedIn

Sign in    Join now

We encourage everyone, whether your new or a battle worn veteran, to enroll or use the course to train your staff members.

Our goal is to enroll 100,000 people into the course, which should result in thousands of new high quality affiliates and businesses. With luck, we will drastically increase the size of the community while generating tens or hundreds of millions in revenue across the industry.

The Ringba team strongly believes in the Pay Per Call community and will continue to do whatever it takes to lead the way into the future.

https://lnkd.in/gJtkwgM

#marketing #paypercall #digitalmarketing #affiliatemarketing

**Ringba's Pay Per Call Training**
paypercallmasterclass.com

4 Likes

Like        Comment        Share

Join Linkedin to see all updates and stay up-to-date with news, articles and jobs at Ringba.

**Join LinkedIn**        Sign In

© 2019

User Agreement

Cookie Policy

Brand Policy

Community Guidelines

About

Privacy Policy

Copyright Policy

Guest Controls

Language ⌄



HOME / MARKETING SOFTWARE / INBOUND CALL TRACKING SOFTWARE / RINGBA / RINGBA REVIEWS

## Ringba

(42)

REQUEST A DEMO

Product Information     Reviews     Pricing     Features

## Ringba Reviews & Product Details

## What is Ringba?

Enterprise grade inbound call tracking for businesses, call centers, and professional marketers. Our innovative call tracking and routing platform has the absolute best reporting and analytics in the business, with real-time access to everything and live dashboards to monitor your call flow.

WRITE A REVIEW



Learning about Ringba? We can help.
**Chat with a G2 advisor**

## Ringba Profile Details

### Ringba Profile Details



**Provided by:**
Adam Young
Capitalist

**Website**
www.ringba.com

**Related Links**
Q&A

Want help from one of our buying advisors to help you find the right solution for your business?

2

Ex. E, Pg. 59

Show more



Learning about Ringba? We can help.

**Chat with a G2 advisor**

## Ringba Reviews

| Search 42 reviews 🔍 | Filter Reviews ⌄ |

| Write a Review |

1-25 of 42 total Ringba reviews

### Ringba Reviews

**Write a Review**

**Filter By**

☐ 5 star                                                    41
☐ 4 star                                                    1
☐ 3 star                                                    0
☐ 2 star                                                    0
☐ 1 star                                                    0

Company Size                                                ⌄

User Role                                                   ⌄

All Industries                                             ⌄

Region                                                      ⌄

**Linked in** Connections

OFF

Show reviews that mention

| Search 42 Ringba verified-user reviews 🔍 |

Want help from one of our buying
advisors to help you find the right
solution for your business?

2

1-25 of 42 total Ringba reviews                            Sort by

Ex. E, Pg. 60



Jun 18, 2019

Copy Review URL

Jun 18, 2019

Copy Review URL

Jonathan B

VP Strategy

Marketing and Advertising

Small-Business
(11-50 employees)

## "Best Call Tracking Platform for Media Buyers"

Validated Reviewer

Verified Current User

Review Source

Show More

Apr 04, 2019

Copy Review URL

Apr 04, 2019

Copy Review URL

Navdeep S

Managing Director

Information Technology and Services

Small-Business
(2-10 employees)

## "Ringba - One of the Best PPCall Tracker"

Validated Reviewer

Verified Current User

Review Source

Show More

Sep 21, 2018

Copy Review URL

Sep 21, 2018

Copy Review URL

Rida T

Mid-Market
(501-1000 employees)

Business partner of the vendor or vendor's competitor, not included in G2 scores.

## "Provides Immediate and Potential Customers"

Validated Reviewer

Verified Current User

Review Source

Want help from one of our buying advisors to help you find the right solution for your business?

