# Exhibit F



🔍 🔒 ringba ↻



≡

ringba ✕ 🔍

**ALL**  SHOPPING  NEWS  VIDEOS  IMAGES

Ad · www.retreaver.com/try/call-tracking/alternative 

**Ringba Alternative | Trusted By Marketers | Pay As You Go Pricing | retreaver.com**

Try an alternative. Retreaver offers call tracking solution that gives you better insight. Get your free trial today! Risk-free, no credit card required.

 Ringba › home

**Ringba**

Call tracking, attribution, recording, routing, reporting and analytics for marketers, digital agencies, call centres and performance networks.

---

**Pricing**

---

**Pay Per Call Landing Page**

  

**Ringba Alternatives|Trusted By Marketers**
[Ad] try.retreaver.com/call-tracking/alternative

Try an alternative. Retreaver offers call tracking solution that gives you better insight. Demo Available. Dynamic Call Routing. 5-Star Customer Reviews. Tag, Track, & Route. Try It For Free. IVR System. Amenities: Caller Source & Context, Track Call Conversions, Route & Distribute Leads.

Ad · try.retreaver.com/call-tracking/alternative

# Ringba Alternative | Trusted By Marketers | Pay As You Go Pricing | retreaver.com

Try an alternative. Retreaver offers call tracking solution that gives you better insight. Get your free trial today! Risk-free, no credit card required. IVR System. Demo Available. Try It For Free. Tag, Track, & Route. 5-Star Customer Reviews. Dynamic Call Routing.

Ex. F, Pg. 75