UNITED STATES DISTRICT COURT

LOS ANGELES - CENTRAL DISTRICT OF CALIFORNIA


ACQUISITION MANAGEMENT, INC., )

                      )

        Plaintiff,      )

                      )  Case No.

    vs.             )  2:19-cv-06814

                      )

RETREAVER, INC.,       )

                      )

        Defendant.     )

_____)

*Certified Copy*


REPORTER'S TRANSCRIPT OF RECORDED MATERIAL

IN RE "RETREAVER DEMO"


Date:           Thursday, July 4, 2019


Transcribed By:   Annie Doezie, CSR No. 8478

                 Certified Shorthand Reporter


Job No. 16996A

                                          1

```
 1                    THURSDAY, JULY 4, 2019

 2                         *    *    *

 3        REPORTER'S TRANSCRIPT OF RECORDED MATERIAL

 4                  IN RE "RETREAVER DEMO"

 5    (0:00:00.6)

 6             OPERATOR:  Hello.  You've reached Retreaver,

 7    the easy-to-use call tracking and intelligent call

 8    routing platform.

 9             If you're calling to talk to Sales, please

10    press "1"; for Support, press "2"; for all other

11    inquiries, press "(inaudible)."

12             Please hold while we locate a product

13    specialist to speak with you.

14             (Ringing)

15             STAN:  Hello.  This is Stan speaking.

16             OSCAR:  Hey, Stan.  This is Oscar calling.

17             I actually had a demo booked for 1:00 p.m.

18    today, Pacific.  I was curious if you were available

19    for that.

20             STAN:  Yes.

21             I actually had sent you a message, because I

22    was waiting on the demo, and the -- the call -- you --

23    you said -- you didn't show up to it, and when I sent

24    the e-mail, it actually came back as a -- as an e-mail

25    address that can't receive calls.
```

2

1          But if you want, I can jump back on it, no

2    problem.

3          OSCAR:  Absolutely.

4          Which e-mail was provided, again?

5          STAN:  It was the OMAG leads at gmail.com.

6          OSCAR:  Got it.

7          You know what?  That might -- I might have

8    just given them a bad e-mail there.

9          Is this through Google Payouts where you tried

10   to arrange this or somebody else?

11         STAN:  No.  It had -- it had sent you an

12   e-mail to join a Zoom Meeting.

13         What's your e-mail address?  I'll send you

14   the --

15         OSCAR:  Great.

16         STAN:  -- appropriate --

17         OSCAR:  HPJ --

18         STAN:  -- point breakdown.

19         OSCAR:  Send it --

20         STAN:  HPJ?

21         OSCAR:  -- to HPJ, Oscar, O-s-c-a-r, at

22   Outlook --

23         STAN:  Yeah.

24         OSCAR:  -- dot com.

25         STAN:  Dot com.

3

```
 1              You're working on July 4th?
 2              OSCAR:  Kind of.  Like one foot in, one foot
 3    out, but I'm --
 4              STAN:  Fair enough.
 5              OSCAR:  -- a wreck (chuckles).
 6              STAN:  Are you -- are you, like, barbecuing
 7    and working at the same time?
 8              OSCAR:  Hopefully, later on, but if that does
 9    happen, it would probably be past 5:00 p.m. (chuckles).
10              STAN:  Right.
11              And, Oscar, which company are you with?
12              OSCAR:  So we're actually a pretty
13    under-the-radar firm.  HPJ Holdings, officially, but
14    I've got to stress, we're -- we have a small team.  We
15    have 15 of us, total.
16              STAN:  It's --
17              OSCAR:  Well, 15 team members.
18              And we're basically -- we're looking for ways
19    to pass whole data -- I'm -- I'm trying to think of a
20    way to describe this.
21              Let me premise it by saying we're very new to
22    calls (chuckles).  So we're --
23              STAN:  Uh-huh.  It's all good.
24              OSCAR:  -- trying to track -- all right.
25    All right.  That's what I was hoping, you know, with
```

4

1  talking to someone in sales and with the demo and all.

2  I'm just kind of --

3  　　　　　STAN:  Well, then --

4  　　　　　OSCAR:  -- I'm anticipating a bit of

5  hand-holding here, if you don't mind.

6  　　　　　STAN:  Yeah.  Absolutely.

7  　　　　　If you can give me kind of a use case, what

8  you're looking to do, what you have been doing, what

9  your background kind of is in the industry you have

10 worked in, I can probably point you in the right

11 direction of --

12 　　　　　OSCAR:  Yeah.

13 　　　　　STAN:  -- how you can --

14 　　　　　OSCAR:  Absolutely.

15 　　　　　STAN:  -- best grow.

16 　　　　　OSCAR:  So I'm a bit of a scatterbrain here.

17 So I actually wrote a few points down that maybe we can

18 go over and a little bit of --

19 　　　　　STAN:  Sure thing.

20 　　　　　OSCAR:  -- an extra authority --

21 　　　　　STAN:  Did you --

22 　　　　　OSCAR:  -- too.

23 　　　　　STAN:  Did you receive my e-mail, by the way?

24 　　　　　I sent you an --

25 　　　　　OSCAR:  Let me --

5

1          STAN:  -- e-mail but --

2          OSCAR:  Let me check that out.  Sorry again.

3          STAN:  Don't worry about that.  That's cool.

4          And you're in California?

5          OSCAR:  Yeah.

6          Let's see.

7          (Pause)

8          OSCAR:  Oh.  Got it.

9          So should I join this Zoom first, or you want

10  to do a little bit of the intro and maybe --

11          STAN:  Well, no.  We -- we can do both, if you

12  jump --

13          OSCAR:  -- if possible, use basis?

14          STAN:  We -- we can do both, but if you jump

15  on the Zoom Meeting, then as we are talking, I can show

16  you stuff.

17          I don't have a structured demo.  My demo is

18  primarily asking you about the use case, and as you are

19  telling me, I'll show you things that are related,

20  because --

21          OSCAR:  That's sounds good.

22          STAN:  -- I'm also a scatterbrain.  So...

23          Yeah, and that --

24          OSCAR:  (Chuckles.)

25          STAN:  -- plays into my strengths.

6

1          OSCAR:  Right.  It's a -- it's definitely a

2   unique thing to deal with.

3          And it is possible --

4          STAN:  Right.

5          OSCAR:  -- by the way, because I've kind of --

6   I've kind of been sent on a mission here, and my CFO, I

7   think at some point, is going to want to have me get

8   some in-depth overview of what goes on.

9          (Ringing)

10         OSCAR:  Is there any way you're able to record

11  the demo and forward it to me --

12         STAN:  Yeah.  Absolutely.

13         OSCAR:  -- afterwards?

14         Okay.  Perfect.

15         STAN:  Absolutely.  As soon as the -- I --

16         OSCAR:  That's good to know.

17         STAN:  -- I can record it, and, yeah, that's

18  fine.

19         OSCAR:  If you don't mind, just give me one

20  moment.  I've got to get everything set up for Zoom.

21         (Pause)

22         OSCAR:  Sorry I'm going in a bit "green" here.

23  I can also call back, if it's easier.  I've got maybe

24  just a minute or two to set this up

25         STAN:  It's no problem.

7

1              Are you -- are you going to want to use the

2    telephone audio or go through the Zoom Meeting?

3              OSCAR:  Telephone is preferred.  I could do

4    Zoom, though.

5              STAN:  Zoom would be good just because then I

6    get to hear you in stereo.  It's a little bit easier to

7    navigate.

8              OSCAR:  Got it.  All right --

9              STAN:  Oops.

10             OSCAR:  -- let's see.  I'm setting up a Zoom

11   account with this.

12             STAN:  And by the way, how did you hear about

13   us?

14             OSCAR:  You know, just kind of like instead of

15   having my feet in the water -- basically, like I said,

16   I -- I have been sent a bit on a mission by kind of a

17   collaborative decision, and --

18             STAN:  Uh-huh.

19             OSCAR:  -- I'm trying to find some solution

20   here.

21             I've spoken with Ringba, Invoca -- or I guess

22   I'm getting ready to set something up with Invoca, but

23   I -- I'm -- I'm like very --

24             Has anyone ever sent you on a task and you're

25   not fully aware of the details until they unravel, if

                                                          8

1    that makes any sense?

2         STAN:  Oh, God.

3         OSCAR:  I'm --

4         STAN:  I -- I do that to myself all the time

5    (chuckles).

6         OSCAR:  Right.

7         So I -- here I am kind of neck-deep in it,

8    and I'm just kind of learning as I go along.

9         STAN:  Absolutely.

10        Well, you've spoken with two pretty

11   interesting companies.

12        Invoca is kind of like the dinosaur in our

13   industry.  They've been around for forever, and -- but

14   they're a dinosaur because they haven't really

15   developed many new features as they've grown.

16        And Ringba used to be a Retreaver user but

17   that we banned off of our platform because they were

18   doing a lot of very unsavory stuff.  So they decided

19   to create their own platform.

20        OSCAR:  Really?  Okay.  And so --

21        STAN:  Yeah.

22        OSCAR:  -- Invoca, those guys, I guess

23   they're -- they're just, you're saying, the legacy

24   players here.

