UNITED STATES DISTRICT COURT
LOS ANGELES - CENTRAL DISTRICT OF CALIFORNIA


ACQUISITION MANAGEMENT, INC., )
                              )
            Plaintiff,        )
                              )
    vs.                       ) Case No.
                              ) 2:19-cv-06814
RETREAVER, INC.,              )
                              )
            Defendant.        )
_____)

*Certified Copy*


R E V I S E D


REPORTER'S TRANSCRIPT OF RECORDED MATERIAL
IN RE "JULY 11 2019 CALL
WITH STAN PAVLOVSKY OF RETREAVER"


Date and Time:     Thursday, July 11, 2019
                   2:39 p.m. - 3:06 p.m.


Transcribed By:    Annie Doezie, CSR No. 8478
                   Certified Shorthand Reporter


Job No. 17128

1

Ex. H, Pg. 149

1              THURSDAY, JULY 11, 2019; 2:39 P.M.

2                          *    *    *

3        REPORTER'S TRANSCRIPT OF RECORDED MATERIAL

4                IN RE "JULY 11 2019 CALL

5            WITH STAN PAVLOVSKY OF RETREAVER"

6    (0:00:00.0)

7            OSCAR:  ...work when I hit the "record" button

8    on here?

9            STAN:  I've -- I'm now starting to record it.

10   So --

11           OSCAR:  Got it.

12           STAN:  -- starting now, we're on record.

13           OSCAR:  Okay.  Cool.

14           All right.  So we actually were looking at --

15   maybe we could start with the test call feature.

16           That was something that -- even Brock and I

17   see why we are going need to be somewhat versed in, but

18   maybe you can --

19           STAN:  What --

20           OSCAR:  -- kind of --

21           STAN:  -- do you mean?

22           OSCAR:  -- show us --

23           Well, I saw like on the "Help" section,

24   there's like a "How to Test a Call Tracking Campaign."

25           Was that kind of --

                                                        2

1          STAN:  Right --

2          OSCAR:  -- similar --

3          STAN:  -- I'm not --

4          OSCAR:  -- to the API?

5          STAN:  Do -- do you mean here (indicating), in

6    our "Knowledge Base" you saw --

7          OSCAR:  Yeah, it was in the "Knowledge Base."

8          STAN:  Do you remember which article you're

9    referring to?

10         OSCAR:  Let me see.

11         STAN:  Because we don't have a test called

12   "Feature," per se.  You just test the call by calling

13   the phone number.

14         OSCAR:  Okay, okay.

15         So maybe --

16         STAN:  That's about it.

17         OSCAR:  So it's -- it's just all based off of

18   the phone, then.

19         I'm -- or not "based off of the phone," but I

20   should actually have a phone on hand to dial and test

21   that number with.  It's not --

22         STAN:  Yes.  Absolutely.

23         OSCAR:  -- web-based.

24         STAN:  No --

25         OSCAR:  Okay.

3

 1          STAN:  -- this is web- -- the only web-based
 2   portion of that is, let's say you have a webhook, and
 3   you want to test-fire a pixel.
 4          So if I look, I believe, in my Capabilities
 5   campaign, right here (indicating), I have a -- a couple
 6   of webhooks down here.
 7          So if I want, I can test-fire the
 8   conversion --
 9          OSCAR:  Interesting.
10          STAN:  -- you know.
11          That's -- that's the -- the only
12   noncall-related test that you can do.
13          OSCAR:  Got it.
14          Okay.  So maybe gloss over that, then, and --
15          You were -- you were explaining the data
16   protection and compliance a bit more --
17          STAN:  Yeah.  It's --
18          OSCAR:  -- or a bit last time, but maybe we
19   can dive into that some more, especially compliance for
20   sensitive verticals, like insurance and healthcare.
21          STAN:  So it's funny you mention that.  We --
22   we actually just -- I think since the last time we
23   spoke, we've created two integrations now since the
24   weekend, which are responsible for "Do Not Call" lists.
25          So there's theblacklist.click, then there's

                                                            4

1   DNC.com, and there is jornaya.com and trustedform.com.

2          So these are all the solutions out there -- or

3   some of the solutions out there.  These are just the

4   first four that come to mind.

5          So one of the big things you see with calls

6   when you're -- when you're generating phone calls, you

7   guys won't see it as much because you're not actually

8   purchasing phone calls.  You have your own data

9   you're --

10          OSCAR:  Uh-huh.

11          STAN:  -- getting calls from, but, you know,

12   you never know.

13          It -- it -- it's possible in a lot of cases

14   you'd need something like The Black List or something

15   like DNC, which are specific compliance tools that

16   allow you to scrub inbound phone calls.

17          So when a call hits this API or somebody like

18   DNC, it will hit it because the call will come into

19   Retreaver, and as Retreaver is deciding where that

20   phone call should go, there are certain instructions.

21          One of those instructions is a webhook that

22   says, "Check call center" -- "contact center

23   compliance," or, "DNC.com," whether or not the number

24   that's calling in is a known litigator phone number.

25          Since you're passing that phone call to

5

1  somebody that's purchasing it in the insurance or in

2  the healthcare vertical, then you'd be using a tool

3  like this to filter calls that are known litigator

4  phone calls.

5          Now --

6          OSCAR:  I (inaudible).

7          STAN:  -- the other solutions in --

8          OSCAR:  And this --

9          STAN:  Yeah?

10         OSCAR:  Is this -- this is definitely more of

11  a concern for those dealing with, say, thousands of

12  calls a day?

13         STAN:  This is a concern for everybody.  If --

14         OSCAR:  Got it.

15         STAN:  -- if you were -- if you get a phone

16  call -- a single phone call from a litigator, they're

17  going to sue you for, let's say, $30,000.

18         But they're going to -- the -- the reason

19  they're suing you for 30,000 is because they're looking

20  to settle out of court for 5- to 10,000.

21         And you're not going to be able to get away

22  from that settlement because your lawyer will tell you,

23  "Either you're going to spend 5- to 10,000 on me and my

24  services as a lawyer in court, or you pay them 5,000,

25  and they go away."

6

1          So these are --

2          OSCAR:  Got it.

3          STAN:  -- just the realities of -- of the

4     expenses.

5          We are the only solution on the market

6     currently that integrates with every single TCPA

7     compliance solution.  Jornaya is another solution

8     that's really good.

9          This (indicating) is what you would be using.

10    This is free for you because you're generating the

11    phone calls and you're generating these leads.

12         So what --

13         OSCAR:  Right.

14         STAN:  -- Jornaya -- what Jornaya will do for

15    you is it will give you the legitimacy that you can tie

16    every single phone call to an interaction that

17    originated that call.

18         So not only are you tracking and recording the

19    phone call, but you also have a specific -- like in

20    this case (indicating).

21         See, while I'm on this page and I go and I

22    look at my phone numbers and I check the phone number

23    that's unique to my session, then you'll see here that

24    the Jornaya lead ID is present.

25         This lead ID is exclusive to this specific

                                                          7

1    session; okay?

2            OSCAR:  Got it.

3            STAN:  So, you know, like when I enter

4    information, just like I showed you before, that

5    information gets placed right away and attributed to

6    that session.

7            And if somebody calls on this number, then

8    we're able to grab the Jornaya lead ID, pass it to the

9    buyer, along with the phone call, so the buyer knows

10   that this is a legitimate phone call from a legitimate

11   property that contains a Jornaya lead ID associated

12   with that phone call, which means they don't have to

13   worry as much about litigation, and things of that

14   nature.

15           OSCAR:  Is there any way they can circumvent

16   this, or these systems are all very, like, pretty --

17   pretty ironclad?

18           STAN:  These systems are pretty ironclad.

19   There are -- I mean, listen, like this -- this Jornaya

20   system is the most trusted, I believe, on the market

21   currently.

22           TrustedForm is like one of their competitors

23   who we integrate with as well, and TrustedForm is a

24   little bit different because they actually record that

25   session (indicating).

8

1           So as you can see in their little demo here,

2     they're actually recording that entire session.

3     Usually --

4           OSCAR:  Got it.

5           STAN:  -- it's what's happening.

6           OSCAR:  And Jorn- -- Jornaya anticipates that

7     they're only working with people who are conducting

8     in-house lead generation, their own --

9           STAN:  Well, not really.  You can also do --

10    like, there's a lot of different ways of working with

11    these guys.

12          I can get you in touch with -- well, in each

13    one of these companies, both the Jornaya and the

14    TrustedForm, as well as the DNC and The Black List, I

15    can essentially set -- hook you up with everybody along

16    these verticals that can help you register with each

17    one, because to you, as a publisher, it's free.

18          OSCAR:  Got it.

19          And you're saying that what -- what's unique

20    to Retreaver here is that you've got all three of them

21    integrated, not just one or the other, or --

22          STAN:  We have all of them integrated.

23          OSCAR:  Or -- right.

24          And what would -- like in -- in all honesty,

25    what could we expect to hear from the other companies,

9

```
 1  from Invoca or --

 2          STAN:  (Chuckles.)

 3          OSCAR:  -- Ringba?

 4          STAN:  So -- so --

 5          OSCAR:  (Inaudible) going to have any?

 6          STAN:  They're not going to have any.

 7          And I actually just got off the phone with

 8  DNC, and they have reached out to DNC before and --

 9  and -- rather, DNC reached out to Invoca and Ringba and

10  to -- and they were just like, "It's -- it's a waste of

11  our time.  We're not going to do it."

12          Why?  Because unlike our system, their systems

13  are very -- they're not easy to integrate as a system.

14          So if you're going to Invoca or you're going

15  to Ringba, or you're going to any one of the other

16  solutions out there, it's going to take you months and

17  months and months and cost you lots and lots of money

18  to even con- --

19          OSCAR:  Yes.

20          STAN:  -- enough for you to even consider to

21  do an integration.

22          We just do the integration because we -- we

23  want to be that TCPA-compliant solution that actually

24  gives a shit -- pardon my French -- about what you are

25  doing and actually cares about whether or not you're
```

10

1  getting sued.

2         Because we want you to keep growing and not to

3  have to deal with setbacks, constant setbacks, like

4  litigators and -- and companies like AccuQuote or --

5  but also -- like, AccuQuote is one of our customers as

6  well, by the way.

7         But, you know, one of these companies that is

8  requiring Jornaya lead IDs when they're receiving phone

9  calls -- like Gerber, for instance.

10         If you work with Gerber, they require a

11  Jornaya lead ID passing to them.  So we're that

12  enabling solution that passes Jornaya lead IDs to

13  Gerber and to the rest of them.

14         OSCAR:  And Jornaya is not even integrated

15  with these other guys?

16         STAN:  No.

17         OSCAR:  So is this a matter of the flexibility

18  of their APIs or back end, or is this --

19         STAN:  That's exactly it.

20         OSCAR:  -- their lead?

21         STAN:  It's --

22         OSCAR:  Is it the --

23         STAN:  It's --

24         OSCAR:  -- substance of -- of who they're

25  working with, too?

                                                      11

1            STAN:  It -- it's -- it's a matter of the

2     flexibility of the API.

3            You have organizations that have very

4     rudimentary systems versus ours, which is extremely

5     flexible.

6            So the only reason we're able to integrate

7     with these guys is because it's very easy for us to do

8     it.  We don't -- we don't need to do much because we

9     have the power of webhooks, and we have the power of

10    giving you, essentially, a sandbox platform.

11           Like to give you an idea, people using

12    Retreaver at Assurance --

13           Have you guys heard of Assurance?

14           OSCAR:  You -- you showed us in the last demo,

15    too.

16           STAN:  Right.  Yeah, yeah, yeah.

17           So these guys, they actually have employees

18    that say that they're certified in Retreaver because

19    using Retreaver becomes almost like -- it -- it opens

20    up a new way of thinking about how programming should

21    function, how different -- different logical pathways

22    should function; right?

23           Like our ability to filter and to act upon

24    data that we're receiving is very, very high; right?

25           So if you have, let's say, a couple buyers,

                                                          12

1   some of the buyers require Jornaya; other buyers don't

2   require Jornaya.  Some buyers have specific criteria;

3   other buyers have less criteria.

4          Retreaver -- and the way you set up your

5   campaign will allow you to always make the right choice

6   where that phone call goes.

7          With most other solutions, you're not going to

8   be able to do that to that same granularity, and you

9   won't be able to set up campaigns where you're

10  maximizing your conversion in the same manner.

11         Not to mention, you just won't have the same

12  protection.  Like that's --

13         OSCAR:  Hmm.

14         STAN:  -- the biggest thing you've got to

15  remember.  At the end of the day, there are large

16  amounts of groups out there that are interested in

17  really screwing with the pay-per-call space.

18         And we're the solution that protects users

19  from having to deal with the -- with that litigation

20  aspect, that it's all under one roof, because --

21         OSCAR:  You're --

22         STAN:  -- we stick with everybody.

23         OSCAR:  You're killing it right now, Stan, and

24  Brock and I were really impressed.  I -- I was

25  impressed the first time over at going over the first

13

1    demo.  We were -- I --

2             STAN:  Uh-huh.

3             OSCAR:  -- he -- he knows I've been pushing on

4    the hard sell for this.

5             STAN:  (Chuckles.)

6             OSCAR:  I don't want to say "unfortunately,"

7    or maybe I do, but we have a demo scheduled with Invoca

8    tomorrow.

9             STAN:  Sure.

10            OSCAR:  And, you know, I -- I know I've

11   prefaced this all with, "We've got to do our diligence

12   here," but it's -- it's really kind of -- it's -- it's

13   always a -- a pleasant surprise to hear all the

14   features that are kind of exclusive to this, and --

15            STAN:  Oh.

16            OSCAR:  -- I'm -- I'm glad we called you

17   first.

18            STAN:  Actually, guys -- and I -- and I

19   appreciate that, but just so you guys know, and

20   you're -- you're going to laugh, but...

21            So with Retreaver, you don't have to pay

22   anything for setup.  You don't have to pay anything for

23   membership with -- with us.

24            You're just paying -- we're -- we're a very

25   easy company to work with.  You pay us for what you

                                                              14

1  use; right?

2         With Invoca, just to set up with them, it's

3  going to cost you about $3,000.

4         OSCAR:  For you -- is that even -- that's just

5  out of the box, doesn't matter our size or scale?

6         STAN:  That's right.

7         And then they have these packages where if you

8  start stepping out of the package, let's say, so -- I

9  mean, I can show you Invoca pricing.  It's not a

10 problem.

11        I -- Invoca is a -- is an easy sell for me

12 (chuckles).

13        OSCAR:  (Chuckles.)

14        Well, what about the other ones?  Are they

15 all -- are they all going to start at 3K?

16        STAN:  Who?  Like Ringba --

17        OSCAR:  Yeah, like --

18        STAN:  -- is that the other one?

19        OSCAR:  Well --

20        STAN:  That's --

21        OSCAR:  -- we'll probably end up talking to

22 them next week or if we can --

23        STAN:  Look --

24        OSCAR:  -- get a -- a demo.

25        STAN:  I -- I wonder if I can find their

                                                    15

1    pricing.

2          But Invoca pricing, I'm telling you right now,

3    is going to be about $1,000 a month if you want any

4    integration at all.

5          To give you a quick understanding of what that

6    means, in my Capabilities campaign here -- sorry.  One

7    sec.  Oops.

8          In my Capabilities campaign, I have this

9    webhook for "Has Offers"; okay?  This is literally a

10   link that you get from "Has Offers."

11         And then we map our campaign ID to the

12   offer ID, and transaction ID equals transaction ID,

13   because we're just mapping the variable off of a

14   website; right?

15         OSCAR:  Those --

16         BROCK:  Can I ask --

17         OSCAR:  -- (inaudible) right.

18         STAN:  I'm sorry, Brock.  What are you -- did

19   you mention -- did you say something?

20         BROCK:  Yes.  Just a quick question.

21         You know what?  We're doing around 200 daily

22   calls with an average time of 18 minutes.

23         OSCAR:  And -- and we saw the quote --

24         BROCK:  Yes, we did.

25         OSCAR:  We were discussing the quote, at

                                                      16

1    least.

2            STAN:  Right.

3            BROCK:  Right.

4            I wanted to know what -- what kind of

5    flexibility can you offer on the -- on the amount you

6    offered for that --

7            STAN:  I'm quite flexible.

8            BROCK:  Quite flexible?

9            OSCAR:  Like --

10           BROCK:  Like what?

11           OSCAR:  -- 10 percent?  30 percent?

12           Like at what -- what's reasonable for us to

13   ask?

14           STAN:  It's whatever -- well -- so what --

15   what was quote I offered you in your (inaudible)?

16           OSCAR:  Let's see.  I think it was 3060.  Let

17   me double-check.

18           STAN:  I'm sorry.  3060?

19           OSCAR:  Let me --

20           STAN:  Oh, right.  Right, right, right.

21           OSCAR:  -- check.

22           STAN:  Was this in an e-mail, or was this over

23   Spect (phonetic)?  I'm trying to remember.

24           OSCAR:  Over e-mail to the --

25           STAN:  Right.

17

1          OSCAR:  -- Outlook e-mail.

2          3060 per month at four and a quarter cents --

3          STAN:  Right, four and a quarter cents.

4          OSCAR:  -- biggest charge.

5          STAN:  So that's for 200 calls.  200 times

6    18 minutes, times 5, times four weeks.

7          So that's -- right.  That's 72,000 minutes a

8    month, four and a quarter -- I mean, listen, like I --

9    I can -- why -- why -- why don't you do this?

10          Talk to Invoca.  Tell me what Invoca tells

11    you.  Talk to Ringba.  I'm very confident in our system

12    versus our competitors'.

13          OSCAR:  We're -- we're sold on the quality,

14    but for just negotiation sake, it would be good if we

15    have like the -- the right offer from you to bring to

16    them, just to see how low they'll go.

17          I mean, are we going to be comparing them to

18    3060 per month or 2800 per month?

19          STAN:  I really don't think that -- well, I

20    don't know.  I -- I know Invoca is going to charge you

21    more than that.

22          STAN:  Uhm --

23          OSCAR:  I know.

24          STAN:  -- (inaudible).

25          OSCAR:  I know they're going to charge more.

18

1   I'd like to see, you know, what they're offering and

2   how low it gets, but I have a feeling we're going to

3   pay that just for setup, given what you've told us.

4           STAN:  Pretty much.  Pretty much.

5           I mean, like I said, like this link right here

6   (indicating), this is $1,000 a month with Invoca.

7           OSCAR:  Got it.

8           STAN:  Do you know what this costs with us?

9           OSCAR:  Zero (chuckles)?

10          STAN:  Yes.

11          OSCAR:  (Chuckles.)

12          STAN:  (Chuckles) So -- you know.

13          And -- and then with Ringba, just to give you

14  an understanding, Ringba used to be a Retreaver

15  customer that we banned, and the reason we banned --

16          OSCAR:  Are they -- yeah?  The reason?

17          STAN:  The reason --

18          OSCAR:  Go on.

19          STAN:  -- we banned them was -- is because

20  they were very big in the tech support business.

21          You know what the tech support business is;

22  right?

23          OSCAR:  Vaguely.  Like -- like actual local

24  tech support?

25          STAN:  No.  The tech support business was

                                                    19

1  essentially where people would -- would get a,

2  quote/unquote, "virus" on their computer, and that

3  virus would tell them, "Call this number," and it would

4  be a call center somewhere in India or somewhere else.

5        And they would be defrauded and told, "Listen,

6  you've got to pay us $100 to remove this virus, and

7  then we're going to give you protection."

8        It's like a racketeering scheme, almost,

9  you know, but --

10        OSCAR:  Jeez.

11        STAN:  -- over the web.  So --

12        OSCAR:  That's their clients?

13        STAN:  That was what they were doing

14  themselves.

15        And if you look at their website, right, so --

16        Have you -- Brock, have you heard of

17  Bell Clip?

18        BROCK:  Right.

19        STAN:  So if you look at their relationship

20  profile here and you look at the different websites

21  that Ringba owns -- right?

22        BROCK:  Uh-huh.

23        STAN:  So "ord2fr" -- or "or247.fr," this is

24  literally -- if -- if you click on this domain and you

25  go there, this is one of those domains that installs a

20

1  tool bar on Chrome and then starts telling you, "You

2  must consult us," and, "You must call this number."

3          OSCAR:  Jeez.

4          STAN:  Right?

5          So these are -- these are websites that they

6  currently possess in their "Tag History & Relationship"

7  profile.  These are their -- like, these are their

8  sites.

9          If you look up retreaver.com, we -- we

10 don't -- we don't have this sort of stuff.

11 support.retreaver.com, callspixels is our website.

12         Like these are (indicating) -- we don't have

13 any of this weird, crazy tech support scam stuff.

14         OSCAR:  And they were using Retreaver for

15 that?

16         STAN:  That's right.  And when we found out,

17 we banned them, because, again --

18         OSCAR:  My gosh.

19         STAN:  -- we don't -- we don't monitor our

20 customers' calls unless something is in the air,

21 something comes out, and somebody else tells us, "Oh,

22 look.  Somebody is doing something wrong."

23         OSCAR:  So was it, like, reported, then?

24         What gives you guys the inkling just to

25 actually check?

21

1          STAN:  Well, there was an FTC complaint.

2          OSCAR:  Oh, jeez.  So --

3          STAN:  Yeah, you can -- you can -- you can

4    research the owners of the company, and you can see

5    just what they do, which is -- their -- their system is

6    like a cheap remake of Retreaver, so --

7          OSCAR:  (Chuckles.)

8          STAN:  -- without the --

9          OSCAR:  Got it.

10          STAN:  -- without the flexibility.

11          OSCAR:  Man, Brock, it's good we're kind of --

12    I --

13          It was basically a roll of the dice to call

14    you first, Stan.  So, you know, sometimes that's just

15    how things happen, and --

16          STAN:  And --

17          OSCAR:  -- you're getting the best first

18    (chuckles).

19          STAN:  Well, I'm -- I'm glad that that's the

20    case, because, you know, there -- there's a few

21    other -- it sounds like there's a few other kind of --

22    if you want to -- if you want to see how these

23    companies operate -- and this isn't something that I do

24    under any circumstances.

25          It's like companies like Ringba also use some

                                                      22

 1  pretty, what I -- what I like to call, "unsavory

 2  tactics."

 3          So if you look here, there's call --

 4  callanalyticssoftware.com.  This is a website that's

 5  owned by Ringba, but it shows itself as an impartial

 6  analytics review website.

 7          And then you can see here that they're

 8  essentially conducting their own reviews between us and

 9  other systems and themselves and like Ringba versus

10  Invoca versus Dialogtech or, you know, "What are the

11  best call analytic systems?"

12          Like this is -- this is fake reviews.

13          OSCAR:  And the same -- the -- the -- the

14  software itself, it doesn't hold a candle to -- to

15  Retreaver?

16          STAN:  No, not -- not even remotely.

17          OSCAR:  Well, I hate to --

18          STAN:  (Inaudible.)

19          OSCAR:  -- backtrack totally, but I know your

20  time is somewhat limited here.

21          I know you brought up webhooks, and I -- I was

22  going to stop you then, but now it's been like five,

23  ten minutes already.

24          STAN:  (Chuckles.)

25          OSCAR:  We have on this list, too -- can you

                                                          23

```
1   go more into the "Start Paying" webhooks?

2           STAN:  Absolutely.

3           What would you like to know about the "Start

4   Paying" webhooks?

5           OSCAR:  Well, you know how last time you were

6   kind of adapting the demo for our use case?

7           Maybe kind of something how you'd see that

8   playing into our --

9           STAN:  Absolutely.

10          OSCAR:  -- company.

11          STAN:  We were -- I -- I think we were playing

12  around with like Debt campaign; right?

13          No.  No, no, no.  What was it?

14          OSCAR:  Mortgage, it could have been?

15          Is there not one there?

16          STAN:  Mortgage?  Oh, yeah, that's right.  We

17  did a publisher that was a Mortgage calls publisher,

18  and we had a couple calls, and I -- I pushed it into

19  my -- my Debt campaign here.

20          Right.  So I didn't actually use any webhooks

21  here.  What I was showing was when you have publishers

22  or sources -- so let's say you have your own CRN, and

23  your CRN houses data about all of these different

24  people.

25          Well, you have this call writing data -- call
```

                                                            24

Ex. H, Pg. 172

1  data writing key which you can place into your CRN's

2  postback, and -- I mean, if you're familiar with

3  Rested, this system, it's kind of like a mimicker for

4  phone calls.

5        So if I match my phone number and I add

6  different variables here, like let's say I'm passing,

7  "First Name" is "Stan," and "Mortgage Amount" is --

8        OSCAR:  So you can set a sub ID, so to speak?

9        STAN:  Not just sub IDs.  I can -- I can -- I

10 can send whatever information I want, whatever

11 information I have.

12        Like if you're sending out e-mail campaigns

13 and you're generating phone calls off of e-mail

14 campaigns, we could be pinging your API with the caller

15 ID of the person that's clicking on the links, or

16 whatever, and -- and receiving parameters about that

17 individual.  So --

18        OSCAR:  So even on the basis of -- we'll be

19 able to know that we're on the phone with someone who,

20 say, opens our e-mails or clicks links in our e-mails?

21        STAN:  Absolutely.

22        OSCAR:  That's -- there -- there's

23 something -- there's some applicability to that, too.

24        I know I've kind of told you we're a bit

25 behind on our modernization, so to speak.  So all of

25

1    this opens a lot of doors --

2            STAN:  That's the name of the --

3            OSCAR:  -- with (inaudible).

4            STAN:  -- game.

5            OSCAR:  Yeah.

6            And we also -- let me see here.  I thought

7    something else came up that might have been related to

8    these notes.  I don't want to keep you forever.

9            STAN:  That's okay.

10           OSCAR:  Did -- oh, yeah.  The test call

11   feature, did we -- oh, did we -- we discussed that,

12   actually.

13           STAN:  Yeah.  I told you there's no real test

14   call, so to speak.  You just call the phone number that

15   you create, and that's it.

16           OSCAR:  Right, and I think I was looking at

17   the wrong part here.

18           What about managing multiple client accounts?

19           I know you kind of gave me a light tour of

20   that as well.

21           STAN:  Oh, what -- what do you mean by

22   "managing client accounts," specifically?

23           OSCAR:  Like user accounts for reporting or

24   handling --

25           STAN:  Oh.

                                                        26

1          OSCAR:  -- disputes.

2          STAN:  Right.  So each individual that you

3  invite into Retreaver can have their own account that

4  will be either a call buyer or a publisher.

5          Call buyers will only see buyer -- excuse

6  me -- buyer-related data, and publishers will see

7  publisher-related information, you know.

8          So if I, like, logged in as this publisher --

9  I think I can do it without screwing myself.  Yeah.

10         So if I log in as a publisher, I'll now see

11  information for my publisher account, which is nothing

12  because, you know, I -- I didn't make any calls, and

13  this is my demo account.

14         But the idea is that you get like a limited

15  version of Retreaver, where they get to see their

16  numbers.  They get to see the campaigns that they're,

17  you know, on.

18         So, for instance, there's a Debt campaign.

19  Here's the summary; what states you can send calls to.

20  Here's the -- the information about how much money

21  you're selling that phone call for.

22         All of this data is here (indicating), and

23  then you can create the phone number.

24         So if I click this "New Number" thing right

25  here (indicating), then my publishers can create it,

27

1    and then if I'm a buyer instead of a publisher, then I

2    would just be able to see the result of these campaigns

3    without seeing anything about the publisher.

4              OSCAR:  Got it.

5              And that's -- is -- is that one of these

6    features that maybe exists in a more dumbed-down

7    version on the alternative platforms, or is this

8    totally unique?

9              STAN:  I'm not sure.  I'm -- I'm sure that

10   they have their own version of -- of collaboration, and

11   things like that.

12             Like I think Invoca's is called "syndication,"

13   but it's essentially the same system.

14             OSCAR:  Same level of granularity?

15             Or probably not, because that --

16             STAN:  I mean --

17             OSCAR:  -- seems to be your guys's wheelhouse.

18             STAN:  I mean, look.  Like, the granularity is

19   to the owner of the account, not to the -- not to the

20   publishers and buyers.

21             OSCAR:  Got it.

22             STAN:  (Chuckles) You know?

23             OSCAR:  All right.

24             STAN:  Because on buyers, we limit what we

25   show them by quite a bit, because we -- we don't want

                                                          28

```
 1   them seeing everything, but we'll show them as much as
 2   you want them to see.
 3           So like if -- even if it's something that's
 4   not -- here's the big difference.
 5           If there is something that's custom that --
 6   that maybe I didn't show you in the demo, the
 7   difference between us and a lot of the other guys is in
 8   most cases, the other guys will say, "Well, this is
 9   just how it is.  We're not going to add anything new.
10   It's going to take us time.  It's going to take us,
11   you know, lots and lots of time."
12           For us, because the back end of the system is
13   designed so flexibly, most of these things we can
14   change for you on-the-fly --
15           OSCAR:  Got it.
16           STAN:  -- very quickly.
17           OSCAR:  And that's -- that -- it's really how
18   you guys respond to the -- the needs of your customers,
19   too, it sounds like.  You're willing to adapt.
20           STAN:  Yeah.  Absolutely.
21           Well, we see the -- we see the benefit in it.
22   I mean, look.  Like if we are moving in a dir- -- if
23   we're totally disconnected from the needs of our
24   customers, then why in the world are we in this
25   business?
```

29

1          OSCAR:  (Chuckles) I hear you.  I don't know

2     if the competitors have gotten that memo yet.

3          STAN:  (Chuckles.)

4          OSCAR:  Brock, do you have any thoughts here?

5          I know we're going to bounce on this some

6     more, because like I said, we do have that one demo

7     tomorrow, Stan.

8          We're definitely going to have a brainstorming

9     session on this --

10          STAN:  Uh-huh.

11          OSCAR:  -- on this actual demo, probably

12     shortly after this call, if not early tomorrow.

13          STAN:  Right.

14          OSCAR:  Anything you want to jump in with,

15     Brock, or do you want to just kind of touch base

16     afterwards?

17          BROCK:  We can touch base afterwards.

18          OSCAR:  All right.  Brock is a busier man than

19     myself, Stan.

20          STAN:  (Chuckles.)

21          OScAR:  So (chuckles) he can be -- he can be

22     short on the words, but his heart's all there.

23          STAN:  It's -- it's that Aussie personality.

24     They're quieter people.

25          OSCAR:  No, it's the strong, quiet type, as

30

1   they --

2           STAN:  Yeah.

3           OSCAR:  -- say.

4           STAN:  (Chuckles.)

5           OSCAR:  All right.  We'll get out of your hair

6   for now.

7           Stan, if you can -- I don't know if we're

8   going to be able to go over it with the guys this

9   week -- maybe tomorrow, actually.

10          You think you're able to get the recording out

11  by today or tomorrow?

12          (End of Recording)

13  (0:27:33.6)

14          (End of Reporter's Transcript of Recorded

15  Material in re "July 11 2019 Call with Stan Pavlovsky

16  of Retreaver")

17                         *    *    *

18

19

20

21

22

23

24

25

                                                        31

1                        CERTIFICATE

2                            OF

3                CERTIFIED SHORTHAND REPORTER

4                        *    *    *

5          I, Annie Doezie, the undersigned, a Certified

6    Shorthand Reporter of the State of California, do hereby

7    certify:

8          That the foregoing transcript comprises a true

9    and correct account of the recorded material and was

10   transcribed into typewriting under my direction and

11   supervision, except in the instances where the

12   transcript indicates "inaudible."

13         I also certify said material is a full, true,

14   and correct transcript of the recorded material, to the

15   best of my ability.

16         I further certify that I am neither counsel for

17   nor related to any party to said action, nor in any way

18   interested in the outcome thereof.

19         IN WITNESS WHEREOF, I have subscribed my name

20   this date:  October 18, 2019.

21

22

23

                    ANNIE DOEZIE, CSR NO. 8479

24

                    in and for the County of Orange,

25                  State of California

                                                        32

# LAWYER'S NOTES

| PAGE | LINE | |
|------|------|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |