GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE NO.:  2:19-cv-06814-DSF-KS <br><br> **DECLARATION OF STAN PAVLOVSKY IN SUPPORT OF RETREAVER, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2)** <br><br> *[Notice of Motion and Motion to Dismiss; Declaration of Jason Kolesnikowicz; Declaration of Nina D. Boyajian; Request for Judicial Notice; Proposed Order filed concurrently]* <br><br> Hearing Date:   December 30, 2019 <br> Time:              1:30 p.m. <br> Room:             Courtroom 7D <br><br> Hon. Dale S. Fischer <br><br> Action Filed:  August 6, 2019 <br> FAC Filed:    November 11, 2019 |

## DECLARATION OF STAN PAVLOVSKY

I, Stan Pavlovsky, declare as follows:

1.    I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath. I submit this Declaration in support of Defendant Retreaver, Inc.'s Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.

2.    I am the Chief Revenue Officer ("CRO") of Defendant Retreaver, Inc. In my capacity as Retreaver's CRO, I am primarily responsible for generating sales of Retreaver's products and services and managing Retreaver's client relationships with its customers. In this capacity I am also primarily responsible for providing product demonstrations, or "demos", which are introductory overviews, of Retreaver's products and services to potential customers.

3.    I have reviewed Exhibits G and H to Plaintiff Acquisition Management, Inc.'s First Amended Complaint. I recognize Exhibits G and H as transcripts of telephone calls that I had with an individual named "Oscar Maglio" and a person who I know only by his first name, "Brock", on July 4 and July 11, 2019. During these two telephone calls, I provided Oscar (in both calls) and Brock (in the second call only) a demo of Retreaver's products and services.

4.    I know that the full name of the person identified in Exhibits G and H as only "Oscar" is "Oscar Maglio" because I have maintained my email communications with Oscar regarding the demo calls transcribed in Exhibits G and H, and in those emails Oscar identifies himself as "Oscar Maglio."

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 2, 2019 at Toronto, Canada.

_____
Stan Pavlovsky

1