# EXHIBIT 1

**E-Filed**

Colorado Secretary of State
Date and Time: 01/13/2016 03:28 PM
ID Number: 20141305319

Document number: 20161029479
Amount Paid: $50.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

### Statement of Conversion Converting a Domestic Entity into a Foreign Entity
filed pursuant to § 7-90-201.7 (1) and § 7-90-204.5 of the Colorado Revised Statutes (C.R.S.)

1. For the converting entity, its ID number, entity name, form of entity, jurisdiction under the law of which it is formed, and principal office address are

ID number
20141305319
*(Colorado Secretary of State ID number)*

Entity name
CallPixels LLC

Form of entity
Limited Liability Company

Jurisdiction
Colorado

Principal office street address
8190 Avens Circle
*(Street number and name)*

Colorado Springs        CO    80920
*(City)*                *(State)*    *(ZIP/Postal Code)*
                        United States
*(Province – if applicable)*        *(Country)*

Principal office mailing address
(leave blank if same as street address)
*(Street number and name or Post Office Box information)*

*(City)*                *(State)*    *(ZIP/Postal Code)*
*(Province – if applicable)*        *(Country)*.

2. For the resulting entity, its true name, form of entity, jurisdiction under the law of which it is formed, and principal address are

True name
Retreaver, Inc.

Form of entity
C-Corporation

Jurisdiction
Delaware

Street address
340 Brannan Street, Suite 501
*(Street number and name)*

San Francisco        CA    94107
*(City)*            *(State)*    *(ZIP/Postal Code)*
*(Province – if applicable)*    *(Country)*

Mailing address
(leave blank if same as street address)

_____
*(Street number and name or Post Office Box information)*

_____

_____ _____ _____
*(City)* *(State)* *(ZIP/Postal Code)*

_____ _____.
*(Province – if applicable)* *(Country)*

3. The converting entity has been converted into the resulting entity pursuant to section 7-90-201.7, C.R.S.

4. *(Mark the applicable box and complete the statement. Caution: Mark only one box.)*

   ☑ The resulting foreign entity does not maintain a registered agent in this state and service of process may be addressed to the entity and mailed to the principal address pursuant to section 7-90-704 (2), C.R.S.

   or

   ☐ The resulting foreign entity maintains a registered agent to accept service pursuant to section 7-90-204.5, C.R.S. The person appointed as registered agent has consented to being so appointed. Such registered agent's name and address are

   Name
   (if an individual)

   _____ _____ _____ _____
   *(Last)* *(First)* *(Middle)* *(Suffix)*

   or

   (if an entity)

   _____
   *(Caution: Do not provide both an individual and an entity name.)*

   Street address

   _____
   *(Street number and name)*

   _____ __CO__ _____
   *(City)* *(State)* *(ZIP Code)*

   Mailing address
   (leave blank, if same as street address)

   _____
   *(Street number and name or Post Office Box information)*

   _____ __CO__ _____
   *(City)* *(State)* *(ZIP Code)*

5. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
   ☐ This document contains additional information as provided by law.

6. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

   *(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
   The delayed effective date and, if applicable, time of this document are _____.
   *(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent

documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing this document to be delivered for filing are

| Gomez | Christina | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

c/o Goodwin Procter LLP
*(Street number and name or Post Office Box information)*
Three Embarcadero Center 24th Floor

| San Francisco | CA | 94111 |
|---|---|---|
| *(City)* | *(State)* | *(ZIP/Postal Code)* |

| | . |
|---|---|
| *(Province – if applicable)* | *(Country)* |

*(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

# EXHIBIT 2

E-Filed

Colorado Secretary of State
Date and Time: 09/23/2019 03:21 PM
ID Number: 20141305319

Document number: 20191758251
Amount Paid: $10.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

ABOVE SPACE FOR OFFICE USE ONLY

## Statement of Correction
## Correcting the Principal Office Address
### filed pursuant to § 7-90-305 of the Colorado Revised Statutes (C.R.S.)

1. The entity ID number and the entity name, or, if the entity does not have an entity name, the true name are

Entity ID number              20141305319
                              *(Colorado Secretary of State ID number)*

Entity name or True name      Retreaver, Inc.                                        .

2. The document number of the filed document that is corrected is 20161029479                    .

3. The principal office address as stated in the document identified above is incorrect.

   Such address, as corrected, is

Street address                3500 South Dupont Highway
                              *(Street number and name)*

                              Dover                    DE      19901-6041
                              *(City)*                *(State)*   *(ZIP/Postal Code)*
                                                       United States
                              *(Province – if applicable)*      *(Country)*

Mailing address
(leave blank if same as street address)    *(Street number and name or Post Office Box information)*

                              *(City)*                *(State)*   *(ZIP/Postal Code)*
                                                                          .
                              *(Province – if applicable)*      *(Country)*

4. *(If applicable, adopt the following statement by marking the box and include an attachment.)*
   ☐ This document contains additional information as provided by law.

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or
acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is
such individual's act and deed, or that such individual in good faith believes such document is the act and deed
of the person on whose behalf such individual is causing such document to be delivered for filing, taken in
conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent
documents and the organic statutes, and that such individual in good faith believes the facts stated in such
document are true and such document complies with the requirements of that Part, the constituent documents,
and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

5.  The true name and mailing address of the individual causing this document to be delivered for filing are

| Gass | Charles | | |
|------|---------|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

1144 15th Street
*(Street number and name or Post Office Box information)*

Suite 3300

| Denver | CO | 80202 |
|--------|-----|-------|
| *(City)* | *(State)* | *(Zip/Postal Code)* |

United States .
*(Province – if applicable)*        *(Country)*

*(If applicable, adopt the following statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty.  While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet.  Questions should be addressed to the user's legal, business or tax advisor(s).