# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-CV-06814-DFS-KS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT RETREAVER, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) AND 12(B)(6)** |

*ACTIVE47437722*

1

1  The Court, having considered Defendant Retreaver, Inc.'s Motion to
2 Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and
3 12(b)(6) ("Motion"), and finding good cause therefore, hereby,
4  **GRANTS** the Motion and dismisses this matter for lack of personal
5 jurisdiction over Defendant Retreaver, Inc. ("Retreaver").
6  [or]
7  **GRANTS** the Motion and dismisses Plaintiff Acquisition Management
8 Inc.'s First Amended Complaint for failure to state a claim.

DATED:_____   _____
The Honorable Dale S. Fischer
United States District Judge