GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RETREAVER, INC., and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO.:  2:19-cv-06814-DSF-KS<br><br>**DEFENDANT RETREAVER, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) AND 12(B)(6)**<br><br>[*Notice of Motion and Motion to Dismiss; Declaration of Rebekah S. Guyon; and Proposed Order filed concurrently*]<br><br>Hearing Date:  December 30, 2019<br>Time:  1:30 p.m.<br>Room:  Courtroom 7D<br><br>Hon. Dale S. Fischer<br><br>Action Filed:  August 6, 2019<br>FAC Filed:  November 11, 2019 |

ACTIVE47350009

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 30, 2019, at 1:30 p.m., in Courtroom 7D of the above-captioned Court, located at 350 West 1st Street, Los Angeles, California, Defendant Retreaver, Inc. will and hereby does respectfully request that the Court take judicial notice of the following public records pursuant to Fed. R. Evid. 201, when ruling on Defendant's concurrently-filed Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), all of which are authenticated in the Declaration of Rebekah S. Guyon:

- **Exhibit 3:** A compilation of the webpages from the domain callanalyticssoftware.com, which are incorporated by reference in paragraphs 75-79 of the First Amended Complaint ("FAC").
- **Exhibit 4:** The State of Wyoming Secretary of State Filing Information for Acquisition Management, Inc.
- **Exhibit 5:** The Florida Division of Corporations Entity Detail Information for HPJ Holdings, Inc.
- **Exhibit 6:** The results of a public records search for "Oscar Maglio."
- **Exhibit 7:** The United States Census Bureau "Quick Facts" comparing the 2018 population of California to the total population of the United States.
- **Exhibit 8:** The results of a business entity search for "HPJ Holdings LLC" on the California Secretary of State website.
- **Exhibit 9:** The results of a business entity search for "HPJ Holdings Inc." on the California Secretary of State website.
- **Exhibit 10:** The Second Declaration of FTC Investigator David S. Gonzalez, and Attachment 131 thereto, filed on August 12, 2014 in *Federal Trade Commission v. MDK Media Inc., et al.*, Docket 53 and 53-8, Case No. 2:14-cv-05099-JFW-MRW, Central District of California.
- **Exhibit 11:** Federal Trade Commission's Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not

1

Issue and the Declaration of Sallie S. Schools and Attachments A-B, M-V in support thereof, filed on April 18, 2011 in *Federal Trade Commission v. Circa Direct LLC, and Andrew Davidson*, Docket 3, Case No. 1:11-cv-02172-RMB-AMD, District of New Jersey.

- **Exhibit 12:** The Complaint in *Etronics, Inc. v. Harrison Gevirtz et al.*, San Francisco County Superior Court Case No. CGC-13-531276, filed May 8, 2013.
- **Exhibit 13:** The Complaint in *Ronan Petillon, et al., v. Ryan Eagle, Harrison Donald Gevirtz, Eagle Web Assets Private Network, Eagle Web Assets, Inc., and EWA Network Inc.*, Circuit Court of Cook County, County Department, Chancery Division, Case No. 2013CH10379, filed April 18, 2013.
- **Exhibit 14:** The Complaint in *Valerie Comte and Harrison Gevirtz v. Ford Motor Company*, Santa Barbara County Superior Court Case No. 1402454, filed June 22, 2012.
- **Exhibit 15:** The docket for *Colorado Department of Revenue v. Gevirtz, Harrison*, Colorado District Court Denver County Case No. 2012CV802915, filed January 13, 2012.

Fed. R. Evid. 201(b) authorizes this Court to take judicial notice of any material that is "not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Exhibit 3 is subject to judicial notice under the "incorporation by reference" doctrine and Exhibits 4 through 15 are further subject to judicial notice as public records whose authenticity cannot reasonably be questioned.

**Incorporation By Reference**

Exhibit 3, webpages from the domain callanalyticssoftware.com, is specifically referenced in and forms the basis of Plaintiff Acquisition Management, Inc.'s ("Acquisition") claims, although Acquisition did not attach these materials to the FAC. *See* FAC ¶¶ 75-79. Under the incorporation by reference doctrine, this Court may "'take

2

into account documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading.'" *Forman v. Wells Fargo Bank, N.A.*, No. CV171164DSFCFEX, 2017 WL 8110528, at *1 (C.D. Cal. Apr. 24, 2017) (Fischer, J.) (quoting *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005); *Smith v. Nationstar Mortg. LLC*, No. CV1502498DSFMRWX, 2015 WL 4652699, at *2 n. 2 (C.D. Cal. Aug. 4, 2015) (Fischer, J.) (same).

Webpages may be judicially noticed under this doctrine. *See, e.g.*, *Knievel*, 393 F.3d at 1076-77 (taking judicial notice on a Rule 12(b)(6) motion of the content of the defendant's webpages, which were not attached to the complaint, to provide the context for an allegedly defamatory photograph and caption on defendant's webpage that plaintiff had attached to the complaint); *Nat'l Grange of the Order of Patrons of Husbandry v. Cal. State Grange*, 182 F.Supp.3d 1065, 1082 n. 5 (E.D. Cal. 2016) (taking judicial notice of webpages); *Tompkins v. 23andMe, Inc.*, No. 5:13-CV-05682-LHK, 2014 WL 2903752, at *1 n. 1 (N.D. Cal. June 25, 2014) (same), *aff'd,* 840 F.3d 1016 (9th Cir. 2016).

Based on the foregoing, this Court should consider Exhibit 3 when ruling on Retreaver's motion to dismiss pursuant to Rule 12(b)(6) under the incorporation by reference doctrine.

**Authentic Public Records**

Exhibits 4 through 15 are judicially noticeable as matters of public record that are not subject to reasonable dispute. *See, e.g.*, *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.2d 741, 746 n. 6 (9th Cir. 2006) (judicial notice taken of court filings in a separate case). Exhibits 4 through 15 are properly considered by the Court when ruling on Retreaver's bases for dismissal pursuant to both 12(b)(6) and 12(b)(2).

"A matter that is properly the subject of judicial notice may be considered in ruling on a Rule 12(b)(6) motion." *Griner v. Mercurio*, No. CV056583DSFRCX, 2005 WL 6133906, at *2 (C.D. Cal. Dec. 6, 2005) (Fischer, J.) (citing *Barron v. Reich*, 13

3

F.3d 1370, 1377 (9th Cir. 1994); *accord Foley v. Aintabi*, No. CV 13-3691 DSF (SSX), 2013 WL 12130015, at *4 (C.D. Cal. Nov. 6, 2013) (Fischer, J.) (same). Thus, this Court "may consider '[r]ecords and reports of administrative bodies,' and other 'matters of public record outside the proceedings,' such as motions filed in other cases." *Griner*, 2005 WL 6133906, at *2 (quoting *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986)) (citation omitted).

Similarly, in the context of a 12(b)(2) motion to dismiss for lack of personal jurisdiction, "[p]arties may go beyond the pleading and support their positions with discovery materials, affidavits, or declarations." *Poetry Corp. v. Conway Stores, Inc.*, No. CV 14-01787 RSWL JPR, 2014 WL 4181020, at *3 (C.D. Cal. Aug. 21, 2014); *Am. Inst. of Intradermal Cosmetics, Inc. v. Soc'y of Permanent Cosmetic Professionals*, No. CV 12-06887 GAF JCGX, 2013 WL 1685558, at *4 (C.D. Cal. Apr. 16, 2013) (same).

Accordingly, this Court should take judicial notice of Exhibits 3-15 when ruling on Retreaver's motion to dismiss.

Dated: December 2, 2019

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/ Nina D. Boyajian*
    Nina D. Boyajian
    Rebekah S. Guyon
Attorneys for Defendant Retreaver, Inc.

ACTIVE47350009