GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff; <br><br> vs. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-06814-DSF-KS <br><br> **DECLARATION OF REBEKAH S. GUYON IN SUPPORT OF DEFENDANT RETREAVER, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) AND 12(B)(6)** <br><br> [*Notice of Motion and Motion to Dismiss; Request for Judicial Notice; Proposed Order filed concurrently*] <br><br> Hearing Date: December 30, 2019 <br> Time: 1:30 p.m. <br> Room: Courtroom 7D <br><br> Hon. Dale S. Fischer <br><br> Action Filed: August 6, 2019 <br> FAC Filed: November 11, 2019 |

## DECLARATION OF REBEKAH S. GUYON

I, Rebekah S. Guyon, declare and state:

1. I am an attorney with the law firm of Greenberg Traurig, LLP, counsel of record for Defendant Retreaver, Inc. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto. I submit this Declaration in support of Defendant Retreaver, Inc.'s Request for Judicial Notice in Support of Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

2. Attached hereto as **Exhibit 3** is a true and correct copy of the webpages from the domain callanalyticssoftware.com, which I caused to be printed on November 22, 2019, and which are incorporated by reference in paragraphs 75-79 of the First Amended Complaint ("FAC").

3. Attached hereto as **Exhibit 4** is a true and correct copy of the State of Wyoming Secretary of State Filing Information for Acquisition Management, Inc. I caused this information to be collected from the website http://soswy.state.wy.us.

4. Attached hereto as **Exhibit 5** is a true and correct copy of the 2017 Florida Division of Corporations Entity Detail Information for HPJ Holdings, Inc. I caused this information to be collected from the website dos.myflorida.com/sunbiz/search/.

5. Attached hereto as **Exhibit 6** is a true and correct copy of the results of a public records search for "Oscar Maglio," as of October 28, 2019. Exhibit 4 has been redacted to remove information as required by Local Rule 5.2-1 and Fed. R. Civ. P. 5.2, and to remove information pertaining to third-parties other than "Oscar Maglio."

6. Attached hereto as **Exhibit 7** is a true and correct copy of the United States Census Bureau "Quick Facts" comparing the 2018 population of California to the total population of the United States. I caused this information to be collected from the U.S. Census website at https://www.census.gov/quickfacts/fact/table/CA,US/PST045218, on November 25, 2019.

1

7. Attached hereto as **Exhibit 8** is a true and correct copy of the results of a business entity search for "HPJ Holdings LLC" on the California Secretary of State website. I caused this information to be collected from the California Secretary of State website, https://businesssearch.sos.ca.gov/CBS/SearchResults?filing=&SearchType=LPLLC&SearchCriteria+hpj+holdings&SearchSubType=Keyword on November 25, 2019.

8. Attached hereto as **Exhibit 9** is a true and correct copy of the results of a business entity search for "HPJ Holdings Inc." on the California Secretary of State website. I caused this information to be collected from the California Secretary of State website, https://businesssearch.sos.ca.gov/CBS/SearchResults?filing=&SearchType=CORP&SearchCriteria+hpj+holdings&SearchSubType=Keyword on November 25, 2019.

9. Attached hereto as **Exhibit 10** is a true and correct copy of the Second Declaration of FTC Investigator David S. Gonzalez, and Attachment 131 thereto, filed on August 12, 2014 in *Federal Trade Commission v. MDK Media Inc., et al.*, Dockets Nos. 53 and 53-8, Case No. 2:14-cv-05099-JFW-MRW, Central District of California.

10. Attached hereto as **Exhibit 11** is a true and correct copy of the Federal Trade Commission's Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue and the Declaration of Sallie S. Schools and Attachments A-B, M-V in support thereof, filed on April 18, 2011 in *Federal Trade Commission v. Circa Direct LLC, and Andrew Davidson*, Docket 3, Case No. 1:11-cv-02172-RMB-AMD, District of New Jersey.

11. Attached hereto as **Exhibit 12** is a true and correct copy of the Complaint in *Etronics, Inc. v. Harrison Gevirtz et al.*, San Francisco County Superior Court Case No. CGC-13-531276, filed May 8, 2013.

12. Attached hereto as **Exhibit 13** is a true and correct copy of the Complaint in *Ronan Petillon, et al., v. Ryan Eagle, Harrison Donald Gevirtz, Eagle Web Assets Private Network, Eagle Web Assets, Inc., and EWA Network Inc.*, Circuit Court of Cook County, County Department, Chancery Division, Case No. 2013CH10379, filed April 18, 2013.

13. Attached hereto as **Exhibit 14** is a true and correct copy of the Complaint in *Valerie Comte and Harrison Gevirtz v. Ford Motor Company*, Santa Barbara County Superior Court Case No. 1402454, filed June 22, 2012.

14. Attached hereto as **Exhibit 15** is a true and correct copy of the docket for *Colorado Department of Revenue v. Gevirtz, Harrison*, Colorado District Court Denver County Case No. 2012CV802915, filed January 13, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed December 2, 2019 at Los Angeles, California.

_____
REBEKAH S. GUYON