2

Show More

Jun 15, 2018                                                      Copy Review URL



Jun 15, 2018                                                      Copy Review URL

## "Powerful call tracking and evolving platform"

**Joseph G** ✉

Front-End Web Developer

Information Technology and Services

Validated Reviewer ⓘ

Verified Current User ⓘ

Review Source ⓘ

  

Show More

Jun 15, 2018                                                      Copy Review URL



Jun 15, 2018                                                      Copy Review URL

## "Extremely satisfied with Ringba"

**Zain S** ✉

Social Media Marketing

Small-Business
(2-10 employees)

Validated Reviewer ⓘ

Verified Current User ⓘ

Review Source ⓘ

  

Show More

Jun 04, 2018                                                      Copy Review URL



Jun 04, 2018                                                      Copy Review URL

## "Ringba is the future"

**Mandeep Singh G** ✉

Vice President Engineering

Marketing and Advertising

Small-Business
(2-10 employees)

Want help from one of our buying advisors to help you find the right solution for your business?

2

Ex. E, Pg. 62

Validated Reviewer ⓘ
Verified Current User ⓘ
Review Source ⓘ

Show More

May 31, 2018 Copy Review URL

May 31, 2018 Copy Review URL

NM

## "We wish we migrated sooner! "

**Noaz M**

Small-Business
(11-50 employees)

Validated Reviewer ⓘ
Verified Current User ⓘ
Review Source ⓘ

Show More

Jun 12, 2018 Copy Review URL

Jun 12, 2018 Copy Review URL

## "Top tier team and product"

**Ana N**

Content Writer
Internet
Small-Business
(11-50 employees)

Validated Reviewer ⓘ
Verified Current User ⓘ
Review Source ⓘ

Show More

Apr 11, 2018 Copy Review URL

Apr 11, 2018 Copy Review URL

## "Awesome way to track calls and prove ROI"

**Lakhyajyoti S**

Blogger
Financial Services
Small-Business
(2-10 employees)

Want help from one of our buying advisors to help you find the right solution for your business?

2

Validated Reviewer
Verified Current User
Review Source

Show More

Jun 19, 2019 Copy Review URL

Jun 19, 2019 Copy Review URL

## "Exceptional Software - Would Highly Recommend"

**Devyn B**
Media Director
Small-Business
(11-50 employees)

Validated Reviewer
Verified Current User
Review Source

Show More

Jun 04, 2018 Copy Review URL

Jun 04, 2018 Copy Review URL

## "Simple Call Management Platform for Serious Players"

**Geoffrey H**
Chief Financial Officer
Internet
Mid-Market
(201-500 employees)

Validated Reviewer
Verified Current User
Review Source

Show More

May 01, 2018 Copy Review URL

May 01, 2018 Copy Review URL

## "Ringba is a must have for any marketer!"

Want help from one of our buying advisors to help you find the right solution for your business?

2

**Ashutosh J**
Founder
Information Technology and Services
Small-Business
(2-10 employees)

Validated Reviewer ⑦
Verified Current User ⑦
Review Source ⑦



Show More

---

Jun 18, 2018                                              Copy Review URL

Jun 18, 2018                                        Copy Review URL

## "Simple and easy call management at your fingertips"

**Hadiya S** ✉
Trainee
Banking
Mid-Market
(51-200 employees)

Validated Reviewer ⑦
Verified Current User ⑦
Review Source ⑦

Show More

---

Dec 22, 2017                                              Copy Review URL

Dec 22, 2017                                        Copy Review URL

## "Ringba is a game changer! "

**Zaur Z** ✉
Co-Founder
Computer Software
Small-Business
(11-50 employees)

Validated Reviewer ⑦
Verified Current User ⑦
Review Source ⑦

Show More

---

Apr 03, 2019                                              Copy Review URL

Apr 03, 2019                                        Copy Review URL

## "#1 Pay Per Call Platfor

Want help from one of our buying advisors to help you find the right solution for your business?

**Zack B** ✉
Chief Operating Officer
Marketing and Advertising

2

Ex. E, Pg. 65

Small-Business
(11-50 employees)

Validated Reviewer
Review Source

Show More

Jun 13, 2018 Copy Review URL

Jun 13, 2018 Copy Review URL

## "Intuitive, robust and cost effective"

**Talha R**
Graphic Designer
Graphic Design

Validated Reviewer
Verified Current User
Review Source

Show More

May 18, 2018 Copy Review URL

May 18, 2018 Copy Review URL

## "Great Call Tracking Platform"

**Mr B**
Sr. UI Developer
Computer Software
Small-Business
(11-50 employees)

Validated Reviewer
Verified Current User
Review Source

Show More

Feb 21, 2018 Copy Review URL

Feb 21, 2018 Copy Review URL

## "Easy to setup and exce

Want help from one of our buying advisors to help you find the right solution for your business?

2

**Raj K**
Works
Design

Small-Business
(2-10 employees)

Validated Reviewer
Verified Current User
Review Source

Show More

May 25, 2018 Copy Review URL

May 25, 2018 Copy Review URL

## "Very flexible solution with awesome support"

**Gaurav D**
Owner
Computer Software

Validated Reviewer
Verified Current User
Review Source

Show More

Sep 23, 2018 Copy Review URL

Sep 23, 2018 Copy Review URL

## "Call Tracking Analytics at it's Best"

**Asfand Y**
Regional Sales Cordinator
Banking
Enterprise
(10,001+ employees)

Validated Reviewer
Review Source

Show More

Sep 21, 2018 Copy Review URL

Sep 21, 2018 Copy Review URL

## "Makes Call Tracking Perf

Want help from one of our buying advisors to help you find the right solution for your business?

2

**Hatib L**
Mechanical Designer
Construction

Mid-Market
(51-200 employees)

Validated Reviewer ⑦
Review Source ⑦

ⓘ ✓

---

Show More

---

Jun 04, 2018                                                    Copy Review URL

**UF**

                    Jun 04, 2018                                Copy Review URL

            **"Excellent technology. Excellent support. "**

**User in Fund-Raising**
Small-Business
(11-50 employees)

Validated Reviewer ⑦
Verified Current User ⑦
Review Source ⑦

ⓘ ✓ 📷

---

Show More

---

Jun 01, 2018                                                    Copy Review URL

**A**

                    Jun 01, 2018                                Copy Review URL

        **"By far the most current feature sets available"**

**Administrator**
Small-Business
(2-10 employees)

Validated Reviewer ⑦
Verified Current User ⑦
Review Source ⑦

ⓘ ✓ 📷

---

Show More

---

Apr 10, 2018                                                    Copy Review URL

                    Apr 10, 2018                                Copy Review URL

        **"Best Call Tracker I've Use**

Want help from one of our buying
advisors to help you find the right
solution for your business?

**Tanmay L** ✉
Founder
Arts and Crafts

2

Small-Business
(2-10 employees)

Validated Reviewer ⓘ
Review Source ⓘ

ⓘ ✓

**Show More**

Jul 20, 2018                                                    Copy Review URL

Jul 20, 2018                                                    Copy Review URL

"Best Call Tracking Platform Available on the Market"

**Syed Farid A** ✉

Co-Founder, Operations Manager

Apparel & Fashion

Small-Business
(2-10 employees)

Validated Reviewer ⓘ
Verified Current User ⓘ
Review Source ⓘ

ⓘ ✓ 📷

**Show More**

① 1  2  Next ›  Last »

## Ringba Features

Local Phone Numbers

Toll-Free Numbers

Port Existing Numbers

Visitor & Keyword Tracking

Dynamic Number Insertion

Multi-Channel Call Attribution

See all **Ringba Features**

## Ringba User Ratings

Want help from one of our buying advisors to help you find the right solution for your business?

9.8

2

Quality of Support

Average: 9.0[*]

9.9

Ease of Setup

Average: 8.8[*]

9.9

Compare Ringba to similar products

Do you work for Ringba?

UPDATE THIS PROFILE

## Ringba Comparisons

### Ringba Comparisons

**Ringba**     **VS.**     **CallRail**

**Ringba**     **VS.**     **Invoca**

Compare Ringba ratings to similar products

Want help from one of our buying advisors to help you find the right solution for your business?

## Top Rated Ringba Alternatives



CallRail

**4.6** out of **5**

(565)

CallTrackingMetrics

**4.5** out of **5**

(436)

See all Ringba Alternatives

🔻 G2          🔻 Top Categories          🔻 Company          🔻 Policies

© 2019 G2 Crowd, Inc. All rights reserved

<

Want help from one of our buying advisors to help you find the right solution for your business?

2