25        STAN:  Yeah.  They've been around for -- for

9

1   a long time.  We've been around for about the same

2   time, but we're -- we're a company -- you know, we're

3   not a giant company.  We're bootstrapped.

4           And because of that, we make our own

5   decisions in terms of, you know, "Let's develop more

6   stuff, let's go into multiple directions, let's focus

7   on" things like the actual data associated with leads

8   on which phone calls and create a bagabone (phonetic)

9   from the lead side -- on the phone call side where

10  potentially any click can become a phone call and any

11  phone call can be acted upon as if it's a click;

12  right?

13          OSCAR:  See --

14          STAN:  So that's --

15          OSCAR:  -- that's where I'm --

16          STAN:  -- where we're kind of different from

17  everybody else.

18          OSCAR:  And that's where you're going to --

19  you're going to have to help me through a bit of

20  hand-holding because I get it but I don't (chuckles),

21  if that makes any sense.

22          STAN:  Yeah --

23          OSCAR:  Like --

24          STAN:  -- that's -- I mean, that's the case

25  with everybody that is jumping to the space.

                                                    10

```
1            OSCAR:  (Chuckles.)

2            If you don't mind "Oscar," I've got to type

3    in a capture to complete the signup.  I'm -- I'm doing

4    the audio capture.

5            If you don't mind like ten seconds I'll be

6    away from the phone.

7            STAN:  Sure.  Go for it.

8            OSCAR:  Okay.  Thank you for your patience.

9    I appreciated that.

10           STAN:  No problem.

11           (Pause)

12           OSCAR:  Hey, are you there?

13           STAN:  Yeah.

14           OSCAR:  All right.  Great.  I think I'm ready

15   to start a meeting now, it says.

16           Let's see.  So now I go back to your e-mail.

17   Sorry I'm -- I'm being a -- an old man about this.  I

18   should have come at this more prepared with this Zoom

19   account.

20           STAN:  It's all good.  It's all good.

21           OSCAR:  (Chuckles.)

22           Let's see.  I'm --

23           STAN:  Better to have lots of questions --

24           OSCAR:  -- opening this up.

25           STAN:  -- than no questions.
```

                                                    11

```
 1            OSCAR:  It's installing it now.
 2            (Pause)
 3            OSCAR:  Hmm.
 4            (Pause)
 5            OSCAR:  Oh, great (chuckles).  Let me see
 6    what's going on now.  There seems to be something up
 7    with the installer.
 8            I feel really --
 9            STAN:  That's fun.
10            OSCAR:  -- bad (chuckles).
11            STAN:  No, no.  Don't at all.  Don't worry
12    about it.
13            OSCAR:  Do a lot of the "small fish" clients
14    end up dropping the ball like this?
15            STAN:  No, you look (inaudible) through.
16            This isn't that big of a deal, and we -- we do
17    have, you know, the various levels of customers.
18            I had one reaching out to me recently that
19    kind of signed up out of nowhere, requested a demo, and
20    it ended up being a company that's been generating
21    thousands of phone calls.  So --
22            OSCAR:  (Chuckles.)
23            STAN:  -- you just never know.
24            OSCAR:  Well -- and you know what?  I'd -- I'd
25    love nothing more than us -- than to make it up in that
```

                                                          12

1  way.

2          STAN:  Right.

3          I've -- I've helped a lot of businesses that

4  were just starting in this space.

5          Like you're in California.  So I'm thinking --

6  have you heard of Union Square Media agency?

7          OSCAR:  Union Square Media?

8          STAN:  Yeah.  USM.

9          OSCAR:  Not -- maybe "USM" does ring a bell,

10  not necessarily the whole thing spelled out, though.

11          STAN:  Yeah.  Well --

12          OSCAR:  Are you working with them?

13          STAN:  Yeah.  USM came to us when they weren't

14  doing any phone calls, and, you know, now they're

15  generating just under 1,000 phone calls a day.  So...

16          It -- it definitely states where we're able to

17  help and -- we're able to help businesses grow quite

18  drastically.

19          OSCAR:  Incredible.

20          What kind of space are they in?

21          STAN:  They're just in the, you know, lead

22  trash space (sounds like) and automotive, insurance and

23  warranties and things like that.

24          OSCAR:  Got it.

25          Well, see, we're -- we're very much in like

                                                            13

1    a -- primarily mortgage.

2            STAN:  Uh-huh.

3            OSCAR:  We've actually --

4            (Computer chimes)

5            OSCAR:  Sorry.  I actually don't use Biller to

6    work (chuckles).

7            STAN:  Nice.  Mortgage, I --

8            OSCAR:  Yes.

9            STAN:  -- I already have customers in mind

10   that I could connect you with that would be interested,

11   if --

12           OSCAR:  Really?

13           STAN:  -- you can generate good quality stuff.

14           Yeah, yeah.

15           I -- I know -- I actually have a group of guys

16   with over 100 members now, where people just kind of

17   shout out, you know, "I have this call in this space,"

18   or, "I have inventory in -- in this space."

19           And they kind of request to either buy or sell

20   phone calls in the group.

21           So once you sign up --

22           OSCAR:  Okay.

23           STAN:  -- for that --

24           OSCAR:  That --

25           STAN:  -- we'll be able to put you in there

                                                        14

1  and, you know, make your life --

2          OSCAR:  That --

3          STAN:  -- pretty easy.

4          OSCAR:  That jibes very well with us.

5          Kind of back to the CFO breathing down my neck

6  a bit, he --

7          STAN:  Uh-huh.

8          OSCAR:  -- I think the one -- we kind of had a

9  bit of a pecking order, and, admittedly, it comes just

10 from the glossary look of what we know about the three

11 companies we're reaching out to, and I think --

12         STAN:  Uh-huh.

13         OSCAR:  -- with Retreaver, he was a little

14 bit -- his reservations were mostly that you guys are a

15 smaller company, and I'm trying to -- part of what I'd

16 like --

17         STAN:  Hmm.

18         OSCAR:  -- to get out of this demo is, you know,

19 are you guys working with any bigger companies or big

20 brand names, or anything like that?

21         So --

22         STAN:  Sure.

23         OSCAR:  -- anything --

24         STAN:  Well, do you know --

25         OSCAR:  -- you know.

                                                     15

1          STAN:  Do you know National Debt Relief?

2          OSCAR:  National Debt Relief?  Yeah.  Oh,

3    yeah.  Okay.

4          STAN:  So --

5          OSCAR:  And they're in reference code --

6          STAN:  -- all of their phone numbers are --

7          OSCAR:  -- page 800.

8          STAN:  All of their -- they -- they have 2,000

9    employees or so.  All of their phone numbers are

10   Retreaver numbers.  So we work with enterprise-level

11   businesses more than with the smaller people; right?

12         So, like, we work a lot with companies like

13   Fluent, which I'm sure you've heard of, and debt.com --

14         OSCAR:  Right.

15         STAN:  -- is our customer, and Assurance is

16   our customer.  We have a lot of big customers.

17         OSCAR:  Can you hear me talking on the Zoom

18   chat?

19         STAN:  You've got to -- you've got to unmute

20   yourself on Zoom.  So right now, you're muted.

21         Actually, here.  I'll --

22         OSCAR:  I've got --

23         STAN:  -- unmute it.

24         OSCAR:  -- myself muted.

25         STAN:  It's operating now?

                                              16

1          OSCAR:  Let me see.

2          I know that -- you know how I told you I was

3    having installation problems?

4          STAN:  Uh-huh.

5          OSCAR:  I had to switch to a machine which I

6    suspect has a busted microphone (chuckles).  So --

7          STAN:  Oh.

8          OSCAR:  -- let me see what I can fiddle with.

9          And it's always a trade-off with technology.

10         STAN:  Yeah.

11         OSCAR:  Let me see.  Let me see.

12         It still says I'm muted?

13         STAN:  Now you are not muted, but I'm not

14   hearing you.

15         OSCAR:  Does it sound like ruffled a bit?

16         STAN:  No.  It just -- there's no activity on

17   the microphone --

18         OSCAR:  No?

19         STAN:  -- at all.  But we can just keep --

20         OSCAR:  Okay.

21         STAN:  -- talking on -- we can keep talking

22   on the phone and --

23         OSCAR:  Works for you?

24         STAN:  -- use the --

25         Yeah.  Absolutely.  Why not?  Fine --

                                                      17

1          OSCAR:  I appreciate it.

2          STAN:  -- and we'll pick up.

3          For sure.

4          OSCAR:  So is there anything you're showing

5    on your screen right now, or that hasn't --

6          STAN:  Not yet.

7          OSCAR:  -- begun yet?

8          STAN:  I'm going to --

9          OSCAR:  Okay.

10         STAN:  -- I'm going to share my screen in a

11   second --

12         OSCAR:  I've been dropping the ball --

13         STAN:  -- so...

14         OSCAR:  -- the whole time.  So I only

15   suspected (chuckles) that --

16         STAN:  (Chuckles.)

17         OSCAR:  -- I wasn't seeing what I was

18   supposed to be seeing.

19         STAN:  No, not at all.

20         Here.  So I'm going to record the demo.

21         OSCAR:  Cool.

22         STAN:  So starting now, there will --

23         OSCAR:  Do you guys --

24         STAN:  -- be a recording.

25         OSCAR:  -- do any of -- do you guys do any of

                                                18

1  the trade shows, by the way?

2          STAN:  We do.  We go to Affiliate Summit and

3  to --

4          OSCAR:  Right around the corner.

5          STAN:  -- Leadscon --

6          Right.  Yeah, in -- in Vegas.

7          We -- we also go to the shows in New York and

8  in Boston for Leadscon and Affiliate Summit.

9          I personally like to visit a lot of the more

10 industry-specific shows as well.  So there's a lot

11 of --

12         OSCAR:  Right.

13         STAN:  -- the debt space and in -- in the

14 healthcare spaces.  InsureTech is coming out.

15         So I go to all of those shows, that much

16 like -- much like you, when you opened up the buyer

17 creation, you said that, you know, you guys fly under

18 the radar.

19         We're very well known --

20         OSCAR:  Actually, if I'm --

21         STAN:  -- in the industry.

22         OSCAR:  Right.

23         STAN:  We're the same way, to an extent.

24         I don't like having booths, or anything of

25 that nature.  I'd much rather go by myself, maybe meet

                                                    19

1  with the key players, meet with the people that I

2  should be meeting with, and tailor my solution to

3  their needs; right?

4          So even though --

5          OSCAR:  Right.

6          STAN:  -- I have kind of a basics -- basic --

7  basic demo, which I'm going to show you in a second

8  and show you kind of how we differ, it's the strength

9  of Retreaver in -- in being able to mold ourselves.

10         And we're so flexible that we're essentially

11  able to communicate to pretty much anybody with

12  multiple CRNs, and we're able to really -- really show

13  our strengths when it comes to, you know, getting the

14  right data from Point A to Point B.

15         So --

16         OSCAR:  Right.

17         STAN:  -- just to give you kind of a quick --

18         Do you see my screen now?

19         OSCAR:  I do, actually.  I have, like, a bit

20  of a dual audio thing going.

21         Would you mind either muting your mic on the

22  computer or on the phone?

23         STAN:  Yeah.  Sure.

24         So the whole thing is, if I mute my mic on

25  the computer --

                                                    20

1          OSCAR:  Uh-huh.

2          STAN:  -- then the recording isn't going to

3    hear me.

4          OSCAR:  Okay.

5          STAN:  But then if we -- if we mute the

6    microphones on the phone, then I'm not going to be

7    able to hear you.

8          OSCAR:  Well, you can't mute your --

9          STAN:  So maybe you can --

10         OSCAR:  -- audio end?

11         STAN:  -- you can mute on your end.  You --

12         OSCAR:  Okay.

13         STAN:  -- you can mute your -- you can mute

14   me on your end, actually, just by hovering -- do you

15   see how I'm hovering over the tonnates (phonetic)

16   here?

17         OSCAR:  Let's see.

18         Yeah, I see the hovering.

19         STAN:  So -- yeah, so you can mute me.

20         You can do the same thing I'm doing right now

21   and just mute me or just turn off the volume on your

22   speakers.

23         OSCAR:  Good point (chuckles).

24         STAN:  (Chuckles.)

25         OSCAR:  Sometimes the simplest solution.

                                                      21

Ex. G, Pg. 96

1          I've got it up --

2          STAN:  Exactly.

3          OSCAR:  -- to (inaudible).

4          And you're able to record --

5          STAN:  Right.

6          OSCAR:  -- the audio end for the video,

7    though; right?

8          STAN:  That's right.

9          So I am recording this now.

10          OSCAR:  Awesome.

11          STAN:  So maybe you guys will have to

12    fast-forward through some of this because this was

13    all --

14          OSCAR:  (Chuckles.)

15          STAN:  -- really, setup.

16          So here we have "Retreaver."  Left-hand side

17    you have, "Calls today," "Calls in progress," "Average

18    duration," "Top campaign."

19          You have a quick little dashboard that shows

20    you all the calls that are happening.  My -- my

21    account, obviously, doesn't have many phone calls

22    because this is just a test account that I use; right?

23          On the --

24          OSCAR:  Right.

25          STAN:  -- right-hand side, I have just a

                                                      22

1  basic display of, you know, the sort of interaction

2  that a lot of companies have on -- online where they

3  have a basic page set up with a toll-free DID of some

4  sort.

5        Like if I -- if I refreshed the page, you can

6  see that it flashes from that -- you know, from that

7  888 number into an 855 number.

8        This is a unique input phone number.  So this

9  phone number is a dynamically changing number that

10 tracks my session; okay?

11        OSCAR:  And when -- when you're --

12        STAN:  If I go into --

13        OSCAR:  -- cloning, do you -- sorry to

14 interject.

15        When your clients use this system, if this --

16 is it -- are they using the same page, essentially,

17 and they're just kind of white-labeling it, or like --

18        STAN:  No, they have their own pages.

19        OSCAR:  -- what -- what would this look like

20 in the wild?

21        STAN:  They have their own pages.

22        They have all of their own content, and then

23 they just use the Retreaver JavaScript, where

24 necessary, to input the phone numbers into their pages

25 and into their web properties.

                                                      23

1          So they're all -- they don't have --

2          OSCAR:  And the --

3          STAN:  -- to use this page right here.

4          OSCAR:  And for the bigger client, they're

5     using a form like this on a web page?

6          STAN:  In some cases.

7          In some cases they use forms.  In some

8     cases -- you know, there's -- there's a lot of

9     different ways that we can interact with customers, a

10    lot of different ways.

11         Like, for instance, if instead of having your

12    own web properties, you're purchasing phone calls from

13    publishers, from elsewhere, then you could be asking

14    those publishers to post information into Retreaver,

15    much like maybe they have their -- their own forms or

16    their own properties that have forms, and post that

17    data into Retreaver so Retreaver can then pass it on

18    as if it's your data; right?

19         So -- but I'm kind of getting ahead of myself

20    here.

21         If we go to the --

22         OSCAR:  (Chuckles.)

23         STAN:  -- "Numbers" area --

24         OSCAR:  Go on.

25         STAN:  -- in Retreaver and -- and I show you

                                                    24

1    kind of how this functions, so as soon as I --

2           Do -- do you know anything about, like,

3    Jornaya LeadiD's or any sort of DCPA compliance tools,

4    anything of that nature?

5           OSCAR:  It's largely Greek to me (chuckles).

6    So maybe --

7           STAN:  Okay.  So --

8           OSCAR:  -- a refresher would be helpful.

9           STAN:  So when you get into the phone call

10   selling space, one thing that you should really be

11   focusing on -- and I'm surprised that, you know, the

12   other guys you've spoken with haven't really mentioned

13   this.

14          You -- and a lot of cases require to have

15   some sort of DCPA compliance when you're selling phone

16   calls, in mortgage or otherwise, because you -- you

17   want to be litigation-proof, essentially; right?

18          Because if somebody calls a number --

19          OSCAR:  Right.

20          STAN:  -- and something happens, or they say,

21   "Oh, this is a scam," or, "Oh, I never called this

22   number," "I never filled out a form," "I never agreed

23   to this phone call," et cetera, you want to have some

24   sort of form of insurance to cover your ass,

25   essentially, to make sure that if you get sued, you at

                                                        25

1  least have something backing you; right?

2          So there are solutions like Jornaya, which is

3  these guys, jornaya.com.  There's another solution

4  called TrustedForm.  I think it's trustedform.com.  I

5  might be wrong.

6          Yeah, trustedform.com.

7          So these are solutions that help you.  They

8  actually record these sorts of inputs into the forms,

9  and they -- they ensure that you know where your lead

10  is coming from.

11          And what Retreaver does is when our JavaScript

12  is placed on web pages, we're able to -- to,

13  essentially, monitor every single thing that's happening

14  on that page and communicate with additional -- with

15  other peripheral systems, third-party systems that you

16  guys are using, or services that you're signed up with

17  and communicate with those services so that there's a

18  full transparency of what happens on the phone call,

19  which lead is responsible for which call.

20          And when you're sending or selling a phone

21  call, you're able to then pass along the data.

22          And the name of the game, especially in the

23  pay-per-call space, is data.  You need to be able to

24  grab data and pass it somewhere, in most cases, if

25  you're trying to sell a phone call.

26

1           It could be --

2           OSCAR:  Absolutely.

3           STAN:  -- things like this.

4           So -- so here's -- here's the difference

5    between us and everybody else.

6           When I'm filling this form out, as you can

7    tell on the left-hand side --

8           OSCAR:  Realtime.

9           STAN:  -- any information that I -- that I

10   place into that form we're able to track in realtime.

11          OSCAR:  And right in realtime like that.

12   Cool.

13          STAN:  Yep.

14          OSCAR:  Very cool.

15          STAN:  And --

16          OSCAR:  And I could --

17          STAN:  -- and --

18          OSCAR:  -- I -- I --

19          STAN:  -- on top of that --

20          And on top of that, one of the things that

21   I'm able to do is I'm actually able to make decisions

22   of how I want the call to function once predictive

23   elements, such as this form, fill.

24          So in the "Product Interest," I'm choosing

25   "Retreaver Call Tracking" specifically, and I filled

                                                    27

1    out my zip code.

2          The reason this is important is because if

3    you look at how most systems function, they route

4    based on the geolocation of the person based on their

5    phone number.

6          But what if I have a 647 phone number, which

7    is a Canadian area code for Toronto, but I live in

8    New York, for example; right?

9          Because --

10          OSCAR:  Right.

11          STAN:  -- maybe -- maybe I live in New York

12    and I'm looking for a mortgage in New York, but I have

13    a Canadian phone number.

14          Well, with Retreaver, you're able to use the

15    caller's zip to override the phone number and route a

16    call based on the person's zip code rather than

17    routing the call based on their geolocation, which

18    just allows you --

19          OSCAR:  Interesting.

20          STAN:  -- to have a more accurate depiction

21    of where the person is calling from.  So you're

22    obviously much better able to route that phone call.

23    So...

24          Right?

25          OSCAR:  And is that --

                                                            28

1          STAN:  Now, based on --

2          OSCAR:  -- routing by the zip, is that unique

3    to Retreaver, or it's around, like, the whole -- this

4    whole realtime thing is --

5          STAN:  The whole realtime --

6          OSCAR:  -- pretty --

7          STAN:  -- thing is basically is unique to us,

8    I'm pretty sure.

9          We're kind of the pioneers when it comes to

10   vision and when it comes to how flexible the platform

11   is, and the whole idea is to eventually expand into

12   other areas of tracking outside of just the phone

13   call --

14         OSCAR:  Awesome.

15         STAN:  -- but, currently, this is -- this is

16   where the system is.

17         And we kind of built the entire backbone on

18   this idea that anywhere Retreaver JavaScript is

19   present or anytime somebody is interacting with

20   Retreaver, the posting information into Retreaver or

21   request -- requesting information into -- from

22   Retreaver, we're able to pass that information along,

23   no matter what it is, and in- -- and kind of interact

24   with that information.

25         Now, in this case, I have filled out all of

29

1    this data, and I have these dynamic tags.

2            And now, if we look at the campaign itself --

3    and by the way, we could also interact with systems

4    like, this you might find useful as well,

5    "theblacklist.click."

6            This is actually a system that has a bunch --

7    they always take a very long time to get into their

8    website, but --

9            OSCAR:  (Chuckles.)

10           STAN:  -- these guys are -- they allow you to

11   avoid predatory lawsuits.

12           So if you're selling a phone call, in some

13   cases those phone calls could be from predatory

14   lawyers that are just trying to sue you.

15           So I think we're the only ones currently that

16   integrated with these sorts of solutions where we try

17   and give you the full protection you need on your

18   phone calls so you don't get a bunch of lawsuits

19   against you; okay?

20           OSCAR:  Is -- is this like a recent paradigm

21   in the prod- -- in your product, or has this been a

22   focus for a long time?

23           Just overall --

24           STAN:  For us --

25           OSCAR:  -- to feel the (inaudible) then --

                                                              30

1          STAN:  -- it's been a focus for a long time.

2          OSCAR:  Cool.  Cool.  That's really neat.

3          STAN:  Yeah.  For us, it's always been about

4  how do I best route calls, but, also, how do I protect

5  my customers?

6          And it especially became a thing because a

7  few years back, there was a lot of people in a bunch

8  of unsavory spaces (sounds like), and they were using

9  all the different call tracking platforms, and we

10  decided that we weren't going to allow for that.

11          So we banned all of them off of our platform

12  and made our platform very, very flexible but also

13  very protected, and --

14          OSCAR:  Sure.  A bit more exclusive --

15          STAN:  -- you know, if you're --

16          OSCAR:  -- perhaps?

17          STAN:  Yeah, to -- and then to an extent,

18  yes.

19          So, I mean, you know, when I see that there's

20  potential and I see that there's somebody that's --

21  that's intelligent that's looking to use our platform

22  that's -- that's going to take full -- get full

23  advantage of it, I will throw everything at you to

24  help you get to that point, because I see the potential;

25  right?

                                                        31

1        OSCAR:  So you --

2        STAN:  So --

3        OSCAR:  -- treat me just like the -- the --

4   the big client on board?

5             It's all the same as long --

6        STAN:  Yeah.

7        OSCAR:  -- as we make the cut, so to speak?

8        STAN:  Exactly.

9             I mean, listen, like I also -- we don't have

10  any onboarding fees.  We don't have any membership

11  packages.  We don't have any contracts.

12            We're a very simple company to work with

13  because we're all very laid-back individuals, and that

14  kind of applies to our technology as well.

15            OSCAR:  Now, if you --

16            STAN:  Right?

17            OSCAR:  -- had any references -- do you have

18  any references to these companies that you're working

19  with?

20            Like I -- I hate to harken back to it.  It's

21  going to -- like at the end of this --

22            STAN:  You can --

23            OSCAR:  -- that I know will come up --

24            STAN:  -- literally call anybody.

25            You -- you can blindly call somebody at

                                                      32

1    like -- okay.

2         So debt.com, if you call debt.com or if you

3    call National Debt Relief or if you call Fluentco --

4         OSCAR:  Are --

5         STAN:  -- you know --

6         OSCAR:  -- are they all --

7         STAN:  -- for example, these three.

8         OSCAR:  -- the same -- in the same network?

9         STAN:  What do you mean --

10        OSCAR:  Are they separate entities --

11        STAN:  -- "in the same network"?

12        OSCAR:  -- or are they just kind of -- are

13   they all owned by the same company?

14        Are they all from the debt relief --

15        STAN:  No, no, no.  These are all --

16        OSCAR:  -- company?

17        STAN:  -- these are all very different

18   companies.

19        Debt.com is a giant company in the debt

20   space.  They are in the -- in a -- in a lot of

21   different spaces, but debt.com itself is like -- it's

22   a -- it's a separate entity.

23        National Debt Relief is its own company.

24   They're the biggest debt buyer in the United States.

25   They purchase --

                                                      33

1          OSCAR:  Ah.

2          STAN:  -- you know, they -- they purchase

3   over -- over $400 million of debt per month.

4          And Fluent, this is the partner you want to

5   work with when you want to buy phone calls, but if you

6   also want to buy data, they have aggregated over --

7   you know, are inside from over 190 million of the --

8   and the US consumers is at the core of what we do.

9          They -- they can sell you -- they sell data

10  to almost everybody in the United States that's

11  looking to purchase consumer data so they can dial on

12  that data, send them remarketing, targeted -- targeted

13  ads, or anything of that nature.

14         So we --

15         OSCAR:  So if you were me --

16         STAN:  -- we work with --

17         OSCAR:  If you were me and you were going

18  back to the CFO, who's a real "bean counter," would

19  you say --

20         STAN:  Uh-huh.

21         OSCAR:  -- these are the three guys -- these

22  are like the three references, huh, like the big ones

23  I should probably --

24         STAN:  Uhm --

25         OSCAR:  -- bring up?

                                                    34

1          STAN:  -- you -- you can -- you can also --
2     you can also tell them to speak with -- maybe with
3     Assurance.  Assurance is also a big company that works
4     with us.

5          I can't go on these guys' websites because
6     they're in the United States only.  Actually, they're
7     even outside.

8          Where's my UPN?  I have a UPN.

9          Where's my UPN?

10         OSCAR:  (Chuckles.)

11         STAN:  Ugh.  I have to reinstall my --

12         OSCAR:  Everything you --

13         STAN:  -- I have to reinstall my UPN.

14         But you can also speak with accuquote.com.  I
15    just can't go on their website because it automatically
16    redirects me to a Canadian site, as you can see.

17         OSCAR:  I see.  I see.

18         STAN:  I'm -- I'm in Canada.  So -- you know.

19         But you can speak with AccuQuote.

20         I have many, many customers, and they're all
21    very, very happy with us.  Another one could be,
22    you know, Cege.  Cege is a -- is a very big partner
23    that's -- that sells thousands of phone calls,
24    high-quality insurance leads, and these guys are great.

25         There's a lot of companies out there that we

35

```
 1  work with that aren't, you know, small teams.

 2          So we're a small company --

 3          OSCAR:  Maybe when you're --

 4          STAN:  -- because by the very nature --

 5          OSCAR:  Well, maybe when you're --

 6          STAN:  What?

 7          OSCAR:  -- forwarding the recording, let me

 8  know what you think is like the best uplift or anything

 9  (sounds like).

10          I doubt we're even going to reach out

11  because -- you know, just something to "wow" the CFO

12  with.  Any -- you know --

13          STAN:  I mean, listen, National Debt Relief --

14          OSCAR:  -- at the end of the day, he's

15  insisting on wanting to see data from me.

16          National Debt Relief, that's the --

17          STAN:  National Debt Relief should be --

18  should be more than enough --

19          OSCAR:  That's the whale.

20          STAN:  -- for the CFO.

21          OSCAR:  Yeah (chuckles).  I'm --

22          STAN:  That --

23          OSCAR:  -- I'm pretty sure you're right.  I

24  know that.  So he certainly would.

25          STAN:  Yeah, everybody in the United States
```

36

1    knows who they are.  Everybody.

2              OSCAR:  (Chuckles.)

3              STAN:  They -- because, look, all our -- our

4    phone numbers are, on a daily basis, displayed on

5    pretty much every major US TV network, our toll-free --

6              OSCAR:  Right.

7              STAN:  -- numbers.

8              So, you know, we're a small team because -- we

9    don't need to be a big team because, first of all, we

10   never took on any funding from anybody.  So we can grow

11   at our own pace, but it's also just in the fact that --

12             OSCAR:  Beautiful.

13             STAN:  -- we don't really get that many -- we

14   don't really get any support (inaudible).

15             It's like nobody really -- there -- there are

16   no bugs in Retreaver, and we don't have customers

17   complaining about service, outages, or -- or problems

18   with the interface, or anything of that nature.

19             So we never have to hire a big support team,

20   or staff for that matter.

21             We just have developers that are responsible

22   for developing certain areas of our product, website,

23   et cetera, and that's it.  Like that's all we've ever

24   really needed.

25             OSCAR:  Just strong fundamentals and, you know,

                                                          37

```
 1   some degree of choosiness with who you take on.
 2            STAN:  Exactly.  Exactly.  We just need
 3   10 x-ers to work for us and, you know --
 4            OSCAR:  (Chuckles.)
 5            STAN:  -- or 100 x-ers.
 6            OSCAR:  I love it, and I'd love --
 7            STAN:  So...
 8            OSCAR:  -- to be one.
 9            Are -- so with the --
10            STAN:  (Chuckles.)
11            OSCAR:  -- trades -- or are you guys going to
12   be at ASE?  Because that's kind of -- that's my --
13            STAN:  Absolutely.
14            OSCAR:  -- kind of favorite.
15            All -- all right.
16            STAN:  And you're going to ASE?
17            OSCAR:  I mean, that's in August.
18            STAN:  Yeah, yeah, I'll be at ASE.
19            OSCAR:  I'm -- I'm kind of like -- I'm kind of
20   on the same wavelength as you.  I just imbed myself,
21   you know?  No booth.
22            STAN:  Yeah.
23            OSCAR:  (Chuckles.)
24            STAN:  Yeah.  So we -- we can meet --
25            OSCAR:  Just to shake the hand.
```

<span style="float:right">38</span>

1          STAN:  -- up at ASE.

2          OSCAR:  I'm with it, man.  I'm with it.

3          With the demo --

4          STAN:  So let me -- let me just show you kind

5    of -- I think that both of us have some sort of -- some

6    form of ADHD.  So we keep jumping from topic to topic,

7    but -- (chuckles).

8          OSCAR:  (Chuckles.)

9          You don't have to "think"; I know.

10         STAN:  Right (chuckles).

11         So you see from here, when I -- when I was

12   going through the form, I chose "Retreaver Call

13   Tracking" as my product interest.

14         And if you look in my routing settings, based

15   on the product interest that's coming in, this is just

16   a simple key value, JavaScript; right?

17         Like that's all this is.  This is a key value

18   operator:  "Product inter-" -- "product, underscore,

19   interest equals Retreaver Call Tracking."

20         So what we've done is we can recognize

21   whatever this product interest is, and then based on

22   the selection that we choose here -- and that the

23   person chooses here in realtime, the phone call -- once

24   he places that phone call to this number, they don't

25   even have to submit the form.

39

1          As long as they place the phone call to this

2    phone number, it will route to one of these three

3    categories -- or one of these four categories.

4          And then the cool thing with us is I can

5    even -- by clicking "submit," I can enact one of these

6    actions.

7          For instance, one action that I can enact is I

8    can make the "submit" button of the form that my

9    customer is using into a click default because the

10   JavaScript says once somebody presses "submit" and

11   recognized that they're pressing "submit," and

12   automatically dial the phone number that they've placed

13   in here and connected to this phone number and, in the

14   back end, connected to one of the three buyers that

15   that phone call can go to based on the criteria that

16   was chosen.

17          OSCAR:  I see, because then -- it kind of gets

18   to the root of what -- what I'm after here.

19          And once again, I can't verbalize it very

20   well, but we want to use software to pass lead data

21   with the phone calls.

22          So is this --

23          STAN:  Right.  Absolutely.

24          OSCAR:  -- is this kind of --

25          STAN:  So to pass the lead data along, down

                                                          40

1    here, as you can see, I have a bunch of information.

2         So these are webhooks, and unlike our

3    competitors, where we kind of differ is, not only are

4    we able to start passing information at the very

5    beginning of the call -- so we can pass it when the

6    call hits Retreaver, or we can say, "Okay.  Well" --

7         OSCAR:  Right.

8         STAN:  -- "let's now pass the information into

9    your CRN."

10        But at the same time, when a buyer is

11   selected -- maybe when the buyer is selected, I also

12   want to pass the information to my buyer's CRN because

13   I want the agent on the buyer end to see the

14   information from the form show up in front of them in

15   their CRN when that call is being placed.

16        OSCAR:  Beautiful.  That kind of --

17        STAN:  Right?

18        OSCAR:  -- this is right where we're -- this

19   is like right in our ballpark right now.

20        So I'm liking this.

21        STAN:  And -- and so what you can do is you

22   can literally create whatever tags, whatever

23   information -- this is just based on my account.

24        Like these tags right here are just based on

25   the tags that I've generated just kind of screwing

                                                          41

1    around with different data offers, and things of that

2    nature.

3            But any UTM parameter, anything you see on the

4    websites, any customizable JavaScript that you've

5    entered within the Retreaver JavaScript or outside of

6    the Retreaver JavaScript, you could be passing those

7    parameters into Retreaver and then passing them to your

8    partners, your channel partners, using our webhook

9    interface.

10            OSCAR:  Awesome.

11            This is -- this is like -- oh, I've got enough

12    horror stories from me (chuckles).

13            STAN:  (Chuckles.)

14            You can also -- unlike a lot of our

15    competitors, you can also segment these webhooks and

16    say that only if a specific channel partner -- like in

17    here, in the "Matches" area, use the wizard and you

18    select a specific channel partner.

19            And you say, "Only when this channel partner

20    has been selected as the buyer, only then do you pass

21    the information along," because some of them maybe you

22    don't want to pass the information because they're not

23    paying you as much, while others --

24            OSCAR:  Right.

25            STAN:  -- are paying you as much.

                                                        42

1          You can also -- when you're tracking the

2    conversion on these calls, obviously, you can do kind

3    of the basic stuff that everybody does, which is I can

4    track a call based on a timer.

5          But we can also -- maybe you have a "rev"

6    sharing agreement with one of your partners.

7          So you can use a postback, and Retreaver can

8    actually wait for the CRN of your customer to mark the

9    call as converted within their CRN before you mark that

10   call as converted in Retreaver, because we're waiting

11   for the posted value of payout modifier in their CRN to

12   be sent to us.

13         And something like that conversion equals true

14   conversion trigger could be sent to us with that pixel.

15         OSCAR:  Can you -- can you maybe "layman" that

16   down a bit?

17         STAN:  So imagine you have a customer that

18   says, "I'm going to pay you for each phone call, but

19   before I pay you, I need my agent to mark this call as

20   converted or as this -- this call is now a lead," or

21   something; right?

22         OSCAR:  Right --

23         STAN:  So you can be using Retreaver --

24         OSCAR:  -- on the basis of time or revenue

25   or...

                                                        43

1          STAN:  Yeah.

2          And so -- so maybe -- maybe the agent just

3    needs to mark the call as converted because that --

4    that lead has now scheduled an appointment; okay?

5          So if they've scheduled --

6          OSCAR:  Okay.

7          STAN:  -- an appointment, that means something

8    changes on their CRN on the value somewhere; right?

9          So what you can do is --

10         OSCAR:  Right.

11         STAN:  -- you can customize Retreaver to wait

12   for a response from your customer's CRN and only then

13   mark the call as "payable" or "receivable" as,

14   essentially, as a converted phone call.

15         OSCAR:  Got it.

16         Okay.  I -- I like this.  I like this a lot,

17   actually.

18         STAN:  Right now -- we can go into things like

19   setting up profiles for -- for buyers and publishers.

20         One of the cool things with us is, you know,

21   when you set up a profile, you can either type in a --

22   a phone number, like I have here, right, and just add a

23   phone number, or you can use SIP, if your buyers have

24   SIP.

25         So SIP is just a -- a different way of -- it's

                                                      44

1    the wrong site.

2           SIP is just a different way of making

3    somebody -- or connecting to somebody.  It's just an

4    internet connection to an internet connection, like a

5    web address, rather than a phone number, which is fine,

6    you know.

7           We can also do things like, let's say in the

8    mortgage -- just to make this kind of real-world for

9    you, let's say you have --

10           OSCAR:  Right.

11           STAN:  -- three different companies buying

12   your phone calls in the mortgage space; okay?

13           OSCAR:  Well, and just --

14           STAN:  What you can do is --

15           OSCAR:  -- just to enter a check -- and we

16   do --

17           STAN:  Yeah?

18           OSCAR:  -- Lending Tree, Quicken, and there's

19   like a network of about 500-plus independent mortgage

20   companies we're working with here.

21           STAN:  Cool.

22           OSCAR:  So this is very much a real use case

23   for us.

24           STAN:  So here's -- here's your real use case.

25           You can have 500 of those real -- those

                                                        45

1    office, you know, like Lend- -- Lending Tree is

2    obviously a big company.

3          But those 500 other small agents, you can put

4    all of them as a group of buyers and simultaneously

5    buyer -- dial all of them at the same time, and then

6    the first person that answers that call is the one that

7    gets that phone call.

8          Alternatively, you --

9          OSCAR:  Oh, I love it.

10         STAN:  Alternatively, you can -- and by the

11    way, that's limitless.  Like you can have 1,000; you

12    can have 10,000.  I can't care.  You can have as many

13    as you want --

14         OSCAR:  (Chuckles.)

15         STAN:  -- and it will dial all of them at the

16    same time.

17         OSCAR:  Okay.

18         STAN:  I think other companies have caps.  We

19    don't have caps on that stuff.

20         Alternatively --

21         OSCAR:  Are you -- do you -- are you --

22         STAN:  -- you can have a staggered --

23         OSCAR:  -- aware of the fact whether -- are --

24    are you -- like how limited are the caps with other

25    companies, this 500?

46

1          STAN:  I -- I just remember, like I -- I

2     remember some silly stuff, like -- like Ringba having a

3     limit on how many numbers you can suppress.

4          So if you have a bunch of spammers --

5          OSCAR:  Right.

6          STAN:  -- calling your phone numbers, there's

7     apparently a limit in Ringba on how many phone numbers

8     they suppress, which doesn't make any sense to me.

9          I mean --

10         OSCAR:  You mean --

11         STAN:  -- you should never suppress --

12         OSCAR:  I gotcha.

13         STAN:  -- you -- you should never limit any of

14    these things.

15         Our system is truly limitless.  Like there's

16    no limit to how many things you can create and how many

17    interactions you can make.

18         Like to give you an idea, if I go into a

19    campaign here and let's say -- let's say I am tracking

20    a bunch of different parameter mappers; right?

21         OSCAR:  Right.

22         STAN:  I can press this till the end of time.

23         OSCAR:  (Chuckles.)

24         I love it.

25         STAN:  Okay?  And -- and just create --

                                                          47

```
1            OSCAR:  So you'll build a feature --

2            STAN:  -- as many --

3            OSCAR:  -- and there's never a cap?

4            There's no arbitrary cap in any of these

5  features --

6            STAN:  No, there's no --

7            OSCAR:  -- currently?

8            STAN:  -- arbitrary caps to any of this stuff.

9            OSCAR:  Cool.

10           STAN:  So going back to this buyer creation.

11           So let's say you have Lending Tree and some

12 other companies that you're sending those calls to.

13           You can do that simultaneous buyer thing,

14 where you group all of them into one group, or maybe

15 you have multiple groups.  Like one group is these

16 three people, one group is these five people,

17 et cetera, and the first group --

18           OSCAR:  Right.

19           STAN:  -- because these guys are all paying in

20 the same amount of money, then it goes to them.

21           But if -- if let's say they don't answer, we

22 can use the signout feature for a maximum number of

23 seconds spending attempting to connect to this person.

24           So let's say Lending Tree gets 15 seconds

25 attempting to connect to them; okay?
```

48

1          Now, I know that Lending Tree has an IVR that

2     picks up most phone calls; right?

3          But what we can do is if you group Lending Tree

4     and just give them their own group here, you can tell

5     Lending Tree to add this call rejection API webhook

6     right here, and you can --

7          OSCAR:  Ah-ha.

8          STAN:  -- tell them -- you can tell them to

9     post this into their system.

10         And what will happen is if the call doesn't

11     get picked up by an agent within a certain period of

12     time, Retreaver will pull that call out of their system

13     and send it somewhere else.

14         This is something that nobody else has

15     currently.

16         OSCAR:  Okay.

17         STAN:  All right?

18         So you -- you have full control of -- of that

19     phone call, much like you would have full control over

20     a web property that you own.

21         OSCAR:  I like this a lot.  This is -- it's

22     like a whole new world that was kind of --

23         STAN:  (Chuckles.)

24         OSCAR:  -- right under my nose.

25         STAN:  Well, we're -- we're kind of like a --

49

1  so, listen.

2         So companies like Assurance, for instance,

3  actually, their -- their employees have on their

4  resumes that they're certified in Retreaver, because

5  it's almost like Retreaver --

6         OSCAR:  (Chuckles.)

7         STAN:  -- becomes its own programming

8  language, in a way, right, because we have --

9         OSCAR:  Right.

10        STAN:  -- all of these kind of infinite

11 options.

12        To give you an idea of how flexible the system

13 is, if I look up one of these phone numbers -- right?

14 Right here.  I can click-edit on that number, and as

15 you can see, that number is locked to the configuration

16 that's on that campaign.

17        But let's say for --

18        OSCAR:  So we're down to a --

19        STAN:  -- whatever reason this phone --

20        OSCAR:  -- phone number level, like you can --

21 you could --

22        STAN:  Right.

23        OSCAR:  -- apply all these modular settings to

24 just one number in an array of --

25        STAN:  Exactly.

                                                        50

1          OSCAR:  -- hundreds of thousands of numbers.

2          STAN:  Exactly.

3          I can unlock any portion of that phone number

4    and change it from what the default campaign settings

5    are.

6          So maybe I don't want to dial in this number.

7    I don't want to dial these two buyers.  I want to dial

8    Stan, which is my name, but...

9          Well, now I have this number here, and if I

10   update, it will only dial --

11         OSCAR:  Just one.

12         STAN:  -- this one.

13         Or if I want to revert it -- or if I want to

14   revert it back to what it was previously, I just lock

15   it, and the settings go back to what they used to be.

16         So this is really helpful --

17         OSCAR:  So maybe --

18         STAN:  -- if let's say --

19         So go ahead.

20         OSCAR:  Maybe an analogy would be like they're

21   campaign level settings, and then there's actual phone

22   number grouping settings or even individual phone

23   number settings, and --

24         STAN:  You got it.

25         OSCAR:  -- they can kind of be applied?

                                                        51

1              Cool.  Cool.  I love that.

2              STAN:  You got it.

3              So I think this is also something that we're

4    unique in terms of having the ability to offer this

5    sort of granularity.

6              OSCAR:  Yeah, that definitely will work,

7    because I -- I think maybe we haven't gotten my feet

8    too wet with the other two platforms, but I was aware

9    of Invoca being an outfit of dinosaurs in this space,

10   and Ringba, we haven't really looked at their platform

11   yet, but --

12             STAN:  Uh-huh.

13             OSCAR:  -- I think -- I think we're coming to

14   you guys first, at least, because there's always kind

15   of been, at least hearsay I've come across, that this

16   is what you guys are all about.

17             And there's a lot of kind of down tech --

18   every little feature helps, and it's oriented towards

19   the client.

20             STAN:  Yeah, it's -- it's really about that.

21             Like you can create numerous number pools.

22   You can segment your number pools to your publishers.

23             The other cool feature that we offer is, let's

24   say I have this debt called like -- or let's -- let's

25   make this mortgage; okay?

                                                        52

1          So we're going to create a Mortgage Calls

2    publisher; all right?

3          OSCAR:  All right.

4          STAN:  And what I'm going to do is I'm going

5    to create a postback key for the Mortgage Calls

6    publisher; and "Mortgage data."

7          So what does this mean?

8          If I apply this Mortgage Calls publisher to

9    one of my campaigns, I'm going to apply it to this

10   Debt Live Transfers campaign, whatever.  It -- it

11   doesn't matter what the campaign is.

12         The -- the idea is I'm going to apply it to

13   this campaign, and I'm going to create a new phone

14   number.

15         When I create a new phone number on a

16   campaign, I select what toll-free prefix I want, and

17   then I say I have Mortgage Calls as the publisher.

18         So this publisher has this phone number

19   assigned to them now; okay?  Now, I want to send data

20   from this publisher.

21         Because this person is selling me that phone

22   call and I'm reselling it, I want to sell that data

23   that that publisher has that -- that it's capturing, I

24   want to resell that data.

25         So what am I going to do?

                                                     53

1          And Rested, by the way -- the system that I'm

2    using right now is called "Rested."  This is just kind

3    of like a pixel --

4          OSCAR:  That's in the API?

5          STAN:  -- fire imitator.

6          Right.  Yeah, like the tester for API, that

7    sort of thing.

8          So let's say I have "mortgage amount," and --

9    and let's say --

10          OSCAR:  (Chuckles.)

11          STAN:  -- this is "200,000," and I have

12    "caller zip" is this, and "first name" is this, and --

13    and I have, you know, "Foreclosure: No," you know,

14    whatever -- whatever these -- these would be.

15          "Late" -- maybe -- maybe you're also receiving

16    something like "Late payment: No"; right?  So maybe

17    you're receiving these sorts of details.

18          And so what I'm doing is I'm placing my phone

19    number -- so the caller number has to match this phone

20    number for the pixel fire to happen.

21          So I'm going to send this request.  It's going

22    to say, "Here are the tags that I'm -- that I'm

23    passing."

24          I'm going to put you on hold for a quick

25    second while I dial because I don't have a second phone

                                                           54

1    that I can use for this, but --

2           OSCAR:  Just go for it.

3           STAN:  -- I'm dialing -- I'm dialing this

4    number now. So 877-2- -- -625-9279.

5           All right?  So I'm going to call it.

6           (Pause)

7           OSCAR:  All right.

8           STAN:  So that information that I've passed

9    here is passing through the phone call as if it's

10   yours.

11          OSCAR:  Just like that.  Wow.

12          STAN:  Just like that.

13          OSCAR:  (Chuckles.)

14          STAN:  And as you can see, it's also -- it's

15   also overriding, because, again, I'm using that

16   caller's zip.

17          It's overriding the caller's zip to that

18   American postal code and using that as -- as my

19   profile, even though the call itself is coming from

20   Canada.

21          So it's appending the information at the very

22   beginning.  So what I can do is when -- and these two

23   are closed, whatever, but if they were open, the call

24   would go forward.

25          And the "Call flow" will tell you everything

                                                          55

1  that happened on that phone call:  Why did the call

2  get, you know, hung up on?  It got hung up on because

3  the call was diverted because all of the buyers were

4  closed or unavailable, and there was no other setting.

5          But what we can also do --

6          OSCAR:  Exactly.

7          STAN:  -- is --

8          OSCAR:  Is that realtime as well --

9          STAN:  -- maybe I go back to --

10          OSCAR:  -- or do I have to --

11          STAN:  That is realtime, yes.

12          OSCAR:  -- refresh the page?

13          Okay.  Cool.

14          STAN:  It's like as close to realtime as

15  possible.  So you do have to refresh --

16          OSCAR:  Got it.

17          STAN:  -- but --

18          OSCAR:  Yeah.

19          STAN:  -- this, right here, you'll see in

20  realtime.  This -- this widget right here, you'll see

21  in realtime.

22          But what I wanted to --

23          OSCAR:  Got it.

24          STAN:  -- go back to is, let's say sue saw

25  (phonetic).  In that specific case, these guys are both

                                                        56

1    closed.  So the call couldn't go anywhere; right?

2              But one of the settings that I have in

3    Retreaver, the capability of using -- there's a couple.

4              So I can do something like, "All buyers are

5    closed."  Maybe I want to end that phone call, and I

6    want to write a message.  So, "Closed."

7              So I use the prompt for "All Buyers Closed,"

8    and I say, "Please call back during regular business

9    hours."

10             Or maybe, instead of that, instead of using

11   the "All Buyers Closed" for this message, maybe I want

12   to redirect it to a different campaign because I have

13   an answering service, something like that, that I have

14   an answering service that will answer those phone calls

15   when all of my buyers are closed.

16             So you can redirect this to a different

17   campaign and track it separately from your main

18   transfer campaign; right?

19             And then --

20             OSCAR:  I love that.

21             STAN:  And then you can see -- and, like, we

22   can get into reporting here quickly.

23             But on a reporting level, you'd essentially be

24   able to see all of the phone calls.

25             Like last month -- let's do last month.

57

1            These are -- again, you're not going to see

2     a lot because this is me testing stuff, but --

3            OSCAR:  Right.

4            STAN:  -- you'll see that, you know, these are

5     my buyers.

6            Each buyer had this many phone calls; how many

7     were repeats, duplicates, uniques, conversions,

8     conversion percentage, revenues, payouts, total costs,

9     what's your profit, what's your earnings per call,

10    what's your cost per call.

11           All of this information is -- is available to

12    you, readily available, based on pub- -- buyer,

13    publisher, campaign, even -- even as granularly as

14    based on a phone number.

15           And on top of that, you can generate reports

16    and send them to whoever you want, with customizable

17    variables, such as, you know --

18           OSCAR:  Oh, wow.

19           STAN:  -- which call buyer, which campaigns,

20    publishers, numbers, even which -- which columns do you

21    want to send to people; right?

22           Then you can --

23           OSCAR:  I've rarely seen the solution --

24           STAN:  -- even have those reports --

25           OSCAR:  I've rarely seen the solution where

                                                        58

1    all of these bases are so covered.

2            STAN:  (Chuckles.)

3            We've been around for a while (chuckles).

4            OSCAR:  (Chuckles.)

5            STAN:  (Chuckles.)

6            OSCAR:  And you have -- you've thought of

7    everything, basically.

8            STAN:  Well, yes.  We -- we're --

9            OSCAR:  (Chuckles.)

10           STAN:  -- we're still developing some new

11   things that are going to shake things even further.  We

12   just haven't released them yet.

13           But I'm very excited about -- about a couple

14   of new features that we've been working on that are

15   going to allow for multiple-point communication.

16           So you'll be able to send a webhook somewhere,

17   receive a response from that webhook, and send an

18   additional webhook somewhere else based on the response

19   from where that webhook came from.

20           So you can, like, validate IDs and validate,

21   like, which call center agent should be picking up and

22   then sending the call somewhere else and all of these

23   different options they can use where you can automate

24   that entire interaction very, very granularly.

25           OSCAR:  Got it.  I like that.

59

1          And that's coming -- that's in the -- that's
2     in the works?
3          STAN:  Yeah.  We're -- we're very close to
4     releasing it.  We're just -- and we're also going to
5     switch.
6          So what I didn't show you yet is -- you can --
7     you -- when you create a profile on a buyer on -- on,
8     you know, Lending Tree, or whoever else -- so like I
9     said, you have the signout.
10         So you can say, "If Lending Tree doesn't
11    answer the call within 15 seconds, send the phone call
12    to somebody else, and if they don't answer, send the
13    call to somebody else," and it will use a priority,
14    slash, weight distribution scale.
15         You can also block their phone number.  You
16    can set their business hours.
17         You can do things like, you know, "Open 24/7,"
18    "Open 9:00 to 5:00, Monday to Friday."  Maybe they have
19    a noon lunch.  Maybe they have -- they're open 24/7,
20    but they have --
21         OSCAR:  Uh-huh.
22         STAN:  -- multiple breaks.  You can set all of
23    that up in the system.
24         OSCAR:  With a fallback all routing it.
25         Is that infinitely stackable as well --

                                                      60

1           STAN:  Yes.

2           OSCAR:  -- meaning, can -- if -- if it fails --

3           STAN:  Yes.

4           OSCAR:  -- with Lending Tree and then the next

5    one and the next one, it could go on forever?

6           STAN:  Pretty much, yeah.

7           Actually, "yes" --

8           OSCAR:  (Chuckles.)

9           STAN:  -- not "pretty much."  Yes (chuckles).

10          OSCAR:  Well, I don't --

11          STAN:  We even have capabilities --

12          OSCAR:  -- think we'll break whatever the

13   limit is.

14          STAN:  So there is no limit, but you can also

15   do things, like you can set up call carousels where

16   people are cycled through multiple offers, kind of like

17   an SMS carousel, you know, like, "Press '1' for this,

18   Press '2' for this, Press '3' for this."

19          "Oh, you didn't press anything.  Let's go

20   through more offers.  Maybe you're interested in

21   those."

22          Like there's a bunch of different ways that

23   you can use the system.  It's -- it's really just up to

24   you; right?

25          We can also establish how many -- what's the

                                                        61

1  maximum amount of calls that at a given time can be

2  going to Lending Tree?  Maybe they have only ten agents

3  dedicated to your phone calls.  So they can only take

4  ten calls at any given time.

5          Maybe -- maybe because of the amount of money

6  that they're paying you, you have to set up caps, like

7  hourly caps, daily caps, monthly caps, hard caps --

8          OSCAR:  Right.

9          STAN:  -- you know.

10          You can also populate their profile with

11  things like which area codes are they able to

12  receive -- not "area codes."

13          OSCAR:  (Chuckles.)

14          STAN:  Which states are they able to receive

15  phone calls from?

16          Maybe you have a list of 10,000 zip codes that

17  they should be receiving phone calls from because you

18  have the -- you have that caller zip thing on your

19  phones.  Then you can upload that list of zip codes as

20  well.

21          And on top of that, you can set, separate from

22  the campaign, conversion criteria that lets them have a

23  full understanding of -- or lets you, essentially,

24  split how much the publisher is paying you versus how

25  much they're paying you at different times.

                                                    62

1          Like maybe they're paying you on 60 seconds,

2     but your publisher is getting paid on 120 seconds.  So

3     you can split that conversion.

4          OSCAR:  Now, all of this data that gets passed

5     through that you're showing me, like this page, for

6     example, takes this code.

7          I know it's kind of going --

8          STAN:  Yeah.

9          OSCAR:  -- back a bit, but that's all

10    predicated on having the JS code on a form where we

11    capture the lead; is that right?

12         STAN:  Either having the -- either having the

13    JS or using this -- where is this? -- the system to

14    receive posts from other systems through the postback,

15    like maybe -- maybe you have a call center that's

16    warming up people.

17         They can be posting information into Retreaver

18    before the phone call connects.

19         OSCAR:  Okay.

20         STAN:  There's a bunch of different ways you

21    can go about this.

22         OSCAR:  And -- and I guess to --

23         STAN:  But we can -- we -- once you --

24         OSCAR:  -- tweak that (inaudible), yeah --

25         STAN:  -- become a customer --

                                                          63

1          OSCAR:  -- it's the same thing.

2          STAN:  -- I can take you through all of it --

3          OSCAR:  Right.

4          STAN:  -- yeah.  Yeah.

5          OSCAR:  Okay.  Awesome.

6          STAN:  You can also invite your buyers and

7    publishers to have their own instance of Retreaver,

8    where they see information that's pertinent to them on

9    either side as well.

10          OSCAR:  They'll get back-end access or

11   reports -- access to given --

12          STAN:  Yes.

13          OSCAR:  -- reports or whatever --

14          STAN:  They'll -- they'll have --

15          OSCAR:  -- (inaudible) for them?

16          STAN:  -- back-end access, but only to what

17   you want them to see.

18          OSCAR:  (Chuckles.)

19          I love that.  Okay.

20          STAN:  And that's it.  That -- that's kind of

21   your -- you know, your basic walk-through here.

22          OSCAR:  Has anyone ever told you it's -- it's

23   a whole lot to digest?

24          And not in a bad way, by the way.  I think

25   this is --

                                                      64

1          STAN:  Yeah (chuckles).

2          OSCAR:  -- pretty game-changing (chuckles).

3          I -- I --

4          STAN:  Yeah.

5          OSCAR:  -- honestly, I --

6          STAN:  Nobody -- nobody can really compete

7    with us on this stuff (chuckles).

8          OSCAR:  I didn't know what to expect, to be

9    honest, and I'm going in with the CFO kind of breathing

10   down my neck about it.

11         I was worried I wouldn't have a lot to bring

12   back or to show for it, but I'm -- I'm really digging

13   this, and I can't see how anyone else with the

14   organization is going to have reservations, either.

15         STAN:  (Chuckles.)

16         OSCAR:  If anything, I think we've --

17         STAN:  Well --

18         OSCAR:  -- got a --

19         What was that?

20         STAN:  You -- you could -- you could also make

21   a free account and just screw around with everything

22   I've shown you.

23         So when you make an account --

24         OSCAR:  I think that's the best --

25         STAN:  -- with Retreaver, you -- you --

                                                            65

1          OSCAR:  -- the next step.

2          STAN:  Yeah.

3          You -- you get $5 on the account.  So you can,

4   like, test it out.  I think it's good for about

5   15 calls or so.  So you can actually build all of these

6   different scenarios and just test them out as a proof

7   of concept, if you want.

8          OSCAR:  Awesome.  Okay.

9          We're -- I think that's kind of the next move

10  here.  I mean, I'm -- admittedly, I'm probably going to

11  start insisting that we just go straight to exploring

12  Retreaver further.

13         I'd rather -- you know, I'm pretty -- I'm

14  pretty convinced by your saying that a lot of these

15  features are unique to Retreaver, and a lot of the

16  limitations that don't exist on Retreaver will exist on

17  the competing solutions.

18         So with all of that endeavor, you know, I

19  think there's a very strong case to be made that

20  Retreaver is the solution we're after.

21         So I think the next step is going to be some

22  pretty -- we're going to give those -- that $5 credit a

23  good testing, and we're going to -- we're going to kind

24  of quickly move forward from there.

25         STAN:  Awesome.

                                                          66

1          I'm going to end the -- the screen share, and

2     I'll send you the reporting.  As soon as -- as it gets

3     uploaded, I'll forward it off to you.

4          OSCAR:  Okay.  This is like --

5          STAN:  Just out of curiosity --

6          OSCAR:  Yeah.  What's up?

7          STAN:  Just out of curiosity, I was

8     wondering -- so, obviously, you're going to start off

9     small, everybody does, but what sort of volume would

10    you be expecting to see, let's say, six months --

11         OSCAR:  I've --

12         STAN:  -- from now?

13         OSCAR:  I've got a good answer for you,

14    actually.

15         I'd say if you -- if you're onboarding us

16    even, say, six months from now, anticipate 200 calls a

17    day, 18-minute average calls.  I...

18         So --

19         STAN:  Okay.

20         OSCAR:  -- you know?

21         Yeah, we're not -- I -- I -- I've got to

22    stress, we're not a National Debt Relief, but

23    (chuckles) we're starting.  We're getting there.

24         STAN:  So by the way, in terms of -- in terms

25    of pricing, just so you can kind of get your head

                                                        67

1    around this, typically --

2            OSCAR:  Okay.

3            STAN:  -- customers that switch from Invoca to

4    Retreaver typically save about 50 percent on their call

5    tracking costs with us.

6            OSCAR:  Yeah, okay.  All right.  That's --

7            STAN:  So --

8            OSCAR:  -- that's (chuckles) --

9            STAN:  So we're a very --

10           OSCAR:  -- a good (inaudible) itself.

11           STAN:  We're a very cost- --

12           Yeah.  We're -- we're a very good cost-cutting

13   solution.

14           OSCAR:  Is there flexibility there, or does

15   that kind of come with higher volume than I've

16   described to you?

17           STAN:  No, there's flexibility.  We're --

18   we're a very -- like I said, like, we're -- we're --

19   we're easy to work with.

20           If I see potential, I see that you guys are

21   doing well, then I'll -- you know, I'll call you and be

22   like, "Hey, man.  I'm going to reduce your price a

23   little bit, and I'm going to" --

24           OSCAR:  Good.

25           STAN:  -- "get you another customer."

                                                        68

1          OSCAR:  Hell, yeah.

2          STAN:  (Chuckles.)

3          OSCAR:  So you're going to be --

4          STAN:  I'll help you, bro.

5          OSCAR:  -- at ASE next month; right?

6          STAN:  Yes.

7          OSCAR:  So this is like either way, it's still

8   a few weeks in the making for us.

9          I think -- you know, you've got my e-mail now.

10  We should definitely touch base if you're going to be

11  out there.

12         And, you know, I think there's only going to

13  be good news for you moving forward, and it's good news

14  for us because it sounds like Retreaver is like right

15  up our alley and kind of just what we're after here.

16         And I'm going to do my best to make a strong

17  case for that.

18         STAN:  Great.  I'll stay now (sounds like).

19         OSCAR:  I really appreciate it, man.

20         If we just stay in touch, I'm going to have

21  more updates for you.  I'm going to actually let you

22  know how our testing goes, too, and maybe we could

23  start --

24         STAN:  For sure.

25         OSCAR:  -- there, but let's definitely touch

                                                        69

1  base in New York, and either way, I think you'll have a

2  more solid answer before then.

3          STAN:  Sounds good.

4          Yeah, give me a shout anytime.  I'll -- I'll

5  send you the recording of the -- as soon as it gets

6  uploaded and --

7          OSCAR:  Thank you.

8          STAN:  Yeah, you know, and enjoy --

9          OSCAR:  That would be very helpful.

10          STAN:  -- enjoy Fourth of July.

11          OSCAR:  You, too.  I know you're in Canada,

12  but either way, and what's it called?

13          And when that video, when it's ready, please

14  do forward it because that's definitely as --

15          STAN:  Absolutely.

16          OSCAR:  Cool.

17          As much of a sales pitch, if I put together my

18  cell phone ready (sounds like), I'm -- I'm sure the CFO

19  will still want to kind of get a look, even before we

20  do the demo.  So it will all help.

21          STAN:  Sure.  Sounds good.

22          It was great chatting with you, Oscar.

23          OSCAR:  Thank you so much.

24          You, too.  I really appreciate it --

25          STAN:  Thank you.

                                                        70

1          OSCAR:  -- Stan.

2          STAN:  Take care.

3          OSCAR:  "Tah," too (sounds like).

4          STAN:  Bye-bye.

5          OSCAR:  Bye.

6          (End of Recording)

7  (1:02:21.1)

8          (End of Reporter's Transcript of Recorded

9  Material in re "Retreaver Demo")

10                      *    *    *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              71

1                        CERTIFICATE

2                            OF

3              CERTIFIED SHORTHAND REPORTER

4                       *    *    *

5          I, Annie Doezie, the undersigned, a Certified

6    Shorthand Reporter of the State of California, do hereby

7    certify:

8              That the foregoing transcript comprises a true

9    and correct account of the recorded material and was

10   transcribed into typewriting under my direction and

11   supervision, except in the instances where the

12   transcript indicates "inaudible."

13             I also certify said material is a full, true,

14   and correct transcript of the recorded material, to the

15   best of my ability.

16             I further certify that I am neither counsel for

17   nor related to any party to said action, nor in any way

18   interested in the outcome thereof.

19             IN WITNESS WHEREOF, I have subscribed my name

20   this date:  October 11, 2019.

21

22

23

                        ANNIE DOEZIE, CSR NO. 8478
24

                        in and for the County of Orange,
25
                        State of California

                                                        72

# LAWYER'S NOTES

| PAGE | LINE | |
|------|------|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |