# EXHIBIT 3

Call Analytics Software | Exploring the Top Call Analytics Software Solutions



Best Of   Call Analytics Tools   Software Reviews   Contact   About

# Latest Posts



## Call Analytics: The Integration with Digital Media!

**17 NOV 2018**

📁 posted in: Analytics Platforms   |   💬 0

When it comes to using call analytics well; there is much ground yet to be covered. A recent survey shows that by 2019 mobile advertisement spending will increase to 72% of the total digital marketing spending. We invest more and … Continued



## Do You Need Call Analytics for Your Pay Per Call Ads?

**7 SEP 2018**

📁 posted in: Call Analytics Setup   |   💬 0

A commonly asked question among marketer, advertisers, business owners and call center managers is that, what is the need of their customer? What are they looking for? What do they want? A simple answer to that would be quicker routing … Continued

## Most Usable Call Tracking Software

**3 AUG 2018**

📁 posted in: Software Comparisons   |   💬 0

The concept of call tracking software is that it aids you in measuring and analysing your phone leads no matter where they are coming from whether online or offline ad campaigns. Call Analytics: A software or platform that lets you … Continued

🏷 CallRail Alternatives, CallTrackingMetrics, DialogTech Alternatives, Invoca Alternatives, Ringba

🔍 Search

## Recent Posts

- ✏️ Call Analytics: The Integration with Digital Media!
- ✏️ Do You Need Call Analytics for Your Pay Per Call Ads?
- ✏️ Most Usable Call Tracking Software
- ✏️ Ringba vs Retreaver vs TrackDrive
- ✏️ Call Analytics Comparison: Ringba vs Invoca vs DialogTech





## Ringba vs Retreaver vs TrackDrive

**3** AUG 2018

📁 posted in: Software Comparisons  |  💬 0

Before we move onto the Call Analytics Software Comparison let us first see what it actually is. Call analytic software is something that aids you in analysing your calls. There are various softwares available today that helps you with managing … Continued

🏷 Retreaver Alternatives, Ringba, TrackDrive Alternatives



## Call Analytics Comparison: Ringba vs Invoca vs DialogTech

**3** AUG 2018

📁 posted in: Software Comparisons  |  💬 0

Everyone today is aware that the competition in the market is way too high and a small mistake can ruin the whole business. If not ruin the investment would not be returned efficiently. So, for this reason marketers and businessmen … Continued

🏷 DialogTech Alternatives, Invoca Alternatives, Ringba



## Call Analytics Comparison: Ringba vs CallRail vs CallTrackingMetrics

**3** AUG 2018

📁 posted in: Software Comparisons  |  💬 0

Call Analytics Software has become the need of big or small business and call centers because the managing of calls and the extensive data related to the caller that is needed for the improvement of the ROI is not that … Continued

🏷 CallRail Alternatives, CallTrackingMetrics, Ringba



## Call Analytics and Metrics You Need To Be Tracking

**2** AUG 2018

📁 posted in: Call Metrics　|　💬 0

With a growth of about 110 percent in calls to local businesses via paid ad campaigns, searched keywords and PPCs from 2014 have resulted in measures to be taken to improve business received from phone calls. Call tracking analyzes local … Continued



## The Ultimate List of Call Analytics Software Platforms

**23** JUL 2018

📁 posted in: Analytics Platforms, Best Of　|　💬 0

Call analytics would not be a new term for you if you are associated with call centers, agencies or IT departments, because it is one of the most important phenomenon used by them in today's world. Call analytics can simply … Continued



## The Best Call Analytics and Tracking Platforms

**10** JUL 2018

📁 posted in: Analytics Platforms, Best Of, Software Reviews　|　💬 0

Increase in smartphones has resulted in more phone calls and the respect phone calls always deserved is now being given to them. We never did realize how important phone calls can be to our business or to the digital marketing … Continued

© 2019 Call Analytics Software · WordPress Theme by Kadence WP

# CALL ANALYTICS
## SOFTWARE

# Call Analytics: The Integration with Digital Media!

**17**
NOV 2018

🔍 Search

📁 posted in: Analytics Platforms  |  💬 0

When it comes to using call analytics well; there is much ground yet to be covered. A recent survey shows that by 2019 mobile advertisement spending will increase to 72% of the total digital marketing spending. We invest more and more into call driven marketing because calls influenced one trillion dollars in consumer spending in 2016 alone in the US.

Call generated revenues are ten to fifteen times more than the web generated revenues in recent years according to BIA/Kelsey. The research predicts that calls to business from smartphones will reach 162 Billion in revenues by 2019. This makes integration between call analytic and digital platforms; a crucial part of understanding and enhancing the ROI and gaining meaningful and fluid KPI analytics system. The connection between calls that turn into lead and digital campaign that address the right audience in the right tone cannot be addressed enough.

We will discuss these sources in greater details so that you can use your provided call analytics in a more proactive and aware fashion.

## Native Social and Call Analytics:

In modern times, the call icon is growing more and more prevalent on social media ads as well as web pages. Facebook has the option to place the call icon on any of their pages whether promotional or not. Facebook's in-feed ad revenue makes up for 73% of their total ads.

The growing consensus in the market is that call per click is a much better mechanism than click for further information. Simply seeing a number does not mean that the person will actually dial the number as well. But seeing 'call now' icon will ensure that the action will lead to a successful consumer interaction.

These kinds of consumer interactions are much easier to turn into lead through successful conversions. Twitter, Pinterest and Instagram have already begun placing 'buy now' buttons for commercial content and will soon move to 'call now' buttons as well. This simple move will push the online marketing industry into call oriented consumer interaction in foreseeable future.

In terms of ROIs, this new development will make digital marketing a much more economical process. With conventional marketing going flat in terms of revenue generation; modern digital marketing comes at an incredibly low markup and gains are exorbitant in comparison. When social media marketing connects with ROIs; the results will increase market revenue with only intelligent Omni- Channel marketing campaigns.

## Landing Pages:

Landing pages are also developing an ROI oriented purview with call button. We personally found the process interesting because landing pages are usually connected through Google ads. These ads are usually accessed during a search and appear as a result of advertisement searches.

This leads to more direct lead oriented calls then those that come through social media. As the consumer is already looking for the product or service; it is safe to assume that lead conversion is easier and much more likely. Also; they consumer interaction becomes more lively when they come from the landing page as the website gives out much more information and offers deeper discussion venue.

Social media profiles for a business do not cover as much ground on products, gran identity and KPI worthy data as the landing page and website does. That means that landing pages are much more

Try and place only click to call option on some of the landing pages with no option to fill the form. This will push some of your serious customers to have a conversation that builds customer relations.

## Recent Posts

✏️ Call Analytics: The Integration with Digital Media!

✏️ Do You Need Call Analytics for Your Pay Per Call Ads?

✏️ Most Usable Call Tracking Software

✏️ Ringba vs Retreaver vs TrackDrive

✏️ Call Analytics Comparison: Ringba vs Invoca vs DialogTech



## Keyword Spotting:

The system is so new, it's barely understood. But when you customers are calling and you have an integrated inbound call tracking mechanism in place; all of your calls are being monitored. When a word is spoken by the customer and repeated by another customer; that becomes a spotted keyword. This is the first time in the history of modern day marketing; that a keyword generating mechanism has been placed that basically allows the customer to decide the keyword.

Before this time; marketing teams used to design the keywords that the consumer used to interact with. But these keywords will be derived from the consumer experience the consumer will be deciding the keyword that goes into call analytics.

These keywords will give marketers insights into how their products are being seen by the consumer. They will understand their brand from consumer perspective and integrate their brand with that perspective to give their brand an identity that the consumer relates with. This enhancement of the consumer driven identity will make the product more appealing to the consumer through native social digital campaigns. The cycle this process creates enhances the ROIs and makes KPI analytics more meaningful to understand.

## Lead Management:

Another factor that contributes to call analytics is management of the generated leads. The placement of lead enhancement is easier than to manage the bulk of calls that are being invited through the integration campaign.

According to a recent California Association of REALTORS data, around 49% of consumers are not getting the active response they anticipated. 94% of the consumers expect a response in less than an hour and around 20% of the calls are not received by a human representative who would convert calls into leads.

This is a clear indication of the fact that lead generation is becoming much easier than lead management. With social media being much too inexpensive for the masses, the process of gaining the attention of right audience has become easier than to manage the audience. Around 31% of the callers to realtors abandoned their call in 2015 if the call went to voicemail simply because consumers want their questions answered quickly.

This has also revolutionized the process of being a calling agent because now the best call agent is the one who is straightforward. Pay Per Callers is the exclusive affiliate marketing forum for pay per call. Check it out and begin your Pay Per Call journey today!

Previous Post

© 2019 Call Analytics Software · WordPress Theme by Kadence WP

## CALL ANALYTICS SOFTWARE

# Do You Need Call Analytics for Your Pay Per Call Ads?

**7**
SEP 2018

🔍 Search

posted in: Call Analytics Setup | 💬 0

A commonly asked question among marketer, advertisers, business owners and call center managers is that, what is the need of their customer? What are they looking for? What do they want?

A simple answer to that would be quicker routing to the suitable and appropriate person or destination, a targeted and personal approach, good experience and interaction, and an easy access through any device.

Now how would you know all these information because it is important but difficult to collect or capture. Customers are also not at all shy anymore they are getting more and more bold with their demands and they won't hesitate to report a bad comment online about your product or services.

So, you have to take extra safety measures to stop that from happening.

Life is even harder if you have a job like call center manage. They have to deal with a lot of tough stuff like recruitment and retention of agents, managing the call flow, etc. Realizing how tough your job already is we know you would be delighted to get assistance.

## So, How can You Get That?

Simple! By investing in a good **call analytics platform**. Usually **pay per call networks** provide with all the necessary basic as well as advanced call analytics for your call center or business so you don't have to worry about that if you decide to work with a good pay per call network.

You may realize exactly how important call analytics is after you do.

Your agents would get the required assistance, you would get a good insight and control over call managements and plus your customers would get the kind of experience and service that they are looking for.

## Call Analytics

Let's discuss what call analytics is. A good call analytics would let you track your inbound phone calls and monitor them. It also includes assigning of tracking numbers, analyzing important data, real-time reports, monitoring key performance indicator, etc.

## Importance of Call Analytics

Imagine yourself investing in multiple ad channels with a small budget all you would want at that point would be to have a knowledge about the channel that is generating the most revenue or phone calls for you. Call analytics gives you exactly that.

Not only it benefits small or local businesses but it also has a lot of advantages for big businesses as well. They would get first-hand knowledge and real-time reports regarding their services and customers satisfaction. They would also be able to eliminate the channels that are not making them a considerable amount of profit.

Call analytics is a smart way of managing your marketing spends and with growing competition marketers and advertisers are getting more and more inclined towards using it.

## How Would You Know If You Need Call Analytics for Your Pay Per Call Ads?

## Recent Posts

🖋 Call Analytics: The Integration with Digital Media!

🖋 Do You Need Call Analytics for Your Pay Per Call Ads?

🖋 Most Usable Call Tracking Software

🖋 Ringba vs Retreaver vs TrackDrive

🖋 Call Analytics Comparison: Ringba vs Invoca vs DialogTech



Even after knowing the importance of call analytics marketers and advertisers constantly debate over whether or not they need it. For this purpose we have come up with a bunch of questions that you may want to ask yourself before getting an expensive network for your business.

First of all, you should obviously look for the costs and benefits and come up with a valid reasoning if whether or not investing in call analytics is good for your business or not.

After that you should ask yourself:

1. Is your revenue enough to justify your investment in call analytics? Do you have enough inbound phone calls volume creating your business a strong profit or revenue?
2. This is for those who are already using a call analytics platforms, you need to monitor if your current network or platform is helping your business or not?
3. After you have come up with the answers of above questions and you finally decide to make investment and use a call analytics for your business then you need to consider this: how much basic or sophisticated system do you require? Is tracking enough for you or you need more than that like conversation analytics?
4. After figuring out all that you may want to consider your resources. If there is anyone who wants to own the responsibility of managing the system for you or is there anyone that you find competitive enough to do it for you?
5. How is the integration of your call analytics platform with your previous system?
6. What is your definition of success when it comes to call analytics?

In short, if you choose the right one for your business then it could be the best deal you made ever in your business.

Yes!

It has that kind of power. However, you should consider good networks and platforms and make sure that you are asking them all the right questions. If you are someone who has a lot to do with inbound phone calls and majority of your revenue comes from that then you should definitely give it a go.

## How to Start Working with Pay Per Call Networks

We realize that investing without knowing is a big deal and not many would want to do that so we have come up with a great website, PayPerCallNetworks.com, to help you get connected with some of the best pay per call networks that provide with excellent call analytics and tools for your business.

Especially if you are a newbie looking for valuable insights and reviews of leading pay per call businesses then this is the website for you. Aside from reviews the website has a rich and diverse content that has helped many marketers and is there to help many more.

It is a website built with genuine interest of helping people out with their problems and providing them a valid and proper solution.

Previous Post                                                                                              Next Post

© 2019 Call Analytics Software - WordPress Theme by Kadence WP

CALL ANALYTICS
SOFTWARE

Best Of     Call Analytics Tools     Software Reviews     Contact     About

# Most Usable Call Tracking Software

**3**
AUG 2018

🔍 Search

📂 posted in: Software Comparisons  |  💬 0

The concept of call tracking software is that it aids you in measuring and analysing your phone leads no matter where they are coming from whether online or offline ad campaigns.

**Call Analytics:** A software or platform that lets you monitor your call through measuring the number of calls as well as the quality of the calls or leads (which depends upon your set quality requirement) that are coming from any of your online or offline ad campaigns.

## How is this Done?

A unique number is assigned to each campaign and when a lead calls that number gets displayed to you. This way you know which of your campaigns are working and how are they performing. A call tracking software also integrates with Google analytics or other web analytics so that you are able to see browsing data regarding each caller.

## How is Call Tracking Important For You?

People often fail to realise the importance of a good call tracking software but there are many ways in which call tracking helps you so you need to make sure that you are using one because first of all, it makes you able to monitor the performance of every campaign of yours no matter online or offline.

Wand secondly, without using any call tracking software for your help you would not be able to keep a record or track of the ROI. With offline ads it is just not possible and even with online ones you need some kind of software for monitoring how many of the leads are actually converting into calls. It also provides you with a transparency in the overall customer journey so that you get to capture important insights and eliminate anything that doesn't seem to be beneficial.

Other than all this call tracking lets you coach your staff by monitoring their interaction with the customers and teaching them about the techniques that are needed to engage the customer in a helpful as well as useful conversation.

## Most Usable Call Analytics Software Platforms

Your only job is to look up different softwares that suit your requirements and for that we are helping you by providing a list of softwares based upon their **Call Analytics Usability**.

### Ringba

Ringba is one of the most efficient and remarkable call tracking software available that provides with the best level of call tracking. It lets you track the sources of any of your offline and online call and even connects you from offline to online customer journey so that you are able to monitor each step. By monitoring the conversation you get to have a better understanding of the customer's mind-set.

It has Dynamic Number Insertion technology as well. Through this  a number is set up on the website and whenever a user clicks that they get directed to a landing page and from there they either call the number and buy your product or with their visits you get to figure out their interests etc. so that you are able to make a more targeted approach to them.

Ringba is very wholesome Call tracking software and if you choose Ringba you would get to experience all the useful features which include: Call recording, call routing, IVR, etc.

*To learn more about Ringba Call Analytics Software, visit* ***www.Ringba.com***

## Recent Posts

✏️ Call Analytics: The Integration with Digital Media!

✏️ Do You Need Call Analytics for Your Pay Per Call Ads?

✏️ Most Usable Call Tracking Software

✏️ Ringba vs Retreaver vs TrackDrive

✏️ Call Analytics Comparison: Ringba vs Invoca vs DialogTech



Case 2:19-cv-06814-DSF-KS    Document 27-2    Filed 12/02/19    Page 10 of 290    Page ID #:587

# CallRail

CallRail is also a very helpful call tracking software which lets you measure your leads coming from various sides. The most advanced and new feature of CallRail is its call analytics dashboards that lets you see what your lead do before the call, between the call and after the call through a visual representation which enables you to make trends looking at your call info. Features of CallRail also includes call recording and basically all the basic tools required plus you can maintain multiple location and clients that too from a single account. CallRail hence, lets you improve the ROI of your company and chose and do better with your ad campaigns. as per the users it is an intuitive software. It also has a visitor and keyword level tracking.

*To learn more about CallRail, visit www.callrail.com*

# CallTrackingMetrics

CallTrackingMetrics is a call tracking software that deals with both inbound as well as outbound calls and has made it easy to track the calls overall. It lets you monitor the campaigns and the source that is making most of the calls.

Some of its features include:

- Keyword spotting
- Marketing call tracking
- Conversation analytics
- Smart routing
- Geo contact
- Call security.

CallTrackingMetrics is software designed for call centers, big and small business and is effectively helping them in increasing their ROI with all the above mentioned advanced features.

*To learn more about CallTrackingMetrics, visit www.calltrackingmetrics.com*

# Invoca

Invoca is a call tracking software and a popular one among the marketers. It is cloud based and lets you know the conversion from leads to callers using its artificial intelligence. Invoca has a call routing feature that lets you connect your customer with the best possible person available for them by looking at the location etc. of the customer. This way the customer gets to have a personalized and better interaction with your agent and the chances of them turning into a buyer increases. Invoca is also known to have a seeding ability in Facebook through which they expand their reach of the audience. Some of the important features of Invoca includes cloud IVR, caller identification etc.

*To learn more about Invoca, visit www.invoca.com*

# DialogTech

DialogTech is a call tracking software that also provides with a good level of call analytics and other automation tools. DialogTech has a benefit in call attribution as well. It has various useful tools for call tracking that lets you see the whole customer journey.  DialogTech features include: custom insights, conversation analytics, call and marketing attribution, hosted IVR, etc. It is recommended specifically the sales, marketing and support teams for digital agencies and in-house marketing team for enterprise companies.

*To learn more about DialogTech, visit www.dialogtech.com*

# Conclusion

In conclusion, with slight variation in their pricing these are some of the platforms that provide you with the best call tracking and help you to optimize your revenue and increase your ROI.

Based on these factors, we recommend that you choose Ringba as your Call Analytics Software. Rated #1 on G2Crowd for 'easiest-to-use',  and outperforming competitors in pricing and support, Ringba is the best call analytics software on the market.

Get started for free with Ringba

CallRail Alternatives, CallTrackingMetrics, DialogTech Alternatives, Invoca Alternatives, Ringba

Previous Post

Next Post

© 2019 Call Analytics Software – WordPress Theme by Kadence WP



Best Of   Call Analytics Tools   Software Reviews   Contact   About

# Ringba vs Retreaver vs TrackDrive

**3**
AUG 2018

🔍 Search

📁 posted in: Software Comparisons   |   💬 0

Before we move onto the **Call Analytics Software** Comparison let us first see what it actually is. Call analytic software is something that aids you in analysing your calls. There are various softwares available today that helps you with managing and measuring your phone calls whether made through landlines or mobile. Call analytics software provides with call tracking, call routing, call attribution and recording etc.

All these functions benefit you in providing a good customer journey and also provide you with valuable insights and data regarding the callers and the campaigns you are running. Using all the information and insights you can monitor the amount you spend on your different ad campaigns and then you can choose the one that is driving the most calls and spend the most on that one. The ones that are not active you can discontinue them.

But choosing the right Call Analytics Software is the important thing so here we have compared the three Call Analytics Software For you, take a look.

## Ringba – RECOMMENDED



https://www.ringba.com/

Marketers are in search of something wholesome and with Ringba they get one. Ringba is an intelligent and unique technology build by keeping different aspects in mind because it has the best call tracking and analytics tools and provides the users with a very wholesome experience through its various useful features. Ringba can also manage the call flow and hence is good analytics software for a call center specifically.

One of the best features of Ringba is that it will provide you with real-time reporting and not just that it is also known to attribute the data stored with the callers so that when they get connected to the agent they get to experience a personalized interaction. Ringba also provides you with customizable analytics option so that you are able to choose the best for your company.

Some of the many benefits of Ringba include the detailed report about the callers so that the ROI of the company increase and you get to optimize and use it to your fullest. Then it is also known for management of call flow that too worldwide. There is a less waste of leads from the sources.

Features of Ringba:

- Call recording
- IVR
- Keyword tracking
- Caller identification
- Call routing
- Conversion tracking

### Recent Posts

🖉 Call Analytics: The Integration with Digital Media!

🖉 Do You Need Call Analytics for Your Pay Per Call Ads?

🖉 Most Usable Call Tracking Software

🖉 Ringba vs Retreaver vs TrackDrive

🖉 Call Analytics Comparison: Ringba vs Invoca vs DialogTech



11/22/2019    Case 2:19-cv-06814-DSF-KS    Document 27-2   Filed 12/02/19   Page 13 of 290   Page
Ringba vs Retreaver vs TrackDrive - Call Analytics Software
ID #:590

- Campaign management

Ringba is a very efficient software with a good pricing structure and their customer support is one of the best in the market that is why there are no negative comments about it anywhere and we recommend it hundred percent.

## Retreaver



https://retreaver.com/

Retreaver is basically a call intelligence platform and provides with the best call intelligence tools for the marketers. Retreaver is well known for its useful tools in big, small businesses, agencies etc.

When people choose to use a tool for call tracking or call analysis they do it for mainly two reasons. One, that they want a good interaction with their customers so that they are satisfied and happy and two, you want the data from the calls to make progress in your future plans. Retreaver allows both of it. With Retreaver you are able to provide a personalised and satisfied experience.

Like many other softwares and platforms Retreaver is also cloud based. It allows call tracking and with the data you captured you would be able to check how your campaign or campaigns are working. When you know about the performance of your campaigns you are able to make the amends that may increase the ROI of your company.

Some of the features that Retreaver provides you with includes their call tracking tools that lets you track the important data and information which lets you capture important insights from every call. Its call routing lets you connect your customers with an agent that is best suited for them. Another new feature of Retreaver is that it has a pre-screen for the personalized conversation you get through offline and online sources.  Marketers are always looking for something smart like Retreaver so in that part Retreaver is a good choice. However, it is reviewed by the customers that a few real-time features such as listening to the conversation for the managers to be added and there is currently no billing feature.

## TrackDrive

Ringba vs Retreaver vs Trackdrive - Call Analytics Software



https://trackdrive.net/

Trackdrive is a solution that has helped many marketers in building the ROI of their company. It is best known for its call tracking and call analytics. It helps connect the customers to the right person available for them so that they have a good and productive interaction and the chances of them turning into a lead get much higher this way. Besides it tells you about the details like, who the caller is and why they are calling and even records it so that you are able to monitor it later and form put strategies for your later campaigns etc.

Some of the features that TrackDrive provides you with are:

Call tracking: their call tracking tracks sources whether they are online or offline, URL keywords or custom tokens.

Lead scheduler: it is a very valuable feature because it helps in converting leads into calls by scheduling the leads with the contacts and sending Emails, SMS, etc.

Hold Queue and Caller Call Back: this basically enables you to never miss a lead and always no matter if the agents are busy etc. because you can always call them back when the agent become available through this feature.

Also, they provide you with multiple numbers. They have Dynamic Number Insertion Technology which helps you put a number on your website and when a visitor clicks that number they will be landed on your page or get connected with your agent. TrackDrive helps you in optimizing your revenue and making the most out of your advertisements.

Over all TrackDrive is a good tool for someone who is looking for something to manage their calls and data but Ringba ensures you that you will get to have a wholesome experience.

🏷Retreaver Alternatives, Ringba, TrackDrive Alternatives

Previous Post                                                   Next Post

© 2019 Call Analytics Software - WordPress Theme by Kadence WP



Best Of   Call Analytics Tools   Software Reviews   Contact   About

# Call Analytics Comparison: Ringba vs Invoca vs DialogTech

3
AUG 2018

🔍  Search

📁 posted in: Software Comparisons  |  💬 0

Everyone today is aware that the competition in the market is way too high and a small mistake can ruin the whole business. If not ruin the investment would not be returned efficiently. So, for this reason marketers and businessmen try to do the best and optimize their resources as much as they can. Even today people argue whether they need call analytics software or not. We recommend using it one hundred percent.

You might be wondering what exactly call analytics software is? It is the recent trend in the market and business which helps you and collects data and trends then examine all of the information of your campaigns for you. Be it online marketing or offline marketing. This information and collected data regarding your campaigns help you get know-how of your ROI and may improve it as well. Besides it is the most useful tool if you want to know which of your campaigns are doing well and which are not.

Here we bring to you a **call analytics software comparison**: Ringba, Invoca and DialogTech. So that it helps you make your decision regarding which of the call analytics software you should be choosing.

## Recent Posts

✏ Call Analytics: The Integration with Digital Media!

✏ Do You Need Call Analytics for Your Pay Per Call Ads?

✏ Most Usable Call Tracking Software

✏ Ringba vs Retreaver vs TrackDrive

✏ Call Analytics Comparison: Ringba vs Invoca vs DialogTech

## Ringba



It is an advanced call analytics, tracking and routing platform. Through Ringba you would be able to track calls and collect important information which would help in concluding results for you which in turn would increase the ROI of the company. It not only manages online marketing efforts but offline marketing efforts as well.

Ringba is truly call analytics software and it is able to collect all the possible information regarding the number that is calling you or the numbers you are calling to. The data gathered is important and authentic and the best part about it is that it is done in real-time which means as soon as the analysis ends the information or data is provided to you digitally so that you have an insight of your callers and numbers. In Ringba you can custom the whole analytic process. This is important for your business as you get to choose the best techniques and methods that work for you. You get cap volume configuration according to your timetable and needs, landing page, location, ISP, bowser, caller ID and other programs.

Other than this Ringba is an all-rounder software and provides with dynamic number routing, volume caps, concurrency, productivity etc. it has a feature that can monitor agents in different campaigns and based on that you get to have many benefits like maintenance of a productive system in your business.

Benefits of Ringba are that it provides you with detailed information regarding the caller, helps in optimizing advertising and improving ROI. It can manage call-flow worldwide and with Ringba you are assured that there is less wastage of sources which helps in increasing the number of opportunities for your business etc.



Page -18-

Exhibit 3

Some of the features of Ringba include: call recording, IVR, keyword tracking, caller identification, call routing, conversion tracking and campaign management.

Ringba prices are competitive and looking at the services that it provides it has a good pricing plan.

Reportedly there is no con in this software which truly makes it the best among all.

https://www.ringba.com/

## Invoca



Invoca is basically a call tracking software and it is cloud based. This helps marketers to gain insights related to the calls that too in real-time. This lets marketers generate a caller profile which helps in understanding the buyer's intent that whether they really want to buy or not.

Invoca is also a great tool for converting a visitor into a buyer as it lets the marketing agents learn about their caller's details by automatically collecting important information through artificial intelligence which results in a fruitful interaction between the caller and the agent and so the chances of tuning into a lead is high.

Other than this Invoca routes calls to a specific person that can best handle the call. For this custom set up is done and following the rules calls get directed to the best possible person which also results in a good interaction.

Benefits of Invoca is that it is an intelligent platform that lets you have an insight regarding the calls, it allows campaign insights that which of the source is doing well and which is not which helps in eliminating the ones that are not active, personalized experience and a magnified reach as they are able to expand the audience of the clients through using their seeding ability in Facebook.

Invoca's features include: call tracking, caller identification, cloud IVR, call caps, campaign monitoring, call routing, Partner management, API integration, conversion tracking, real-time reports and call assessments.

Even though Invoca has a competitive pricing but it is still more than other platforms and the calls are high quality but not as targeted as it should be and also their dashboard is rather busy.

https://www.invoca.com/

## DialogTech



DialogTech performs as a call analytics and automation tool and is basically a voice management platform. It helps its users in mobile marketing and drive call leads and conversions as well. This is a solution for specifically sales, marketing and support teams of digital agencies and enterprises and helps them in increasing the ROI of their company.

Its benefits include call attribution data and an integrated voice based marketing. It also lets you see through the calls by using its tools. T also has call tracking tools and lets the caller to interact in a better manner with great insights.

Some of the features of DialogTech includes: call attribution and marketing attribution, custom insight, conversation analytics and hosted IVR.

There is no major disadvantage or con of this software; it is a good software but not as outstanding as Ringba that too with almost the same pricings.

https://www.dialogtech.com

🏷DialogTech Alternatives, Invoca Alternatives, Ringba

Previous Post                                                                                              Next Post

© 2019 Call Analytics Software – WordPress Theme by Kadence WP

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 19 of 290   Page ID #:596



Best Of    Call Analytics Tools    Software Reviews    Contact    About

# Call Analytics Comparison: Ringba vs CallRail vs CallTrackingMetrics

**3**
AUG 2018

🔍 Search

📁 posted in: Software Comparisons    |    💬 0

Call Analytics Software has become the need of big or small business and call centers because the managing of calls and the extensive data related to the caller that is needed for the improvement of the ROI is not that easy and being humans we are more prone to making mistakes than the software. For this purpose there are many types of software available these days which helps in aiding the operation related to the call center.

So for this purpose we have brought to you a **call analytics software** comparison between Ringba, CallRail and CallTrackingMetrics so that you are able to make the right decision for your business. Here take a look!

## Ringba

Just as different as the name suggests Ringba is one of the most efficient call tracking, analytics and call routing software available that is also able to maintain the call flow of the calls that too worldwide.

Ringba is the software that lets you have a transparency into the whole call journey and so you get an insight which is not available anywhere that easily. It is the complete software that allows you to handle different aspects of your company. It tracks the sources of the calls and gathers all the important information whether it is from online marketing or from offline marketing. This improves the ROI of your company.

Its call analytics software includes collection of all the available data that too in real time which helps in many ways as the data is provided to you in the digital form it allows you to see through the customer experience.

The most efficient feature of Ringba is that it has custom analytics program which lets you select the methods and solutions that work for you setting. The configuration in Ringba's analytical program lets you set a target option or groups and the target performance. With Ringba you are able to configure your caps volume as per your time and requirements. The routing plan for Ringba allows customers to be connected to the best agent according to their time and need resulting in good interaction.

There are several benefits of Ringba for example it is the ultimate solution when it comes to call tracking, letting you know the source from where the inbound call is generated. It gives an extensively detailed data regarding the caller and maximizes advertising as well as ROI of your company. Ringba is efficient for small business and big businesses both.

Some of the features of Ringba include

Caller ID, call routing, call recording, campaign management, conversion tracking, IVR, keyword tracking etc.

Ringba is the best call analytic software present today as the users regard it and there are no disadvantages or problems reported till date.

https://www.ringba.com/

## Recent Posts

✏️ Call Analytics: The Integration with Digital Media!

✏️ Do You Need Call Analytics for Your Pay Per Call Ads?

✏️ Most Usable Call Tracking Software

✏️ Ringba vs Retreaver vs TrackDrive

✏️ Call Analytics Comparison: Ringba vs Invoca vs DialogTech



11/22/2019     Call Analytics Comparison Ringba vs CallRail vs Call Tracking Metrics - Call Analytics Software
Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 20 of 290   Page
ID #:597



## CallRail

When it comes to call tracking and analytics CallRail is a good choice to make. It is an intelligently intuitive call tracking tool and the data regarding to the callers it provides you with is very useful. It allows you to measure call conversions and where they came from whether online or offline or digital marketing campaigns which lets you monitor your resources. It also has a call recording feature which gives you access to quality leads, efficient customer service and lets you coach your staff as well.

With CallRail you get to see through the whole customer journey from starting to the end of it. It also plays with the audience as it often targets the audience that might have the need of your product. CallRail also lets you maintain multiple locations, clients etc. that too from a single account. All this helps in building and improving the ROI of your company. Also, it is easier to set up and has a customizable call option.

One important aspect of CallRail is its call Analytics Dashboard which is a visual representation of the calls and helps in building the trends for you. It also shows the actions taken before and after the calls by user.

Features of CallRail include: Dynamic number insertion DNI, call recording, Agency call tracking, Keyword and AdWords call tracking, In-depth caller context, customer call flow, static and offline call tracking, local and toll-free number, visitor and keyword level tracking, call analytics Dashboard, Email notifs, Visitors timeline, SMS or voicemail, Call follow up and lead capture.

One of the cons of CallRail is that if you are using it through your iPhone and you have to listen to the messages etc. you cannot do that without your headphones. And some faced minor problems while setting up the numbers though their support team was responsive and helpful.

https://www.callrail.com/



## CallTrackingMetrics

Page -22-        Exhibit 3

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 21 of 290   Page
ID #:598

CallTrackingMetrics is a notice worthy solution when you are looking for a good call tracking, analytics platform for your big or small business o call centers etc. It has made it easy to keep the track of your calls, numbers and their sources no matter online offline or via digital marketing. It lets you track your outbound as well as inbound calls which help in monitoring and maintaining the financial aspect of your company which allows you to plan accordingly.

This is targeted for improving the ROI and sales of your company. This has all the tools required by a company especially call centers. It lets you know the quality of the call and the possibility of its conversion. It allows to even monitoring your ads for you so that you know which of your ads are actually working and which are not, using this you can take control of your marketing spend and make the ads more targeted.

Some of the features of CallTrackingMetrics are: keyword spotting, marketing call tracking, and conversation analytics, smart routing, call center, geo contact and call security.

There are not many cons but if you would have to choose we would recommend *Ringba*.

https://www.calltrackingmetrics.com/



CallRail Alternatives, CallTrackingMetrics, Ringba

Previous Post                                                                    Next Post

© 2019 Call Analytics Software – WordPress Theme by Kadence WP



Best Of   Call Analytics Tools   Software Reviews   Contact   About

# Call Analytics and Metrics You Need To Be Tracking

**2**
AUG 2018

🔍 Search

📁 posted in: Call Metrics  |  💬 0

With a growth of about 110 percent in calls to local businesses via paid ad campaigns, searched keywords and PPCs from 2014 have resulted in measures to be taken to improve business received from phone calls.

Call tracking analyzes local and international phones calls for search keywords which help Search Market Optimization easier and improve your website with the keywords your customer has been looking for. There are also many other features of call tracking such as call attribution, call routing etc. But today, here we will be talking about call tracking metrics and how they help optimize your marketing strategies to maximize sales.

So, if you have are using Call Tracking software, now it is time to look at factors which help you optimize yours better and fill the gap between you and your customers.

## What are Call Tracking Analytics Metrics?

*Call Tracking Analytics and Metrics* are factors which are associated with phone calls such as call volume, duration of a call and so on. Let's have a look at how these metrics help you understand marketing deeply.

## Call Volume

Since call attribution is made easier by call tracking softwares you will be able to view which marketing campaigns or which ads drove your customers to the specific calls. This helps you have a better understanding of which marketing campaigns are working and which aren't. Gives you a deeper insight and understanding ROI (Return on investment). Therefore this will help you invest more in the right campaign and grow your business flourishly.

## First-time Callers

Callers are certainly an asset to your inbound business. This metrics shows you which callers are calling for the first time so they need to be held with care so your call routing system directs them to your best marketing agent. Also, once again it shows which marketing campaign is getting you new customers and which is not.

## Call Duration

Very important metric, helps consumers understand customer psyche better. Do you want to know the exact time before which your customer gets skeptical and leave? Or the duration your caller stays in connection with your agent before he is not interested anymore? Well say no more. Call tracking softwares can be used to determine the duration and listen to all the calls which went to waste so that you can build up better rebuttals.

## Call Time of Day & Location

Like other metrics, this metric is one of the most important metric. Would you like to know the area where your business is being popular? Would you like to know the time of the day when your business receives most of it calls? Well Call source reports show you each and every statistics about where your callers are calling for and the most popular time as well.

## PPC Landing Page Performance

### Recent Posts

✏️ Call Analytics: The Integration with Digital Media!

✏️ Do You Need Call Analytics for Your Pay Per Call Ads?

✏️ Most Usable Call Tracking Software

✏️ Ringba vs Retreaver vs TrackDrive

✏️ Call Analytics Comparison: Ringba vs Invoca vs DialogTech



Your caller has two options when he / she lands on your PPC page, either to fill out the form or to pick up the phone and give your business a call. So call tracking to the right PPC is important. Without call tracking you will not be able to trace the calls received to analyze your marketing campaign.

## How Call Tracking Metrics can be Useful?

Any smart business owner would keep a check on his investment and the profit he is getting out of his marketing campaigns. Marketing campaigns which are not responding need to be altered. Call tracking metric reviews tells you how ROI (Return on investment) is working for you. For example PPC Landing Page Performance can tell you which PPC ads are working out for you and which ads you need to improve.

You can start using more successful search keywords to improve your PPC ads. Call tracking metrics help you understand your customer's psychology as well. For example call durations can tell you how long a customer does waits before he or she gets skeptical. Metrics provide a deeper understanding on marketing campaigns and how to maximize your ROI.

## How Call Analytics Helps Your Business Out?

Call analytics are systematic computational factors which assist companies to understand advertising performance and optimize marketing strategies to maximize sales or leads. Call analytics provides you the geographical location of your caller and advertising source. Better understanding of call analytics helps business owners to ROI (return on investment).

Furthermore,  Call analytics drive the metrics necessary to define better working marketing campaigns and fix the other campaigns which are comparatively not working well. Alter campaigns, add proper search keywords and keep them distinct.

**Call analytics includes:**

- Call recording
- Call reporting
- Call tracking
- Lead scoring
- Lead captures
- Lead management
- Data mining
- Real-time intelligence

Call tracking analytics offer you valuable information about the caller also provide you the opportunity to call them back for more information provided you keep a reminder.

Call analytics are essential to current day call centers and successful lead conversions. With reviewing calls are help understand marketing better, call analytics help Search Market Optimizers to generate valuable reinvestment strategies for business owners.

Call analytic programs will integrate with Customer relationship management and drive you out the data such as dialers name and his geographical location. Software fetches you the email address and PPC tracks or any online form he / she might have filled.

## Pay Per Call Based Advertising

Call analytics also help outbound call agents to improve their daily phone calls. Pay Per Call Marketing and Advertising has drastically increased from 2014 as smartphone users have increase by 110 percent. Call analytics can be used to measure the amount of successful text messaging campaign or the right pitch your agents have been using.

Rebuttals are very hard to calm down a skeptical customer where as you can always use call analytics to write yourself the best script that doesn't make your customer skeptical.

- Online ads
- Mobile marketing
- Social networking
- Direct marketing

Page -25-                                        Exhibit 3

Case 2:19-cv-06814-DSF-KS   Document 27-3   Filed 12/02/19   Page 24 of 290   Page
ID #:601

All these measures help call-based advertising effective. You can always alter metrics and analytics to your need and optimize your business accordingly. Call tracking metrics reviews show a drastic increase in use of call tracking since 2018 Spring.

Previous Post                                                                                              Next Post

© 2019 Call Analytics Software · WordPress Theme by Kadence WP



Best Of    Call Analytics Tools    Software Reviews    Contact    About

# The Best Call Analytics and Tracking Platforms

**10**
**JUL 2018**

📁 posted in: Analytics Platforms, Best Of, Software Reviews  |  💬 0

Increase in smartphones has resulted in more phone calls and the respect phone calls always deserved is now being given to them. We never did realize how important phone calls can be to our business or to the digital marketing world. Call tracking works on basic principle of analyzing phone calls your business receives which help you work on your marketing campaign.



Number of smartphone users worldwide from 2014 to 2020 (in billions)

Record, make and analyze your phone calls using call analytics. Get to know the perfect and most successful keywords for your local or international business. Call Tracking is not only for call center whereas even a lawyer can use to improve his advertisements online. Call analytics work with keywords, which keywords are successful and then they improve your ads online. They even trace the calls back from the first click which resulted in the customer to be at the page where they needed to be to call you. Google Ads, Television commercials, social network promotions etc.

## What is Call Analytics Software used for?

Call analytics software enables users to analyze record, search keywords, understand and route calls to a businesses need. Call analytics software enables companies to understand the outcomes of their marketing strategies and which of their marketing campaigns is working effectively. On the other hand it can also help a company understand how to fix their marketing campaign. There are many call analytics platforms and we will be reviewing them is a short while.

Call analytics software; call attribution, call routing, call tracking metrics and call analytics are few of the most important features of call analytics. We will be reviewing  the best call analytics tools on the basis of these features and the best ranking.

## Examples of Call Analytics and Tracking Metrics?

Call analytics tracking metrics are factors which are associated with phone calls such as call volume, duration of a call, call volume, First-time callers, and call time of the day and location of the caller.

Call analytics are systematic computational factors which assist companies to understand advertising performance and optimize marketing strategies to maximize sales or leads. Call analytics provides you the geographical location of your caller and advertising source. Better understanding of call analytics helps business owners to ROI (return on investment).

## Top Call Analytics Software Companies

Here are some of the top platforms for setting up tracking and getting call analytics:

🔍  Search

## Recent Posts

✏ Call Analytics: The Integration with Digital Media!

✏ Do You Need Call Analytics for Your Pay Per Call Ads?

✏ Most Usable Call Tracking Software

✏ Ringba vs Retreaver vs TrackDrive

✏ Call Analytics Comparison: Ringba vs Invoca vs DialogTech



Exhibit 3

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 26 of 290   Page ID #:603

# Ringba: The only call analytics software with native user data and analytics

Ringba is the leading call analytics software and it's no surprise why. As the only platform with native user data tracking and the best pricing; it should be your go-to Call Analytics Tool for managing everything from local and toll free numbers around the entire world, tracking performance and conversions seamlessly with the rest of your workflow, perfecting your caller experience with their easy to use, drag and drop IVR (interactive-voice-response) Builder.

Learn more about Ringba at www.Ringba.com

## DialogTech: Categorize calls with machine analytics

DialogTech is an adaptive, machine learning and custom artificial intelligence features integrated within the system. The system acts like a call analytic. It categorizes data and gives you the statistics you need to know in order to make your business grow. Search Market Optimization can be made more effective using DialogTech as it can easily analyze online and offline marketing strategies easily. For example it can distinguish between the good contacts and the bad contacts, without actually having an agent to listen to calls.

## Marchex: Keywords and impressions

Marchex is a mobile marketing/ advertising analytic firm, however the organization offers call analytics that uses similar technology to call tracking that helps consumers improve and strengthen their marketing strategies which result in better RIO (return on investment). This way the marketer can be aware of which strategy to use next and which needs amendments. Marchex has been very popular especially during this spring. As we have seen a drastic increase has been recorded since 2012 that every year 110 percent smartphone increase and landline phones are now a instinct race. 52.5% percent of the world is now using smart phone and only 48.5% percent are still left will landline. Which is bound to decrease soon in years.

## RankMiner: Predictive voice analytics

RankMiner is the next best thing. It combines human psychology and the art artificial intelligence (AI) to determine the current emotional state of your callers. Are they happy by your service or are they sad? Were they satisfied? When did their voice tone become a bit skeptical? What made them go away? Well RankMiner is your answer. Rankminer listens to all of your calls and then based on emotions and voice prediction it makes a data of which customers are to be approached again and which are to now. In my point of view, this might be the best thing that will happen to digital marketing in this decade.

## Invoca: Identify sales campaign on inbound calls

Invoca's Signal Artificial Intelligence technology is to be rated top notch of the book right now, which helps users to obtain information which is effective for their marketing campaigns. Staff at Invoca is also to be appreciated for being the best service providers. Dashboard reporting has cut off the burden from users shoulder, making them satisfied with Invoca.

Invoca has made their call intelligence vendor powerful enough that it optimizes your websites and phone calls to a whole new level. They have synchronized their online website with their number in such a way that now a click operates as a dial. This enables marketers to determine which marketing campaign is being more effective, this works on the principle of digital call tracking numbers. Invoca's text messaging marketing has become strong as well, it closes the deal on text messages with reference to whatever their conversation occurred prior to the text, assuring everything is all set to go.

## Call Box: A human element within call analytics

A call tracking and marketing analytics that works to increase the effectiveness of campaigns and help them in becoming successful. Call Box basically tracks down all the calls being made through the unique numbers present in the listings of businesses; these calls are then given to humans to listen to them carefully.

Call box is called a human element within call analytics because they still believe that humans can do a much better job at evaluating and lead scoring than any automation. They have been doing this work for quite some time now and have been successful in maintaining their name in the market. Call Box keeps check of its staff members and gets the missed opportunities back into working so that no work slips away.

Next Post

© 2019 Call Analytics Software – WordPress Theme by Kadence WP

Best Of Archives - Call Analytics Software



Best Of    Call Analytics Tools    Software Reviews    Contact    About

# Best Of

## The Ultimate List of Call Analytics Software Platforms

**23**
JUL 2018

🗁 posted in: Analytics Platforms, Best Of  |  💬 0

Call analytics would not be a new term for you if you are associated with call centers, agencies or IT departments, because it is one of the most important phenomenon used by them in today's world. Call analytics can simply be described as the data of tracked phone calls being measured, collected, analyzed and reported. The information collected is the most important asset for a company as it helps them in drawing insights of their campaigns and advertisements. Marketers use call analytics to basically measure, manage and analyze the marketing performances which results in an increased productivity and ROI (Return of Investment).

For all of this work it is surely not an easy task to manage them that too with efficiency and accuracy, humans obviously need a tool to perform this job. Call Analytics Software is one such tool. But with the increasing competition buyers and marketers have become more and more aware and demanding. They want the quickest and best tracking, analysis and routing tools for their rescue. Keeping this in mind I have come up with a list of the best call analytics software present since the job of pleasing a customer is not an easy one, they would not think for a single moment before writing a negative review about the company.

Following are these call analytics software:

## RINGBA ** Recommended **



Ringba is an advanced call analytics platform. It provides the customer with best available call analytics which results in an increased ROI (Return on Investment). Especially if a call center is using it because it handles call flow really well. The Ringba platform even lets you track calls, conversations and data of the caller so that you are able to build your campaigns using these informations.

Ringba | Enterprise Call Tracking Software

## RESPONSETAP

🔍  Search

### Recent Posts

✎ Call Analytics: The Integration with Digital Media!

✎ Do You Need Call Analytics for Your Pay Per Call Ads?

✎ Most Usable Call Tracking Software

✎ Ringba vs Retreaver vs TrackDrive

✎ Call Analytics Comparison: Ringba vs Invoca vs DialogTech





It is intelligent software that connects the journey of the customer to the phone calls which helps the marketers to
understand the call value in a better way. Many of its features include: call recording, and a new plus unique dynamic
call routing. Advanced features include: whisper messages." Many other tools are also present to make the journey of
customers pleasant.

ResponseTap: Call Tracking Software | Intelligent Call Tracking

# RINGROUTER



It is a very helpful call analytics platform available which helps in providing best and qualified leads to the company. It
generates lead through both offline and online sources. Its main feature also includes an automated IVR. And the
software provides with a comprehensive report of the data derived from the calls.

https://www.ringrouter.com/

# ADSOURCE



A very efficient software available that not only helps its customer track but analyze the calls which then helps in understanding as to which of the company's campaign is doing well and which is not. It can link any inbound calls to a particular website, ads, online or offline advertisement campaigns.  They are providing the latest of tools like the recent click to call option available for mobile users etc.

Ad Source Outdoor

## CONVIRZA



Convirza is the best software available when it comes to call analytics. It has a feature that provides the company with pre-call, in-call and post-call tracking and conversation analytics. Not only online but offline sources are also easily tracked and analyzed through this software. An additional important feature is its Spam Call protection that is basically an efficient automatic and adaptive protection service.

Call Tracking Metrics & Measurement • Convirza

## CALLCAP



CallCap efficiently provides its customer with one of the best call tracking and analytics. It records, monitors and measures a call easily. Some of its advanced features include: call routing, IVR, tools available for broadcast messaging and automated calls. The software also has a call survey program that records and analyzes the customer interaction efficiently.

Best of Archives - Call Analytics Software

See callers become customers • Callcap

# INVOCA



It is a software that enables agencies and marketers to gather up data and actionable insights from the phone calls to analyze and utilize them. They use this information to maximize their revenue and also provide a more personalized experience with the customers. This allows users to capture more and more range of audiences which is beneficial for the agency as well.

Invoca | Call Tracking & Analytics – 1-888-989-4996

# RINGLEAD



RingLead is a software that is very comfortable to use by the marketing and sales professionals. It provides with the best and productive features. It has additional products and these products allow standardizing contact records, cleaning database etc. This is one of the most trusted network available worldwide.

RingLead – The #1 Data Quality Platform for Sales and Marketing

# DIALOGTECH



If an agency or business needs insights and data recorded and analyzed of a call, DialogTech is the best call analytics/ tracking software available these days. It helps in making more leads and increased Marketing ROI (Return of Investment). Not only provides call analytics but call attribution as well. As it is an advanced software it provides with click to call ad option a well.

DialogTech: AI Call Tracking & Analytics for Marketers

## MARCHEX



Marchex is call analytics software that provides its users not only the best analytics tool but keyword level attribution from any source. Like any other advanced software they also have a click to call option. It has made the measuring of the ROI better. Its social analytics tool help identifying the callers coming from social media platform which helps in reviewing the kind of audiences that is being influenced by their campaigns so to target their next campaign more toward them.

Marchex: The leading provider of Call Analytics & Call Tracking ...

## CALLRAIL



CallRail is well known call analytics software present that is not only easy to use but is very efficient as well. Its setup is easy, it has a competitive price and detailed calls analyzed and tracked through it, what else does a company needs?

CallRail

## TELMETRICS



Another best call analytics software available that is providing its customer efficiently. It has all the basic and advanced analytics tool that are being used now a days. It has various features which includes, call recording, tracking etc.

Powerful Call Tracking Software | Telmetrics | Call Tracking for …

## CALLSOURCE



One of the best call analytics software available that is famous for its features. Its best call analytics tools allow good lead management. This advanced level of analysis improves the ROI (Return of Investment) of a company.

CallSource

# The Best Call Analytics and Tracking Platforms

10
JUL 2018

📁 posted in: Analytics Platforms, Best Of, Software Reviews   |   💬 0

Increase in smartphones has resulted in more phone calls and the respect phone calls always deserved is now being given to them. We never did realize how important phone calls can be to our business or to the digital marketing world. Call tracking works on basic principle of analyzing phone calls your business receives which help you work on your marketing campaign.


Number of smartphone users worldwide from 2014 to 2020 (in billions)



Record, make and analyze your phone calls using call analytics. Get to know the perfect and most successful keywords for your local or international business. Call Tracking is not only for call center whereas even a lawyer can use to improve his advertisements online. Call analytics work with keywords, which keywords are successful and then they improve your ads online. They even trace the calls back from the first click which resulted in the customer to be at the page where they needed to be to call you. Google Ads, Television commercials, social network promotions etc.

## What is Call Analytics Software used for?

Call analytics software enables users to analyze record, search keywords, understand and route calls to a businesses need. Call analytics software enables companies to understand the outcomes of their marketing strategies and which of their marketing campaigns is working effectively. On the other hand it can also help a company understand how to fix their marketing campaign. There are many call analytics platforms and we will be reviewing them is a short while.

Call analytics software; call attribution, call routing, call tracking metrics and call analytics are few of the most important features of call analytics. We will be reviewing  the best call analytics tools on the basis of these features and the best ranking.

# Examples of Call Analytics and Tracking Metrics?

Call analytics tracking metrics are factors which are associated with phone calls such as call volume, duration of a call, call volume, First-time callers, and call time of the day and location of the caller.

Call analytics are systematic computational factors which assist companies to understand advertising performance and optimize marketing strategies to maximize sales or leads. Call analytics provides you the geographical location of your caller and advertising source. Better understanding of call analytics helps business owners to ROI (return on investment).

# Top Call Analytics Software Companies

Here are some of the top platforms for setting up tracking and getting call analytics:

## Ringba: The only call analytics software with native user data and analytics

Ringba is the leading call analytics software and it's no surprise why. As the only platform with native user data tracking and the best pricing; it should be your go-to Call Analytics Tool for managing everything from local and toll free numbers around the entire world, tracking performance and conversions seamlessly with the rest of your workflow, perfecting your caller experience with their easy to use, drag and drop IVR (interactive-voice-response) Builder.

Learn more about Ringba at www.Ringba.com

## DialogTech: Categorize calls with machine analytics

DialogTech is an adaptive, machine learning and custom artificial intelligence features integrated within the system. The system acts like a call analytic. It categorizes data and gives you the statistics you need to know in order to make your business grow. Search Market Optimization can be made more effective using DialogTech as it can easily analyze online and offline marketing strategies easily. For example it can distinguish between the good contacts and the bad contacts, without actually having an agent to listen to calls.

## Marchex: Keywords and impressions

Marchex is a mobile marketing/ advertising analytic firm, however the organization offers call analytics that uses similar technology to call tracking that helps consumers improve and strengthen their marketing strategies which result in better RIO (return on investment). This way the marketer can be aware of which strategy to use next and which needs amendments. Marchex has been very popular especially during this spring. As we have seen a drastic increase has been recorded since 2012 that every year 110 percent smartphone increase and landline phones are now a instinct race. 52.5% percent of the world is now using smart phone and only 48.5% percent are still left will landline. Which is bound to decrease soon in years.

## RankMiner: Predictive voice analytics

RankMiner is the next best thing. It combines human psychology and the art artificial intelligence (AI) to determine the current emotional state of your callers. Are they happy by your service or are they sad? Were they satisfied? When did their voice tone become a bit skeptical? What made them go away? Well RankMiner is your answer. Rankminer listens to all of your calls and then based on emotions and voice prediction it makes a data of which customers are to be approached again and which are to now. In my point of view, this might be the best thing that will happen to digital marketing in this decade.

## Invoca: Identify sales campaign on inbound calls

Invoca's Signal Artificial Intelligence technology is to be rated top notch of the book right now, which helps users to obtain information which is effective for their marketing campaigns. Staff at Invoca is also to be appreciated for being the best service providers. Dashboard reporting has cut off the burden from users shoulder, making them satisfied with Invoca.

Invoca has made their call intelligence vendor powerful enough that it optimizes your websites and phone calls to a whole new level. They have synchronized their online website with their number in such a way that now a click operates as a dial. This enables marketers to determine which marketing campaign is being more effective, this works on the principle of digital call tracking numbers. Invoca's text messaging marketing has become strong as well, it closes the deal on text messages with reference to whatever their conversation occurred prior to the text, assuring everything is all set to go.

## Call Box: A human element within call analytics

A call tracking and marketing analytics that works to increase the effectiveness of campaigns and help them in becoming successful. Call Box basically tracks down all the calls being made through the unique numbers present in the listings of businesses; these calls are then given to humans to listen to them carefully.

Call box is called a human element within call analytics because they still believe that humans can do a much better job at evaluating and lead scoring than any automation. They have been doing this work for quite some time now and have been successful in maintaining their name in the market. Call Box keeps check of its staff members and gets the missed opportunities back into working so that no work slips away.

© 2019 Call Analytics Software · WordPress Theme by Kadence WP

Software Reviews Archives | Call Analytics Software



Best Of    Call Analytics Tools    Software Reviews    Contact    About

# Software Reviews

## The Best Call Analytics and Tracking Platforms

**10**
JUL 2018

📁 posted in: Analytics Platforms, Best Of, Software Reviews   | 💬 0

Increase in smartphones has resulted in more phone calls and the respect phone calls always deserved is now being given to them. We never did realize how important phone calls can be to our business or to the digital marketing world. Call tracking works on basic principle of analyzing phone calls your business receives which help you work on your marketing campaign.

**Number of smartphone users worldwide from 2014 to 2020 (in billions)**



Record, make and analyze your phone calls using call analytics. Get to know the perfect and most successful keywords for your local or international business. Call Tracking is not only for call center whereas even a lawyer can use to improve his advertisements online. Call analytics work with keywords, which keywords are successful and then they improve your ads online. They even trace the calls back from the first click which resulted in the customer to be at the page where they needed to be to call you. Google Ads, Television commercials, social network promotions etc.

## What is Call Analytics Software used for?

Call analytics software enables users to analyze record, search keywords, understand and route calls to a businesses need. Call analytics software enables companies to understand the outcomes of their marketing strategies and which of their marketing campaigns is working effectively. On the other hand it can also help a company understand how to fix their marketing campaign. There are many call analytics platforms and we will be reviewing them is a short while.

Call analytics software; call attribution, call routing, call tracking metrics and call analytics are few of the most important features of call analytics. We will be reviewing the best call analytics tools on the basis of these features and the best ranking.

## Examples of Call Analytics and Tracking Metrics?

Call analytics tracking metrics are factors which are associated with phone calls such as call volume, duration of a call, call volume, First-time callers, and call time of the day and location of the caller.

Call analytics are systematic computational factors which assist companies to understand advertising performance and optimize marketing strategies to maximize sales or leads. Call analytics provides you the geographical location of your caller and advertising source. Better understanding of call analytics helps business owners to ROI (return on investment).

🔍   Search

## Recent Posts

✏️ Call Analytics: The Integration with Digital Media!

✏️ Do You Need Call Analytics for Your Pay Per Call Ads?

✏️ Most Usable Call Tracking Software

✏️ Ringba vs Retreaver vs TrackDrive

✏️ Call Analytics Comparison: Ringba vs Invoca vs DialogTech



# Top Call Analytics Software Companies

Here are some of the top platforms for setting up tracking and getting call analytics:

## Ringba: The only call analytics software with native user data and analytics

Ringba is the leading call analytics software and it's no surprise why. As the only platform with native user data tracking and the best pricing; it should be your go-to Call Analytics Tool for managing everything from local and toll free numbers around the entire world, tracking performance and conversions seamlessly with the rest of your workflow, perfecting your caller experience with their easy to use, drag and drop IVR (interactive-voice-response) Builder.

Learn more about Ringba at www.Ringba.com

## DialogTech: Categorize calls with machine analytics

DialogTech is an adaptive, machine learning and custom artificial intelligence features integrated within the system. The system acts like a call analytic. It categorizes data and gives you the statistics you need to know in order to make your business grow. Search Market Optimization can be made more effective using DialogTech as it can easily analyze online and offline marketing strategies easily. For example it can distinguish between the good contacts and the bad contacts, without actually having an agent to listen to calls.

## Marchex: Keywords and impressions

Marchex is a mobile marketing/ advertising analytic firm, however the organization offers call analytics that uses similar technology to call tracking that helps consumers improve and strengthen their marketing strategies which result in better RIO (return on investment). This way the marketer can be aware of which strategy to use next and which needs amendments. Marchex has been very popular especially during this spring. As we have seen a drastic increase has been recorded since 2012 that every year 110 percent smartphone increase and landline phones are now a instinct race. 52.5% percent of the world is now using smart phone and only 48.5% percent are still left will landline. Which is bound to decrease soon in years.

## RankMiner: Predictive voice analytics

RankMiner is the next best thing. It combines human psychology and the art artificial intelligence (AI) to determine the current emotional state of your callers. Are they happy by your service or are they sad? Were they satisfied? When did their voice tone become a bit skeptical? What made them go away? Well RankMiner is your answer. Rankminer listens to all of your calls and then based on emotions and voice prediction it makes a data of which customers are to be approached again and which are to now. In my point of view, this might be the best thing that will happen to digital marketing in this decade.

## Invoca: Identify sales campaign on inbound calls

Invoca's Signal Artificial Intelligence technology is to be rated top notch of the book right now, which helps users to obtain information which is effective for their marketing campaigns. Staff at Invoca is also to be appreciated for being the best service providers. Dashboard reporting has cut off the burden from users shoulder, making them satisfied with Invoca.

Invoca has made their call intelligence vendor powerful enough that it optimizes your websites and phone calls to a whole new level. They have synchronized their online website with their number in such a way that now a click operates as a dial. This enables marketers to determine which marketing campaign is being more effective, this works on the principle of digital call tracking numbers. Invoca's text messaging marketing has become strong as well, it closes the deal on text messages with reference to whatever their conversation occurred prior to the text, assuring everything is all set to go.

## Call Box: A human element within call analytics

A call tracking and marketing analytics that works to increase the effectiveness of campaigns and help them in becoming successful. Call Box basically tracks down all the calls being made through the unique numbers present in the listings of businesses; these calls are then given to humans to listen to them carefully.

Call box is called a human element within call analytics because they still believe that humans can do a much better job at evaluating and lead scoring than any automation. They have been doing this work for quite some time now and have been successful in maintaining their name in the market. Call Box keeps check of its staff members and gets the missed opportunities back into working so that no work slips away.

© 2019 Call Analytics Software - WordPress Theme by Kadence WP

# CALL ANALYTICS
### SOFTWARE

# The Ultimate List of Call Analytics Software Platforms

**23 JUL 2018**

🔍 Search

🏷 posted in: Analytics Platforms, Best Of   |   💬 0

Call analytics would not be a new term for you if you are associated with call centers, agencies or IT departments, because it is one of the most important phenomenon used by them in today's world. Call analytics can simply be described as the data of tracked phone calls being measured, collected, analyzed and reported. The information collected is the most important asset for a company as it helps them in drawing insights of their campaigns and advertisements. Marketers use call analytics to basically measure, manage and analyze the marketing performances which results in an increased productivity and ROI (Return of Investment).

For all of this work it is surely not an easy task to manage them that too with efficiency and accuracy, humans obviously need a tool to perform this job. Call Analytics Software is one such tool. But with the increasing competition buyers and marketers have become more and more aware and demanding. They want the quickest and best tracking, analysis and routing tools for their rescue. Keeping this in mind I have come up with a list of the best call analytics software present since the job of pleasing a customer is not an easy one, they would not think for a single moment before writing a negative review about the company.

Following are these call analytics software:

## RINGBA ** Recommended **



Ringba is an advanced call analytics platform. It provides the customer with best available call analytics which results in an increased ROI (Return on Investment). Especially if a call center is using it because it handles call flow really well. The Ringba platform even lets you track calls, conversations and data of the caller so that you are able to build your campaigns using these informations.

Ringba | Enterprise Call Tracking Software

## RESPONSETAP

## Recent Posts

✏ Call Analytics: The Integration with Digital Media!

✏ Do You Need Call Analytics for Your Pay Per Call Ads?

✏ Most Usable Call Tracking Software

✏ Ringba vs Retreaver vs TrackDrive

✏ Call Analytics Comparison: Ringba vs Invoca vs DialogTech





It is intelligent software that connects the journey of the customer to the phone calls which helps the marketers to understand the call value in a better way. Many of its features include: call recording, and a new plus unique dynamic call routing. Advanced features include: whisper messages." Many other tools are also present to make the journey of customers pleasant.

ResponseTap: Call Tracking Software | Intelligent Call Tracking

# RINGROUTER



It is a very helpful call analytics platform available which helps in providing best and qualified leads to the company. It generates lead through both offline and online sources. Its main feature also includes an automated IVR. And the software provides with a comprehensive report of the data derived from the calls.

https://www.ringrouter.com/

# ADSOURCE



A very efficient software available that not only helps its customer track but analyze the calls which then helps in understanding as to which of the company's campaign is doing well and which is not. It can link any inbound calls to a particular website, ads, online or offline advertisement campaigns. They are providing the latest of tools like the recent click to call option available for mobile users etc.

Ad Source Outdoor

## CONVIRZA



Convirza is the best software available when it comes to call analytics. It has a feature that provides the company with pre-call, in-call and post-call tracking and conversation analytics. Not only online but offline sources are also easily tracked and analyzed through this software. An additional important feature is its Spam Call protection that is basically an efficient automatic and adaptive protection service.

Call Tracking Metrics & Measurement • Convirza

## CALLCAP



CallCap efficiently provides its customer with one of the best call tracking and analytics. It records, monitors and measures a call easily. Some of its advanced features include: call routing, IVR, tools available for broadcast messaging and automated calls. The software also has a call survey program that records and analyzes the customer interaction efficiently.

See callers become customers • Callcap

# INVOCA



It is a software that enables agencies and marketers to gather up data and actionable insights from the phone calls to analyze and utilize them. They use this information to maximize their revenue and also provide a more personalized experience with the customers. This allows users to capture more and more range of audiences which is beneficial for the agency as well.

Invoca | Call Tracking & Analytics – 1-888-989-4996

# RINGLEAD



RingLead is a software that is very comfortable to use by the marketing and sales professionals. It provides with the best and productive features. It has additional products and these products allow standardizing contact records, cleaning database etc. This is one of the most trusted network available worldwide.

RingLead – The #1 Data Quality Platform for Sales and Marketing

# DIALOGTECH

Exhibit 3



If an agency or business needs insights and data recorded and analyzed of a call, DialogTech is the best call analytics/ tracking software available these days. It helps in making more leads and increased Marketing ROI (Return of Investment). Not only provides call analytics but call attribution as well. As it is an advanced software it provides with click to call ad option a well.

DialogTech: AI Call Tracking & Analytics for Marketers

## MARCHEX



Marchex is call analytics software that provides its users not only the best analytics tool but keyword level attribution from any source. Like any other advanced software they also have a click to call option. It has made the measuring of the ROI better. Its social analytics tool help identifying the callers coming from social media platform which helps in reviewing the kind of audiences that is being influenced by their campaigns so to target their next campaign more toward them.

Marchex: The leading provider of Call Analytics & Call Tracking ...

## CALLRAIL

Exhibit 3



CallRail is well known call analytics software present that is not only easy to use but is very efficient as well. Its setup is easy, it has a competitive price and detailed calls analyzed and tracked through it, what else does a company needs?

CallRail

## TELMETRICS



Another best call analytics software available that is providing its customer efficiently. It has all the basic and advanced analytics tool that are being used now a days. It has various features which includes, call recording, tracking etc.

Powerful Call Tracking Software | Telmetrics | Call Tracking for …

## CALLSOURCE

Exhibit 3

**CallSource®**

One of the best call analytics software available that is famous for its features. Its best call analytics tools allow good lead management. This advanced level of analysis improves the ROI (Return of Investment) of a company.

CallSource

Previous Post                                                                                          Next Post

© 2019 Call Analytics Software – WordPress Theme by Kadence WP



Best Of  Call Analytics Tools  Software Reviews  Contact  About

# About



🔍  Search

## Recent Posts

✎ Call Analytics: The Integration with Digital Media!

✎ Do You Need Call Analytics for Your Pay Per Call Ads?

✎ Most Usable Call Tracking Software

✎ Ringba vs Retreaver vs TrackDrive

✎ Call Analytics Comparison: Ringba vs Invoca vs DialogTech

## About Call Analytics Software

CallAnalyticsSoftware.com is your hub to learn about the important features of call analytics and call analytics software.

Call Analytics Software is your home for all things related to Call Analytics. We will be talking about important call analytics review website and call analytics, what are its feature, why it is important and why you should use a call analytics software etc.

http://callanalyticssoftware.com/

When one is new to the business they are often puzzled while making decisions and it is hard for them to trust anyone. If you are a marketer or just someone who is in need for call analytics software that improves your business functioning then CallAnalyticsSoftware.com is the website for you. In their review blogs you will be able to see the facts regarding each of the platforms and you can get connected to these platforms by using the given links. Other than this, the site provides with other insightful blogs that may help you in your business and you are able to understand different aspects of it. We recommend it a hundred percent.

## What is Call Analytics?

Call analytics is another marketing technology than call tracking and lets you measure, analyse, collect and report the call data. This analysed and captured data is of great importance to the marketers no matter how big or small their business is this is something they should have a full knowledge of because through this set of information they get to maximize their marketing efforts, fully utilize their advertisements and call handling. A plus point for you if you are using call analytics with web analytics because this is how you would be able to know which of your ads are actually working and generating more calls and which are not. You may ask what the objective of call analytics is; it is simply to optimize the ROI by maximizing marketing efforts through utilizing collected data.

The call analytics deals with the reporting stage of marketing campaigns, the one where phone numbers are used for the call to action. Call analytics lets you see the performance of your online as well as offline ad campaigns or channels. It also lets you understand a wider and whole picture of the phone calls and conversations so that you know what the thing is that is either hindering or generating calls for your business.

*Some key features of Call Analytics Software include:*

## Call Recording



Call recording is evidently one of the most efficient features of call analytics as it lets you listen and record the whole conversations in inbound and outbound calls. Through call recording it has made easier to understand which of your leads are qualified and which of your campaigns are the leading ones and generating more calls than any other so that you are able to spend more on it.

## Call Transcription

Another one of its helpful features, call transcription lets you read through a visual speaker organised text so that you are aware of the conversation that is being made during the inbound calls. This is an automated feature.

## Lead Scoring

Automated lead scoring feature lets you know which of your leads are qualified so that you know what is driving the conversions to your business.

## Reporting

With call analytics you would be able to look into phone calls through overall counts, which time of the day they took place in, from which geographic location they are coming from and the call duration etc. these lets you know the qualified lead.

Now that you know what call analytics is you may be wondering why **Call Analytics Software** is important for you and your business.

If you are someone that is looking for a solution that improves your business and ROI then you should use Call Analytics Software. For any of the marketers or businessmen whose work is dependent on phone calls, call analytics software is an essential tool. Through these call analytics software you are able to capture great insightful data etc.

If you are using software for call analytics then you would be able to keep reports real-time. Even if you are busy they assist you in keeping a track of the calls etc. the reports that they generate are accessible to you at any time you want. So for all the busybodies out there call analytics software is a great assistant available for you.

There are some questions that a marketer should know about regarding their customers like why did they call, what was the purpose of the call, etc. by using call analytics tools you would be able to see through the entire conversation and get a detailed report regarding each call. This helps you in focusing on the parts of your business that is driving calls and profit for you.

For any marketer the most important question is however, "why." Why the caller called the business if they are able to track that information using call analytics software then that is a huge success for them because if they know the aspect of their campaign that is driving the calls they would be able to make informed decisions in the future.

Using Call Analytics Software, marketers are able to gain actionable insights. With these insights marketers can make more targeted ad campaigns for their audience. An audience engaging ad campaign is all they need to flourish in their business.

Other than great insights call analytics software lets you keep a track and record of the phone calls data and provides you with a visibility that no other platform can provide you with so that you get connected to your customers more and more and optimize your ROI, the ultimate goal of any marketer.

In the end we would like to conclude that whether you are a beginner or a newbie to this you should always look for trusted networks as well as on site information. With the wrong set of information there are chances that you may harm your business. We hope this blog has been helpful to you!

Want to get in touch with us? Connect with our editorial team by submitting a request on our Contact page

© 2019 Call Analytics Software • WordPress Theme by Kadence WP

# EXHIBIT 4

# STATE OF WYOMING ★ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste 100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| Name | Acquisition Management, Inc |
| --- | --- |
| Filing ID | 2016-000728136 |

| Type | Profit Corporation | Status | Active |
| --- | --- | --- | --- |

### General Information

| Old Name | | Sub Status | Current |
| --- | --- | --- | --- |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| | | Standing - Other | Good |
| Term of Duration | Perpetual | Filing Date | 10/03/2016 9:06 AM |
| Formed in | Wyoming | Delayed Effective Date | |
| Sub Type | | Inactive Date | |

### Share Information

| Common Shares | 1,000 | Preferred Shares | 0 | Additional Stock | N |
| --- | --- | --- | --- | --- | --- |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

| Principal Address | | Mailing Address | |
| --- | --- | --- | --- |
| 412 N Main St Ste 100 | | 412 N Main St Ste 100 | |
| Buffalo, WY 82834 | | Buffalo, WY 82834 | |

| Registered Agent Address | |
| --- | --- |
| Registered Agents Inc. | |
| 30 N Gould St Ste R | |
| Sheridan, WY 82801 | |

### Parties

| Type | Name / Organization / Address |
| --- | --- |
| Incorporator | Registered Agents Inc. 412 N Main St Ste 100 Buffalo, WY 82834 |

### Notes

| Date | Recorded By | Note |
| --- | --- | --- |

Exhibit 4

Page 2 of 2

# Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

**Name** Acquisition Management, Inc

**Filing ID** 2016-000728136

| Type | Status |
|---|---|
| Profit Corporation | Active |

## Most Recent Annual Report Information

| Type | Original |
|---|---|
| License Tax | $50.00 | AR Exempt | N | AR Year | 2019 | AR ID | 04885793 |

AR Date 8/9/2019 1:06 PM
Web Filed Y

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Secretary / Director | Stacy Stein  10200 E Girard Ave, Suite C250 Denver, CO 80231 |

| Principal Address | Mailing Address |
|---|---|
| 412 N Main St Ste 100 | 412 N Main St Ste 100 |
| Buffalo, WY 82834 | Buffalo, WY 82834 |

### Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 03050471 | Original | 09/28/2017 | 2017 | $50.00 |
| 04052548 | Original | 12/21/2018 | 2018 | $50.00 |
| 04885793 | Original | 08/09/2019 | 2019 | $50.00 |

### Amendment History

| ID | Description | Date |
|---|---|---|
| 2018-002461749 | Reinstatement - Tax | 12/21/2018 |
| | Filing Status Changed From: Inactive - Administratively Dissolved (Tax)  To: Active | |
| 2018-002431011 | RA Address Change | 12/11/2018 |
| 2018-002416778 | Dissolution / Revocation - Tax | 12/09/2018 |
| | Filing Status Changed From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed From: No Value  To: 12/09/2018 | |
| 2018-002379728 | Delinquency Notice - Tax | 10/02/2018 |
| 2017-002172432 | RA Address Change | 11/16/2017 |
| See Filing ID | Initial Filing | 10/03/2016 |

# EXHIBIT 5

Florida Department of State                                                                                    DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
HPJ HOLDINGS INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P13000069257 |
| **FEI/EIN Number** | 46-3486475 |
| **Date Filed** | 08/20/2013 |
| **Effective Date** | 08/19/2013 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION |
| FOR ANNUAL REPORT | |
| **Event Date Filed** | 09/28/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

2635 NW 104TH AVE
305
SUNRISE, FL 33322

**Mailing Address**

2635 NW 104TH AVE
305
SUNRISE, FL 33322

**Registered Agent Name & Address**

MEGA 1 SERVICES INC
3800 INVERRARY BLVD
400A
LAUDERHILL, FL 33319

Address Changed: 04/27/2015

**Officer/Director Detail**

**Name & Address**

Title P

PIERRE-JACQUES, HENRI
2635 NW 104TH AVE APT 305
SUNRISE, FL 33322

search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&directionType=Initial&searchNameOrder=HPJHOLDINGS ...    1/2

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/27/2015 |
| 2016 | 03/16/2016 |
| 2017 | 03/25/2017 |

**Document Images**

| | |
|---|---|
| 03/25/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 08/20/2013 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT 6

Comprehensive Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Use in the Normal Course of Business
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Comprehensive Report

**Date:** 10/28/19
**Reference Code:**

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

**Report processed by:**

Greenberg Traurig - Miami
333 2ND AVE
MIAMI, FL 33131
305-579-0500 Main Phone
305-579-0717 Fax

| Subject Information (Best Information for Subject) | AKAs (Names Associated with Subject) | Indicators |
|---|---|---|
| Name: **OSCAR MAGLIO**<br>Age:<br>SSN: | [No Data Available] | Bankruptcy: **No**<br>Property: **No**<br>Corporate Affiliations: **No** |

**Comprehensive Report Summary:**
    Bankruptcies:
        None Found
    Liens and Judgments:
        None Found
    UCC Filings:
        None Found
    Phones Plus:
        None Found
    People at Work:
        None Found
    Driver's License:
        None Found
    Address(es) Found:
        0 Verified and 1 Non-Verified Found
    Possible Properties Owned:
        None Found
    Motor Vehicles Registered:
        None Found
    Watercraft:
        None Found

Comprehensive Report

FAA Certifications:
  None Found
FAA Aircrafts:
  None Found
Possible Criminal Records:
  None Found
Sexual Offenses:
  None Found
Florida Accidents:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  None Found
Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  None Found
DEA Controlled Substances:
  None Found
Possible Relatives:
  1st Degree - None Found
  2nd Degree - None Found
  3rd Degree - None Found
Neighbors:
  1st Neighborhood - 4 Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
  [None Found]

**Address Summary:**

Redacted          , MIAMI, FL Redacted    , Redacted      COUNTY Redacted

**Active Address(es):**

  [None Found]

**Previous And Non-Verified Address(es):**
Redacted          , MIAMI, FL Redacted    , Redacted      COUNTY Redacted
  **Name Associated with Address:**
    OSCAR MAGLIO
    **Current Residents at Address:**

# Redacted

    **Property Ownership Information for this Address**
      **Property:**
        Parcel Number - Redacted
        Book - 17732
        Page - 402
        Owner Name: Redacted
        Property Address: - Redacted          , MIAMI, FL Redacted    , Redacted      COUNTY
        Sale Date - 07/13/1997
        Sale Price - $147,500
        Land Usage - SFR
        Subdivision Name - Redacted

Exhibit 6

2

Comprehensive Report

Total Market Value - $292,497
Assessed Value - $292,497
Land Value - $180,396
Improvement Value - $112,101
Land Size - 12,518 Square Feet
Year Built - 1952
Seller Name: EVALDO NUNEZ
Legal Description - Redacted

1

Loan Amount - $118,000
Loan Type - CONVENTIONAL
Lender Name - BARNETT BK
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 49
Median Household Income: $47,986
Median Owner Occupied Home Value: $343,860
Average Years of Education: 10

**Bankruptcies:**
[None Found]

**Liens and Judgments:**
[None Found]

**UCC Filings:**
[None Found]

**Phones Plus:**
[None Found]

**People at Work:**
*Maximum 50 People at Work records returned*
[None Found]

**Driver´s License Information:**
[None Found]

**Possible Properties Owned by Subject:**
[None Found]

**Motor Vehicles Registered To Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
[None Found]

**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**DEA Controlled Substances:**
[None Found]

**Possible Associates:**
[None Found]

**Possible Relatives:**
[None Found]

**Neighbors:**

**Neighborhood:**

Redacted , MIAMI, FL Redacted , Redacted COUNTY Redacted

**Residents:**

Redacted

**Address(es):**

Redacted , MIAMI, FL Redacted , Redacted COUNTY Redacted

Redacted

Redacted , MIAMI, FL Redacted , Redacted COUNTY (Redacted

**Residents:**

Redacted

Redacted MIAMI, FL Redacted 8, Redacted COUNTY Redacted

**Residents:**

Comprehensive Report

# Redacted

**Source Information:**

|  |  |
|---|---|
| All Sources | 2  Source Document(s) |
| Historical Person Locator | 1  Source Document(s) |
| Utility Locator | 1  Source Document(s) |

# EXHIBIT 7

**QuickFacts**

**California; United States**

QuickFacts provides statistics for all states and counties, and for cities and towns with a **population of 5,000 or more**.

Table

| Population ▼ | California | United States |
|---|---|---|
| Population estimates, July 1, 2018, (V2018) | 39,557,045 | 327,167,434 |

👤 **PEOPLE**

**Population**

| | California | United States |
|---|---|---|
| Population estimates, July 1, 2018, (V2018) | 39,557,045 | 327,167,434 |
| Population estimates base, April 1, 2010, (V2018) | 37,254,523 | 308,758,105 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2018, (V2018) | 6.2% | 6.0% |
| Population, Census, April 1, 2010 | 37,253,956 | 308,745,538 |

Exhibit 7

**About datasets used in this table**

**Value Notes**

1. Includes data not distributed by county.

▲ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2018) refers to the final year of the series (2010 thru 2018). Different vintage years of estimates are not comparable.

**Fact Notes**

(a) Includes persons reporting only one race
(b) Hispanics may be of any race, so also are included in applicable race categories
(c) Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

- Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution.
D Suppressed to avoid disclosure of confidential information
F Fewer than 25 firms
FN Footnote on this item in place of data
NA Not available
S Suppressed; does not meet publication standards
X Not applicable
Z Value greater than zero but less than half unit of measure shown

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

| ABOUT US | FIND DATA | BUSINESS & INDUSTRY | PEOPLE & HOUSEHOLDS | SPECIAL TOPICS | NEWSROOM |
|---|---|---|---|---|---|
| Are You in a Survey? | QuickFacts | Help With Your Forms | 2020 Census | Advisors, Centers and Research Programs | News Releases |
| FAQs | American FactFinder | Economic Indicators | 2010 Census | Statistics in Schools | Release Schedule |
| Director's Corner | 2010 Census | Economic Census | American Community Survey | Tribal Resources (AIAN) | Facts for Features |
| Regional Offices | Economic Census | E-Stats | Income | Emergency Preparedness | Stats for Stories |
| History | Interactive Maps | International Trade | Poverty | Statistical Abstract | Blogs |
| Research | Training & Workshops | Export Codes | Population Estimates | Special Census Program | |
| Scientific Integrity | Data Tools | NAICS | Population Projections | Data Linkage Infrastructure | |
| Census Careers | Developers | Governments | Health Insurance | Fraudulent Activity & Scams | |
| Diversity @ Census | Catalogs | Longitudinal Employer-Household Dynamics (LEHD) | Housing | USA.gov | |
| Business Opportunities | Publications | Survey of Business Owners | International | | |
| Congressional and Intergovernmental | | | Genealogy | | |
| Contact Us | | | | | |

**CONNECT WITH US**

• ✕

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Commerce

Page -62-

Exhibit 7

# EXHIBIT 8

**Alex Padilla**
**California Secretary of State**

 # Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, November 24, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for LP/LLC Name keyword "hpj holdings" returned 0 entity records (out of 0 records found).

Show [ 10 ] entities per page

Narrow search results: [                    ]

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process |
|---|---|---|---|---|---|
| | | No matching entities found | | | |

Showing 0 to 0 of 0 entities

**Previous**    **Next**

**Modify Search**    **New Search**

# EXHIBIT 9

**Alex Padilla**
**California Secretary of State**

 # Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, November 24, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "hpj holdings" returned 0 entity records (out of 0 records found).

Show 10 entities per page

Narrow search results:

| Entity Number | Registration Date | Status | Entity Name | Jurisdiction | Agent for Service of Process |
|---|---|---|---|---|---|
| | | | No matching entities found | | |

Showing 0 to 0 of 0 entities

Previous    Next

**Modify Search**    **New Search**

# EXHIBIT 10

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 70 of 290   Page
ID #:647
Case 2:14-cv-05099-JFW-SH   Document 57-2   Filed 08/11/14   Page 28 of 290   Page ID #:619

1   DAVID C. SHONKA
    Acting General Counsel
2   FAYE CHEN BARNOUW, CA Bar No. 168631
    fbarnouw@ftc.gov
3   MARICELA SEGURA, CA Bar No. 225999
    msegura@ftc.gov
4   Federal Trade Commission
    10877 Wilshire Blvd., Ste. 700
5   Los Angeles, CA 90024
    Tel: (310) 824-4343
6   Fax: (310) 824-4380

7   Attorneys for the Plaintiff
    Federal Trade Commission
8

9                   UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA

11

12   FEDERAL TRADE COMMISSION,        | Case No. 2:14-cv-05099-JFW-SH

13                  Plaintiff,         | SECOND DECLARATION OF
                                       | FTC INVESTIGATOR
14        v.                           | DAVID S. GONZALEZ
                                       | AND ATTACHMENTS 93-143
15   MDK MEDIA INC., et al.,
                                       | Hearing on OSC re Preliminary
16                  Defendants.        | Injunction

17                                     | Judge: John F. Walter
18                                     | Date: August 18, 2014
                                       | Time: 1:30pm
19                                     | Place: Courtroom 16

20

21

22

23

24

25

26

27

28

# SECOND DECLARATION OF FTC INVESTIGATOR DAVID S. GONZALEZ

1.    My name is David S. Gonzalez. I am an investigator with the Federal Trade Commission ("FTC"). I work in the FTC's Western Region-Los Angeles office at 10877 Wilshire Blvd., Suite 700, Los Angeles, CA 90024. The following statements are within my personal knowledge, and if called as a witness I would testify as follows.

2.    On July 18 and 21, 2014, the FTC received from the Temporary Receiver in this matter, Thomas McNamara, business records that he had received from the Receivership Defendants in this matter pursuant to the TRO issued on July 7, 2014. These records included email files from the six Corporate Defendants —MDK Media Inc. ("MDK"), Tendenci Media LLC ("Tendenci"), Mindkontrol Industries LLC ("Mindkontrol"), Anacapa Media LLC ("Anacapa"), Bear Communications LLC ("Bear"), and Network One Commerce Inc. ("Network One") (collectively, the "Corporate Defendants") and the six Individual Defendants, Makonnen Demessow Kebede, Sarah Ann Brekke, Christopher Thomas DeNovellis, Wayne Calvin Byrd II, James Matthew Dawson, and Casey Lee Adkisson (the "Individual Defendants," and collectively with the Corporate Defendants, the "Defendants"). Defendants' business records, as attached to this declaration, are a true and correct copy of the documents produced to the FTC.

3.    Attached to this declaration are true and correct copies of Defendants' emails, business records and other documents that the FTC received directly from the Temporary Receiver.

## Webpages used by Defendants to obtain subscribers

4.    Defendants' emails include emails from Mobile Messenger forwarding information about CTIA and carrier audits in which certain web advertisements and offers are identified as being associated with Defendants. These audit emails include screen shots of the web pages which have been

1

1    determined by the auditors to be deceptive or otherwise "non-compliant." In most

2    instances, the notice also contains a discussion of the "violation" and the "action."

3    In some instances, Mobile Messenger forwarded multiple website audits at a time.

4    The emails show that some Defendants would forward the audit to their contacts at

5    an ad network. In other instances, the contact at the ad network was copied on the

6    initial email notifying Defendant of the audit. A number of the attachments below

7    are examples of the emails concerning audits found within Defendants' email

8    archives. In addition, as discussed below, Defendant Makonnen Kebede produced

9    documents to the FTC containing references to web pages that MDK used in

10   connection with its premium SMS business.

               MDK's emails and documents concerning website audits

11

12       5.    **Attachment 93** are true and correct copies of MDK's emails

13   discussing website audits and includes the following:

14       a.    An email dated November 1, 2011 from Carol Szeto of Mobile

15   Mesenger to MDK Media with the subject line "MDK – URGENT ATTENTION

16   68514 Verizon Wireless Termination." The email is addressed "Hi Mak" and

17   encloses details of an audit of the website www.mindquiz.com associated with

18   MDK's short code 68514. Ms. Szeto's email includes a screen shot for the

19   MindQuiz website which invites visitors to "Enter your cell to get your test

20   results!" The audit information included in the email states that Verizon found

21   MDK's short code campaign "to be operating with deceptive practices, including

22   presenting compliant carrier-facing webpages while also utilizing non-compliant

23   carrier obscured pages, redirecting carrier auditors to toolbar download webpages

24   so as to disguise any premium messaging offers and using a known CSS history

25   'hack,' which allows the content provider to catalog and track users to ensure that

26   carrier auditors do not see non-compliant webpages."

27       b.    Attachment __ also includes emails sent from Erdolo Eromo of

28   Mobile Messenger to amoraes@qinteractive.com (Alberto Moraes) with a cc to

                                    2

mak@mdkmediaonline.com both dated August 6, 2012.  The audits in those
websites in those audits are www.cashprizeworld.com and giftpile.net.  These
audits contain screen shots of web pages offering a $1,000 American Express gift
card and others promoting free ipads.

      6.    On August 5, 2014, Defendant Makonnen Kebede produced to the
FTC documents responsive to the FTC's request for "All documents produced to
and correspondence with any state Attorney General's office or other consumer
protection agency."  Kebede's production included a the Redweld folder labeled
"Texas AG," with a folder labeled "Exhibit C9."  **Attachment 94** is a true and
correct copy of documents produced in the folder labeled "Exhibit C9," which
purport to be responsive to the Texas Attorney General's request for production of
"websites, emails, text messages, advertisements, and other marketing materials
that have been used in connection with such PSMS, including but not limited to all
such material that direct or directed consumers to a MIN Entry Page or an
Interactive Voice Recognition system."  Thus, that MDK has represented to the
Texas Attorney General that the web pages in this Attachment have been used in
connection with its premium SMS business.

<div align="center">Anacapa's emails concerning website audits</div>

      7.    **Attachment 95** are true and correct copies of Anacapa's emails
discussing website audits and includes the following:

      a.    The first page of Attachment ___ is an email string dated July
18-19, 2012.  The first email in the string, is from wayn@anacapalive.com to
Gertie Meza and Michael Anthony of Mobile Messenger, informing them that the
short code has been removed from the site.  The website audited was
www.completely-free-offers.com.

      b.    The second email in Attachment ___ is an email forward of two
audits dated August 13, 2012 from wayn@anacapalive.com to Araci Keshishian,
Jason Brenzel, and Jason Theofilous of Mundo Media.  In the email, Wayne states:

<div align="center">3</div>

"Hey Guys, I just got this from MM. If this is you, can you please address it in the next 48 hours and let me know when its (sic) completed? Thanks." One of the audited websites was www.2012stiumulusgrants.com and the audit information included in the email contains the note "improper use of the term *free*."

        c.    The Anacapa audit emails show audits of the following websites: www.bestprizepot.com, www.bigprizenetwork.com, www.clickfreeprize.com, www.gettheprize.com, www.newcouponsforme.com and www.rewardzoneusa.com. The Anacapa website audit emails also contain screen shots of websites offering prize promotions, such $1,000 Walmart gift cards, a new apple ipadd, and a free iphone.

<div align="center">Tendenci's emails concerning website audits</div>

        8.    **Attachment 96** are true and correct copies of Tendenci's emails discussing website audits and includes the following:

        a.    The first page of Attachment __ includes an email from Daryl Quan of Mobile Messenger to Sarah Brekke with the subject line referencing "VzW severity-e audit – short code: 70890 – campaign Smartmobilequiz." The audit website audited was retailbrandprize.com. The audit notice at the section marked "Rule: 56 ADVERTISING" states, in part, "Advertising flow entices users with a non PSMS program and only reveals details on landing page"; "Page is designed to appear as another stop of the opt-in process of original offer."

        b.    Attachment ___ also includes an email dated May 18, 2012 in which additional severity-2 audits were sent to Sarah Brekke by Daryl Quan. Those audits included website screen shots of free coupon offers and prizes such as a macbook air and an ipad2. The audit emails in Attachment ___ reference websites such as retailbrandprize.com, www.wherethehotdealsare.com, www.1000-vouchers.com, and www.rewardzoneusa.com.

<div align="center">MindKontrol's emails concerning website audits</div>

<div align="center">4</div>

9.   **Attachment 97** are true and correct copies of MindKontrol's emails discussing website audits and includes the following:

a.   The first page of the attachment is an email dated July 9, 2012 from Mobile Messenger (Daryl Quan) to chris@mindktrl.com.  The email warns that "ALL CAMPAIGNS managed by the content provider might be SUSPENDED FOR 90 DAYS."  Next to the section marked Severity 2 Violation – Rule 56: ADVERTISING, the auditor's comments include "Specified link claims to lead to free mobile content"; "Mobile content falsely offered as a prize or incentive, implies that the content will be free."

b.   Mr. Quan's July 9, 2012, email attaches three emails from Sandra Duarte of Mobile Messenger dated June 14, 21, and 26, 2012, each detailing separate website audits.  The websites audited in Ms. Duarte's emails include the following: www.rewardsonthego.com, www.techsavvyrewards.com, and offers.160.tracker.com.

c.   The attachment also includes an email chain dated July 13, 2012 and July 16, 2012 between Mobile Messenger (Daryl Quan) and chris@mindktrl.com.  Daryl Quan's email forwards an audit of Mindkontrol's Green It My Way/54267 campaign as promoted on the URL http://your-depot-central.com.  Chris's response (date stamped July 16, 2012 11:52) is "All set."  In Attachment ___ is an email chain dated November 5, 2012 and November 8, 2012 between Daryl Quan of Mobile Messenger and chris@mindktrl.com.  Daryl Quan's email forwards an audit of Mindkontrol's Green It My Way/54267 campaign as promoted on the URL http://rewardingpromos.com/.  Chris' response (date stamped November 08, 2012 12:54 PM) is "This should all be resolved."

## Network One's emails concerning website audits

10.   **Attachment 98** are true and correct copies of Network One's emails discussing website audits and includes the following:

5

a.      The first email in Attachment ___ is dated November 25, 2012 from Michael Anthony of Mobile Messenger to casey@networkonecommerce.com and kevin@squareoneads.com.  Mr. Anthony's email attaches five emails from Sandra Duarte at Mobile Messenger of five audits for the following website: facebook.dailygiftcard.com; www.bbraffle.net, and targetcontest.com (audited twise).  The audit details in Ms. Duarte's emails include screen shots of web pages offering prize promotions for items such as free iphones Best Buy and Target $1,000 gift cards.

b.      Additional audit emails in the attachment are audits of websites, such as iphone4s.freegiftcardworld.com, newipad.freegiftcardworld.com, and amazon.freegiftcardworld.com.  A number of the audit emails note that the violations include "association with an unrelated stacked or incentivized offer."

<u>Bear's emails concerning website audits</u>

11.    **Attachment 99** are true and correct copies of Bear's emails discussing website audits and includes the following:

a.      The first email in Attachment ___ is dated January 15, 2012 from Jenifer Benavente of Mobile Messenger to Matt Dawson, which attaches an earlier email she attempted to send to Mr. Dawson at matt@bearcommunicaitonsllc.com, but which apparently was undeliverable.  The audit email is also dated January 15, 2013 and includes a screen shots of a website mmtrck.com.  The screenshot includes the following language: "Prize Winner Zone"; "You can win a brand new ipad3! Hurry!!!"; "Congratulations!!!"  The screen shot includes a space where the consumer can enter their cell phone number underneath which is a bar stating "tap here to claim!"  The audit violations include "no pricing in main offer," "failure to disclose billing frequency in main offer," and "no product or service description displayed in main offer."

b.      The attachment also includes and email dated February 5, 2013 from Jennifer Benavente to Matt Dawson for the website, prizewinner.mobi.  The

6

screen shots for prizewinner.mobi are substantially similar to those for mmtrck.com.  In the email Ms. Benavente notes that the auditing body, CTIA, as indicated that the Bear's short code 39723 was associated with the website.

### Emails showing that Defendants manipulated "traffic" on short codes

12.     The emails for MDK, Tendenci, Anacapa, and Network One that they participated in manipulating the flow of "traffic" (new customer subscriptions) for various short codes, including diverting traffic between short codes depending on the status of the short code's current refund rates.

MDK's emails discussing the manipulation of traffic on its short codes

13.     **Attachment 100** are true and correct copies of MDK's emails, which show MDK's participation in the manipulation of the flow of customer "traffic." The attachment includes the following emails:

        a.     The first email dated May 27, 2011 email from Carol Szeto of Mobile Messenger to MDKMediaInc@gmail.com, informing MDK that the "forecasted May Refund ratio for ATT [AT&T] is 27.58%" and recommending that "if you would like to avoid the ATT penalty for May, you would need to get revenue to $16,682.51 by the end of this month."  The email includes a chart showing the amount of revenue needed to bring the refund rate down to 18%.

        b.     The second email dated September 27, 2011, is from Carol Szeto of Mobile Messenger to MDK Media, stating "Please do not push VzW [Verizon] traffic on your Bid and Win campaign 64651 [], as we received a Verizon Audit.  You may continue to push traffic on the following carriers for your Love campaign …"

        c.     The last email in the attachment is an email chain, which includes a February 29, 2012 email from Carol Szeto of Mobile Messenger to MDK Media, recommending that MDK "Given the projected high TMO [T-Mobile] refund rate on 36862, I strongly suggest switching traffic to one of your other codes as soon as possible." MDK forwarded this email to its ad network,

7

Mundo Media (Araxi Keshishian, araxie@mundomedia.com, Jason Brenzel, and Jason Theofilos).

d.     In addition, Attachment ___, includes a November 1, 2011 email from Carol Szeto of Mobile Messenger to MDK Media, informing MDK about Verizon's audit of MDK's short code 68514. This email notes, "I know you're not currently pushing traffic…"

<u>Tendenci's emails discussing the manipulation of traffic on its short codes</u>

14.   **Attachment 101** are true and correct copies of Tendenci's emails, which show Tendenci's participation in the manipulation of the flow of customer "traffic." The attachment includes the following emails:

a.     An email dated April 12, 2012 from Carol Szeto to sarah@tendencimedia.com. The email includes bullet point statistics for Tendenci's short code campaigns, the last of which cautions in part that "VZW [Verizon] refund rate on 70890 is at 3.62% . . . If it gets higher than 4%, we'll need to throttle new subs up by a specific new sub volume to lower it."

b.     The second email is a chain dated April 16, 2012 and April 18, 2012. The first email in the chain is dated April 16, 2012 from Daryl Quan of Mobile Messenger to sarah@tendencimedia. Mr. Quan's email includes a graph of statistics regarding the performance of Tendenci's short code campaigns. The email is forwarded by sara@tendencimedia.com to Ryan Stevens, EVP of Marketing at Mobile+ (an ad network), to which Mr. Stevens responds, in part, "Are we going to have to hit 70890 Verizon with volume before end of month to manage that refund rate? I see we're currently hovering just under 5%, so we need to watch that right and slam it with volume for a few days at the end of the month?"

c.     The final email is dated April 27, 2012 from Daryl Quon to sarah@tendencimedia.com and states "Sarah, You're at 4.26% VZW refund rate.

<div align="center">8</div>

It should continue to be steady. I'll monitor refund rate on Monday morning. Please prepare traffic in case we need to spike traffic to 70890 from 89614."

Anacapa's emails discussing the manipulation of traffic on its short codes

15. **Attachment 102** are true and correct copies of Anacapa's emails, which show Anacapa's participation in the manipulation of the flow of customer "traffic." These emails include the following:

   a.   The first page of the attachment includes an email chain dated August 1, 2012. The first email in the chain is from Michael Anthony of Mobile Messenger to wayne@anacapalive.com on Augsut 1, 2012 at 5:15 pm. The email tells Wayne to "shut down all Sprint family traffic . . . immediately on your current shortcode 84653, and move it to shortcode 22516 (we've received a 90 day suspension on 84653 from Sprint)." Wayne Byrd forwards this email to Alberto Moreas of Qinteractive with the note "Hey Alberto, I just go this urgent message from MM. It looks like one of the codes was just shut down so we need to move all traffic over. Please let me know when this is done."

   b.   The attachment also includes an email string dated November 7 to November 6, 2012. The first email in the string is dated November 6, 2012 from Daryle Quan to wayne@anacapalive.com advising him, in part "make sure not to subscribe AT&T MDN's." Wayne Byrd forwards the email to Alberto Moreas of QInteractive.

   c.   Other emails in the attachment make references to switching traffic between short codes. Wayne@anacapalive.com is a recipient of these emails.

Network One's emails discussing the manipulation of traffic on its short codes

16. **Attachment 103** are true and correct copies of Network One's emails, which show Network One's participation in the manipulation of the flow of customer "traffic." For example, the attachment includes an email dated February 1, 2013 from Michael Anthony with Mobile Messenger to

9

casey@networkonecommerce.com with the subject line "Network One Daily Stats." The email advises "Matt: please change T-Mobile traffic from 74881 to: Tone Tunes Now – 59974." The second email dated February 12, 2013 from Michael Anthonly similarly advises "Matt: Please switch the US Cell traffic off of 74881 – Find Loves Match onto either 59974 – Tone Tunes Now or 94354 – Cell Adventures." Another email in the attachment dated February 26, 2013 from Michael Anthony to casey@networkonecommerce.com advises that Sprint traffic should stop that day and states "I'll work to get you a new code to switch to today for Sprint (Keep in mind that you now have two codes already suspended, and this one has a really good chance of being suspended this week also).

## **Defendants' email communications with ad networks**

17.     As shown in Attachments ___, ___, and ____, Defendants had consistent communications with their ad networks in the context of discussing website audits, refunds management of traffic on a short code. Other examples of such discussions include the following:

a.     **Attachment 104** are true and correct copies of Tendenci's emails, which include emails with Mobile+ discussing, among other things, non-compliant websites, refund rates and the manipulation of traffic.

b.     **Attachment 105** is a true and correct copy of an email string with email dates between February 22, 2012 to March 1, 2012 between sarah@tendencimedia.com and Ryan Stevens and Scott Teger of Gametheory LLC.

18.     In addition, Chris DeNovellis initiated an email discussion with Harrison Gevirtz of Eagle Web Assets Inc., in which the two discuss premium SMS services. **Attachment 106** is a true and correct copy of an email string between chris@mindktrl.com to Harrison@eaglewebassets.com.

## **Emails showing Defendants received regular statistics about the performance of its short codes**

10

19.     All Defendants appeared to receive regular emails containing statistics about the performance of their short codes.  These emails often contained charts with metrics, such as new subscriptions, billing ratio, initial churn, existing customers and ongoing churn.  The emails are typically sent to Defendants by an account manager with Mobile Messenger.  One of the account managers who worked with MDK is Carol Szeto.  In two emails dated November 16, 2011 and November 28, 2011, attached below, Ms. Szeto notes that the normal level for the initial churn rate (subscribers who quit the service) is 30%.  As shown in the emails attached hereto there are many instances in which a Defendants' initial churn rate exceeds 30%.

a.     **Attachment 107** are true and correct copies of MDK's emails discussing the performance of its short codes.

b.     **Attachment 108** are true and correct copies of Anacapa's emails discussing the performance of its short codes.

c.     **Attachment 109** are true and correct copies of Tendenci's emails discussing the performance of its short codes.

d.     **Attachment 110** are true and correct copies of MindKontrol's emails discussing the performance of its short codes.

e.     **Attachment 111** are true and correct copies of Network One's emails discussing the performance of its short codes.

f.     **Attachment 112** are true and correct copies of Bear's emails discussing the performance of its short codes.

**Emails showing Defendants received short code refund and revenue data**

20.     Defendants' emails also included notifications from Mobile Messenger about the revenue and refund rates on their short codes.  In some instances, the emails make note of refund ratios of over 20% for certain short code campaigns.  In other instances, Mobile Messenger makes note of when a carrier's

11

refund ratio has been exceeded and advises Defendant to move traffic to another short code.

a. **Attachment 113** are true and correct copies of MDK's emails discussing the content provider's refund rates for certain short codes.

b. **Attachment 114** are true and correct copies of Anacapa's emails discussing the content provider's refund rates for certain short codes.

c. **Attachment 115** are true and correct copies of Tendenci's emails discussing the content provider's refund rates for certain short codes.

d. **Attachment 116** are true and correct copies of MindKontrol's emails discussing the content provider's refund rates for certain short codes.

e. **Attachment 117** are true and correct copies of Network ONe's emails discussing the content provider's refund rates for certain short codes.

f. **Attachment 118** is a true and correct copy of one of Bear's emails discussing the content provider's refund rates for certain short codes.

**Defendants' emails concerning suspensions and terminations**

21. Almost all of the Defendants' emails contained notice of an actual suspension or termination of one of their short codes on a carrier's network, or the threat of such action due to a refund rate or a website audit. For example, in the case of MindKontrol, the content provider received a number of threats of suspension in connection with its failed website audits. *See* Attachment ____.

a. **Attachment 119** are true and correct copies of MDK's emails referencing the termination of the content provider and/or its short codes by certain carriers.

b. **Attachment 120** are true and correct copies of Anacapa's emails referencing the termination or suspension of the content provider's short codes.

12

1

2          c.      **Attachment 121** are true and correct copies of Tendenci's

3    emails referencing the termination or suspension of the content provider's short

4    codes.

5          d.      **Attachment 122** are true and correct copies of Network One's

6    emails referencing the termination or suspension of the content provider's short

7    codes.  Some of Network One's emails refer to the content provider as a "repeat

8    offender."

                              **Consumer complaints**

9          22.    The emails for Tendenci, Anacapa and Bear contained emails

10   notifying the content provider of consumer complaints.  The Tendenci emails

11   contained notification of complaints to the Business Consumer Alliance ("BCA")

12   or the Better Business Bureau ("BBB").  The BBB or BCA complaints against

13   Tendenci appear to have been sent initially to the email address

14   thesarahb@gmail.com and were then forwarded from that email address to

15   sarah@tendenci.com.  The emails from the BCA or the BBB also typically

16   contained a hyperlink within the notification email that would take the user to the

17   consumer complaint on the BCA or BBB website.

18         a.      **Attachment 123** are true and correct copies of BBB or BCA

19   emails that Tendenci received.  For each email that contained a hyperlink, I clicked

20   on the link and printed the consumer complaint, which is included after each

21   notification email in Attachment ___.

22         b.      **Attachment 124** are true and correct copies of Anacapa's

23   emails referencing a consumer complaint.

24         c.      **Attachment 125** is a true and correct copy of a voicemail

25   notification to Bear referencing a consumer requesting a refund.

26         23.    On August 6, 2014, defendant Sarah Brekke produced to the FTC

27   three email chains relating to consumer complaints that she had received in

28

                                      13

1    connection with Tendenci Media's placement of charges on consumers' mobile

2    phone bills.

3              a.      **Attachment 126** is an email dated December 6, 2012 with the

4    subject line, "Document from the BBB," forwarded by defendant Brekke to her

5    attorneys on August 5, 2014.

6              b.      **Attachment 127** is an email dated September 30, 2013 with the

7    subject line, "BCA Consumer complaint #98766754," as forwarded by defendant

8    Brekke to her attorneys on August 5, 2014. The third email in the string is from

9    thesarahb@gmail.com to sarah@tendencimedia.com and states "Same guy who

10   left a vm last week."

11             c.      **Attachment 128** is an email dated November 18, 2013 with the

12   subject line, "Fwd: Regarding Complaint ID #98768052 - Shalender Singh," as

13   forwarded by defendant Brekke to her attorneys on August 5, 2014.

14   **Emails showing Individual Defendants' participation and control in setting up**

15                    **their respective companies**

16        24.   Defendants' emails show the ways in which certain individual

17   defendants participated in the formation and ongoing business of their respective

18   companies.

19             a.      **Attachment 129** consists of emails that show some of the ways

20   in which Defendant Byrd participated in the formation and ongoing business of

21   Anacapa's operations.

22             b.      **Attachment 130** consists of emails that show some of the ways

23   in which Defendant Dawson participated in the formation and ongoing business of

24   Bear's operations.

25             c.      **Attachment 131** consists of emails that show some of the ways

26   in which Defendant DeNovellis participated in the formation and ongoing business

27   of MindKontrol's operations.

28

d.      **Attachment 132** consists of emails that show some of the ways in which Defendant Adkisson participated in the formation and ongoing business of Network One's operations.

**Texas Attorney General's investigation of and lawsuit against**
**Defendants MDK, Tendenci, Anacapa, and Bear**

25.     On August 5, 2014, in response to the FTC's request that defendant Makonnen Kebede produce "All documents produced to and correspondence with any state Attorney General's office or other consumer protection agency," defendant Kebede produced documents in a Redweld folder labeled "Texas AG."

a.      **Attachment 133** is a true and correct copy of a document contained in the Redweld folder labeled "Texas AG."  This document appears to be a Civil Investigative Demand ("CID") issued by the Texas Attorney General's office to MDK Media Inc. on July 29, 2013.  Exhibit C of the CID contains a number of document requests.

i.      Document Request #1 of the CID states: "Produce documents identifying each PSMS You have advertised, offered, or sold to any Texas Consumer between January 1, 2012, and the present. For purposes of this request, identifying each PSMS includes identifying, (i) the name of the Content Provider; (ii) the aggregator associated with the PSMS; (iii) the name of the PSMS; (iii) the short code associated with the PSMS; (iv) the date the PSMS was first offered to Texas Consumers· (v) the date the PSMS ended if it has ended; and (vi) the URL for all associated website, if any.

ii.     Document Request #9 of the CID states: "For each PSMS identified in response to Request No. I above, produce a copy of all websites, emails, text messages, advertisements, and other marketing materials that have been used in connection with such PSMS, including but not limited to all such material that direct or directed consumers to a MIN Entry Page or an Interactive Voice Recognition system."

15

b.      **Attachment 134** is a true and correct copy of a document contained in the Redweld folder labeled "Texas AG." It appears to be a written response from MDK Media to the Texas Attorney General's CID, as it restates the document request and provides a response to the document request. The response to Document Request #9 states, "Please see the folder "Exhibit C 9.""

26.      On August 6, 2014, in response to the FTC's request that defendant Wayne Byrd produce "All documents produced to and correspondence with any state Attorney General's office or other consumer protection agency," defendant Byrd produced to the FTC a letter dated October 30, 2013 from the Texas Attorney General's office to Anacapa Media, attn.: Wayne Byrd. **Attachment 135** is a true and correct copy of this October 30, 2013 letter.

27.      **Attachment 136** is a true and correct copy of a document titled "Plaintiff's Original Petition," produced to the FTC by the Texas Attorney General's office. I am informed and believe that this Petition was filed by the Texas Attorney General's office on or about November 1, 2013, against Mobile Messenger U.S. Inc., Defendants MDK Media Inc., Bear Communications LLC, Anacapa Media LLC, and Tendenci Media LLC, and Mundo Media Ltd., in Texas state court.

28.      **Attachment 137** is a true and correct copy of a document titled "Defendants MDK Media, Inc., Bear Communications, LLC, Anacapa Media, LLC, and Tendenci Media, LLC's Special Exceptions and Original Answer to Plaintiff's Original Petition" ("Answer") produced to the FTC by the Texas Attorney General's office. The document is dated April 8, 2014.

<u>**Need for a physical address**</u>

29.      An email from Network One shows an email discussion of a need for a physical address for a vetting application. **Attachment 138** is a true and correct copy of an email chain dated August 28, 2012 and August 30, 2012, which includes the following:

16

1         a.    An August 28, 2012 email from

2    CSchroeder@AegisMobile.com to Casey@NetworkOneCommerce.com

3    VZyriek@AegisMobile.com, cc'd to CTIASupport@AegisMobile.com. The email

4    informs Casey that "[t]he application is under review, however there are a few

5    fields that will need to be updated"; "The address needs to be a valid physical

6    address. The address currently listed in the portal is a virtual office." The email

7    also states "The website must be operational."

8         b.    An August 30, 2012 9:39 AM email from

9    Casey@NetworkOneCommerce.com forwarding CSchroeder@AegisMobile.com's

10   email to Michael.Anthony@mobilemessenger.com, asking: "Any recommendation

11   on what to do for the address? That is my business address where I collect mail

12   etc., I can provide another office address in California but not sure if that will raise

13   any red flags?"

14        c.    Michael.Anthony@mobilemessenger.com's response (date

15   stamped "On Thu, Aug 30, 2012 at 9:43 AM"), stating "They don't accept UPS or

16   PO boxes as the address, it needs to be a physical address. For example, is there a

17   physical address that you used when setting up your LLC on the articles of

18   incorporation?"

19        d.    Casey@NetworkOneCommerce.com's response (date stamped

20   August 30, 2012 9:58 AM): "It is a phsyical (sic) address, but they also offer

21   virtual office services http://www.viewpointecenter.com/ it's on the LLC docs and

22   I have been using it for a long time with success."

                      **Emails regarding Defendants' post-November 2013 activity**

24       30.    Emails for defendants MDK, Anacapa, and MindKontrol show that

25   the companies continued to receive invoices from Mobile Messenger Australia into

26   2014.

27        a.    **Attachment 139** are true and correct copies of Anacapa's

28   emails which include invoices sent by PayVia and Outspoken to Anacapa during

the period January 2014 to May 2014.  The attachment consists of the following emails:

        i.     January 21, 2014 email from cheryl.aken@mogreet.com to wayne@anacapalive.com re "December 2013 Anacapa Media Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for MOBILEMESSENGER/PAYVIA.

        ii.    February 17, 2014 email from cheryl.aken@mogreet.com to wayne@anacapalive.com re "January 2014 Anacapa Media Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for MOBILEMESSENGER/PAYVIA.

        iii.   March 19, 2014 email from cheryl.aken@outspoken.com to wayne@anacapalive.com re "February 2014 Anacapa Media Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for Outspoken.

        iv.   May 15, 2014 email from cheryl.aken@outspoken.com to wayne@anacapalive.com re "April 2014 Anacapa Media Invoice," with two email attachments.  Both attachments are entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  One is dated March 31, 2014, and the other is dated April 30, 2014.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for Outspoken.

       b.    **Attachment 140** are true and correct copies of MindKontrol's emails which include invoices sent by PayVia and Outspoken to MindKontrol during the period January 2014 to May 2014.  The attachment consists of the following emails:

18

i.     January 21, 2014 email from cheryl.aken@mogreet.com to chris@minktrl.com re "December 2013 MindKontrol Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd. Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for MOBILEMESSENGER/PAYVIA.

ii.     February 17, 2014 email from cheryl.aken@mogreet.com to chris@minktrl.com re "MindKontrol January 2014 Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd. Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for MOBILEMESSENGER/PAYVIA.  The Tax Invoice contains a description, which states in part: "January SMS Usage."

iii.     A second February 17, 2014 email from cheryl.aken@mogreet.com to chris@minktrl.com; subject: "MindKontrol January 2014 Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for MOBILEMESSENGER/PAYVIA.  The Tax Invoice contains a description, which states "Jan'14 Monthly Fee - 8866."

iv.     March 19, 2014 email from cheryl.aken@outspoken.com to chris@minktrl.com; subject: "February 2014 MindKontrol Invoice," with an email attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for Outspoken.

v.     May 15, 2014 email from cheryl.aken@outspoken.com to chris@minktrl.com; subject:  "April 2014 MindKontrol Invoice," with two email attachments.  Both attachments are entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.  One is dated March 31, 2014, and the other is dated April 30, 2014.  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst" for Outspoken.

19

1    c.    **Attachment 141** is a true and correct copy of an invoice sent by

2  PayVia to MDK in February 2014, which consists of a February 17, 2014 email

3  from cheryl.aken@mogreet.com to <u>mak@mdkmediaonline.com</u> and

4  <u>mdkmediainc@gmail.com</u>; subject: "MDK January 2014 Invoice," with an email

5  attachment entitled "Tax Invoice" from "Mobile Messenger Australia Pty Ltd.

6  Cheryl Aken's signature block on this email identifies her as a "Financial Analyst"

7  for MOBILEMESSENGER/PAYVIA. The Tax Invoice contains a description,

8  which states in part: "January SMS Usage."

9    31.    MDK also had emails with a company called Neverblue. I visited the

10  website for Neverblue at <u>www.neverblue.com</u>. The "about Neverblue" tab on the

11  website states that the company specializes in lead generation. **Attachment 142**

12  are true and correct copies of emails from <u>updates@neverblue.com</u> to Makonnen

13  Kebede at <u>mdkmediainc@gmail.com</u>. The date range of the emails attached is

14  from December 2012 to June 2014.

15                   **<u>Outspoken's website</u>**

16    32.    On August 11, 2014, I was asked to go to the URL "outspoken.com"

17  and capture the landing page. On August 11, 2014, using an FTC computer, I

18  opened Internet Explorer and typed <u>www.outspoken.com</u> into the URL address

19  bar. A site with the URL <u>http://outspoken.com</u> opened. I captured screenshots of

20  the entire landing page by clicking Alt+print screen. For each screen shot, I pasted

21  its image into Adobe Acrobat and saved it as a pdf file. I then combined those

22  screen shots into one pdf file so as to reflect the live site. **Attachment 143** is a true

23  and correct copy of that combined landing page pdf file.

24          **<u>Email to wayne@anacapalive.com regarding Tendenci</u>**

25    33.    **Attachment 144** is a true and correct copy of an email string with a

26  date range of November 21, 2012 to November 22, 2012 from Anacapa's email

27  archive.

28          **<u>Federal Trade Commission's Consumer Sentinel Database</u>**

<div align="center">20</div>

34.     Prior to becoming an Investigator in the FTC's Western Region, I was a Program Support Specialist in the office that ran and maintained the FTC's Consumer Sentinel Network database.  I reported to the Program Manager for the Consumer Sentinel Network database.  My position provided me with personal knowledge of how the Consumer Sentinel Network database is maintained.  When consumer complaints are received from consumers, directly or through law enforcement, U.S. federal agencies, state agencies, local agencies, foreign agencies, and other organizations, Consumer Sentinel staff records the information provided at or near the time of submission. The database is kept in the course of regularly conducted activity, and making those records is a regular practice of that activity.

35.     The Consumer Sentinel Network database and the information contained in it are for law enforcement purposes.  Only authorized users may access the database.  Those authorized users cannot change any of the information input by other users contained therein.  I am an authorized user of Consumer Sentinel.  Attachment 5 to my first declaration are true and correct copies of consumer complaints that I found on Consumer Sentinel relating to the Corporate Defendants in this matter.

### SMS Watchdog

36.     In September 2013, I visited the website SMS Watchdog at the following url: www.smswatchdog.com.  The site is an Internet-based complaint board where consumers can learn information about unsolicited texts they receive. The site provides a place to enter a 5-6 digit SMS code to search complaints for consumer posts corresponding to the relating to the code.  While on the site, I searched for the following codes: 71573, 54480, 79597, 25260, 83016, and 70890. I converted the search result pages to Adobe Acrobat (.pdf) format, which were included within Attachment 8 to my first declaration.

21

37.     Attachment 8 to my first declaration also contained search results for the following short codes: 25872, 46806, 49734, 54267, 64651, 74881, and 85739. On August 11, 2014, I searched the SMS Watchdog site for these short codes and verified that each post contained in attachment 8 to my declaration was on the website.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, on _August 12, 2014_.

David S. Gonzalez

Exhibit 10

Case 2:14-cv-09653-JFW-MRW   Document 53-8   Filed 08/12/14   Page 13 of 64   Page
ID #:2632

| | |
|---|---|
| **From:** | Chris DeNovellis <chris@mindktrl.com> |
| **Sent:** | Monday, May 21, 2012 11:49 AM |
| **To:** | Jacqui Johnson |
| **Cc:** | Erdolo Eromo |
| **Subject:** | Re: Follow up |
| **Attachments:** | MM_Service_Contract_MindKontrol.PDF |

Hi Jacqui,

See attached for signed copy of the agreement.

Thanks,

Chris

On Mon, May 21, 2012 at 11:38 AM, Jacqui Johnson <jacqui.johnson@mobilemessenger.com> wrote:

Hello Chris,


Thank you for that information. I have attached the contract I have put together for you. Please let us know if you have any questions.

**Kind regards,**

**Jacqui Johnson**
**Sales Administrator**

**MOBILEMESSENGER**

---

**From:** Chris DeNovellis [mailto:chris@mindktrl.com]
**Sent:** Friday, May 18, 2012 1:12 PM
**To:** Erdolo Eromo
**Cc:** Jacqui Johnson
**Subject:** Re: Follow up


Actually, please disregard the original excel.


Here is the correct version.

1

Exhibit 10

Thanks,


Chris

On Fri, May 18, 2012 at 1:05 PM, Erdolo Eromo <erdolo.eromo@mobilemessenger.com> wrote:

Thank you Chris!!


Jacqui and I will get a contract out to you on Monday.


Regards,

**Erdolo Eromo**
**Senior Vice President of Sales**

**MOBILE**MESSENGER


**From:** Chris DeNovellis [mailto:chris@mindktrl.com]
**Sent:** Friday, May 18, 2012 12:59 PM
**To:** Erdolo Eromo
**Subject:** Re: Follow up


Hi Erdolo,


Please see attached for completed forms.


I am looking forward to working with Mobile Messenger as well.


The experience has been great thus far!


Please let me know if you have any questions or need additional information.

Case 2:19-cv-06814-DSF-KS Document 23-2 Filed 12/02/19 Page 95 of 290 Page
ID #:672
Case 2:14-cv-05039-JFW-MRW Document 53-8 Filed 03/11/19 Page 96 of 290 Page
ID #:2674

Thanks,


Chris

On Fri, May 18, 2012 at 11:43 AM, Erdolo Eromo <erdolo.eromo@mobilemessenger.com> wrote:

Hi Chris,


It was great talking to you yesterday!! Per our conversation, I have attached a new client form that I need you to fill out along with a W9 form.


Please get this back to us ASAP so that we can get you on board.


We look forward to working with you.


Regards,

**Erdolo Eromo**
**Senior Vice President of Sales**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P: +1 310 957 3309
M: 310-384-8437
IM: Skype: Dolomite17
F: +1 310 861 1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.



LOS ANGELES
6601 Center Drive W Suite 700
Los Angeles, CA 90045
P: + 1 310 957 3300
F: + 1 310 861 1140

## Service Order -- Mobile Messenger U.S. Inc.

### Customer

| | | | | | |
|---|---|---|---|---|---|
| **Business Name:** | MindKontrol Industries LLC | | | State of Incorporaton: | CA |
| **Billing Address:** | 912 Webster St | | | | |
| **City:** | Palo Alto | State: | CA | Postal Code: | 94301 |
| **Contact:** | Title: President | | Name: | Chris DeNovellis | |
| **Business Phone:** | 408-475-6566 | | Business Fax: | 408-416-3420 | |
| **Contact E-mail:** | chris@mindktrl.com | | Mobile Number: | 408-599-2828 | |
| **Web Address:** | | | | | |
| **Mobile Messenger Account Manager:** | TBD | | | | |

### Technical Contact

| | | | |
|---|---|---|---|
| **Name:** | Chris DeNovellis | **E-mail:** | chris@mindktrl.com |
| **Phone:** | 408-475-6566 | **Mobile:** | 408-599-2828 |
| **Notify of Outage:** | ☒ | | |

### Bank Payment Details

| | | | |
|---|---|---|---|
| **Bank** | Bank of America | | |
| **Bank Address:** | 530 Lytton Ave, Palo Alto, CA 94301 | | |
| **Account Name:** | MindKontrol Industries LLC | **Contact Name for Remittance Address:** | Chris DeNovellis |
| | | | Wire Transfers: 26009593 |
| **Account #:** | 117666755 | **Routing #/ Swift:** | Direct Depost: 121000358 |

### Service Details

| | |
|---|---|
| **Service Name:** | MindKontrol Txt Alerts |
| **Territory:** | USA |
| **Short Code:** | TBD |
| **Number Type:** | ☒ Random Number ☐ Vanity Number ☐ Shared Number |
| **Service Overview:** | (Provide a detailed overview of the service. The more detail supplied will help facilitate the connection.) |
| **MM TO PROVIDE** | |



| Service Type / Product: | ☐ mm gateway   ☒ mm mep   ☐ mm chat   ☐ mm trivia | | | |
|---|---|---|---|---|
| Text to appear on bill: | TBD  This allows consumers to reference the charge against their purchase | | | |
| State Date: | ASAP | End Date: | ONGOING | |
| Expected Monthly Volume: | 10,000 | | | |
| Additional Information: | N/A | | | |
| | Please provide any additional information that may assist in the connection of your premium SMS number across each carrier. Each service must be approved by each carrier and a detailed description assists in the speed of number set-up. | | | |
| Customer Support Phone: | MM TO PROVIDE   Support E-mail:   MM TO PROVIDE   Hrs of Operation:   24/7 | | | |
| | Only applicable if you will be providing your own customer support service. | | | |
| Chat Moderator Provided by: | ☒ Mobile Messenger   ☐ Customer  (Applicable to chat services only.) | | | |
| Advertising: | ☒ Web   ☐ TV   ☐ Print | | | |

## Terms and Conditions of Sale

Mobile Messenger Standard Terms and Conditions

The Mobile Messenger Standard Terms and Conditions are adopted by Mobile Messenger U.S., Inc. and form an integral part of this Service Order. The latest version is available from Customer's Mobile Messenger account representative.

Special Terms

Dispute Resolution

Note: Per the Mobile Messenger Standard Terms and Conditions, all disputes relating to this Service Order will be resolved exclusively by private confidential arbitration in Los Angeles, CA, with attorneys fees and costs awarded to the prevailing party. Mobile Messenger and Customer waive their right to a trial by jury of any dispute.

## Customer Acceptance (to be signed by a person authorized to bind Customer to obligations)

The Mobile Messenger Standard Terms and Conditions govern this Service Order and the provision of all Services, except as expressly stated. The Customer agrees to comply with all relevant industry legislation, regulations and best practices codes including but not limited to the Mobile Marketing Association Consumer Best Practices Guidelines and Mobile Operator Guidelines and the rules of CTIA relating to short codes and Services.

| Mobile Messenger U.S., Inc. | | MindKontrol Industries LLC ("Customer") | |
|---|---|---|---|
| By: | | By: | |
| Name: | Darcy Wedd | Name: | Chris DeNovellis |
| Title: | COO | Title: | President |
| Date: | | Date: | 5/21/12 |

Mobile Messenger  **CONFIDENTIAL**
Service Order US

Exhibit 9
Page 2 of 6

| | |
|---|---|
| **From:** | Chris DeNovellis <chris@mindktrl.com> |
| **Sent:** | Thursday, May 31, 2012 11:18 AM |
| **To:** | Carol Szeto |
| **Subject:** | Re: MindKontrol Industries - MM Compliance Docs and Verizon/AT&T Vetting Forms |
| **Attachments:** | MKI Company Information Form.docx; MKI_IRS.PDF; MKI_CA_LLC.PDF; MKI_CPC_Signed.PDF; W9_MindKontrol.PDF |

Hi Carol,

See attached.

It is a bit confusing, there is a lot of duplicate info, so please let me know if I am missing anything.

I think we are focusing on VZ first, then we will focus on ATT.

Thanks,

Chris

On Wed, May 30, 2012 at 10:44 AM, Carol Szeto <Carol.Szeto@mobilemessenger.com> wrote:

No problem, Chris.

Thanks!

**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted

1

or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

---

**From:** Chris DeNovellis [mailto:chris@mindktrl.com]
**Sent:** Wednesday, May 30, 2012 10:42 AM
**To:** Carol Szeto
**Subject:** Re: MindKontrol Industries - MM Compliance Docs and Verizon/AT&T Vetting Forms

Hi Carol,

I have been traveling. I will have the forms for you tomorrow.

Thanks,

Chris

On May 29, 2012 3:57 PM, "Carol Szeto" <Carol.Szeto@mobilemessenger.com> wrote:

Hi Chris,


Hope you had a nice weekend!


Wanted to follow up with you and see how everything is going and if you had any questions on the attached.   Please let me know.  ☺




Thanks,

**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure,**

2

Case 2:19-cv-06314-DSF-KS Document 27-2 Filed 12/02/19 Page 100 of 290 Page
ID #:679
Case 2:14-cv-09053-DSW-MRW Document 53-8 Filed 08/02/14 Page 20 of 04 Page 89
ID #:677

**and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

**From:** Carol Szeto
**Sent:** Thursday, May 24, 2012 3:16 PM
**To:** 'Chris DeNovellis'
**Cc:** Erdolo Eromo
**Subject:** MindKontrol Industries - MM Compliance Docs and Verizon/AT&T Vetting Forms

Hi Chris,

Thanks for your time today.

Attached are MM compliance docs and guidelines, as well as AT&T and Verizon Vetting forms that we will need from you.  Please review, complete, and return at your earliest convenience.

**Please see below for mandatory Verizon vetting docs:**

SBL (State Business License)

Consumer Protection Certification (CPC) – Updated Version

TIN (Tax Identification Number)

W8 or W9

**Additional Accepted documentation if you do not have one of the above:**

Service Order

Hoovers

3

Dunn & Bradstreet

Reuters

Bloomberg

Annual Report

Government documents and or links for official government sites

Charity Navigator and/or Guidestar – for Giving organizations

Please let me know if you have questions on the above docs.

Thanks!

**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

4

Exhibit 10

**MOBILE MESSENGER**

# Company Information Form

| | Company Name:* | MindKontrol Industries LLC |
|---|---|---|
| ☐ | D.B.A: | Click here to enter text. |
| ☐ | Related Organizations: | Click here to enter text. |
| ☐ | Federal Tax ID:* | 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 |
| ☐ | State Tax ID:* | 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 |
| ☐ | Description of Company: | Technology Media Marketing |
| ☐ | Physical Address* | **Street Address:** 912 Webster St<br>**City:** Palo Alto<br>**State: CA Zip:** 94301<br>**Country:** USA |
| ☐ | Type of Business* | LLC |
| ☐ | CEO Name* | Christopher T. DeNovellis |
| ☐ | Service Roles* | Content Provider |
| ☐ | Contact Name:* | Christopher DeNovellis |
| ☐ | Contact Phone:* | 408-475-6566 |
| ☐ | Contact E-Mail:* | chris@mindktrl.com |
| ☐ | Commercial Bank Name:* | Bank of America |
| ☐ | Bank Account Number (Last 4 Digits):* | 6755 |
| ☐ | Routing Number:* | 26009593 |
| ☐ | Bank Contact Name:* | Click here to enter text. |
| ☐ | Bank Phone Number:* | 650.566.8331 |
| ☐ | **In addition to the above, please supply the following documents*** | |
| | ☐ Master Service Agreement (front page and signature page)<br>☐ State Business License (if available)<br>☐ CPC Letter<br>☐ W-9 or W-8 | |

*Required information

Case 2:14-cv-06069-DSF-MRW Document 75-8 Filed 08/02/14 Page 203 of 290 Page ID #:2682

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 03-11-2011

Employer Identification Number:
27-5485371

Form: SS-4

Number of this notice: CP 575 G

MINDKONTROL INDUSTRIES LLC
CHRISTOPHER DENOVELLIS SOLE MBR
175 W SAINT JAMES ST
SAN JOSE, CA 95110

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you
EIN 27-5485371. This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above. Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN. If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation. If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*. The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov. If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only
  one time and the IRS will not be able to generate a duplicate copy for you.**

* Use this EIN and your name exactly as they appear at the top of this notice on all
  your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice. If you write, please tear off the stub
at the bottom of this notice and send it along with your letter. If you do not need to
write us, do not complete and return the stub. Thank you for your cooperation.

Exhibit 10



**State of California**
**Secretary of State**

LLC-1  File # **201104510116**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

**JAN 3 1 2011**

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

**A $70.00 filing fee must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

MindKontrol Industries LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).)

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Legalzoom.com, Inc.

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA   CITY   STATE   ZIP CODE

CA

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[ ] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[✓] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

1/28/2011

DATE

SIGNATURE OF ORGANIZER

Karla Figueroa

TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2007)

APPROVED BY SECRETARY OF STATE

# Consumer Protection Certification

## Company Information

| | |
|---|---|
| Company Name | MindKontrol Industries LLC |
| Business Name(s) if different than above | |
| DBA(s): | |
| DBA(s): | |
| Related Organizations | |
| Related Organizations | |
| Physical Address | 912 Webster St |
| Physical Address | Palo Alto, CA 94301 |
| Email Address | chris@mindktrl.com |
| Tax ID | 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 |

## Key Business Personnel (Minimum of 3 names must be provided)

| | |
|---|---|
| CEO Name | |
| President Name | |
| CFO Name | |
| COO Name | |
| Owner(s) Name | Christopher T. DeNovellis |
| Partner(s) Name | |

## Bank Information

| | |
|---|---|
| Bank Name | Bank of America |
| Bank Contact | |
| Phone Number | 650-566-8331 |
| Routing Number | 26009593 |
| Account. No. (Last 4 Digits): | 6755 |

I, Christopher DeNovellis, on behalf of the above named company ("**Applicant**"), under penalty of perjury under the laws of the United States, hereby declare that the information provided above and the following statements are true and correct. Applicant hereby acknowledges that false statements or failure to provide the requested information may disqualify Applicant from attaining or maintaining the Program with Verizon Wireless. Any subsequently discovered false statements herein shall constitute cause by Verizon Wireless to terminate or reject any or all of Applicant's Programs.

Has the Applicant, or any Shareholder owning 20% or more of Applicant, ever been found by any agency or court of law to have committed any violations of state or federal law, rules or regulations relating to consumer protection, including, but not limited to, "cramming" (i.e., the placement of an unauthorized charge on a consumer's telephone bill)?

☐ Yes    ☒ No

PRINTED NAME: Chris DeNovellis    TITLE: Owner

SIGNATURE: _____    DATE: 5/31/12

\*\*\*Signature/Title must match one of the Key Personnel named above\*\*\*

Exhibit 10

| Form **W-9** (Rev. January 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give Form to the requester. Do not send to the IRS.** |

Name (as shown on your income tax return)

**Christopher DeNovellis**

Business name/disregarded entity name, if different from above

**MindKontrol Industries LLC**

Check appropriate box for federal tax classification (required): [✓] Individual/sole proprietor [ ] C Corporation [ ] S Corporation [ ] Partnership [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

[ ] Exempt payee

Address (number, street, and apt. or suite no.)

**912 Webster St**

City, state, and ZIP code

**Palo Alto, CA 94301**

Requester's name and address (optional)

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

0 4 5 – 7 2 – 9 8 4 3

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here | Signature of U.S. person ▶ | Date ▶ 5/18/12

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Exhibit 10 Form **W-9** (Rev. 1-2011)

**From:**          Chris DeNovellis <chris@mindktrl.com>
**Sent:**           Friday, June 01, 2012 12:12 PM
**To:**              Carol Szeto
**Subject:**        Re: MindKontrol - ATT Partner Validation Intake Form

Done

On Fri, Jun 1, 2012 at 11:55 AM, Carol Szeto <Carol.Szeto@mobilemessenger.com> wrote:

Hi Chris,

One last thing…

Can you please hit the "submit" button for Verizon vetting in the Aegis tool?   You should have received an email from them today.   Let me know if you have any questions.  Please confirm as well.

Thanks!

**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

1

          Exhibit 10

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 108 of 290 Page
ID #:685
Case 2:14-cv-09059-DSF-MRW Document 53-8 Filed 08/22/14 Page 208 of 290 Page
ID #:685

**From:** Carol Szeto
**Sent:** Friday, June 01, 2012 11:50 AM
**To:** 'Chris DeNovellis'
**Subject:** RE: MindKontrol - ATT Partner Validation Intake Form


Thanks!!

Have a great weekend.  ☺



**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com



**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services
that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure,
and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business
initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that
drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact
me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted
or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not
necessarily reflect the views of Mobile Messenger group companies.



**From:** Chris DeNovellis [mailto:chris@mindktrl.com]

**Sent:** Friday, June 01, 2012 11:49 AM
**To:** Carol Szeto
**Subject:** Re: MindKontrol - ATT Partner Validation Intake Form


Attached

On Fri, Jun 1, 2012 at 11:45 AM, Carol Szeto <Carol.Szeto@mobilemessenger.com> wrote:

Hi Chris,

Exhibit 10

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 109 of 290 Page
ID #:2686
Case 2:14-cv-09009-DSF-MRW Document 53-8 Filed 08/02/14 Page 2 of 4 Page ID
#:686

I know you're working on this form, but just so you're aware -- AT&T says if it's not returned by 12pm, we will miss the deadline for certification/provisioning for at least 2 months.

Thanks,

**Carol Szeto**
**Account Manager**

**MOBILE**<span style="color:orange">**MESSENGER**</span>

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F: +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

**From:** Carol Szeto
**Sent:** Friday, June 01, 2012 11:20 AM
**To:** 'Chris DeNovellis'
**Subject:** MindKontrol - ATT Partner Validation Intake Form

Hi Chris,

Please sign the required attached AT&T intake form and in addition, please also fill out the "company website" section.

We must have this form back and signed no later than **<span style="color:red">12:00PM (TODAY).</span>**  Thanks.

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 110 of 290   Page
ID #:687
Case 2:14-cv-09053-DSF-MRW   Document 53-8   Filed 08/22/14   Page 31 of 64   Page ID
#:2689

Please contact me with any questions.

Thanks,

**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

| From: | Chris DeNovellis <chris@mindktrl.com> |
|-------|---------------------------------------|
| Sent: | Monday, June 11, 2012 5:17 PM |
| To: | Carol Szeto |
| Cc: | Erdolo Eromo |
| Subject: | Re: MindKontrol - AT&T/CTIA Vetting |

I completed and submitted on Friday.

On Jun 11, 2012 5:04 PM, "Carol Szeto" <Carol.Szeto@mobilemessenger.com> wrote:

Hi Chris,


Just wanted to follow up with you on AT&T/CTIA Vetting.


An email notification should have been sent to you on Friday from the Aegis Tool for you to complete AT&T vetting.


Please let me know if I can assist you with getting this process completed.


---


If you have questions on vetting, you can contact CTIA at: ctiasupport@aegismobile.com


Also, please copy my team, campaignoperations@mobilemessenger.com so we can keep up to date on vetting with your company.


Please log in and fill in your company's details in the "Provider Screening" tab. If you have not logged in before, you will have to register before entering the site.

1

     Exhibit 10

---

Please let me know if you have any questions.

Thanks,

**Carol Szeto**
**Account Manager**

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P:  +1.310.957.3349
M: 626.641.1807
F:  +1.310.861.1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

2

Exhibit 10

| From: | Chris DeNovellis <chris@mindktrl.com> |
|---|---|
| Sent: | Sunday, July 08, 2012 4:14 PM |
| To: | Harrison Gevirtz |
| Cc: | george@eaglewebassets.com |
| Subject: | Re: EWA Network Advertisers Form |

Hmmm, greater than $10 CPA is kind of high.

Are there volume discounts?

How does WAP vs www back out better?

On Sun, Jul 8, 2012 at 1:58 AM, Harrison Gevirtz <harrison@eaglewebassets.com> wrote:
Actually not, The leads back out very well.
H


On Sun, Jul 8, 2012 at 1:42 AM, Chris DeNovellis <chris@mindktrl.com> wrote:
Is WAP much lower CPA?

On Sun, Jul 8, 2012 at 1:18 AM, Harrison Gevirtz <harrison@eaglewebassets.com> wrote:
Chris,
Do you have any Mobile WAP formatted landing pages available as well? We run a lot of USA Mobile
Premium Subscription Offers with CPA's ranging from $10-14.00 (The LTV on Ringtones is much higher than
IQ or Win an iPhone type offers, etc). Let me know about the mobile wap landing pages as we have a ton of
internal (non network) mobile device traffic.
Harrison

On Sun, Jul 8, 2012 at 12:53 AM, Chris DeNovellis <chris@mindktrl.com> wrote:
Hi Harrison,

I currently have relationships with mobile carriers in the US.

The campaigns are around premium content subscriptions, such as ringtones, games, etc

The traffic would first be coming in via the web with the goal to then convert visitors into premium sms
subscriptions by entering their mobile number.

Are you familiar similar campaigns?

Curious what your estimated CPA might be and type of volume you may be able to provide.

Thanks,

Chris

1

Exhibit 10

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 114 of 290 Page
ID #:691
Case 2:14-cv-09009-DSF-MRW Document 53-8 Filed 08/02/14 Page 34 of 42 Page
ID #:631

On Sun, Jul 8, 2012 at 12:35 AM, <harrison@eaglewebassets.com> wrote:

Hello Chris,
Tell me about the countries you are currently live in and the offers that you have set up now. We have a lot of
mobile traffic & I would love to generate volume to your offers.
Regards,
Harrison Gevirtz

---

-----Original Message-----
EWA Network Advertisers Form
From: **chris@mindktrl.com**
To: harrison@eaglewebassets.com
Saturday, July 07, 2012 at 10:21PM


From: Chris DeNovellis
Phone:
-------------------------------------------------------------------------------------------------
Hello,

I am a mobile content provider and am interested in learning more about traffic services.

Thanks,

Chris



Regards!
--
EWA Mailing Robot

-------------------------------------------------------------------------------------------------
Message From: 66.252.2.2
Message Generated: Sunday Jul 08, 2012 12:21am
-------------------------------------------------------------------------------------------------




--

**ewa** // **Harrison Gevirtz,** Managing Partner
**Eagle Web Assets Inc.** :: EWA Network | BLAM Ads | Gevirtz Receivables

2

─── **Global Presence** ([FR](#) | [ES](#) | [BR](#) | [NL](#) | [DE](#) | [IT](#) | [PK](#) | [IN](#) | [SG](#) | [HK](#) | [ID](#) | [MY](#) | [RO](#) | [RU](#)) ───

--

**ewa** // **Harrison Gevirtz,** Managing Partner

**Eagle Web Assets Inc.** :: [EWA Network](#) | [BLAM Ads](#) | Gevirtz Receivables

─── **Global Presence** ([FR](#) | [ES](#) | [BR](#) | [NL](#) | [DE](#) | [IT](#) | [PK](#) | [IN](#) | [SG](#) | [HK](#) | [ID](#) | [MY](#) | [RO](#) | [RU](#)) ───

3

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 116 of 290 Page
ID #:693
Case 2:14-cv-09059-DSW-MRW Document 53-8 Filed 08/22/14 Page 36 of 64 Page ID
#:2073

| | |
|---|---|
| **From:** | Chris DeNovellis <chris@mindktrl.com> |
| **Sent:** | Monday, July 23, 2012 2:33 PM |
| **To:** | Daryl Quan |
| **Cc:** | Erdolo Eromo; Fraser Thompson; Diana.Delomba@mobilemessenger.com |
| **Subject:** | Re: MindKontrol week 27 advance |

Hi Daryl,

I have not heard back on this issue.

Can you assist in providing clarification?

Would like to make sure this week's check is correct as well.

Thanks,

Chris

On Thu, Jul 19, 2012 at 1:12 PM, Chris DeNovellis <chris@mindktrl.com> wrote:
Hi Diana,

I just noticed that the Advance structure for this payment is 70% / 5% fee.

Effective July 1, my contract is 75% / 1.5% fee.

Please advise.

Thanks,

Chris


On Tue, Jul 17, 2012 at 10:57 AM, Diana DaLomba <Diana.Delomba@mobilemessenger.com> wrote:

All,


Attached are the remittance details for your July 17th advance: $ 108,914.84

Please contact your account manager with any questions.


Regards,

1

Exhibit 10

**Diana DaLomba**

**diana.dalomba@mobilemessenger.com**

**MOBILE**MESSENGER

311 Arsenal Street
Watertown MA 02472
P: +1 617-673-2536
F: +1 617-673-2401

www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

Exhibit 10

| From: | Chris DeNovellis <chris@mindktrl.com> |
| Sent: | Wednesday, October 03, 2012 12:01 PM |
| To: | Michael Anthony |
| Cc: | Daryl Quan |
| Subject: | Re: Optimizations |

Thanks.

We should be all set now.

On Oct 2, 2012 3:52 PM, "Michael Anthony" <Michael.Anthony@mobilemessenger.com> wrote:

Hi Chris,

Can you change to message set 2 on "Green It My Way" (**54267**) and "My Eco Portal" (**71573**)?

This is a parameter you will set in the SEND_PIN API call: **message_set=2**
This should improve initial churn a bit.

| Date | New Subscriptions |
|---|---|
| MMC-02152 - 81636 - Choose Your IQ - PORTAL PROMO | 1,288 |
| Message set 2 | 686 |
| Message set 3 | 602 |
| MMC-04746 - 54267 - Green It My Way | 1,292 |
| Message set 1 | 1,292 |
| MMC-04748 - 71573 - My Eco Portal | 1,121 |
| Message set 1 | 1,121 |

thanks,

**Michael Anthony**
**Account Manager**

1

Exhibit 10

Case 2:19-cv-06314-DSF-KS   Document 27-2   Filed 12/02/19   Page 119 of 290   Page
Case 2:14-cv-09065-DSF-MRW   Document 53-8   Filed 08/22/14   Page 31 of 42   Page
ID #:696
ID #:2678

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P: +1 310 957 3342
M: 323-632-6374
IM: Skype: michael.anthony.mm
F: +1 310 861 1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

2

Exhibit 10

| | |
|---|---|
| **From:** | Chris DeNovellis <chris@mindktrl.com> |
| **Sent:** | Thursday, November 15, 2012 6:43 PM |
| **To:** | Daryl Quan |
| **Cc:** | Erdolo Eromo |
| **Subject:** | Re: Request for AT&T Validation for Provisioning and Certification |

Hi Daryl,

Next week isn't good for me.

I will be traveling east to visit family for thanksgiving.

The end of the following week is best.

Let me know if this is ok.

Chris

On Thu, Nov 15, 2012 at 4:51 PM, Daryl Quan <daryl.quan@mobilemessenger.com> wrote:

Chris,


AT&T is requesting a simple conference call on Monday, November 19th, 2012 between 10 AM EST – 12 PM
EST.

Please make sure you're available for this day and timeframe. The specific time is undetermined but we will be
scheduled ASAP and an email will notify you of the time.


I'll be calling you shortly to confirm that you received this email and your availability. This is extremely urgent
and a top priority in order to keep your existing campaigns running and move your new campaigns through the
provisioning and certification pipeline.


| MindKontrol | Status |
|---|---|
| 85739 Horoscope | Submitted |
| 98053 Horoscope | Submitted |
| 71573 Text Based Portal | Live |
| 54267 Text based Portal | Live |

1

Exhibit 10

In terms of preparation. Here are some of the questions AT&T was asking. The first 2 are what AT&T must know in detail. The rest of the questions AT&T is asking is to gather as much info on you as a CP as possible. Thanks.

1. Are you operating any programs on short codes XXXXX etc? (Priority Question)

2. Have you ever had any suspensions on XXXXX on the ATT network? If so, what are the details of those suspensions? (Priority Question)

3. Are you planning on running any new programs on ATT?

4. Have you worked with any other companies offering programs on short codes before?

5. What type of programs ( horoscopes, surveys, tips, etc) are you running?

6. Can you track to see that our subscribers are only getting their daily message, like horoscopes, just once a day and not multiple times?

7. What's an average of how many subscribers you get per day or week or month?

8. How do you get your traffic to your advertisements, affiliate marketing?

**Regards,**

**Daryl Quan**
**Account Manager**

2

Exhibit 10

**MOBILE**MESSENGER

6601 Center Drive W Suite 700
Los Angeles CA 90045
P: +1 310 957 3329
M: 310.741.9177
F: +1 310 861 1140
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, consulting, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

Case 2:19-cv-06314-DSF-KS   Document 27-2   Filed 12/02/19   Page 123 of 290   Page
ID #:700
Case 2:14-cv-09059-DSF-MRW   Document 53-8   Filed 08/02/14   Page 43 of 64   Page ID
#:2682

| | |
|---|---|
| **From:** | Chris DeNovellis <chris@mindktrl.com> |
| **Sent:** | Thursday, March 21, 2013 2:29 PM |
| **To:** | Heidi Vaeth |
| **Cc:** | Daryl Quan; Anitra Smith; jeniffer.benavente@mobilemessenger.com |
| **Subject:** | Re: Vetting record for Sprint |

Yes, MindKontrol is a California Single Member LLC taxed as a Sole Prop.

On Tue, Mar 19, 2013 at 1:35 PM, Heidi Vaeth <Heidi.Vaeth@mobilemessenger.com> wrote:

Hi Chris,


As Daryl is en route to a conference, I wanted to check in with you regarding the MindKontrol Industries, LLC. Sprint vetting record. All documents included (excluding the W-9), state MindKontrol is an LLC instead of a sole proprietor. Are you an LLC with one owner?


Sincerely,


**Heidi Vaeth**
**Manager, Account Management**

**MOBILEMESSENGER**

6601 Center Drive W Suite 700
Los Angeles CA 90045
W: +1 (310) 957-3363
C: +1 (310) 922-8555
www.mobilemessenger.com

**Mobile Messenger is the leading Mobile Solutions Provider, supplying its partners with cutting-edge technology and services that facilitate the marketing, distribution, and monetization of digital content to mobile devices. We provide strong, secure, and trusted connections to consumers, and offer comprehensive solutions supporting every step of your mobile business initiative. From creative, content management, and messaging connections, to payment processing and robust analysis that drive ROI, Mobile Messenger helps businesses build long-lasting, successful brands and mobile campaigns.**

This communication, including any attachments, is confidential and intended solely for the named addressee. If you are not the intended recipient, please contact me immediately by reply email, delete it from your system and destroy any copies. This email is subject to copyright. No part of it should be reproduced, adapted or transmitted without the prior written consent of the copyright owner. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of Mobile Messenger group companies.

Exhibit 10

| | |
|---|---|
| **From:** | Chris DeNovellis <chris@mindktrl.com> |
| **Sent:** | Tuesday, April 09, 2013 1:41 PM |
| **To:** | Daryl Quan |
| **Cc:** | Erdolo Eromo; Fraser Thompson |
| **Subject:** | Re: Urgent Request - regarding Sprint vetting |
| **Attachments:** | MKI_CA_LLC.pdf |

Hi Daryl,

The only thing I can do is to send over my CA / IRS documents stating that MKI is in fact a single-member LLC.

Please see attached. I'm pretty certain all of this info was attached to vetting profile but maybe something was missed.

Call me on my mobile at: 408.599.2828 if you need additional information.


Chris


On Tue, Apr 9, 2013 at 1:15 PM, Daryl Quan <daryl.quan@mobilemessenger.com> wrote:
Hi Chris,

I've left you a few voicemail and emails regarding Sprint vetting. Sprint has now escalated your account with regards to deprovisioning your short codes.

Sprint and Aegis are insisting that Mindkontrol LLC was at one time been registered as a partnership and are requesting full disclosure. If this matter is not settled by close of business today they will deprovision the shortcodes on Sprint.

Please contact me ASAP.

Daryl Quan
Account Manager
Mobile Messenger

1

Exhibit 10



| LLC-1 | File # | 2 0 1 1 0 4 5 1 0 1 1 6 |
|---|---|---|

## State of California
### Secretary of State

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

JAN 3 1 2011

## LIMITED LIABILITY COMPANY
## ARTICLES OF ORGANIZATION

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1.  NAME OF LIMITED LIABILITY COMPANY

MindKontrol Industries LLC

---

**PURPOSE** (The following statement is required by statute and should not be altered.)

2.  THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

---

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3   NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Legalzoom.com, Inc.

---

| 4.  IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

---

**MANAGEMENT** (Check only one)

5.  THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**ADDITIONAL INFORMATION**

6   ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**EXECUTION**

7.  I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

1/28/2011

DATE

SIGNATURE OF ORGANIZER

Karla Figueroa
TYPE OR PRINT NAME OF ORGANIZER

---

LLC-1 (REV 04/2007)

APPROVED BY SECRETARY OF STATE



IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  03-11-2011

Employer Identification Number:
27-5485371

Form:  SS-4

Number of this notice:  CP 575 G

MINDKONTROL INDUSTRIES LLC
CHRISTOPHER DENOVELLIS SOLE MBR
175 W SAINT JAMES ST
SAN JOSE, CA  95110

For assistance you may call us at
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

      Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 27-5485371.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

      When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

      A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

      To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

IMPORTANT REMINDERS:

      *  Keep a copy of this notice in your permanent records.  **This notice is issued only
         one time and the IRS will not be able to generate a duplicate copy for you.**

      *  Use this EIN and your name exactly as they appear at the top of this notice on all
         your federal tax forms.

      *  Refer to this EIN on your tax-related correspondence and documents.

      If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.  Thank you for your cooperation.

| Form **SS-4** (Rev. July 2007) Department of the Treasury Internal Revenue Service | **Application for Employer Identification Number** (For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.) ▶ See separate instructions for each line. ▶ Keep a copy for your records. | | OMB No. 1545-0003 EIN 27-5485371 |
|---|---|---|---|

| | **1** Legal name of entity (or individual) for whom the EIN is being requested | | |
|---|---|---|---|
| | MindKontrol Industries LLC | | |

**2** Trade name of business (if different from name on line 1)     **3** Executor, administrator, trustee, "care of" name

**4a** Mailing address (room, apt., suite no. and street, or P.O. box)    **5a** Street address (if different) (Do not enter a P.O. box.)
175 W. Saint James St.

**4b** City, state, and ZIP code (if foreign, see instructions)    **5b** City, state, and ZIP code (if foreign, see instructions)
San Jose, California 95110

**6** County and state where principal business is located
Santa Clara, California

**7a** Name of principal officer, general partner, grantor, owner, or trustor
Christopher DeNovellis     **7b** SSN, ITIN, or EIN   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

**8a** Is this application for a limited liability company (LLC) (or a foreign equivalent)?   ☑ Yes ☐ No    **8b** If 8a is "Yes," enter the number of LLC members ▶ 1

**8c** If 8a is "Yes," was the LLC organized in the United States?    ☑ Yes ☐ No

**9a** Type of entity (check only one box). Caution. If 8a is "Yes," see the instructions for the correct box to check.
☐ Sole proprietor (SSN) ___  ☐ Estate (SSN of decedent) ___
☐ Partnership  ☐ Plan administrator (TIN) ___
☐ Corporation (enter form number to be filed) ▶ ___  ☐ Trust (TIN of grantor) ___
☐ Personal service corporation  ☐ National Guard ☐ State/local government
☐ Church or church-controlled organization  ☐ Farmers' cooperative ☐ Federal government/military
☐ Other nonprofit organization (specify) ▶ ___  ☐ REMIC ☐ Indian tribal governments/enterprises
☑ Other (specify) ▶ Disregarded Entity - Single Member LLC    Group Exemption Number (GEN) if any ▶

**9b** If a corporation, name the state or foreign country (if applicable) where incorporated    State ___    Foreign country ___

**10** Reason for applying (check only one box)
☑ Started new business (specify type) ▶ Technology
☐ Hired employees (Check the box and see line 13.)
☐ Compliance with IRS withholding regulations
☐ Other (specify) ▶
☐ Banking purpose (specify purpose) ▶
☐ Changed type of organization (specify new type) ▶
☐ Purchased going business
☐ Created a trust (specify type) ▶
☐ Created a pension plan (specify type) ▶

**11** Date business started or acquired (month, day, year). See instructions.   01/31/2011    **12** Closing month of accounting year   December 31

**13** Highest number of employees expected in the next 12 months (enter -0- if none).
Agricultural 0   Household 0   Other 0

**14** Do you expect your employment tax liability to be $1,000 or less in a full calendar year? ☑ Yes ☐ No (If you expect to pay $4,000 or less in total wages in a full calendar year, you can mark "Yes.")

**15** First date wages or annuities were paid (month, day, year). Note. If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year) ▶ N/A

**16** Check one box that best describes the principal activity of your business. ☐ Health care & social assistance ☐ Wholesale-agent/broker
☐ Construction ☐ Rental & leasing ☐ Transportation & warehousing ☐ Accommodation & food service ☐ Wholesale-other ☐ Retail
☐ Real estate ☐ Manufacturing ☐ Finance & insurance ☑ Other (specify) Technology

**17** Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.
Software and Hardware Technology Company.

**18** Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☑ No
If "Yes," write previous EIN here ▶

| **Third Party Designee** | Complete this section only if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form. | |
|---|---|---|
| | Designee's name   Jacob Varghese | Designee's telephone number (include area code) (323) 962-8600 x 529 |
| | Address and ZIP code   101 N. Brand Ave., 10th Floor, Glendale, CA 91203 | Designee's fax number (include area code) (323) 790-1991 |

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ▶ Christopher DeNovellis, Member    Applicant's telephone number (include area code) (408) 599-2828

Signature ▶ *[signature]*    Date ▶ 6/10/11    Applicant's fax number (include area code)

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 16055N    Form **SS-4** (Rev. 7-2007)

**From:**               Chris DeNovellis <chris@mindktrl.com>
**Sent:**                Tuesday, April 23, 2013 7:27 PM
**To:**                  clickgenie@gmail.com
**Subject:**          Burns Residence, Atherton

Hi Frank,

Just wanted to send you a note so you have my contact info.

The other Chris here, is thinking about entering the mobile app / advertising world as a side project. I am focusing on other things currently but will likely be looking at diversifying my SMS business as well.

Lets keep in touch.

Thanks,

Chris

1

                Exhibit 10

| From: | Chris DeNovellis <chris@mindktrl.com> |
|---|---|
| Sent: | Tuesday, April 30, 2013 1:28 PM |
| To: | Matthew Jones |
| Subject: | Re: MindKontrol Industries LLC Verizon Vetting |
| Attachments: | MKI_CPC_043012.pdf |

Hi Matthew,

Thanks for the heads-up. I thought an updated CPC was added earlier in the process but I see that the one on the portal is out of date.

Attached is an update one.

Thanks,

Chris


On Tue, Apr 30, 2013 at 12:58 PM, Matthew Jones <mjones@aegismobile.com> wrote:

Hello Chris,


I just wanted to reach out to you and let you know we are sending MindKontrol back to you in Verizon vetting portal in order to get have the CPC updated. I have attached the new version to be filled out and attached in the portal. Thank you in advance.




Matthew Jones

Aegis Mobile

6518 Meadowridge Rd. /  Elkridge, MD  21075

mjones@aegismobile.com  /  www.AegisMobile.com




1

Exhibit 10

# Consumer Protection Certification

## Company Information

| | |
|---|---|
| Company Name | MindKontrol Industries LLC |
| Business Name(s)if different than above | N/A |
| DBA(s): | N/A |
| DBA(s): | N/A |
| Related Organizations | Immersive Dynamics LLC (only relation is same owner, no relation to SMS) |
| Related Organizations | N/A |
| Physical Address | 179 Burns Ave, Atherton, CA 94027 |
| Physical Address | N/A |
| Email Address | chris@mindktrl.com |
| Tax ID | FEIN: 27-5485371 / SSN: 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 |

## Key Business Personnel (Minimum of 3 names must be provided)

| | |
|---|---|
| CEO Name | Chris DeNovellis |
| President Name | Chris DeNovellis |
| CFO Name | N/A |
| COO Name | N/A |
| Owner(s) Name | Chris DeNovellis |
| Partner(s) Name | N/A |

## Bank Information

| | |
|---|---|
| Bank Name | Bank of America |
| Bank Contact | Rahman Kahn |
| Phone Number | 650-622-6224 |
| Routing Number | 121000358 |
| Account. No. (Last 4 Digits): | 6755 |

I, _Chris DeNovellis_, on behalf of the above named company ("**Applicant**"), under penalty of perjury under the laws of the United States, hereby declare that the information provided above and the following statements are true and correct. Applicant hereby acknowledges that false statements or failure to provide the requested information may disqualify Applicant from attaining or maintaining the Program with Verizon Wireless. Any subsequently discovered false statements herein shall constitute cause by Verizon Wireless to terminate or reject any or all of Applicant's Programs.

Has the Applicant, any past or present officer or director of the Applicant, or any past or present shareholder (including natural persons and business entities) owning or otherwise controlling 20% or more of the Applicant (each a "Covered Person or Business") ever been subject to any criminal, civil or administrative proceeding alleging any violations of state or federal law, rules, or regulations relating to consumer protection (including, but not limited to, the placement of an unauthorized charge on a consumer's telephone bill) that resulted in a judgment or plea of guilt, or an injunction or award of damages, by or against such Covered Person or Business, or has a Covered Person or Business ever agreed to a consent decree or other settlement in any such proceeding?

Please answer yes or no. If yes, please describe each instance in detail, and include the name of the specific court or agency in which the proceeding occurred, the full names of the parties to the proceeding, the date the proceeding commenced and concluded and the docket or case number of the proceeding.

☐ Yes  ☒ No

PRINTED NAME: _Chris DeNovellis_     TITLE: _President_

SIGNATURE: _[signature]_     DATE: _4/30/13_

***Signature/Title must match one of the Key Personnel named above***

# EXHIBIT 11

WILLARD K. TOM
General Counsel

LAURA M. SULLIVAN
ELIZABETH TUCCI
Federal Trade Commission
600 Pennsylvania Avenue, NW, NJ-3212
Washington, DC 20580
202-326-3327, lsullivan@ftc.gov
202-326-2402, etucci@ftc.gov
202-326-3259 (facsimile)

PAUL J. FISHMAN
United States Attorney
PAUL A. BLAINE
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
856-757-5137

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | Civil No. |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PLAINTIFF'S MOTION** |
| ) | **FOR A TEMPORARY** |
| **CIRCA DIRECT LLC,** and ) | **RESTRAINING ORDER** |
| **ANDREW DAVIDSON,** ) | **AND ORDER TO SHOW** |
| ) | **CAUSE WHY A** |
| Defendants. ) | **PRELIMINARY** |
| ) | **INJUNCTION SHOULD** |
| ) | **NOT ISSUE** |
| ) | |

Plaintiff Federal Trade Commission respectfully requests that this Court,

pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b),

Federal Rule of Civil Procedure 65(b), and Local Rule 65.1, issue a Temporary

Restraining Order, notice of which has been provided to Defendants Andrew

Davidson and Circa Direct, LLC ("Defendants")[1]:

    A.    Temporarily restraining Defendants, in connection with the advertising, promotion, or offering for sale of any product, program, or service from misrepresenting that any advertising or promotional material is objective news content; independent tests demonstrate the effectiveness of these products, programs, or services; and consumer comments posted online express the views of ordinary consumers;

    B.    Temporarily restraining Defendants from failing to disclose, or disclose adequately, that any advertising or promotional material formatted to resemble objective news content is a paid advertisement;

    C.    Temporarily restraining Defendants from misrepresenting the health benefits, performance, or efficacy of any food or drug, including that such food or drug causes weight-loss or rapid weight-loss;

    D.    Temporarily restraining Defendants from disposing of or transferring their assets other than those assets that are used for actual, ordinary, and necessary business or living expenses that Defendants reasonably incurs;

    E.    Requiring Defendants to provide an accounting of their assets and present financial condition and of their online marketing partners;

    F.    Permitting limited expedited discovery as to the identity and location of assets, relevant documents, and other matters related to monitoring Defendants'

---

[1] The FTC notified Defendants via e-mail and will also serve copies of all pleadings. *See* Declaration of Laura Sullivan, FTC-000847-50 (PX, Vol. VII).

2

compliance with the requested Order;

      G.    Requiring Defendants to serve a copy of the requested Order on all employees, agents, and independent contractors;

      H.    Providing other equitable relief; and

      I.    Requiring Defendants to show cause why a preliminary injunction should not issue extending the foregoing temporary relief until the merits of the FTC's allegations are finally adjudicated.

As grounds for this motion, and as further set out in the accompanying memorandum and exhibits, the FTC states that Defendants have engaged, and continue to engage, in deceptive acts and practices in or affecting commerce, in violation of Sections 5 and 12 of the FTC Act, 15 U.S.C. §§ 45, 52. Defendants falsely claim their advertising and promotional materials are objective news content and disseminate patently false weight-loss claims. The requested temporary relief is necessary to halt Defendants' unlawful conduct and to preserve this Court's ability to issue full and final equitable relief, including restitution, the refund of monies paid, and the disgorgement of ill-gotten monies.

The FTC further moves the Court to order Defendants to show cause why a preliminary injunction should not issue.

3

      Exhibit 11

The FTC respectfully refers this Court to the memorandum and exhibits, filed herewith in support of this motion. A proposed Order has also been filed herewith.

Dated: April 18, 2011

Respectfully submitted,

Willard K. Tom
General Counsel

/s/ Laura M. Sullivan
Laura M. Sullivan
Elizabeth Tucci
lsullivan@ftc.gov; etucci@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop NJ 3212
Washington, DC 20580
Telephone: 202-326-3327 (Sullivan)
202-326-2402 (Tucci)
Fax: 202-326-3259

Paul J. Fishman
United States Attorney
Paul A. Blaine
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
856-757-5137
Telephone: 856-757-5026
Attorneys for Plaintiff

_____

4

Case 2:19-cv-06814-RBF-KS Document 27-3 Filed 12/02/19 Page 136 of 290 Page
Case 2:19-cv-06312-RMB-AMD Document 3-3 Filed 04/10/19 Page 3 of 38 PageID #:494
ID #:713

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____
                                        )
**FEDERAL TRADE COMMISSION**,          )
                                        )
         Plaintiff,                     )
                                        )
              v.                        )        Civil No.
                                        )
**CIRCA DIRECT LLC**, and              )
**ANDREW DAVIDSON**,                   )
                                        )
                                        )
         Defendants.                    )
_____)


## EXHIBITS SUPPORTING FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## VOLUME III

Declaration of Sallie S. Schools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PX 6
Investigator, Federal Trade Commission
Part 1, Declaration and Attachments A-B

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 137 of 290 Page
Case 4:11-cv-02172-RMB-AMD Document 3-6 Filed 04/16/11 Page 2 of 330 PageID: 495
ID #:714

# PX 6

## Declaration of Sallie S. Schools

Exhibit 11

FTC-000392

Case 2:19-cv-06814-DSF-KS Document 27-3 Filed 12/02/19 Page 138 of 290 Page
ID #:715
Case 4:11-cv-05312-RMB-AMD Document 3-8 Filed 04/18/16 Page 5 of 334 PageID: 496

## DECLARATION OF SALLIE S. SCHOOLS
## PURSUANT TO 28 U.S.C. § 1746

1.    I am over 18 years old, and am employed by the Federal Trade Commission

("Commission" or "FTC") as an investigator in the Division of Advertising

Practices, Bureau of Consumer Protection.  My business address is FTC

Headquarters Satellite Building, 601 New Jersey Avenue, NW, Washington,

DC 20580.

2.    As an investigator, my duties include monitoring and investigating persons

or companies who are suspected of engaging in unfair or deceptive acts or

practices in violation of the FTC Act and any other laws or rules that the FTC

enforces.  In the course of my duties, I participated in an investigation of

defendants Circa Direct LLC ("Circa Direct") and Andrew Davidson

("Davidson").  In the course of this investigation, I have acquired personal

knowledge and information about the facts stated herein, and, if called upon

as a witness, could and would testify competently to them.  I also serve as the

custodian of documents and records in connection with this investigation.

**Website Domains Registered By Andrew Davidson: NameCheap Records**

3.    I reviewed documents produced to the FTC by NameCheap Inc.

("NameCheap"), an internet domain name registration company, in response

1

FTC-000393

to a Civil Investigative Demand ("CID"). These documents ("NameCheap

Records"), are appended to the Declaration of NameCheap's record

custodian, Sergio Hernandez. **(PX 2, Atts. A and B, FTC-000036-37, FTC-**

**000038-149, FTC-000150-246.)**

4.      In reviewing the NameCheap Records, I found that only one person,

Davidson, had used NameCheap to register each domain name listed therein,

including circadirect.com, clkrd.com, daily-job-news.com, onlinenews6.com,

online6reports.com, newsdaily7.net, roiserver.com, memphisgazette.net,

online8report.com, channel8health.com, online6health.com,

chan7reports.com, and dailyhealth6.com ("Davidson websites"). The

NameCheap records identified the account information for Davidson as:

> Username:  drewjd2k
> Name:  Andrew Davidson
> Drewjd2k@gmail.com
> 209 N. Essex Ave.
> Margate, NJ  08402
> Phone:  (609) 233-8360

NameCheap registered Davidson's account on March 5, 2008.  **(PX 2 Att. A**

**at FTC-000039, PX 2 Att. B at FTC-000151.)**  Davidson registered a total

of 144 distinct domain names through NameCheap.

5.      I summarized the registration information from the NameCheap Records

received by the FTC for the Davidson websites discussed in this declaration

FTC-000394

Case 2:19-cv-06814-DSF-KS Document 27-3 Filed 12/02/19 Page 140 of 290 Page
Case 4:19-cv-06814-RMB-AMD Document 7-3 Filed 04/02/19 Page 3 of 90 PageID #:498
ID #:717

as set out below:

| Domain Name | Date[s] Registered | Payment Method | Payment Source | Page No. in NC Decl. |
|---|---|---|---|---|
| circadirect.com | August 31, 2008 | credit card ending in - 4638 | Steven Davidson billing zip code 08402 | NC000040, 43, 56, 107-109,150 |
| circadirect.com | August 14, 2009, | FUNDS | User: drewjd2k | NC000041, 76-77, 169-170 |
| circadirect.com. WhoisGuard ProtectOne | August 16, 2009 | FUNDS | User: drewjd2k | NC000077, 170 |
| circadirect.com | August 28, 2010 | FUNDS | User: drewjd2k | NC000041-42, 87, 180 |
| daily-job-news.com | June 1, 2009 | credit card ending in - 4638 | User: drewjd2k Andrew Davidson, 209 N. Essex Ave., Margate, NJ 08402 | NC000038, 72, 100-101, 165 |
| daily-job-news.com | May 13, 2010 | FUNDS | User: drewjd2k Andrew Davidson | NC000037, 84,177 |
| onlinenews6.com | December 18, 2009 | FUNDS | User: drewjd2k Andrew Davidson | NC000033, 81,174 |

Exhibit 11

FTC-000395

Case 2:19-cv-06814-RSF-KS Document 27-2 Filed 12/02/19 Page 141 of 290 Page
Case 4:19-cv-06312-RMB-AMD Document 23-3 Filed 04/02/19 Page 43 of 93 PageID #:496
ID #:718

| Domain Name | Date[s] Registered | Payment Method | Payment Source | Page No. in NC Decl. |
|---|---|---|---|---|
| clkrd.com | February 9, 2010 | FUNDS | User: drewjd2k Andrew Davidson | NC000039, 83, 176 |
| clkrd.com | January 16, 2011 | FUNDS | User: drewjd2k | NC000184, 190 |
| clkrd.com. WhoisGuard ProtectOne | February 6, 2011 | FUNDS | User: drewjd2k | NC000185, 187 |
| online6reports.com | April 27, 2010 | FUNDS | User: drewjd2k Andrew Davidson | NC000034, 83-84, 176 |
| newsdaily7.net | April 28, 2010 | FUNDS | User: drewjd2k | NC000084, 177 |
| roiserver.com | May 25, 2010 | FUNDS | User: drewjd2k | NC000085, 177-178 |
| memphisgazette.net | August 31, 2010 | FUNDS | User: drewjd2k | NC000087-88, 180 |
| online8report.com | September 4, 2010 | FUNDS | User: drewjd2k | NC000088, 181 |
| channel8health.com | September 19, 2010 | FUNDS | User: drewjd2k Andrew Davidson | NC000044, 89, 182 |
| online6health.com | December 2, 2010 | FUNDS | User: drewjd2k Andrew Davidson | NC000183, 194 |

FTC-000396

| Domain Name | Date[s] Registered | Payment Method | Payment Source | Page No. in NC Decl. |
|---|---|---|---|---|
| chan7reports.com | January 21, 2011 | FUNDS | User: drewjd2k | NC000185, 188 |
| dailyhealth6.com | February 17, 2011 | FUNDS | User: drewjd2k | NC000185-186, 197 |

**Ad Network Publishers: Dissemination of Davidson Websites Through Pulse 360, Inc.**

6.    As part of my investigation, I received, reviewed and summarized voluminous data produced by Pulse 360, Inc. ("Pulse 360"), a company that provides online advertising services for online advertisers and publishers, in response to a CID issued by the Commission. **(See PX 3, Pulse 360/Cronberger Declaration, FTC-000247-51).**

7.    In particular, I reviewed data compilations in the form of electronic spreadsheets that summarized account advertising information about certain of Pulse 360's advertisers, including Circa Direct, for which Davidson was listed as the contact. Pulse 360 had provided these spreadsheets ("account advertising spreadsheets") to the Commission on or about October 4, 2010 and March 4, 2011, the latter of which included updated information. **(See PX 3, Pulse 360/Cronberger Declaration, FTC-000247-51).**

Case 2:19-cv-06814-RSF-KS Document 27-3 Filed 12/02/19 Page 143 of 290 Page
Case 2:19-cv-06814-RMB-AMD Document 23-3 Filed 04/10/19 Page 95 of 384 PageID #:491
ID #:720

8.      To assist in reviewing and summarizing data in Pulse 360's advertising

billing spreadsheets regarding Circa Direct, I extracted the data regarding

Circa Direct from the spreadsheets to separate it out from the other

advertisers listed therein.  I also compared the data from the October 4, 2010

and March 4, 2011 spreadsheets to identify and remove any overlapping data

regarding Circa Direct.  I then analyzed and summarized the Circa Direct

data as follows:

a.      **Number of impressions**:  As set forth in the Pulse 360 Declaration,

the account advertising spreadsheets listed the number of impressions

potentially viewed by consumers through the Pulse 360 advertising

network for each advertisement that was posted on a Davidson

website(s).  For the time period November 9, 2008 to December 1,

2010, the account advertising spreadsheets show that Circa Direct

disseminated more than 11,198,460,170 impressions of

advertisements through the Pulse 360 advertising network.

b.      **Number of click-throughs**:  As set forth in the Pulse 360

Declaration, the account advertising spreadsheets listed the number of

times that consumers clicked through each advertisement and were

directed to the click URL to reach Davidson websites.  For the period

FTC-000398

November 9, 2008 to December 1, 2010, the account advertising

spreadsheets show 6,408,372 click-throughs by consumers to

Davidson websites through the Pulse 360 advertising network.

c.    **Advertising costs**:  As set forth in the Pulse 360 Declaration, the

account advertising spreadsheets indicated the revenue received by

Pulse 360 from Circa Direct on a cost-per-click basis.  For the period

November 9, 2008 to December 1, 2010, the account advertising

spreadsheets show that Pulse 360 received $6,255,322.66 in revenue

from Circa Direct for online advertising services.

d.    **Davidson websites as landing pages:**   The account advertising

spreadsheets identified various websites (landing pages) where

consumers who clicked on the placed advertisement were directed.

Websites identified in the Pulse 360 records as landing pages for

Circa Direct advertisements for products, programs and services

include  daily-job-news.com, newsdaily7.net, and

memphisgazette.net, all of which are Davidson websites.

9.    Pulse 360's response to the CID also included copies of email exchanges

between Pulse 360 personnel and Davidson through the email address

drewjd2k@gmail.com. **(PX 3, ¶ 5, FTC-000250, and Attachment A, FTC-**

**000252-61.)**  In one of these emails, Davidson provided a link to the web

page at circadirect.com/tags/pulse-cpm/htm to a Pulse 360 employee.  (PX 3,

FTC-000253.)  As noted above, circadirect.com is a Davidson website.

10.   On or around March 10, 2011, I visited the web page at

circadirect.com/tags/pulse-cpm/htm.  This webpage consisted of a series of

banner advertisements, described below at paragraph 20.  I captured the

contents of the webpage, and subsequent pages that I viewed, and have

appended a true and correct PDF copy of these webpages as **Schools**

**Attachment A, FTC-000430 to FTC-000482**.

**Website Captures**

11.   As part of my investigation, I made electronic copies of the contents of

various websites ("website captures") from a computer in the internet lab at

the FTC headquarters satellite office building in Washington, D.C.  I then

converted the contents of the websites and the hyperlinked products featured

therein to PDF files using the Adobe Acrobat ("Adobe") software program.

The conversion to PDF process includes any JPEG images, text files, and

image maps, as well as other associated files from the original web page.

12.   As part of my investigation, I also made video copies of my visits to certain

websites through a screen capture program called Camtasia.  The FTC has

lodged with the Clerk of the Court, simultaneously with the filing of this

Declaration, a CD containing a true and correct copy of the Camtasia video

recordings.

**A.      Superpages.com**

13.   On or around January 14, 2011, I accessed the publicly available website

superpages.com.  I recorded my visit to this website as a video file through

the Camtasia screen capture program described above.  I appended a true

and correct copy of this video file in CD form as **Schools Attachment B**.

14.   As shown on the attached video file, after arriving at superpages.com, I

entered the term " hotels Beverly Hills CA" using the website's search

engine.  When the website displayed the search results, a banner ad appeared

at the bottom of the web page, depicting a person squeezing his or her

exposed belly and stating:

> 1 Trick of a tiny belly:
> Cut down a bit of your belly every
> day by using this 1 weird old tip.

**(Schools Att. B.)**  When I hovered my cursor over the banner ad a link to the

URL http://ads.roiserver.com (a Davidson website, as described above)

appeared in the status bar of the browser at the bottom of the page.

FTC-000401

15.     When I clicked on the "1 Trick of a tiny belly" banner ad discussed in the

preceding paragraph, I was transferred to the web page

http://www.online6health.com/HEALTH/Acai-Berry/index.php (also a

Davidson website, as described above).  I captured the contents of this

webpage and have appended a true and correct PDF copy of the webpage as

**Schools Attachment C**, **FTC-000484 to FTC-000490.**  This webpage

displayed an article entitled, "1 Trick of A Tiny Belly:  Reporter Loses Her

"Belly" Using 1 Easy Tip."  (**Schools Att. B, Schools Att. C at FTC-**

**000485.**)  The article discussed two products, LeanSpa Acai and South

Beach Java, and contained several hyperlinks for each product.  When I

attempted to close the page, a pop-up appeared that included the phrase

"IMPORTANT:  Are you sure you don't want to take advantage of the

LeanSpa Acai and PureLife Cleanse Free Trial?"  I clicked "OK" and

another pop-up appeared stating "Are you sure you want to navigate away

from this page?  Click "Cancel" below to reconsider."  I clicked "Cancel"

and was directed to another page at

http://www.online6health.com/HEALTH/Acai-Berry/exit.php that contained

hyperlinks for the LeanSpa Acai and South Beach Java products ("LeanSpa

Acai hyperlink" and "South Beach Java hyperlink").

16.  When I clicked the LeanSpa Acai hyperlink discussed in Paragraph 15 above, I was transferred to the website getleanspa.com.  I captured the contents of this webpage on February 25, 2011 and have appended a true and correct PDF copy of the webpage as **Schools Attachment D, FTC-000490 to FTC-000493**.  This "getleanspa" website promoted a "free-trial" for a product called LeanSpa with Acai.  I subsequently clicked on the South Beach Java hyperlink described in the preceding paragraph and was connected to the website southbeachjava.com.  I captured the contents of this webpage on March 11, 2011, and have appended a true and correct PDF copy of the webpage as **Schools Attachment E, FTC-000494 to FTC-000497**.   This website similarly offered a free trial for the South Beach Java product.

**B.    Work-At-Home Landing Pages**

17.  On or around January 25, 2011 I accessed the publicly available website daily-job-news.com,. a Davidson website as described above that Davidson disseminated, at least in part, through the Pulse 360 network.  (See Paragraph 8 above.)  Upon visiting this website, I was immediately re-directed to a web page at online8report.com (also a Davidson website).  The online8report.com  website displayed an article entitled

FTC-000403

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 149 of 290   Page
Case 2:19-cv-02534-RMB-AMD   Document 1-2   Filed 04/16/19   Page 94 of 93   PageID: 497
ID #:726

New Jersey JOB REPORT
<u>Work At Home Mom Makes $6,795/Month Part-Time</u>

and included several hyperlinks to the Home Income Wealth System.  I

clicked on one of the hyperlinks and was directed to the website

<u>https://www.theinstantwealthbuilder.com/</u>.  I captured the contents of the

<u>online8report.com</u> and <u>instantwealthbuilder.com</u> webpages  and have

appended a true and correct PDF copy of the webpages as **Schools**

**Attachment F, FTC-000498 to FTC-000505.**

18.   On or about February 25, 2011, I accessed the publicly available website

<u>newsdaily7.net</u>, which is a website that Davidson disseminated, at least in

part, through the Pulse 360 network.  (See Paragraph 8 above.)  I captured

the contents of the <u>newsdaily7.net</u> webpage and have appended a true and

correct PDF copy of the webpage as **Schools Attachment G, FTC-000506**

**to FTC-000512**.  This website displayed an article entitled:

New Jersey JOB REPORT
<u>Work At Home Mom Makes $6,795/Month Part-Time</u>

The <u>newsdaily7.net</u> webpage included several links to the Home Income

Profit System.

**C.**   **<u>Surplus Auction Landing Page</u>**

19.   On or about February 25, 2011, I accessed the publicly available website

memphisgazette.net, which is also a Davidson website that Davidson

disseminated, at least in part, through the Pulse 360 network.  (See Paragrah

8 above.)  I captured the contents of the memphisgazette.net webpage and

have appended a true and correct PDF copy of the webpage as **Schools**

**Attachment H, FTC-000513 to FTC-000517**.  The memphisgazette.net

website displayed an article entitled

> BREAKING NEWS:  Exclusive: Massive Savings "Trick"
> discovered.  Surplus Auctions Exposed:  95% Off Retail Possible?

This article discussed SwipeBids, a surplus auction site, and contained

several links to SwipeBids.

D.  **Banner Advertisements**

1.  Banner Advertisements Contained in Davidson Email to Pulse 360

20.  As noted above at Paragraphs 9 and 10, an email that Davidson sent to a

Pulse 360 employee contained a link to a webpage that contained eight

different banner ads promoting acai berry, tooth whitening, or work at home

products.  **(FTC-000431-3.)**  Three of these banner ads promoted acai berry

products ("Acai Berry Banner Ads"), another three promoted work-at-home

programs ("Work-At-Home Banner Ads"), and the remaining two promoted

teeth whitening products ("Teeth Whitening Banner Ads").

FTC-000405

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 151 of 290 Page
Case 2:19-cv-06814-RMB-KMD Document 27-2 Filed 04/16/19 Page 96 of 93 PageID: 499
ID #:728

a.  Two of the Acai Berry Banner Ads that I discuss in the preceding

subparagraph depicted a female news reporter and stated:

Acai Berry EXPOSED
(Consumer Report)
Washington Warning! Health Reporter
Discovers the Shocking Truth!

b.  The third Acai Berry Banner Ad depicted a basket of berries and
stated:

Acai Berry EXPOSED:
Washington
Washington Warning: Health
Reporter Discovers The
Shocking Truth!

c.  When I clicked on each of the Acai Berry Banner Ads, I was linked to

the website dailyhealth6.com (a Davidson website, as described

above).   This website contained alternating versions of a news article

that discussed different brands of acai berry products.  Each of these

articles began with the headline, "1 Trick of A Tiny Belly:  Reporter

Loses Her 'Belly' Using 1 Easy Tip" and were substantially similar in

content to the article discussed in paragraph 15.  **(FTC-000434, 446,**

**455.)**

i.  One version of the Acai Berry article, located at

www.dailyhealth6.com/HEALTH/HCA-Diet/index.php

Case 2:19-cv-06614-DSF-KS Document 27-2 Filed 12/02/19 Page 152 of 290 Page
Case 2:19-cv-02514-RMB-AMD Document 27-2 Filed 04/02/19 Page 96 of 93 PageID: 396
ID #:729

discussed two products, LeanSpa with Pure HCA and LeanSpa

Cleanse, and contained several hyperlinks for each product.

**(FTC-000434-9.)** When I clicked on these hyperlinks for

LeanSpa with Pure HCA and LeanSpa Cleanse, I was directed

to a website that sold the products. **(FTC-000440-5.)**

ii.  Another version of the Acai Berry article discussed two

different products, UltraBerry Slim and ColoThin, and

contained several hyperlinks for each product. **(FTC-000446-**

**50.)** When I clicked on the hyperlinks for UltraBerry Slim and

ColoThin, a website selling one of the products appeared.

**(FTC-000451-4.)**

iii.  A third version of the Acai Berry article discussed in Paragraph

15 above discussed two different products, TrimSport Acai and

PureCleanse 360, and contained several hyperlinks for each

product. **(FTC-000455-9.)** When I clicked on the hyperlinks

for TrimSport Acai and PureCleanse 360, a website selling one

of the products appeared. **(FTC-000460-5.)**

d.  The three Work-At-Home Banner Ads depicted either a woman sitting

at a desk or a news reporter and stated:

Case 2:19-cv-02574-RMB-AMD Document 1-2 Filed 04/16/19 Page 96 of 99 PageID: 381

> Washington Mom
> Makes $77/hr Online!
> Unemployed Mom Makes $6,397/Month
> Working Online! Read How She Did It.

**(FTC-000431-2.)**  Clicking on these banner ads linked me to

chan7reports.com/FINANCE/Job-Report/index.php (a Davidson

website, as described above).  **(FTC-000466-71.)**  This web page

contained an article entitled "EXPOSED:  New Jersey Mom Makes

$8,000/Month and You Won't Believe How She Does It!"  This

article discussed a course from millionaire author Robert Allen called

Multiple Streams Of Income and contained hyperlinks to sign up for

the course.

e.   The two Teeth Whitening Banner Ads both directed me to a web page

on dailyhealth6.com (a Davidson website, as described above).  This

web page contained an article entitled:

> Don't Break the Bank: A Mom's Trick to Whiter Teeth:
> Amidst the second worst recession in United States
> history, thrifty consumers are turning to the internet to
> take advantage of special offers.

This article discussed the benefits of using two teeth-whitening

products named Pür Whitening Tray Kit and Vibrant Smile Pen

together and contained several hyperlinks for these two products.

FTC-000408

Case 2:11-cv-02534-RMB-AMD Document 3-2 Filed 04/2014/19 Page 99 of 99 PageID: 402

**(FTC-000472-7.)** I then clicked on the hyperlinks for Pür Whitening Tray Kit and Vibrant Smile Pen, each of which lead me to a different website selling one of the products. **(FTC-000478-82.)**

**2.** Los Angeles Times Banner Ads

21. On or around March 11, 2011, I visited the Los Angeles Times web site at latimes.com. I accessed a page that displayed banner ads similar to the ones I describe in paragraph 20, including the Acai Berry Banner Ad portraying a person squeezing his or her belly ("Belly Fat Banner Ad"). A true and correct copy of a recorded video file of one of my visits to this website and subsequent web pages I discuss in this paragraph is attached as **Schools Attachment I**, and a true and correct PDF copy of the captured web pages are attached as **Schools Attachment J, FTC-000519 to FTC-000542**. When I hovered my cursor over each of the banner ads a link to the URL http://ads.roiserver.com (a Davidson website) appeared in the status bar at the bottom of the browser.

22. When I clicked on the Belly Fat Banner Ad, I was immediately directed to a web page at dailyhealth6.com/HEALTH/HCA-Diet/index.php. This page contained an article that appeared substantially similar to the article described in paragraph 15. This article discussed two products, LeanSpa

FTC-000409

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 155 of 290   Page
Case 2:11-cv-02534-RMB-AMD   Document 27-2   Filed 04/10/19   Page 90 of 93 PageID: 808
ID #:732

with Pure HCA and LeanSpa Cleanse, and contained several hyperlinks to both products.  **(Schools Att. I, Schools Att. J, FTC-000521-5.)**  I then clicked on the hyperlinks for LeanSpa with Pure HCA and LeanSpa Cleanse. The LeanSpa with Pure HCA hyperlink that I clicked led to the website tryleanspa.com, which promoted a "free-trial" for a product called LeanSpa with HÇA that had packaging that appeared to be substantially identical to the LeanSpa Acai product referenced in paragraph 16.  **(Schools Att. I, Schools Att. J, FTC-000526-8.)**  The LeanSpa Cleanse hyperlink that I clicked led to the website leanspacleanse.com, which similarly offered a free trial for the LeanSpa Cleanse product.  **(Schools Att. I, Schools Att. J, FTC-000529-31.)**

23.    On other occasions when I clicked on the Belly Fat Banner Ad that appeared on the latimes.com website substantially similar versions of the article discussed in Paragraph 15 appeared.  The ad's content varied slightly to promote other Acai Berry products.

24.    The latimes.com website also contained a Work-At-Home Banner Ad similar to those discussed in Paragraph 20.  This banner ad stated:

> Piscataway Mom Makes $84/hour
> We Investigated How She Makes $8000/Month. You Won't Believe How....

FTC-000410

When I clicked on this Work-At-Home Banner Ad, I was directed to the web page: http://chan7reports.com/FINANCE/Job-Report/index.php (a Davidson website.) This web page I was directed to contained an article titled "EXPOSED: New Jersey Mom Makes $8,000/Month And You Won't Believe How She Does It!" The article discussed Robert Allen's Multiple Streams of Income Course and contained hyperlinks for this program. When I clicked on one of these hyperlinks I was then directed to a website to register for the Robert Allen home study course. **(Schools Att. I, Schools Att. J, FTC-000532-42.)**

3.    <u>Banner Ad at thefreedictionary.com Website</u>

25.    On or around March 31, 2011, I visited the publicly available website at thefreedictionary.com and observed a banner advertisement similar to the one I discuss in paragraph 14. When I hovered my cursor over the ad a link to the URL http://ads.roiserver.com (a Davidson website) appeared in the status bar of the browser at the bottom of the page. I clicked on this banner ad and was redirected to a web page at http://dailyhealth6.com/HEALTH/Acai-Berry-Diet/index.php (a Davidson website) that displayed an article that was substantially similar to the article I describe in paragraph 15. This article discussed two products, Acai

FTC-000411

UltraBerry and ColoThin, and contained several hyperlinks for each product.

I closed out the pages and clicked on the banner ad again. This time I was

redirected to a substantially similar web page at

http://www.dailyhealth6.com/HEALTH/Acai-Diet/index.php. This article

discussed two products, SuperAcai 1200 and Complex Cleanse, and

contained several hyperlinks for each product.

**Format of Comments on Actual News Websites**

26.     As part of my investigation, I visited the websites of several news

organizations. The news articles on these sites often included comments that

readers had posted on the site. The comments typically appeared below the

text of the article, although in the case of Fox News, I reached the comments

by clicking on a hyperlink. I have attached true and accurate PDF copies of

webpages as they appeared on April 13, 2011 containing comments from

The (Philadelpia) Inquirer, The (Newark) Star-Ledger, The Washington

Post, and Fox News at **Schools Attachment K, FTC-000543 to FTC-**

**000559**.

/

/

/

FTC-000412

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 158 of 290 Page
ID #:735
Case 2:11-cv-02557-RMB-AMD Document 73-3 Filed 04/16/19 Page 96 of 93 PageID: 906

**Identical Comments Repeated On Various Websites**

27.  The Davidson "news" websites that advertise or have advertised weight loss

products, as captured and identified above in paragraphs 15, 20, and 22

contain nearly identical "comments" from purported consumers.

28.  In particular, I compared the "Comments" section from the following Circa

Direct webpages:

a.   **FTC-000523-4** (2011-03-11 dailyhealth6 from latimes belly fat

banner) (Lean Spa with Pure HCA and LeanSpa Cleanse)

b.   **FTC-000457-8** (2011-03-10 dailyhealth6 trimsport acai.pdf)

(TrimSport Acai and PureCleanse 360)

c.   **FTC-000448-9** (2011-03-10 dailyhealth6 ultraberry slim.pdf)

(UltraBerry Slim and ColoThin)

d.   **FTC-000436-7** (2011-03-10 dailyhealth6.pdf) (LeanSpa with Pure

HCA and LeanSpa Cleanse)

e.   **FTC-000487-8** (2011-01-14 Online 6 Health News - Diet Trends_ A

look at America's Top Diets.pdf) (LeanSpa Acai and South Beach

Java)

29.  Each of the Comments sections from the five webpages identified in the

preceding paragraph contained the following similarities:

FTC-000413

a.    Each Comments section purports to list "10 of 177" responses from

the immediately preceding "report."

b.    Each Comments section purports to list comments from the following

ten persons, always in the following order:  Diane, Michelle, Jen,

Stephen, Julia/Julie (apparently referring to the report's author),

Davis, Damo, Amy, James, and Wanda.

c.    The content of each individual commenter is virtually identical across

the various websites, with only the product name changing.

i.    For example, the first commenter in each website, Diane,

invariably states:

> My friends and I have all been waiting for the acai
> diet [or hca diet, or hca cleanse diet] to hit the
> news. Atleast 5 of us have all done the diet
> (costing us upwards of $300+) and we all lost a
> bunch of weight. This stuff truley is incredible and
> has changed all of our lives. Good luck to
> everyone who takes advantage of this wonderful
> opportunity

ii.    Similarly, the seventh commenter on each website, Damo,

always states:

> I've been struggling my whole life with my weight and I
> really hope this is the answer. I've gone ahead and
> ordered the free trials and signed up to the gym aswell. I
> really hope to lose atleast 50 pounds

FTC-000414

Case 2:19-cv-06314-DSF-KS Document 27-2 Filed 12/02/19 Page 160 of 290 Page
Case 2:11-cv-02674-RMB-AMD Document 23-2 Filed 04/10/14 Page 96 of 91 PageID: 908
ID #:737

30.  Commonalities in comments also occur on Davidson websites promoting
     other products, services, and programs.  For example, the phrase "this stuff
     truley is incredible," included in a post by "Diane" as noted above, also
     appears in the Comments section of Davidson's Surplus Auction website
     discussed above.  **(FTC-000516.)**  Similarly, the comment "This is amazing!
     I wish I knew about this 5 years ago," from "Davis" appears on many of
     Davidson's Work-At-Home and Teeth Whitening websites.  **(FTC-000503,
     511, 476.)**

31.  The typographical and spelling errors of the individual comments also repeat
     across the different websites.  For example, the comment from Diane, quoted
     above, always contains the errors "Atleast" and "truley".  Similarly, the
     comment from Damo always contains the errors "aswell" and "atleast".

32.  Comments substantially identical to those found on the Circa Direct weight
     loss webpages also appear on other news-format webpages, *not* known to be
     affiliated with Davidson, promoting a variety of products.  On or around
     April 14, 2011, I performed a search on the Google search engine for the
     phrase "this stuff truley" (as referenced in the comment attributed to Diane
     in the Circa Direct webpages).  The results returned several pages of "hits"

FTC-000415

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 161 of 290   Page
ID #:738
Case 2:11-cv-02534-RMB-AMD   Document 27-2   Filed 04/2021   Page 96 of 93   PageID: 309

of websites that contain substantially identical comments, with the same
typographical and spelling errors.

a.   Several of the news-format pages repeated the "this stuff truley"
     comment to promote acai-berry-based weight-loss products and other
     products.  **(FTC-000436, 448, 457, 487, 516, 523.)**

b.   Other news-format sites used substantially the same "this stuff truley"
     comment to promote unrelated products, programs, or services.  For
     example, washingtonreviewhub.com used a slight variant of the
     comment to promote a surplus auction site.  Similarly,
     http://johnrhodes.amplify.com/2010/10/15/this-site-can-put-quibidsco
     m-out-of-business-or-make-you-wish-you-saw-this-first/ used a slight
     variant of the comment to promote a work-at-home scheme.  I have
     attached true and correct copies of these webpages at **Schools**
     **Attachment L, FTC-000560 to FTC-000570.**

c.   A true and correct copy of the Google search results is attached as
     **Schools Attachment M, FTC-000571 to FTC-000583.**

**Images of "Reporters" on Circa Direct Pages Are Stock Photos**

33.   The photographic images for the "health and diet columnists" pictured on
      Circa Direct's landing pages are stock photographs.

FTC-000416

a.  The photographic image of a blonde woman wearing a white blouse and dark blazer identified as either "Julia Miller" or a "health and diet columnist" appears on several of Circa Direct's landing pages promoting acai berry weight-loss products. **See, e.g. FTC-000434, 446, 455, 485, 521.**

b.  I copied the image of the blonde "Julia Miller" from a Circa Direct landing page and entered into the search engine of tineye.com, a website that uses image identify technology to find web pages using the same image. The search results showed that the identical image has been used on various news-format websites and on a French-language website for a real estate developer. I have attached a true and accurate copy of the search results as **Schools Attachment N, FTC-000584 TO FTC-000586**.

c.  The photographic image of a brown-haired woman wearing a sleeveless black top, also identified as "Julia Miller," appears on several of Circa Direct's landing pages promoting acai berry weight-loss products. The same photographic image, identified as "Michelle," also appears on a Circa Direct landing page promoting surplus auctions. **(FTC-000514.)**

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 163 of 290 Page
Case 2:15-cv-02513-RMB-AMD Document 27-2 Filed 04/2021 Page 96 of 93 PageID: 891
ID #:740

d.      I copied the image of the brown-haired "Julia Miller" or "Michelle"
from a Circa Direct landing page and entered it into the tineye.com
search engine.  The search results show that the identical image has
been used on dozens of news-format webpages.  A true and accurate
copy of the first several pages of results are attached as **Schools
Attachment O, FTC-000587 to FTC-000596.**

e.      The tineye.com search results for image of the brown-haired "Julia
Miller" or "Michelle" also produced many search results of webpages
identifying the woman as French journalist Mélissa Theuriau.  One of
those webpages, cafeanant.wordpress.com, contains 14 images of
Theuriau, including the one used in various Circa Direct/Davidson
websites.  A true and accurate copy of a portion of the pages of this
webpage, as it appeared on April 15, 2011, is attached as **Schools
Attachment P, FTC-000597 to FTC-000602 (images of Theuriau
at FTC-000601.)**  The entry for Mélissa Theuriau on wikipedia.com
describes her career and notes that in 2010 "scam websites started
using her photo to promote health treatments and penny auctions."  A
true and accurate copy of this Wikipedia entry as it appeared on April

FTC-000418

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 164 of 290 Page
Case 2:13-cv-02574-RMB-AMD Document 1-3 Filed 04/18/13 Page 99 of 93 PageID: 392
ID #:741

14, 2011, is appended as **Schools Attachment Q, FTC-000603 to FTC-000605**.

**Summary of Products Sold on Davidson's Websites**

34.   I summarized the products advertised on the various Davidson websites as set forth below.

| URL | Products sold |
|---|---|
| http://onlinenews6.com/HEALTH/Acai-Berry/index.php | Acai Optimum Advanced Cleanse |
| http://www.online6reports.com/HEALTH/Acai-Berry-Diet/report.php | Acai Optimum Advanced Colon |
| http://www.online6reports.com/HEALTH/Acai-Berry/acai-berry.php | Acai Ultra Lean Fibra Detox |
| http://www.online6reports.com/FINANCE/online-jobs.php | Home Income Profit System |
| http://www.online6reports.com/HEALTH/Teeth-Whitening/index.php | Brite White Smile Glamour Smile |
| http://www.channel8health.com/HEALTH/Acai-Berry/index.php | LeanSpa Acai Nature Detox |
| http://www.online6health.com/HEALTH/Acai-Berry/index.php | LeanSpa Acai, South Beach Java |
| http://www.online8report.com/FINANCE/Job-Report/jobs-online.php (Redirected from daily-job-news.com) | Home Income Wealth System |
| http://www.newsdaily7.net | Home Income Profit System |
| http://www.memphisgazette.net | SwipeBids |

FTC-000419

| URL | Products sold |
|---|---|
| http://chan7reports.com/FINANCE/Job-Report/index.php | Robert Allen's Multiple Streams of Income Course |
| http://www.dailyhealth6.com/HEALTH/HCA-Diet/index.php | LeanSpa with Pure HCA LeanSpa Cleanse |
| http://www.dailyhealth6.com/HEALTH/Acai-Berry-Diet/index.php | UltraBerry Slim ColoThin |
| http://www.dailyhealth6.com/HEALTH/Teeth-Whitening/report.php | Pür Whitening Tray Kit Vibrant Smile Pen |
| http://www.dailyhealth6.com/HEALTH/Acai-Report/index.php | TrimSport Acai PureCleanse 360 |
| http://www.dailyhealth6.com/HEALTH/Acai-Diet/index.php | Super Acai 1200 Complex Cleanse |
| http://www.dailyhealth6.com/HEALTH/Acai-Berry-Diet/index.php | Acai Ultraberry ColoThin |
| http://www.dailyhealth6.com/HEALTH/Teeth-Whitening/report.php | OrthoWhite BellaBrite |

**Business Entities, Locations, and Relationships**

    1.   <u>Business Entities and Location</u>

35.    In or around January 2011, I obtained a Certificate of Formation for Circa

Direct, LLC from the New Jersey Department of Treasury's Division of

Revenue. This certificate lists Circa Direct's main business address as 209

N. Essex Ave., Margate, NJ 08402 at the time of filing.

FTC-000420

Case 2:19-cv-06814-DSF-KS  Document 27-2  Filed 12/02/19  Page 166 of 290  Page
Case 2:19-cv-02574-RMB-AMD  Document 1-2  Filed 04/16/21  Page 96 of 93  PageID: 804
ID #:743

36.    On or around March 31, 2011, I obtained a Business Entity Status Report

from the New Jersey State Business Gateway Service.  A true and correct

copy of these documents are attached to this declaration as **Schools**

**Attachment R, FTC-000606 to FTC-000609**.  The documents list the filing

date for Circa Direct as January 27, 2009.  The March 31, 2011 Status

Report lists "Andrew Davidson" as Incorporator and Chief Executive

Officer, the corporate address as 607 N. Delavan Ave., Margate, NJ 08402,

and the corporate status as active.  The status report also lists "Rapid Offers"

as an associated fictitious name.

37.    Information from the publicly available database at findashorehome.com

indicates that Davidson purchased property at 607 N. Delavan Ave. in

Margate, New Jersey for $450,000 on June 10, 2010.  A true and correct

copy of a printout of the page is attached as **Schools Attachment S, FTC-**

**000610 to FTC-000616 (Davidson purchase at FTC-000612.)**

2.    Davidson's Connection to CX Digital Media

38.    As discussed in the Declaration of Douglas M. McKenney, **(PX 5, ¶ 8, FTC-**

**000288-9)**, in some instances, Davidson websites redirect to the website

Incentaclick.com, before sending consumers to websites where featured

FTC-000421

products are sold. CX Digital Media is an affiliate network that formerly

operated under the name Incentaclick. *See* **PX 5, ¶ 9, FTC-000289-90**.

39. On April 4, 2011, I visited the publicly available website

cxdigitalmedia.com, the corporate website for a company called CX Digital

Media. On this website CX Digital Media describes itself as an affiliate

marketing company. The section of the website that discusses its affiliate

business states:

> Affiliate marketing is any type of online advertising or marketing
> where the merchant pays affiliates for results as an alternative to
> paying to reach a targeted audience. Affiliates promote merchant's
> products and/or services via their website or newsletters in exchange
> for commission revenue, generated by their marketing efforts.

A true and correct PDF copy of the webpage is attached as **Schools
Attachment T, FTC-000617 to FTC-000619.**

2. Davidson and the EWA Network

40. As noted above, Pulse 360 produced, in response to the aforementioned

CIDs, copies of email exchanges between Pulse 360 personnel and Davidson

through the email address drewjd2k@gmail.com. **(PX 3, Pulse 360 Decl. ¶ 5**

**and attachments, FTC-000247-61.)** In one of those email exchanges,

attached to the **Pulse 360 Decl. at FTC-000260-61**, Davidson arranges for a

Pulse 360 employee to attend, as a "VIP" guest, an event described as the

"2nd Annual PPC.bz Get Money + Get Paid Party by EWA Network."

FTC-000422

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 168 of 290 Page
Case 2:19-cv-02873-RMB-AMD Document 3-2 Filed 04/16/19 Page 95 of 93 PageID: 896
ID #:745

41.    I visited the website for EWA Network Inc. at ewanetwork.com. This website describes EWA Network as a private network of advertising affiliates that "send[s] our advertisers 120,000,000 visitors each month" and "makes advertisers rich." The website states that it pays affiliates on a weekly basis. The website contains a banner stating, "As of April 10, EWA is only accepting **12 new affiliates**!" (bold in original). A true and correct PDF copy of the relevant webpage is attached as **Schools Attachment U, FTC-000620 to FTC-000621**.

42.    By clicking on the above-referenced "As of April 10, EWA is only accepting **12 new affiliates**!" banner, I was connected to an application page on eaglewebassets.com. The application for member affiliates on this page states that each such affiliate:

> shall display and distribute advertising creatives, including without limitation e-mails, web sites, links, and banner advertisements, and search engine placement (collectively, "Ads"), promoting the products or services of advertisers with whom Eagle Web Assets Inc. ("Eagle Web Assets") has contracted to provide online advertising services ("Advertisers").

A true and correct PDF copy of the relevant webpages is attached as **Schools Attachment V, FTC-000622 to FTC-000624**.

FTC-000423

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 169 of 290   Page
Case 2:13-cv-02534-RMB-KMD   Document 27-2   Filed 04/16/14   Page 34 of 93   PageID: 897
ID #:746

43.   According to the <u>ewanetwork.com</u> site, Eagle Web Assets Network, Inc., is

the parent company of EWA Network, Inc., and its website is

<u>eaglewebassets.com</u>.

**Ordering and Returning Lean Spa Product Advertised by Davidson**

44.   During the course of this investigation, using a fictitious identity, I ordered

the LeanSpa with Acai product.  I purchased this product because it is one of

the many Acai berry weight loss products that Circa Direct and Davidson

have been advertising through the use of banner ads and landing pages.  I

have set out in the table below my experience with ordering and cancelling

the LeanSpa with Acai product.

| Day | Action |
| --- | --- |
| 1 | (Monday) Ordered LeanSpa with Acai product free trial for $1.95 |
| 8 | (Monday) On or about this date, LeanSpa order arrived at delivery address |
| 12 | (Friday) Called LeanSpa toll free customer service number to cancel. Received recorded message stating the wait may take up to 30 minutes due to a high volume of calls and was invited to visit the customer support section of the LeanSpa website.  Accessed website and clicked on "Easy Cancel" button but it appeared inoperable.  Emailed customer support and indicated desire to cancel.  Received email from LeanSpa customer support stating that a request for support ticket had been opened. |
| 13 | (Saturday) Received an email from customer support stating they were experiencing extremely high call and email volume and would be in contact in the next few days. |

FTC-000424

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 170 of 290 Page ID #:747
Case 2:19-cv-02534-RMB-KMW Document 27-2 Filed 04/16/19 Page 96 of 93 PageID: 908
ID #:747

| Day | Action |
|-----|--------|
| 14 | (Sunday) One bottle of LeanSpa shipped without notice and credit card charged $79.99 |
| 15 | (Monday) I returned to LeanSpa website, entered account information, and received notification that account was still active.  I tried to click on the "Easy Cancel" button again, and again the cancellation failed to process.  I contacted customer support and listened to recording that stated they were experiencing a high call volume and to call back later.  Then, I was disconnected.  I called back a while later and this time listened to an automated menu that reported that my next order would ship on a date that was approximately a month later.  I followed the prompts to cancel using the automated phone system where the only two options were to return the bottle or cancel any future billing.  I cancelled any future billing.  I received another email stating that my account had been cancelled and an RMA (return) number had been issued, assuring that I would not be charged again or receive any more shipments. |
| 22 | (Monday) On or about this date, LeanSpa product that shipped on the 14th day arrived at delivery address. |
| 25 | Returned product to LeanSpa according to the instructions and LeanSpa's RMA number |
| 41 | credit card charged by LeanSpa for $79.99 |
| 45 | Received email from LeanSpa stating that a credit of $79.99 was being issued and that the credit should appear on my account within the next 5-7 business days |
| 45 | Credit card credited $79.99 (outstanding charge of $79.99 remains on card) |

**Lean Spa Consumer Complaints**

45.    During the course of this investigation, I searched the Commission's central

consumer protection complaint database, Consumer Sentinel.  It includes

FTC-000425

consumer complaints mailed to the Commission, entered on the Commission's web site (ftc.gov), and telephoned to the Commission (1-877-FTC-Help).  The Consumer Sentinel database includes complaints forwarded by a number of other law enforcement authorities and consumer protection organizations.  I searched the Sentinel database for complaints on LeanSpa and located 122 non-duplicative complaints.  Consumers consistently complained about unauthorized charges on their credit cards, non-delivery or delayed delivery resulting in insufficient time to use the product within the trial period, and difficulty contacting customer service to

/

/

/

/

/

/

/

/

/

FTC-000426

cancel the product. Twenty five complaints expressly stated that the

consumers believed they had viewed a legitimate news site before ordering

the product.

| Subject of Complaint | Number of Complaints |
|---|---|
| Unauthorized charges | 100 |
| Trouble cancelling or getting refund | 72 |
| Failure to deliver | 10 |
| Delayed delivery | 15 |
| Misleading news site | 25 |

I declare under penalty of perjury that the foregoing is true and correct. Executed

on April 16, 2011

Sallie S. Schools

35

FTC-000427



This page is left intentionally blank.

FTC-000428


This page is left intentionally blank.

FTC-000429

Case 2:19-cv-06814-RBK-KMD Document 27-2 Filed 12/02/19 Page 175 of 290 Page
Case 2:19-cv-06814-RBK-KMD Document 3-2 Filed 04/16/19 Page 3 of 55 PageID #: 666
ID #:752

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| _____ | ) | |
| **FEDERAL TRADE COMMISSION**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. |
| | ) | |
| **CIRCA DIRECT LLC**, and | ) | |
| **ANDREW DAVIDSON**, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## EXHIBITS SUPPORTING FTC'S MOTION FOR TEMPORARY RESTRAINING ORDER, OTHER EQUITABLE RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## VOLUME V

Declaration of Sallie S. Schools . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PX 6
Investigator, Federal Trade Commission
Part 3, Attachments M - V

Attachment M
to Declaration of Sallie S. Schools

FTC-000571

"this stuff truley" - Google Search                                              Page 1 of 1
Case 2:19-cv-06814-DSF-KS  Document 27-2   Filed 12/02/19  Page 1 of 290  Page
Case 4:11-cv-02372-RMD-AMD   Document 6-3   Filed 4/16/11  Page 3 of 754  Page ID #:867
ID #:754

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                      Sign in

**Google**

| "this stuff truley" | Search |

About 33,000 results (0.17 seconds)                                          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**
Change location

Show search tools

Did you mean: "this stuff *truly*"

**Acai Berry news 6 reporter Julia Miller loses 25lbs on acai berry diet**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
purchaseacaiberry.net/ - Cached - Similar

**Acai Berry news 6 reporter Julia Miller loses 25lbs on acai berry diet**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
news1health.com/ - Cached

**Acai Berry Products Reviewed - Most Effective Ones Found - USA ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
news9healthreports.org/reports/dieting/secondchance.html - Cached

**Acai Berry Hits NYC**
Sep 1, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
newyorkcitypost.net/ - Cached - Similar

**New Flat Belly Diet Exposed - News First 9**
Apr 13, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
www.newsfirst9.com/health/weightloss/01java.php?t202id=81619 - Cached

**News6Health.com - Diet Trends: A look at America's Top Diets**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.news6web.com/ - Cached

**How Can We Lose Weight with Pure Acai Berry Max Colon
Cleaner ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
news-6-health.com/acai/ - Cached

**News 24 Reports**
Mar 24, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news.24reports.com/?sov=123309 - Cached

**News 6 Report - Julia Miller Acai Berry Diet**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
weight-loss-secret.net/ - Cached

**Daily Health Updates :: Acai Berry Diet Exposed: Miracle Diet or ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity Michelle ...
shopfutur.com/index.php?currency=usd&dispatch=products... - Cached

Did you mean to search for: "this stuff *truly*"

**1** 2 3 4 5 6 7 8 9 10    Next

| "this stuff truley" | Search |

Search Help        Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy
About Google

Page -171-                                        Exhibit 11

"this stuff truley" - Google Search                          Page 1 of 1

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 178 of 290   Page
Case 4:11-cv-02813-RMB-AMD   Document 3-2   Filed 4/18/11   Page 4 of 354   PageID: 808
ID #:755

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                          Sign in

Google

| "this stuff truley" | Search |

Page 2 of about 33,000 results (0.08 seconds)                          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**
Change location

Show search tools

**berris to help you lose body fat!**
Dec 13, 2009 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
www.scribd.com/doc/.../berris-to-help-you-lose-body-fat - Cached - Similar

**Consumers Recieve up to 95% Off Retail?**
Nov 2, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
www.washingtonreviewhub.com/ - Cached

**"This site can put Quibids.com out of business , or make you wish ...**
Oct 15, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
johnrhodes.amplify.com/.../this-site-can-put-quibidscom-out-of-business-or-make-
you-wish-you-saw-this-first/ - Cached

**Acai For Weight Loss and Colon Cleanse : Lose 25 lbs in 4 Weeks ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
acaiforweightloss.org/ - Cached

**Acai Berry Diet Exposed: Miracle Diet or Scam?**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
evening8.com/nojavascript.php - Cached

**Channel 6 Health Beat Investigates The HCG Diet Channel 6 Health
Beat**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
channel6healthbeat.com/hcg-diet - Cached

**Daily News - Diet Trends: A look at America's Top Diets**
Apr 30, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
acaicolonreview.com/ - Cached

**Acai Berry Effects : The Benefits of Acai Berry**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
acaiberryeffects.org/ - Cached

**US Medical Journal - Health Reports**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
trythistoloseit.com/ - Cached

**Acai Berry The nutritional Benefits of Acai Fruit Berries : Lose ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
acaiberrynutrition.org/ - Cached

Did you mean to search for: "this stuff *truly*"

Previous    1  **2**  3  4  5  6  7  8  9  10  11    **Next**

| "this stuff truley" | Search |

Search Help        Give us feedback

Google Home        Advertising Programs        Business Solutions        Privacy
About Google

Page -172-                                              Exhibit 11

FTC-000573

"this stuff truley" - Google Search                                    Page 1 of 1

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 179 of 290 Page
Case 4:11-cv-00814-RMB-AMD Document 3-2 Filed 4/16/11 Page 3 of 354 PageID #: 899
ID #:756

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                    Sign in

Google

"this stuff truley"                          Search

Page 3 of about 33,000 results (0.05 seconds)                    Advanced search

**Everything**          **Consumer News Pick: A Look at The Acai Diet Fad**
                        This stuff truley is incredible and has changed all of our lives. Good luck to
Images                  everyone who takes advantage of this wonderful opportunity ...
Videos                  www.consumersnewspick.com/ - Cached
News
Shopping                **News6Health.com - Diet Trends: A look at America's Top Diets**
More                    This stuff truley is incredible and has changed all of our lives. Good luck to
                        everyone who takes advantage of this wonderful opportunity ...
**Washington D.C., DC** www.dietlynews6.com/adiet/ - Cached
Change location
                        **Health Care Tips**
Show search tools       This stuff truley is incredible and has changed all of our lives. Good luck to
                        everyone who takes advantage of this wonderful opportunity ...
                        www.7healthcaretips.com/2181-2 - Cached

                        **Acai Berry Products Reviewed - Most Effective Ones Found - USA ...**
                        This stuff truley is incredible and has changed all of our lives. Good luck to
                        everyone who takes advantage of this wonderful opportunity ...
                        healthyacaiberry.us/reviews/index1.php?t202id=4189&t202kw= - Cached

                        **Diet Trends: A look at America's Top Diets**
                        May 3, 2010 ... This stuff truley is incredible and has changed all of our lives.
                        Good luck to everyone who takes advantage of this wonderful opportunity ...
                        nomorelowcarb.com/ - Cached

                        **News6Health.com - Diet Trends: A look at America's Top Diets
                        and ...**
                        This stuff truley is incredible and has changed all of our lives. Good luck to
                        everyone who takes advantage of this wonderful opportunity ...
                        news17health.com/ - Cached

                        **News13Health.net - Diet Trends: A look at America's Top Diets**
                        May 2, 2010 ... This stuff truley is incredible and has changed all of our lives.
                        Good luck to everyone who takes advantage of this wonderful opportunity ...
                        dianegetsfit.com/ - Cached

                        **Colon Cleanse: Side Effects of Using Unknown Colon Cleanse ...**
                        Oct 19, 2010 ... This stuff truley is incredible and has changed all of our lives.
                        Good luck to everyone who takes advantage of this wonderful opportunity ...
                        news24alert.com/.../colon-cleanse-side-effects-of-using-unknown-colon-cleanse-
                        products/ - Cached

                        **Acai Berry Diet Exposed: Miracle Diet Or Scam?**
                        This stuff truley is incredible and has changed all of our lives. Good luck to
                        everyone who takes advantage of this wonderful opportunity ...
                        www.online-news-center.com/diet3.php - Cached

                        **Acai Berry News 1 reporter Julia Miller loses 25lbs on acai berry diet**
                        This stuff truley is incredible and has changed all of our lives. Good luck to
                        everyone who takes advantage of this wonderful opportunity ...
                        news-1-health.com/ - Cached

                        Did you mean to search for: "this stuff **truly**"


                        **Previous**    1  2  3  4  5  6  7  8  9  10  11  12    **Next**


                        "this stuff truley"                          Search

                        Search Help    Give us feedback

                 Google Home    Advertising Programs    Business Solutions    Privacy
                                        About Google

"this stuff truley" - Google Search                    Page 1 of 1

Case 2:19-cv-06814-DSF-KS  Document 27-2   Filed 12/02/19  Page 180 of 290  Page
Case 4:11-cv-00514-RMB-AMD  Document 3-2   Filed 04/18/11  Page 6 of 854  PageID #: 896
ID #:757

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                          Sign in

Google

"this stuff truley"                        [ Search ]
Page 4 of about 79,400 results (0.26 seconds)                    Advanced search

**Everything**            **DailyConsumerNewss.com - Diet Trends: A look at America's Top**
                          **Diets**
Images                    Feb 18, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Videos                    Good luck to everyone who takes advantage of this wonderful opportunity ...
                          dailyconsumerhealth.com/ - Cached
News
Shopping                  **Acaimax Cleanser - Aaliyahs Blog about Acaimax Cleanser**
More                      **This stuff truley** is incredible and has changed all of our lives. Good luck to
                          everyone who takes advantage of this wonderful opportunity ...
**Washington D.C., DC**   acaimaxcleanser.net/ - Cached - Similar
Change location
                          **Consumer Reporter | Acai Berry Diet Exposed: Miracle Diet or**
Show search tools         **Scam?**
                          **This stuff truley** is incredible and has changed all of our lives. Good luck to
                          everyone who takes advantage of this wonderful opportunity. Michelle says: ...
                          australianconsumerreporter.com/news-acai/ - Cached

                          **Privacy - Kimberlys Blog about Acai Berry Fruit**
                          **This stuff truley** is incredible and has changed all of our lives. Good luck to
                          everyone who takes advantage of this wonderful opportunity ...
                          berryacaifruit.net/privacy.php - Cached

                          **HCG News Today**
                          Mar 1, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
                          Good luck to everyone who takes advantage of this wonderful opportunity ...
                          hcgnewsonline.com/ - Cached

                          **Acai Berry Diet Exposed: Miracle Diet Or Scam?**
                          **This stuff truley** is incredible and has changed all of our lives. Good luck to
                          everyone who takes advantage of this wonderful opportunity ...
                          consumeradviser.org/acai_berry_diet_exposed.html - Cached

                          **Colon Cleanse 2011 - Jocelyns Blog about Colon Cleanse 2011**
                          **This stuff truley** is incredible and has changed all of our lives. Good luck to
                          everyone who takes advantage of this wonderful opportunity ...
                          coloncleanse2011.net/ - Cached

                          **Bare Escentuals Bare Minerals ALL page 238 reviews - Makeupalley**
                          Mar 31, 2011 ... **This stuff truley** works, won't clog pores; light-feel ;does not cake
                          on and yes it does make your face shine a bit, but use matte-oil ...
                          w77.makeupalley.com/product/showreview.asp/page.../ItemID=25754/

                          **News6Health.com - Diet Trends: A look at America's Top Diets**
                          Jul 11, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
                          Good luck to everyone who takes advantage of this wonderful opportunity ...
                          www.topstory.co.tv/

                          **Best Body Cleanse - Destinys Blog about Best Body Cleanse**
                          **This stuff truley** is incredible and has changed all of our lives. Good luck to
                          everyone who takes advantage of this wonderful opportunity ...
                          bestbodycleanse.net/index.php - Cached


                    **Previous**    1  2  3  **4**  5  6  7  8  9  10  11  12  13    **Next**


                    "this stuff truley"                        [ Search ]

                    Search Help      Give us feedback

                    Google Home    Advertising Programs    Business Solutions    Privacy
                                    About Google

"this stuff truley" - Google Search                    Page 1 of 1

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 181 of 290   Page
Case 4:11-cv-02313-RMB-AMD   Document 3-2   Filed 4/18/11   Page 3 of 354 PageID: 691
ID #:758

Web    Images   Videos   Maps   News   Shopping   Gmail   more ▾                         Sign in

Google

"this stuff truley"          [Search]

Page 5 of about 79,400 results (0.11 seconds)        Advanced search

**Everything**
Images
Videos
News
Shopping
More

**Washington D.C., DC**
Change location

Show search tools

**News 24 Reports**
Apr 9, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news.24reports.com/?sov=123347 - Cached

**The Acai Berry Miracle - News9Report - Diet Trends: Acai Berry ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
buildmyonlinebusiness.com/ - Cached - Similar

**The Shuffle - [DFO] Drum Forum - Vintage and Modern Drumming ...**
I bet live in person **this stuff truley** rocks but for a modern day guy, I can hardly
here the bass drum and bass. Hearing things like that would help it come ...
www.drumforum.org/index.php?/topic/20860-the-shuffle/...st... - Cached

**Pyranyl Colon Cleanse - Sofias Blog about Total Cleanse Diet**
Feb 8, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
www.totalcleansediet.net/pyranyl-colon-cleanse - Cached

**Acai Berry Cleanse And Fat Burn Cleanse Reviews - Andreas Blog ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
myacaiberrypill.com/acai-berry-cleanse-and-fat-burn-cleanse-reviews - Cached

**HCG Diet Exposed: Miracle Diet or Scam? | Channel 6 Health News**
Mar 28, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
channel-6-health.com/hcgdiet/ - Cached

**Acai Friut Drink - Julias Blog about Acai Friut Drink**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.acaifriutdrink.net/ - Cached

**About the special k diet plan**
**This stuff truley** is incredible waste along the the special k diet plan line . of acai
berries acai berry for couples wanting to deal with toxemia now you ...
66.71.253.154/the-special-k-diet-plan-factory-Xfullrr0y.html

**1 Tip of a Flat Belly: A Surprising New Way to Burn Fat Quickly ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
acaiberrytalk.org/ - Cached

**Acai Berry Diet WARNING ! | Order Acai Berry for FREE - FREE Acai ...**
Sep 20, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
orderacaiberry.net/acai-berry-diets-reviewed-most-effective-ones-found/ - Cached

Previous   1 2 3 4 **5** 6 7 8 9 10 11 12 13 14   Next

"this stuff truley"          [Search]

Search Help    Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy
About Google

"this stuff truley" - Google Search

Page 1 of 1

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 182 of 290 Page
Case 4:11-cv-00314-RMB-AMD Document 8-2 Filed 4/16/11 Page 0 of 354 PageID: 892
ID #:759

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                                    Sign in

Google

"this stuff truley"                                      Search

Page 6 of about 79,400 results (0.12 seconds)                    Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**

Change location

Show search tools

### Colon Cleanse Dr Schultz - Allisons Blog about Colon Cleanse 2010
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.coloncleanse2010.net/colon-cleanse-dr-schultz - Cached

### News 24 Reports
Mar 22, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
channel21newslocal.com/ - Cached

### Acai kapsule - Buy Rx World Without Prescription
(http:// acaiberrythin.acaiberrycustomerreviews.info/ acai-weight-loss-does-it-work-
mengay-fU9Z.html) **This stuff truley** is incredible and body of heavy extra ...
buyrxworld.com/acai-kapsule.html - Cached

### Acai Berry Diet Exposed: Miracle Diet or Scam?
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity. Michelle says: ...
mcg-net.echo.ultraservers.net/ - Cached

### News6Health.com - Diet Trends: A look at America's Top Diets
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
dailydietnewsnowa.com/bdiet/ - Cached

### http://www.consumertipsdaily7.com/health/us4.php?t=1239000079 ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
page2rss.com/.../hcg-the-latest-weight-loss-fad-these-so-called-super-hormone-
that - Cached

### Acai berry free trials!
May 6, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
acaiberryreviews1.blogspot.com/ - Cached

### Valvular Heart Diseases - The Truth About The Acai Berry Diet
**This stuff truley** is incredible and Good luck to everyone who takes. the web
While we do our best to ensure LifeTime Vitamins Organic Noni Mangosteen
Life ...
ledtvdeals.acaiberrycleansedroz.com/Valvular_Heart_Diseases_01_01.html -
Cached

### News 6: A Healthy Look
Jul 26, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news6healthalerts.info/ - Cached

### Chlamydia Pneumoniae - Low Calorie, High Protein Foods.
Testical Cancer please don't get involved the U. **This stuff truley** is incredible and
demonstrating the effect of chewing gum on reducing calorie intake. ...
acaiberryblend.info/Chlamydia_Pneumoniae_WeightLossSeminar-SGd.html

Previous    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15    Next

"this stuff truley"                                      Search

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy
About Google

"this stuff truley" - Google Search                    Page 1 of 1

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 183 of 290 Page
Case 4:11-cv-02813-RMB-AMD Document 3-2 Filed 4/16/11 Page 95 of 354 PageID: 898
                                    ID #:760

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                    Sign in

Google

"this stuff truley"                          Search

Page 7 of about 79,400 results (0.13 seconds)                        Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**
Change location

Show search tools

**Pigmented Skin - Delicious High Protein Snacks!**
**This stuff truley** is incredible and Decreases blood cholesterol levels With all
these benefits in mind, you really shouldnâ€™t allow yourself to miss out on ...
acaiberrydietreviews.info/Pigmented_Skin_LindoraWeightLossClinic-p0RV1.html

**Energy Drink - Dendroboard**
Jan 29, 2009 ... **This stuff truley** tastes like a soda. My friend says that there are
so many different kinds as well. ~Kyle F ully. R ely ...
www.dendroboard.com/forum/lounge/36670-energy-drink.html - Cached

**New Flat Belly Diet Exposed - News First 9**
Apr 8, 2011 ... **This stuff truley** is incredible. Good luck to everyone who takes
advantage of this wonderful opportunity. Friday, April 8th, 2011 ...
newsfirst9.com/health/weightloss/ - Cached

**Acai Berry Diet Exposed: Miracle Diet or Scam?**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
evening8.com/ - Cached - Similar

**Testimonials - Welcome to Slim-It**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.slimit.us/index.php?option=com_content&view...id... - Cached

**Acai Berry Products Reviewed - Most Effective Ones Found - UK ...**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
healthyacaiberry.us/reviews/?t202id=4189&t202kw= - Cached

**Acai Berry news 6 reporter Julia Miller loses 25lbs on acai berry diet**
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
news1-health.com/ - Cached

**acaihealth.org - Diet Trends: A look at America's Top Diets**
Feb 8, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
acaihealth.org/ - Cached

**Acai Berry Benefits and Acai Berry Weight Loss | News 24 Alerts**
Oct 3, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news24alert.com/.../acai-berry-benefits-and-acai-berry-weight-loss/ - Cached

**Consumers Recieve up to 95% Off Retail?**
Nov 2, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
www.washingtonreviewhub.com/?tvg - Cached

Previous    1  2  3  4  5  6  **7**  8  9  10  11  12  13  14  15  16    Next

"this stuff truley"                          Search

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy
                        About Google

Page -177-                                              Exhibit 11

FTC-000578

http://www.google.com/search?q=%22this+stuff+truley%22&hl=en&prmd=ivns&ei=0Bm...    4/14/2011

"this stuff truley" - Google Search                                                    Page 1 of 1

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 184 of 290   Page
Case 2:11-cv-02874-RMB-AMD   Document 27-2   Filed 04/18/11   Page 96 of 99 PageID: 894
ID #:761

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                              Sign in

Google

| "this stuff truley" | Search |

Page 8 of about 79,400 results (0.14 seconds)                            Advanced search

**Everything**
Images
Videos
News
Shopping
More

**Washington D.C., DC**
Change location

Show search tools

### The USA Health Reviews - Acai Berry Weight Loss Diet Products
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
aacaiberrydiettruth.net/ - Cached

### Bowtrol Colon Cleanse Colon Cleansing - Aaliyahs Blog about ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
acaimaxcleanser.net/bowtrol-colon-cleanse-colon-cleansing - Cached

### Acai Berry Diet Exposed: How To Easily Lose Weight
Apr 6, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
consumerweightloss.com/ - Cached

### Acai Berry And Colon Cleanse - Kimberlys Blog about Acai Berry Fruit
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
berryacaifruit.net/acai-berry-and-colon-cleanse - Cached

### Will Oil Cleanse The Colon - Jocelyns Blog about Colon Cleanse 2011
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
coloncleanse2011.net/will-oil-cleanse-the-colon - Cached

### Pictures Of Enemas During A Colon Cleanse - Destinys Blog about ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
bestbodycleanse.net/pictures-of-enemas-during-a-colon-cleanse - Cached

### Wwwnaturalcurescom Colon Cleanse - Sofias Blog about Total Cleanse ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
totalcleansediet.net/wwwnaturalcurescom-colon-cleanse - Cached

### Acai Berry Products Reviewed - Most Effective Ones Found - Capital ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
news9healthreports.org/ - Cached

### About high calorie diets
**This stuff truley** is incredible waste along the line of acai berries . acai berry for
high calorie diets couples wanting to deal with toxemia now you won't ...
66.71.253.154/high-calorie-diets-spot-GlgEvla.html

### News 24 Reports
Apr 6, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news.24reports.com/?sov=23705 - Cached

Previous    1  2  3  4  5  6  7  **8**  9  10 11 12 13 14 15 16 17    Next

| "this stuff truley" | Search |

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy
About Google

FTC-000579

http://www.google.com/search?q=%22this+stuff+truley%22&hl=en&prmd=ivns&ei=5hm...   4/14/2011

"this stuff truley" - Google Search

Page 1 of 1

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 185 of 290   Page
Case 2:19-cv-02572-RMB-AMD   Document 27-2   Filed 04/16/21   Page 9f 5 of Page ID: 995
ID #:762



Web      Images   Videos   Maps   News   Shopping   Gmail   more ▾                                    Sign in

**"this stuff truley"**                                              Search

Page 9 of about 79,400 results (0.11 seconds)                    Advanced search

**Everything**

Images

Videos

News

Shopping

More

---

**Washington D.C., DC**

Change location

---

Show search tools

### Colon Cleanse 2010 - Allisons Blog about Colon Cleanse 2010
**This stuff truley** is incredible and has changed all of our opportunity. Good luck to
everyone who takes advantage of this wonderful opportunity ...
coloncleanse2010.net/ - Cached

### http://www.consumertipsdaily7.com/health/us4.php?t=1239000079 ...
Sep 27, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
page2rss.com/page?url=www.consumertipsdaily7.com/health/... - Cached

### Daily Report - Diet Trends: A look at America's Top Diets
Mar 11, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
healthreportdaily.com/colon/ - Cached

### Acai Berry On Oprah Winfrey - Julias Blog about Acai Friut Drink
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.acaifriutdrink.net/acai-berry-on-oprah-winfrey - Cached

### New Flat Belly Diet Exposed - News First 9
Apr 12, 2011 ... **This stuff truley** is incredible. Good luck to everyone who takes
advantage of this wonderful opportunity. Tuesday, April 12th, 2011 ...
www.newsfirst9.com/health/weightloss/?t202id=81619 - Cached

### Acai Berry Potent, 120 Capsules, Freeze Dried Acai Berry
**This stuff truley** is incredible and has changed all of our lives.X More ering only
the purest freeze dried acai berry at an amazingly affordable rate ...
healthcareeveryonecenter.info/incredible-price-acai-berry-potent-120-capsules-
freeze-dried-acai-berry

### Acai Berry Diet Exposed: Miracle Diet Or Scam?
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
consumerguidestore.org/acai_berry_diet.html - Cached

### Acai Berry Products Reviewed - Most Effective Ones Found - UK ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
healthyacaiberry.us/reviews/index7.php?t202id=4189&t202kw= - Cached

### news6report.org Reviews, Scam, Spam, Complaints & Fraud
### Reports
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity Michelle ...
sitekarma.com/news6report.org/ - Cached

### Acai Berry Diets | News 24 Alerts
Oct 16, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news24alert.com/2010/10/16/acai-berry-diets/ - Cached

**Previous**    1   2   3   4   5   6   7   8   **9**   10   11   12   13   14   15   16   17   18    **Next**

**"this stuff truley"**                                              Search

Search Help      Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy
About Google

FTC-000580

http://www.google.com/search?q=%22this+stuff+truley%22&hl=en&prmd=ivns&ei=HRq...   4/14/2011

"this stuff truley" - Google Search
Page 1 of 1

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 186 of 290   Page
Case 2:11-cv-02521-RMB-AMD   Document 27-2   Filed 04/16/11   Page 92 of 95 PageID: 896
ID #:763

Web     Images     Videos     Maps     News     Shopping     Gmail     more ▼                                      Sign in

Google

"this stuff truley"                                                    [ Search ]

Page 10 of about 79,400 results (0.10 seconds)                          Advanced search

**Everything**

Images          **Acai Berry 10 Day Cleanse Reviews - Kimberlys Blog about Acai ...**
                Aug 30, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Videos          Good luck to others who takes advantage of this wonderful opportunity ...
                berryacaifruit.net/acai-berry-10-day-cleanse-reviews - Cached
News

Shopping        **Acaimax Cleanser - Aaliyahs Blog about Acaimax Cleanser**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
More            everyone who takes advantage of this wonderful opportunity ...
                acaimaxcleanser.net/index.php - Cached
**Washington D.C., DC**
Change location **Acai Berry Products Reviewed - Most Effective Ones Found - USA ...**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
Show search tools everyone who takes advantage of this wonderful opportunity ...
                www.consumeronlinereports.org/.../acai-berry-diet-reviewed.html?... - Cached

                **Colon Cleanse Oxygen - Jocelyns Blog about Colon Cleanse 2011**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
                everyone who takes advantage of this wonderful opportunity ...
                coloncleanse2011.net/colon-cleanse-oxygen - Cached

                **Solaray Total Cleanse Colon - Destinys Blog about Best Body
                Cleanse**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
                everyone who takes advantage of this wonderful opportunity ...
                bestbodycleanse.net/solaray-total-cleanse-colon - Cached

                **Total Cleanse Diet - Sofias Blog about Total Cleanse Diet**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
                everyone who takes advantage of this wonderful opportunity ...
                www.totalcleansediet.net/ - Cached - Similar

                **http://www.consumertipsdaily7.com/health/us4.php?t=1239000079 ...**
                Sep 27, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
                Good luck to everyone who takes advantage of this wonderful opportunity ...
                page2rss.com/page?url=www.consumertipsdaily7.com/health/us4... - Cached

                **Acai Berry Benefits Antioxidants Hoodia Gordonii - Andreas Blog ...**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
                everyone who takes advantage of this wonderful opportunity ...
                myacaiberrypill.com/acai-berry-benefits-antioxidants-hoodia-gordonii - Cached

                **Psyllium Husks Bentonite Clay Colon Cleanse - Allisons Blog
                about ...**
                **This stuff truley** is incredible and has changed all of our lives. Good luck to
                everyone who takes advantage of this wonderful opportunity ...
                coloncleanse2010.net/psyllium-husks-bentonite-clay-colon-cleanse - Cached

                **Parasite Water - Lose 3-7 Lbs/wk, With No Hunger!**
                **This stuff truley** is incredible and energy levels and stabilizing blood sugar as
                Mastocytosis Systemic Glycemic Load Food well. ...
                acaiberrydietreviews.info/Parasite_Water_Hospital3DayDiet-099.html

                Previous    1   2   3   4   5   6   7   8   9   **10**   11   12   13   14   15   16   17   18   19    Next

                "this stuff truley"                                           [ Search ]

                        Search Help      Give us feedback

                Google Home    Advertising Programs    Business Services    Privacy
                                    About Google

"this stuff truley" - Google Search                                           Page 1 of 1

Case 2:19-cv-06814-DSF-KS    Document 27-2    Filed 12/02/19    Page 187 of 290   Page
Case 2:11-cv-02572-RMB-AMD    Document 23-2    Filed 04/16/21    Page 96 of 557 PageID: 867
ID #:764

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                    Sign in

Google

"this stuff truley"                                    [Search]

Page 11 of about 79,400 results (0.10 seconds)                        Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**

Change location

Show search tools

### Acai Berry Pure - Julias Blog about Acai Friut Drink
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.acaifriutdrink.net/acai-berry-pure - Cached

### Nodules Arthritis - The Truth About The Acai Berry Diet
the acai diet (costing us **This stuff truley** is incredible and Good luck to everyone
who takes advantage of this wonderful opportunity Michelle says: 12: ...
ledtvdeals.acaiberrycleansedroz.com/Nodules_Arthritis_01_01.html - Cached

### New Flat Belly Diet Exposed - News First 9
Apr 10, 2011 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
newsfirst9.com/health/weightloss/01java.php?t202id= - Cached

### Acai Berry On Fox News : Health and Fitness Channel
Oct 14, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
www.yourhealthandfitnesschannel.com/acai.../acai-berry-on-fox-news - Cached

### Acai Berry Products Reviewed - Most Effective Ones Found - USA ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
healthyacaiberry.us/?t202id=1142&t202kw= - Cached

### Colon Cleansing and the Bible | News 24 Alerts
Sep 28, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news24alert.com/2010/09/28/colon-cleansing-and-the-bible/ - Cached

### Irwin Naturals Acai Berry Cleanse 14 Day Tablets - Kimberlys Blog ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
berryacaifruit.net/irwin-naturals-acai-berry-cleanse-14-day-tablets - Cached

### Bobby Lowder Colonial Bank Failure - Aaliyahs Blog about Acaimax ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
acaimaxcleanser.net/bobby-lowder-colonial-bank-failure - Cached

### Harvard University Research Herbal Colon Cleanse - Jocelyns Blog ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
coloncleanse2011.net/harvard-university-research-herbal-colon-cleanse - Cached

### Cleanse Colon Super - Destinys Blog about Best Body Cleanse
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
bestbodycleanse.net/cleanse-colon-super - Cached

Previous    1  2  3  4  5  6  7  8  9  10  **11**  12  13  14  15  16  17  18  19  20    Next

"this stuff truley"                                    [Search]

Search Help        Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy
About Google

FTC-000582

"this stuff truley" - Google Search                                    Page 1 of 1

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 188 of 290   Page
Case 2:11-cv-02572-RMB-AMD   Document 27-2   Filed 04/16/21   Page 94 of 95 PageID: 808
ID #:765



Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                    Sign in

| "this stuff truley" | Search |

Page 12 of about 79,400 results (0.10 seconds)                          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Washington D.C., DC**
Change location

Show search tools

### Inner Out Colon Cleanse - Sofias Blog about Total Cleanse Diet
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
totalcleansediet.net/inner-out-colon-cleanse - Cached

### Other - What SSRI Is SWIY Currently Prescribed? - Drugs Forum
25 posts - 13 authors - Last post: Jun 1, 2010
**This stuff truley** screwed up swim to the point of hospitalization and mental
breakdown, within a matter of 6 months. ...
www.drugs-forum.com › ... › Antidepressants - Cached

### About low calorie low fat diet plan
**This stuff truley** is incredible by using Fulfillment by Amazon. I also low calorie
low fat diet plan couldn't resist the urge to do a colon cleanse has the ...
66.71.253.154/low-calorie-low-fat-diet-plan-page-XYxDADdL.html

### Acai Berry Colon Cleanse Diet Scam - Julias Blog about Acai Friut ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.acaifriutdrink.net/acai-berry-colon-cleanse-diet-scam - Cached

### Colon Cleanse Flatulence Parasites Canada - Allisons Blog about ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
coloncleanse2010.net/colon-cleanse-flatulence-parasites-canada - Cached

### Hydrogenated Soy Bean Oil - The Truth About The Acai Berry Diet
**This stuff truley** is incredible and the 14 day trial period and was charged full
price anyway. All links that help contribute to this charitable donation ...
ledtvdeals.acaiberrycleansedroz.com/Hydrogenated_Soy_Bean_Oil_01_01.html -
Cached

### Acai Berry Products Reviewed - Most Effective Ones Found - CA ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
www.healthyacaiberry.us/reviews/ - Cached

### Acai Berry – Acai Berry Supplements | News 24 Alerts
Oct 21, 2010 ... **This stuff truley** is incredible and has changed all of our lives.
Good luck to everyone who takes advantage of this wonderful opportunity ...
news24alert.com/2010/10/21/acai-berry---acai-berry-supplements/ - Cached

### Acai Berry Side Effects Dr Oz - Kimberlys Blog about Acai Berry Friut
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
berryacaifruit.net/acai-berry-side-effects-dr-oz - Cached

### Acai Fruit Extract Nature\\u0027s Herbs - Andreas Blog about
Acai ...
**This stuff truley** is incredible and has changed all of our lives. Good luck to
everyone who takes advantage of this wonderful opportunity ...
myacaiberrypill.com/acai-fruit-extract-nature%5Cu0027s-herbs - Cached

Previous    2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21    Next

| "this stuff truley" | Search |

Search Help        Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy
About Google

Attachment N
to Declaration of Sallie S. Schools

FTC-000584

3 results - TinEye



# TinEye

**Search** | Updates | Goodies | API | About | Press | Blog | Forum | | | Login or Register

Has TinEye been useful to you? If so, please **donate**!

Upload new image | no file selected | or enter new URL | paste URL here (page or image) | **Search**

## **3** Results

Searched over **1.9532 billion** images in 0.849 seconds.

for file: C:\Documents and Settings\sschools\Desktop\Image 1.JPG

These results expire in **72 hours**. **Why?**

**Share a success story!**

TinEye is **free** to use for non-commercial purposes.

**Download** the official TinEye extension for Firefox with right-click functionality!

JPEG, 173x187, 24.2 KB



---

### Sort Order

**Best Match**

Most Changed

Biggest Image

### Share Results

On Twitter

On Facebook

Via Email

**More**



**Compare** | **Link**
JPEG Image
173x187, 12.2 KB

**www.channel9newstoday.com**
reporter.jpg
http://www.channel9newstoday.com/

**www.health8news.com**
julia_ayers.jpg
http://www.health8news.com/?nwf&bevo_cc=144&bev...

**www.channel5healthnews.com**
reporter.jpg
http://www.channel5healthnews.com/

**www.news1alert.com**
julia_ayers.jpg
http://www.news1alert.com/?genet&bevo_c=2588

---



**Compare** | **Link**
JPEG Image
633x237, 22.0 KB

**www.madeco.ca**
imgN2-realisations.jpg
http://www.madeco.ca/realisations-construction-...

---



**Compare** | **Link**
JPEG Image
120x80, 4.3 KB

**www.mittelstandcafe.de**
timthumb.php
http://www.mittelstandcafe.de/ibm-social-busine...

timthumb.php
http://www.mittelstandcafe.de/geld-verdienen-mi...

Exhibit 11

FTC-000585

http://www.tineye.com/search/a56ed35da9491adbd258f1bcd49c707573c26ace/[4/14/2011 12:58:14 PM]

Case 2:19-cv-02874-RMB-KMD   Document 43-2   Filed 04/16/21   Page 16 of 59 PageID: 681



## Latest News and Updates

- **Giving credit: always credit your source**
- **The TinEye IE plugin has been updated!**

## Idée Labs

Our **Idée Lab** showcases our visual search and image recognition technologies. Go ahead, **check it out**.

### Featured TinEye Plugins

**Plugins** available for **Safari** and IE

Firefox    Chrome

## TinEye Newsletter

Enter your email address to subscribe to our TinEye newsletter.

Your Email    Sign Up

## Connect with Us

Follow us on **Twitter**
Become a fan on **Facebook**
Follow us on **Posterous**
Participate in our **Forum**
Send **feedback or say hi**!

## Help Us Grow

**Add your commercial image collection to TinEye**
**Support TinEye with a small Donation**

© 2011 Idée Inc. TinEye Reverse Image Search Engine. Idée Inc | Terms of Service | Advertise

Page -185-    Exhibit 11

FTC-000586

Attachment O
to Declaration of Sallie S. Schools

     Exhibit 11

FTC-000587

 **TinEye**

Search | Updates | Goodies | API | About | Press | Blog | Forum          Login or Register

Has TinEye been useful to you? If so, please **donate**!

Upload new image | no file selected       or enter new URL | paste URL here (page or image) | Search

## **100** Results

Searched over **1.9532 billion** images in 3.605 seconds.

for file: C:\Documents and Settings\sschools\Desktop\Julie Ayers.jpg

These results expire in **72 hours**. **Why?**

**Share a success story!**

TinEye is **free** to use for non-commercial purposes.

**Download** the official TinEye extension for Firefox with right-click functionality!

JPEG, 86x94, 2.4 KB



---

**Sort Order**

**Best Match**

Most Changed

Biggest Image

**Share Results**

On Twitter

On Facebook

Via Email

More



**Compare** | **Link**
GIF Image
117x126, 11.1 KB

**www.usnews07.com**
reporter.gif
http://www.usnews07.com



**Compare** | **Link**
JPEG Image
150x124, 4.7 KB

**cafeanant.wordpress.com**
melissa-theuriau-13.jpg
http://cafeanant.wordpress.com/



**24**

**Compare** | **Link**
JPEG Image
173x187, 6.9 KB

**www.theconsumertimes.com**
reporter.jpg
http://www.theconsumertimes.com/?t202id=5137855...

**news1reports.com**
reporter.jpg
http://news1reports.com/?funnelid=F180&view=0&a...

reporter.jpg
http://news1reports.com/default-js-8.asp?view=0...

**view all 15 matches**

Exhibit 11

FTC-000588

### health-news13.com
reporter.jpg
http://health-news13.com/?t202id=1506&t202kw=

### channel4newstoday.com
reporter.jpg
http://channel4newstoday.com/indexwavepad.html...

reporter.jpg
http://channel4newstoday.com/indexps10.html?t20...

view all 8 matches

### www.shoah.org.uk
reporter3.jpg
http://www.shoah.org.uk/2010/12/06/acai-berry-d...

### healthnews-14.com
reporter.jpg
http://healthnews-14.com/?t202id=858&t202kw=gen...

### 10newsreports.com
reporter.jpg
http://10newsreports.com/business/finance/money...

reporter.jpg
http://10newsreports.com/business/pulgen/money1...

### www.freeacaiberry.net
reporter.jpg
http://www.freeacaiberry.net/free-acai-berry-tr...

### news8report.com
reporter.jpg
http://news8report.com

### www.news6report.com
reporter.jpg
http://www.news6report.com/health/

reporter.jpg
http://www.news6report.com/

### ws1alerts.com
reporter.jpg
http://ws1alerts.com/skin/

### consumerheraldweekly.com
reporter.jpg
http://consumerheraldweekly.com/10.php?t202id=9...

### www.news6journal.com
reporter.jpg
http://www.news6journal.com/index.asp?source=444

### live6news.com
reporter.jpg
http://live6news.com/finance/

### 6news6alerts.com

Page -188-

Exhibit 11

FTC-000589

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 195 of 290   Page
ID #:772
Case 1:11-cv-02172-RMB-AMD   Document 23-2   Filed 04/18/11   Page 21 of 39   PageID: 685

reporter.jpg
http://6news6alerts.com

## www.health8news.com

reporter.jpg
http://www.health8news.com/?nwf

## www.newshealth7.com

reporter.jpg
http://www.newshealth7.com/health/

## www.frogenyozurt.com

reporter.jpg
http://www.frogenyozurt.com/2010/09/a-new-scam-...

## www.news-6.tv

reporter.jpg
http://www.news-6.tv/business/?t202id=598&t202k...

## consumershealthreports.com

reporter.jpg
http://consumershealthreports.com/2010/vc/healt...

reporter.jpg
http://consumershealthreports.com/2010/vc/healt...

view all 11 matches

## news-6-report.com

reporter.jpg
http://news-6-report.com/-diet/

## www.losangeles-gazette.com

reporter.jpg
http://www.losangeles-gazette.com/diet/p3/?t202...

## www.thememphisgazette.org

reporter.jpg
http://www.thememphisgazette.org/indexcar.html?...

reporter.jpg
http://www.thememphisgazette.org/indextv.html?t...

## www.channel6reports.com

reporter.jpg
http://www.channel6reports.com/health/?n=207&k=...



## www.flickr.com

3676283996_14356da46d_s.jpg
http://www.flickr.com/photos/32333410@N07/36762...

**Compare** | **Link**
JPEG Image
75x75, 17.9 KB

Page 180

## www.consumertips-weekly.com

reporter.jpg
http://www.consumertips-weekly.com/tech/010.asp...

Exhibit 11

FTC-000590



**reporter.jpg**
http://www.consumertips-weekly.com/tech/?Networ...

view all 4 matches

Compare | Link
JPEG Image
126x149, 6.6 KB



**hidebehind.com**
A95D64.jpg
http://hidebehind.com/8AA595

Compare | Link
JPEG Image
150x113, 4.1 KB



**www.purepeople.com**
547732-0-547732-248526-melissa-theuri...
http://www.purepeople.com/article/nicolas-sarko...

Compare | Link
JPEG Image
150x150, 5.2 KB



**www.rapidteens.com**
melissa-black_tn.jpg
http://www.rapidteens.com/index.php/2005/05/

Compare | Link
JPEG Image
140x105, 3.8 KB



**blip.fm**
727-727422-1267452317.jpg
http://blip.fm/profile/briangreene/blip/3731536...

727-727422-1267452317.jpg
http://blip.fm/profile/briangreene/blip/3731406...

view all 7 matches

Compare | Link
JPEG Image
150x150, 5.0 KB

Page -190-

Exhibit 11

**www.webforgalom.hu**

FTC-000591



webforgalom_fb-img3.jpg
http://www.webforgalom.hu/

webforgalom_fb-img3.jpg
http://www.webforgalom.hu/blog/facebook-like-go...

Compare | Link
JPEG Image
130x90, 18.6 KB

« Prev  **1**  **2**  **3**  …  **9**  **10**  **Next »**

---

## Latest News and Updates

- **Giving credit: always credit your source**
- **The TinEye IE plugin has been updated!**

### Idée Labs

Our **Idée Lab** showcases our visual search and image recognition technologies. Go ahead, **check it out**.



**Featured TinEye Plugins**

**Plugins** available for **Safari** and **IE**

Firefox          Chrome

### TinEye Newsletter

Enter your email address to subscribe to our TinEye newsletter.

Your Email          Sign Up

## Connect with Us

Follow us on **Twitter**
Become a fan on **Facebook**
Follow us on **Posterous**
Participate in our **Forum**
Send **feedback or say hi!**

### Help Us Grow

**Add your commercial image collection to TinEye**

**Support TinEye with a small Donation**

© 2011 Idée Inc. TinEye Reverse Image Search Engine. Idée Inc | Terms of Service | Advertise



# TinEye

Search · Updates · Goodies · API · About · Press · Blog · Forum   Login or Register

Has TinEye been useful to you? If so, please donate!

Upload new image [ no file selected ] or enter new URL [ paste URL here (page or image) ] Search



JPEG, 86x94, 2.4 KB

## 100 Results

Searched over **1.9532 billion** images in 0.312 seconds.

for file: C:\Documents and Settings\sschools\Desktop\Julie Ayers.jpg

These results expire in **72 hours**. Why?

**Share a success story!**

TinEye is **free** to use for non-commercial purposes.

**Download** the official TinEye extension for Firefox with right-click functionality!



**Sort Order**

**Best Match**

Most Changed

Biggest Image

**Share Results**

On Twitter

On Facebook

Via Email

More



Compare | Link
JPEG Image
160x120, 4.1 KB

**photobucket.com**
th_news1.jpg
http://photobucket.com/images/news/?page=6&rece...



Compare | Link
JPEG Image
160x120, 4.5 KB

**gportal.hu**
th_17976_melissatheuriau3_122_1118lo.jpg
http://gportal.hu/gindex.php?pg=6141747&nid=331...



Compare | Link
JPEG Image
187x122, 6.1 KB

**breakingnews8.com**
investigate.jpg
http://breakingnews8.com/break84.php



**www.remixito.fr**
football-4.small.jpg
http://www.remixito.fr/actu/politique/breaking-...

Exhibit 11

FTC-000593





FTC-000594

Exhibit 11

Page -193-

**www.reinikro.it**
football-2.small.jpg

**maioush.wordpress.com**
melissa_theuriau1.jpg
http://maioush.wordpress.com/2007/06/
300x305, 23.1 KB
JPEG Image
Compare | Link

**www.hometheaterforum.com**
e4b5ffa1_hff_imgcache_24671.jpg
http://www.hometheaterforum.com/forum/thread/26...

**www.airliners.net**
1133795S8_b1665b0cc4_o.jpg
http://www.airliners.net/discussions/non_aviat...

**tontomatt.free.fr**
Melissa.jpg
http://tontomatt.free.fr/melissa.htm
600x500, 156.2 KB
JPEG Image
Compare | Link

**www.yousaytoo.com**
1133795S8_b1665b0cc4_o.jpg
http://www.yousaytoo.com/Anwar

**hautsgrades.over-blog.com**
melissatheuriau28.jpg
http://hautsgrades.over-blog.com/archive-8-2005...
145x194, 6.8 KB
JPEG Image
Compare | Link

**www.tgcom.mediaset.it**
C_0_articolo_349891_immagine.jpg
http://www.tgcom.mediaset.it/gtech/articolar...
160x120, 8.1 KB
JPEG Image
Compare | Link

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 200 of 290   Page
ID #:777
Case 1:11-cv-02512-RMB-AMD   Document 3-2   Filed 04/18/11   Page 20 of 93 PageID: 690



http://www.remixito.fr/actu/politique/

**football-2.small.jpg**
http://www.remixito.fr/actu/politique/breaking-...

Compare | Link
JPEG Image
160x120, 8.0 KB



**www.remixito.fr**
**babou-banks.small.jpg**
http://www.remixito.fr/actu/politique/breaking-...

Compare | Link
JPEG Image
160x120, 7.8 KB



**www.flickr.com**
**113379558_b166c50cc4_m.jpg**
http://www.flickr.com/photos/brajeshwar/sets/72...

Compare | Link
JPEG Image
240x200, 17.6 KB

« Prev | 1 | 2 | 3 | 4 | … | 9 | 10 | Next »

---

## Latest News and Updates

- **Giving credit: always credit your source**
- **The TinEye IE plugin has been updated!**

**Featured TinEye Plugins**
**Plugins** available for **Safari** and **IE**

Firefox | Chrome

## Idée Labs

Our **Idée Lab** showcases our visual search and image recognition technologies. Go ahead, **check it out**.

## TinEye Newsletter

Enter your email address to subscribe to our TinEye newsletter.

Your Email | Sign Up

### Connect with Us

- Follow us on **Twitter**
- Become a fan on **Facebook**
- Follow us on **Posterous**
- Participate in our **Forum**
- Send **feedback or say hi**!

### Help Us Grow

- **Add your commercial image collection to TinEye**
- **Support TinEye with a small Donation**

© 2011 Idée Inc. TinEye Reverse Image Search Engine. Idée ~~Terms of Service~~ | Advertise

Exhibit 11

FTC-000595

FTC-000596

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 202 of 290 Page
ID #:779
Case 2:19-cv-02572-RMB-KMD Document 27-2 Filed 04/16/19 Page 96 of 89 PageID: 892

Attachment P
to Declaration of Sallie S. Schools

Café Anant

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 203 of 290   Page
Case 1:19-cv-02172-RMB-AMD   Document 3-2   Filed 04/46/11   Page 99 of 95 PageID: 693
ID #:1786

 Café Anant

 Entries (RSS)    Comments (RSS)

**Home**  About

# High Dividend Energy Stocks to Buy Now
Posted by: cafearjun on: January 19, 2011

In: US News    Leave a Comment

**High Dividend Stocks – Energy Stocks**

Alternative energy companies deal with lots of money and their shares can mean high dividend stocks. The companies would be involved in various areas of the energy sector ranging from oil, gas to service companies. The companies that are huge with a market cap >$500 million pay annual dividends of 8% to 10% to their stock holders.

*For example*:

- Encore Energy Partners – company produces oil and natural gas in Big Horn Basin in areas of Montana and Wyoming, Permian Basin in West Texas and New Mexico, Williston Basin in North Dakota and Montana and Arkoma Basin in Oklahoma and Arkansas.
- MV Oil Trust – has net profits in oil, natural gas in Colorado and Kansas. They have approximately 1000  oil and gas producing wells.

**Solar Energy Stocks – To Invest or Not**

Solar stocks are comparatively new additions to the stock market. These stocks seem to be good investments in this post-recession times. Some of the best solar stocks to buy now would be SPWRA, STP, FSLR, LDK, SOEN, JASO-JA etc. Solar energy sector is in its growth phase and this would be the ideal time to invest in them. Even though new limitations have been drawn up for these companies in terms of solar energy research, solar installations in homes and businesses etc, due to the economy crisis, the need for sustainable energy is a persistent concern and before long all the solar energy companies would resume their research activities in full swing. Once the economy finds a foothold, unparalleled growth is expected in these company and subsequently their solar stocks.

Solar power can be used to for a number of activities like recharging batteries, running home appliances etc. If you plan to invest in stocks of solar companies, make sure that you do your homework thoroughly. Research companies and analyze their stock performance over a period of time. Due diligence is mandatory for any investment in the stock market. Solar stocks have a higher element of risk involved due to nature of industry but in future solar stocks have huge potential to do very well as sources of alternative energy become a global priority.

**Short Term Investments in Energy Stocks**

Alternative energy technologies have potential to transform the economy and this should precisely be the reason why energy stocks are so lucrative. If you are planning only short term investment in energy companies, you can



Exhibit 11

FTC-000598

http://cafeanant.wordpress.com/[4/15/2011 10:26:10 AM]

Café Anant

| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

« Jan

opt for lesser known companies which would give you quick profits when they grow. Your initial investment would be low ans your expected profits high. Some of the energy companies worth investing in are Alstom, General Electric, Bouygues, Johnson Controls, Toray Industries, Areva, Peabody energy, Canadian Oil Sands Trust, Consol Energy, Zoltek etc.

**Stock Investments and Technical Analysis**

Stocks of any kind, whether gold stocks, energy stocks or company stocks are all prone to the risks of the market. There are no safe investments in the stock market. The element of risk is the specialty of the market trades and any one ready to brace them will meet with sure success. Financial know how of the market and its working methods along with fair knowledge about the world stock markets are mandatory for a beginner. The Dow Theory is the basics of all stock technical analysis as we know today  and how to use the technical analysis tools is necessary if you are planning to do some serious stock investments.

Tags: buy stocks, invest in stocks, stock investment, stocks to buy, stocks to buy now

# First Comedy Club In India

Posted by: cafeanant on: December 16, 2009

In: Media | India News | Art Forms | Comedy | Leave a Comment

Comedy Clubs where stand up comedians perform in front of an audience are commonplace in the western world. In fact, this culture has become so popular in certain places like London that there is cut throat competition between different comedy clubs in London (get more information on comedy store london) and organizers are constantly innovating and enhancing their services to attract customers.

Apart from comic acts, stand up performances, magic shows and musical performances, these comedy clubs also have restaurants and bars to entice customers to come in groups and enjoy an entire evening of fun and laughter.

Following are 2 videos showing the kind of stand up acts that are performed in comedy clubs:

Gena Yashere at The Comedy Store Comedy Club in London

Exhibit 11

FTC-000599

http://cafeanant.wordpress.com/[4/15/2011 10:26:10 AM]

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 205 of 290   Page ID #:895

Case 1:11-cv-02172-RMB-AMD   Document 23-2   Filed 04/16/11   Page 91 of 97 PageID: 305

Frank Deuring at Lion's Den Comedy Club in London

Although, this is a popular concept for western audiences, countries like India are just starting to discover this option for recreation and business. In India, it is easy to find a therapeutic morning laughter club, where all the oldies gather in the wee hours of the morning to boisterously laugh out their stress and tensions, but very difficult to imagine a place where stand up comedians perform live every evening.

Recently, Indian television has seen a growing trend of successful laughter competitions and comedy shows where comic artists from across the country perform different kinds of acts and compete with each other. This is somewhat creating awareness about stand up performances and about how difficult, challenging and entertaining live acts are.

Looking at this growing awareness about live comedy in this part of the world and also in order to explore new markets outside the highly competitive UK market, The Comedy Store, a renowned UK based comedy club, is opening India's first comedy club in Mumbai. The Comedy Store already has 2 venues in London and Manchester and would be opening its first international branch in Mumbai at the Palladium Luxury Shopping Mall at High Street Phoenix in Lower Parel on January 14th, 2010.

The owners have big plans for their first international venture and plan to make the Mumbai outlet as good as their London and Manchester venues, if not better. The club has a budget of 2.5 million pounds or 19 crore rupees and is a joint venture between the UK based The Comedy Store and the Gurgaon based The Spa Group. The club will have a restaurant, a bar and a huge auditorium which will acommodate 325 people. There will also be a parking lot for upto 300 cars.

By opening India's first comedy club, The Comedy Store hopes to create a market for stand up comedy in India, just like it did in London over 30 years ago. When it started, The Comedy Store was the first of its kind in London and now there are over 300 clubs where one can watch stand up comedy and enjoy a fun-filled evening.

⌐ Tags: Comedy Store London, The Comedy Store, Comedy Store, Comedy Clubs, Comedy Clubs London, London Comedy Clubs, UK Comedy Clubs, Phoenix Mills, The Spa Group, High Street, Lower Parel, Stand Up Comedy, Comedy Shows, Live Comedy, Mumbai Comedy Club, India Comedy Club, Comedy Clubs UK, Comedy Clubs in London, London Comedy Store, Gena Yashere, Frank Deuring, Lion's Den

# Mélissa Theuriau – Television's Hottest Bombshell – Just Check Her Pics – My

Exhibit 11

FTC-000600

Café Anant

# Blog Looks So Beautiful Now :)

Posted by: cafeanant on: November 3, 2009

In: Celebrities | French News | Media | Personalities | Uncategorized | Leave a Comment


Mélissa Theuriau 1


Mélissa Theuriau 2


Mélissa Theuriau 3


Mélissa Theuriau 4


Mélissa Theuriau 5


Mélissa Theuriau 6


Mélissa Theuriau 7


Mélissa Theuriau 8


Mélissa Theuriau 9


Mélissa Theuriau 10 – My Favorite :)


Mélissa Theuriau 11


Mélissa Theuriau 12


Mélissa Theuriau 13

Mélissa Theuriau 14

**"The world's most beautiful news reporter"** ... Daily Express

**"TV's sexiest news anchor"** ... Poll conducted by the U.S. edition of Maxim

Page -200-

Exhibit 11

FTC-000601

**"Most beautiful woman in the world"** … Poll conducted by the French edition of FHM

**"La bombe cathodique" or "The television bombshell"** … Paris Match

Thats Mélissa Theuriau for you! Born on 18th July, 1978 in Échirolles, Isère in France, Mélissa Theuriau is a journalist and news reporter who has been active on French television since 2002 and is currently working for the French television channel M6.

She started her career as a reporter for Match TV in 2002. Later she worked with La Chaîne Info and TF1 and finally moved to M6 in 2006 as editor-in-chief and presenter of a weekly magazine show called Zone Interdite. She is also a presenter of many shows on a channel called Paris Première in partnership with Paris Match.

Mélissa founded an organization called "La Rose" along with 5 of her journalist colegues Marie Drucker, Claire Chazal, Béatrice Schönberg, Laurence Ferrari and Tina Kieffer. "La Rose" works with the U.N.I.C.E.F. to educate girls.

In 2005-2006, Mélissa Theuriau became an internet rage when her pics and youtube videos became immensly popular and started receiving millions of hits. In 2006, a French entertainment newspaper called Voici even published photographs of Mélissa Theuriau topless and relaxing on a beach which spread on the internet like wild fire. Mélissa's lawyers have been trying to purge these images from the internet since then.

She got married to Jamel Debbouze who is an actor of French and Moroccan descent on 7th May, 2008. They now have a son named Léon.

Tags: Échirolles, Béatrice Schönberg, beautiful woman, Claire Chazal, Daily Express, Debbouze, FHM, France, Isère, Jamel, Jamel Debbouze, Journalist, La bombe cathodique, La Chaîne Info, La Rose, Laurence Ferrari, Léon, LCI, M6, Marie Drucker, Match TV, Maxim, Mélissa, Mélissa Theuriau, Mélissa Theuriau Topless, Mélissa Topless, Métropole 6, most beautiful news reporter, most beautiful woman, News Reporter, Paris Match, Paris Première, sexiest news anchor, television bombshell, TF1, Theuriau, Tina Kieffer, Topless Mélissa, Topless Mélissa Theuriau, UNICEF, Voici, Zone Interdite

# Meb Keflezighi Becomes First American In 27 Years To Win New York Marathon. Watch Video!

Posted by: cafeanant on: November 2, 2009

In: Athletics | Awards & Accolades | Media | Personalities | Sports | US News

Leave a Comment

Case 2:19-cv-02572-RMB-KMD   Document 27-2   Filed 04/16/19   Page 93 of 85   PageID: 898

Attachment Q
to Declaration of Sallie S. Schools

FTC-000603

# Mélissa Theuriau

From Wikipedia, the free encyclopedia

**Mélissa Theuriau** (born 18 July 1978 in Échirolles, Isère) is a French journalist and news anchor for M6. She studied Journalism and became a newscaster on TV. She became an internet phenomenon when a compilation of her reading news was uploaded and newspapers voted the world's most beautiful news reporter. She currently is co-editor in chief and anchor of *Zone interdite* on French TV.

## Contents

- 1 Early career
- 2 M6/Zone interdite
- 3 Charity
- 4 In popular culture
- 5 Personal life
- 6 References

## Early career

Theuriau obtained a DUT in News-Communication from the Technical University (Institut universitaire de technologie or IUT) Pierre Mendès-France in Grenoble, and later a Master's degree in Audiovisual Journalism from the Institute of Communication and Media (ICM) at Échirolles. Theuriau was a reporter at Match TV in 2002. Since 2003, she has been a reporter and anchor for La Chaîne Info, where she became better known to the French general public. She made her breakthrough as a newscaster and travel show host for LCI, the news channel and for TF1. Her programs were *LCI Matin* (LCI Morning), the 6:40 news on LCI and TF1 from Monday to Thursday and the *Voyages* travel show on Wednesdays at 13:55 on LCI. In May 2006, she surprised the management of TF1 by refusing the offer to be the anchorwoman of the weekend evening news of TF1, as a summer replacement for sitting anchorwoman Claire Chazal.



**Mélissa Theuriau**

Mélissa Theuriau

| | |
|---|---|
| **Born** | 18 July 1978 Échirolles, France |
| **Occupation** | Television presenter/Journalist |
| **Notable credit(s)** | *LCI Matin* (LCI), News (LCI, TF1), *Voyages* (LCI), *Zone interdite* (M6) |

## M6/Zone interdite

In June 2006, Métropole 6, another French television channel, announced her arrival for September as editor-in-chief and presenter of *Zone Interdite* ("Forbidden Zone"), a weekly magazine show featuring investigative reporting.

She also presents *Un jour, une Photo* and *Deux, trois jours avec moi* on the French TV channel Paris Première, in partnership with Paris Match. *Un jour, une photo* features stories behind iconic and historic photos. *Deux, trois jours avec moi* is a weekly travel programme in which an invited guest reveals more about him or herself during a trip.

In September 2006 she was appointed co-editor in chief and anchor of the influential TV magazine *Zone interdite* ("Forbidden Zone") on M6.[1]

## Charity

Exhibit 11

In March 2007, she launched, with five other journalists (Claire Chazal, Marie Drucker, Laurence Ferrari, Béatrice Schönberg, and Tina Kieffer), the organization "La Rose", which works with FTC-000604 help educate girls.

# In popular culture

Mélissa Theuriau has become an internet phenomenon, with fans uploading video compilations[2] receiving millions of hits from admirers. Theuriau is reportedly surprised by this phenomenon, stating, "I cannot explain it...I am absolutely not seeking this publicity."[3]

In 2006, the *Daily Express* voted her the world's most beautiful news reporter.[4] She was similarly voted "TV's sexiest news anchor" by readers of the US edition of *Maxim*. In May 2007, she was voted most beautiful woman in the world in the French edition of *FHM*. Paris Match has referred to her as *la bombe cathodique* ("the television bombshell").[5]

In 2006, *Voici*, a French tabloid, published pictures showing her topless at a beach. Her lawyers are reportedly attempting to purge these images from the Internet.[5]

In 2010 scam websites started using her photo to promote health treatments[6] and penny auctions.[7]

# Personal life

On 29 March 2008 she became engaged to French comedian/actor Jamel Debbouze; the two married on 7 May 2008.[8] They had a son on 3 December 2008 named Léon.

# References

- "Biography of Mélissa Theuriau", *Melissa-Theuriau.fr*.

1. ^ "Forbidden zone - M6 - Mélissa Theuriau". http://www.melissa-theuriau.fr/en-zone-interdite.html. Retrieved 22 December 2010.
2. ^ Melissa Theuriau Compilation Video, the video, entitled "Beautiful News Reporter", that made her an internet phenomenon.
3. ^ "Belle de jour... nal" by David Le Bailly, *Paris Match*, August 2005.
4. ^ "Moi, plus belle présentatrice du monde? Ridicule!", interview with Mélissa Theuriau, *Télé Star*, September 2006.
5. ^ *a b* "And finally...internet turns a newsreader into instant world celebrity" by Charles Bremner, *The Times*, March 24, 2007.
6. ^ [1] "Consumer Health Reporter"] by consumer health reporter. cons
7. ^ Ian McIlwraith. The face that launched a global ad scam, *Sydney Morning Herald*, 17 September 2010. Retrieved 17 September 2010.
8. ^ http://www.vivre-maroc.com/actu/2008/06/13/mariage-de-jamel-debbouze-et-melissa-theuriau/

Retrieved from "http://en.wikipedia.org/wiki/M%C3%A9lissa_Theuriau"
Categories: 1978 births | Living people | People from Échirolles | Women journalists | French television journalists

- This page was last modified on 1 April 2011 at 19:29.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Attachment R
to Declaration of Sallie S. Schools

FTC-000606

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 212 of 290 Page
ID #:789
Case 2:19-cv-02574-RMB-KMD Document 27-2 Filed 04/16/19 Page 96 of 89 PageID 492

NEW JERSEY DEPARTMENT OF TREASURY
DIVISION OF REVENUE

CERTIFICATE OF FORMATION

CIRCA DIRECT LLC
0400268470

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in
accordance with New Jersey State Law on 01/27/2009 and was assigned
identification number 0400268470. Following are the articles that
constitute its original certificate.

1. **Name:**
   CIRCA DIRECT LLC

2. **Registered Agent:**
   ANDREW DAVIDSON

3. **Registered Office:**
   209 N. ESSEX AVE.
   MARGATE, NJ 08402

4. **Business Purpose:**
   ADVERTISING / MARKETING-INTERNET ADVERTISING

5. **Members/Managers:**
   ANDREW DAVIDSON
   209 N. ESSEX AVE.
   MARGATE, NJ 08402

6. **Main Business Address:**
   209 N. ESSEX AVE.
   MARGATE, NJ 08402

**Signatures:**
SHEILA DANG
AUTHORIZED REPRESENTATIVE

_L L C_

FILED

JAN 2 7 2009

STATE TREASURER



Certificate Number:  113525690
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
at Trenton, this
28th day of January, 2009

R. David Rousseau
State Treasurer

Exhibit 11

FTC-000607

NJ Business Entity Status Reports

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 213 of 290   Page ID #:790
Case 1:11-cv-02177-RMB-AMD   Document 23-2   Filed 04/16/11   Page 95 of 85 PageID: 798



# New Jersey State Business Gateway Service
### Corporate and Business Information Reporting

## Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use your Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As" function. **All available information is displayed.**

| | |
|---|---|
| **Status Report For: CIRCA DIRECT LLC** | |

| | |
|---|---|
| **Business Name:** CIRCA DIRECT LLC | **Report Date:** 03/31/2011 |
| **Business ID Number:** 0400268470 | **Transaction Number: Sequence:** 1828444: 1 |

**Business Type:** DOMESTIC LIMITED LIABILITY COMPANY

**Status:** ACTIVE

| | |
|---|---|
| **Filing Date:** 01/27/2009 | **Home Jurisdiction:** NJ |
| **Status Change Date:** | **Stock Amount:** 0 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |
| **Annual Report Month:** 1 | |
| **Last Annual Report Filed:** 01/24/2011 | |
| **For Last Annual Report Paid Year:** 2011 | |

**Incorporator:**

**Agent:** ANDREW DAVIDSON

**Agent Address:** 607 N. DELAVAN AVE.
MARGATE, NJ 08402

**Office Address Status:** Deliverable

**Main Business Address:** 607 N. DELAVAN AVE.
MARGATE, NJ 08402

**Principal Business Address:** 607 N. DELAVAN AVE.
MARGATE, NJ 08402

**Associated Names**

**Name:** RAPID OFFERS          **Type Description:** Fictitious Name

Page -207-                     Exhibit 11

**Officers/Directors/Members**

FTC-000608

NJ Business Entity Status Reports

Case 2:19-cv-06814-DSF-KS   Document 27-2   Filed 12/02/19   Page 214 of 290   Page
Case 2:19-cv-02574-RMB-KMD   Document 23-2   Filed 04/16/21   Page 40 of 59 PageID #:794
ID #:791

| 1) | Title: | **CHIEF EXEC. OFFICER (CEO)** |
| | Name: | **ANDREW DAVIDSON** |
| | Address: | **607 N. DELAVAN AVE.** |
| | | **MARGATE, NJ 08402** |

[ Exit ]      [ Return to Main List ]

**If you would like to receive photocopies of documents filed by this business entity, mail your request to PO Box 450, Trenton, NJ 08625. Indicate the Business Entity Number(s) involved and the type of document you wish to have copies of. Your choices are listed below:

**CHARTER DOCUMENTS**
- Original Certificate Only (For example, Certificate of Incorporation);
- Changes and Amendments to the Original Certificate Only; **OR**
- All Charter Documents (Original Certificate and Changes/Amendments)
    And/or
**ANNUAL REPORTS**
- Copy of Latest Annual Report; **OR**
- Copy of Annual Report for a Specific Year(s) (List the Year Desired)

**The photocopy fee for all entities except limited liability companies is $1 per page. For limited liability companies, the fee is $10 for the first page and $2 per page thereafter.**

The total fee amount for your order will vary depending on the number of pages associated with each filed document you request. You may supply us with a check with a NOT TO EXCEED instruction to cover the costs. Make the check payable to the Treasurer, State of New Jersey. Alternately, you may pay by credit card (provide card#/expiration date and cardholder information) or depository account. Please include a self-addressed envelope with your order. If you have any questions or would like information on alternative service options such as over-the-counter expedited service, call 609-292-9292 (option 3 on the main menu and then option 8), weekdays, 8:30 a.m. to 4:30 p.m.

Privacy Policy

Page -208-                                        Exhibit 11

FTC-000609

Case 2:19-cv-02572-RMB-KMD   Document 27-2   Filed 04/16/19   Page 31 of 39   PageID: 795

Attachment S
to Declaration of Sallie S. Schools

Exhibit 11

FTC-000610

🔲 Subscribe to FindaShoreHome.com

# FindaShoreHome.com
Jersey Shore Real Estate & Lifestyles

| Welcome Home | Blog | Find a Home | FindaShoreHome.tv | For Owners | About | Contact Us | | Go |

- › Welcome Home
- › Blog
- › Find a Home
- › FindaShoreHome.tv
- › For Owners
- › About
- › Contact Us

By Ian Lazarus on September 16th, 2010

No Comments

## Jersey Shore Real Estate Transactions:

Category: Atlantic City, Avalon, Cape May, In the News, Local Posts, Longport, Margate, Ocean City, Property Transfers, Real Estate, Sea Isle City, Somers Point, Stone Harbor, Strathmere, Ventnor, Wildwoods

Jersey Shore Real Estate Transactions:

June 26 to July 2, 2010

**Atlantic County**

ATLANTIC CITY

**3801 Boardwalk Unit 103,** Sharon Green to Rachel Haddad; 7/2/2010. $155,000

**3101 Boardwalk Unit R25,** Royal Massage LLC & Clemett L Thomas & Liying Donchez to Ocean Sea Assn LLC; 7/1/2010. $450,000

**120B Texas Ave.,** Kebria Gulam & Gulam Kebria & Sanzida Hossain to Tapan K Day & King N Sien; 7/1/2010. $105,000

**507 N. Michigan Ave.,** Hallinan & Schmieg to Hallinan & Schmieg; 6/28/2010. $100

**1822 E. Riverside Drive,** Shore Management Co Of Delaware Valley Inc to Roberta Musci & Dean S Felmy; 6/28/2010. $227,000

**2 S. Hartford Ave. Unit E4,** Josef G Hadeed to William Boland & Teresa Boland; 6/29/2010. $55,000

**2517 Centennial Ave.,** Ye Hui Mei & Xiao Man Liao to Abul Basar MD; 6/30/2010. $120,000

**316 N. Harrisburg Ave.,** William J Fritz & Florence M Fritz & Daniel M Fritz to Harbor Fine LLC; 6/30/2010. $150,000

**2008 Grant Ave.,** Mildred Snowden & Sandra R Kemp & Donald R Snowden to Molena Inc; 6/30/2010. $30,000

**314 N. Harrisburg Ave.,** William J Fritz & Florence M Fritz & Daniel Fritz to Annaria LLC; 6/30/2010. $150,000

**101 S. Raleigh Ave. Unit 913,** Robert Konza to Steven Nyul; 6/30/2010. $112,500

BRIGANTINE

**11 Shipmaster Drive,** Joseph Ronan to Alissa Stuffo & James Stuffo & Christopher Stuffo; 7/1/2010. $438,750

**3712 W. Brigantine Ave. Unit B,** James P Kelly to Michael Garofolo & Gina Garofolo; 7/1/2010. $225,000

### Property Search

Property Quick Search

| Min Price: | 100000 |
| Max Price: | 500000 |
| Min SQFT: | 0 |
| Min Rooms: | 2 |
| Min Baths: | 0 |
| Choose a City | Atlantic City |

| Search |

### Featured Properties



$129,800
9609 Ventnor Avenue B 7
Margate, NJ 08402



iPhone Enabled
download my app and enter this code:
6711

### Jersey Shore Real Estate

- › About
  - › Jersey Shore Resources ~ Links
  - › Real Estate Glossary
- › Blog
- › Contact Us
- › Find a Home
  - › For Buyers
    - › Credit Repair
    - › Short Sale Questions

Page -210-

Exhibit 11

FTC-000611

**4201 W. Brigantine Ave.,** Mara Stratt to Michael Gallagher & Suzanne Gallagher; 7/1/2010. $315,000

**23 Vardon Road,** William E Weinacht & Barbara A Weinacht to Richard J Mantici & Maureen Mantici; 7/2/2010. $415,000

LINWOOD

**1200 Woodlynne Blvd.,** Matthew J Cronin & Devon Cronin to John J Dalessandro & Christine M Dalessandro; 7/1/2010. $458,500

**6 Crestwood Ave.,** Michael Pendergast & Caroline Pendergast to Ashley Keene & John Franchini; 7/1/2010. $470,000

**110 Warren Ave.,** Kathleen R Musarra to Eugene Demorat; 7/2/2010. $270,000

**2109 Wabash Ave.,** Thomas J Moffa & Paula Savory Moffa & Michael Savory to Barbara Potter; 6/30/2010. $245,000 ;

**2021 West Ave.,** David B Kellum & Pamela L Kellum to Pealwing LLC; 6/30/2010. $300,000

**611 Brandywine Court,** Jill Cooper Soifer to Robert Rothhouse; 6/30/2010. $339,000

LONGPORT

**103 S. 29th Ave.,** Mark A Brown & Mary Anthony Brown to Falasca Holdings Co LLC; 7/1/2010. $1,825,000

MARGATE

**106 N. Osborne Ave.,** June A Probinsky to Richard Probinsky; 7/1/2010. $700,000

**9400 Atlantic Ave. Unit 501,** Charles W Smith & Arminta M Smith to Barry L Singer & Sandra Singer; 6/29/2010. $385,000

**607 N. Delavan Ave.,** Lynn Tinucci & Lynn Short & Stanley D Short to Andrew J Davidson; 6/30/2010. $450,000

NORTHFIELD

**613 First St.,** Jacob J Okoorian & Michelle L Bonek Okoorian to Xin Li; 7/1/2010. $155,000

**1823 Tilton Road,** Federal National Mortgage Association & Phelan Hallinan & Schmieg PC to Jennifer Chuang; 7/2/2010. $136,500

**106 Cara Court,** Jeffery A Margolis & Ida R Margolis to Steven J Moscola & Michelle L Moscola; 6/30/2010. $452,500

**1315 Shore Road,** Ramon Quinones & Luz M Taborda to William Kern; 6/30/2010. $180,000

**219 Franklin Ave.,** Steven Moscola & Michelle Moscola to Jeffrey M Schlundt & Kelly A Schlundt; 6/28/2010. $280,000

SOMERS POINT

**31 S. Laurel Drive,** Geraldine G Simon to David E Lee; 6/30/2010. $190,000

**19 Whitman Drive,** Evelyn L Roberts & Robin M Roberts to Jay Francis Kircher; 6/30/2010. $250,000

Shore Businesses and Merchants

FindaShoreHome.tv

For Owners
Viridian Energy

Welcome Home
Short Sales

**Categories**

Banking (4)

Home Improvement (2)

In the News (144)

Insurance Issues (4)

Investing (18)

Legal Issues (25)

Local Posts (114)
Atlantic City (59)
Avalon (34)
Cape May (25)
Longport (19)
Margate (18)
Ocean City (32)
Sea Isle City (61)
Somers Point (10)
Stone Harbor (29)
Strathmere (16)
Ventnor (19)
Wildwoods (30)

Market Conditions (47)

Mortgage (11)

Photos (1)

Property Transfers (16)

Real Estate (80)

Renewable Energy (4)

Shore Lifestyles (52)

Short sales (6)

Summer Rentals (5)

Tax Issues (4)

Townhouse for Sale (1)

Uncategorized (10)

Videos (4)

Page -211-

Exhibit 11

VENTNOR

**21 N. Newport Ave.,** Efstathia Karandreas & Matthews Demetra Karandreas & Demetra Karandreas Matthews & George Karandreas to Angeline Margaritis; 6/29/2010. $210,000

**6007 Marshall Ave.,** Barry Kessler & Terry T Plavnick to John Bozzelli & Sara Bozzelli; 6/29/2010. $205,000

**5000 Boardwalk,** William R Korn & Etta Kris Korn to Sandy W Meyer & David L Meyer; 6/30/2010. $325,000

**11 South Nashville Avenue Unit 2B,** Joseph J Craddock to James R Kyle & Joanne Kyle; 6/28/2010. $68,000

**101 S. Frankfort Ave.,** Barbara Sardella & Stephen C Dengler to Cheso Diprato & Cristina Diprato; 6/28/2010. $475,000

**5404 Ventnor Ave.,** Paul F Kolojeski & Carol Kelsey Kolojeski to Jonathan A Cass & Jacquelyn A Caridad; 7/1/2010. $546,500

**6903 Monmouth Ave.,** Sandollar LLC & Joseph W Swift to Anthony R Colavita & Donna Colavita; 7/1/2010. $210,000

**5200 Boardwalk Unit 15C,** Barbara Freedman to Geraldine Richmond & Allen Richmond; 7/1/2010. $595,000

**Cape May County**

CAPE MAY

**1343 Missouri Ave.,** Kay Weisbrod and Martin Weisbrod to James Rogers and Ruth Rogers; 6/29/2010. $369,000

**1621 Beach Ave.,** Bernard Poiesz and Elvira Poiesz to Janet Robertson and John Robertson; 6/30/2010. $750,000

**1209 Idaho Ave.,** Dale Diehm and Roberta Diehm to John Matson and Katherine Matson; 6/30/2010. $655,000

**1163 Indiana Ave.,** Camilla Matozzo and Joseph Matozzo to David Martz and Lynne Martz; 6/30/2010. $685,000

DENNIS TOWNSHIP

**288 Longport Ave.,** Catherine Casey and William Casey to Ciara O'Connell and Michael Halko; 6/28/2010. $85,000

**301 Santa Fe Trail, Lorraine Beauchesne and Susan Brooks to Andrew Scheller and Rosemarie Scheller; 7/1/2010. $54,000**

LOWER TOWNSHIP

**118 W Jacksonville Ave.,** Eleanor Groninger and Melvin Groninger to Norma Lindbloom-Cruz; 6/30/2010. $212,500

**9903 Seapointe Blvd. Unit 206,** Patti Weg to Perri Stark and Ronald Stark; 6/28/2010. $500,000

**28 W. New York Ave.,** Norma Lindbloom-Cruz to Eileen Parrish and Roy Parrish; 6/30/2010. $110,000



Viridian Energy (1)

Zoning Laws (2)

**MLS Market Snapshot**
Get This Week's Local Market Conditions:

First Name
Last Name
Email
Phone          (optional)
I am          Select

Next >

View Sample Analysis

Step 1 of 2

**The Archives**

January 2011 (2)
December 2010 (4)
November 2010 (10)
October 2010 (14)
September 2010 (28)
August 2010 (16)
July 2010 (7)
June 2010 (3)
May 2010 (6)
April 2010 (18)
March 2010 (25)
February 2010 (25)
January 2010 (31)
December 2009 (3)

**Featured Properties**

3851 Boardwalk (The Enclave) #2601 , Atlantic City NJ

5000 Boardwalk #1108 Ventnor City Condo

Exhibit 11

Page -212-

FTC-000613

**5 Ibis Place,** Fung Cheng and Sing Cheng to Gerald Shillingford and Lila Shillingford; 6/28/2010. $270,000

**45 E. Pacific Ave.,** Sophie Stevens to Justin Fortino and Rita Tice; 6/1/2010. $135,000

**111 Kentucky Ave.,** E Valley Inc Shore Management Co Of Delawar to Joseph Kennedy and Louise Kennedy; 6/30/2010. $198,000

**113 Pinetree Drive,** Ticino LLC to Annette Bellacosa and Ronald Lembo; 6/28/2010. $210,000

MIDDLE TOWNSHIP

**120 Aberdeen Way,** Beazer Homes Corp to Mark Stein and Michele Sacks; 6/28/2010. $253,000

**9 Carmen Drive,** Ros-Len Inc to Steven Luteri; 6/30/2010. $230,000

**104 Indian Trail,** William Kern to Atlantic Cape Builders LLC; 6/28/2010. $125,000

**303 Aberdeen Way,** Beazer Homes Corp to Joseph Reaney and Marianna Reaney; 6/30/2010. $310,567

**115 Davis Road,** Ros-Len Inc to Christopher Krauss; 6/29/2010. $226,000

**16 Benche Court,** Carolyn McClure and John McClure to Richard Shelton; 6/25/2010. $75,000

**12 Brook Ridge Road,** Donovan Vezin and Pamela Vezin to Christopher Zitnay and John Hong; 6/28/2010. $525,000

NORTH WILDWOOD

**349 E. 21st Ave.,** Anthony Bucolo and Cora Bucolo to Colleen Hlywiak and Michael Hlywiak; 6/30/2010. $365,000

**208 E. 21st Ave.,** Christopher Robinson and Colleen Robinson to Cheryl Bellocchio and Joseph Bellocchio; 7/2/2010. $302,500

OCEAN CITY

**500 Bay Ave. Unit 406,** Joan Stevenson and Theodore Krouse to Leslie Powers; 6/11/2010. $295,000

**726 Battersea Road First Floor,** Harry Wagner and Theresa Wagner to Judith Kranetz; 6/29/2010. $375,000

**3229-31 Simpson Ave.,** Domenic Oteri and Helene Oteri to Christopher Meyer and Meredith Meyer; 6/28/2010. $700,000

**210 44th St.,** Thomas McLaughlin to Barbara Scattergood; 6/30/2010. $350,000

**803 Pennyln Place Second Floor,** BF Ventures LLC to Laura McManus and Lee McManus; 6/29/2010. $532,500

**1609 Wesley Ave. Unit A-1First Floor,** Dian Dabek and John Dabek to Linda Depaoli and Steve Depaoli; 7/2/2010. $710,000

**6 E. Seventh St.,** Jean Ridgway to Joseph Pietras and Nancy Pietras; 6/30/2010. $145,000

Page -213-

**3816-18 Asbury Ave. Unit B,** Colleen Michelle LLC to Louis Besash and Mary Izganics-Besash; 7/2/2010. $595,000

**Real Estate Tools and Links**

› Ian Lazarus on Facebook
› Property Search
› Sea Isle Summer Rentals

**System Links**

› Basic Search
› Advanced Search
› Map Search
› Address Search
› Contact Us
› User Login
› User Signup
› Email Updates
› Mortgage Calculator
› Home Valuation Request
› IDX Sitemap
› Search by City



**Ian Lazarus** 968 followers [Follow]

Showing recent Twitter visitors

**Your name here!** Add your Twitter profile

**John Deere** 2,641 followers [Follow]

Showing example visitors below. Why not invite your friends?

**The Next Web** 495,370 followers [Follow]

**Shareables** 5,864 followers [Follow]

**Arjen Schat** 5,575 followers [Follow]

**Patrick de Laive** 7,599 followers [Follow]

**Boris** 14,019 followers [Follow]

**Sam Wierema** 636 followers [Follow]

**Show more recent Twitter visitors**

Put this Twitter widget on your site

**Wildcard Search**

Exhibit 11

FTC-000614

Jersey Shore Real Estate | Atlantic & Cape May County Transactions

Case 2:19-cv-06614-DSF-KS   Document 27-2   Filed 12/02/19   Page 220 of 290   Page
ID #:797
Case 2:11-cv-02574-RMB-AMD   Document 23-2   Filed 04/16/11   Page 46 of 95 PageID: 790

The Lazarus Team

The Landis Co., Realtors
6000 Landis Avenue
Sea Isle City Nj, 08243
609-457-0258

**911 Second St. First Floor,** Charles Duffield and Jennifer Duffield to Michael
Doherty and Rebecca Doherty; 6/25/2010. $825,000 ;

**1212 Asbury Ave. Unit A,** Catherine Hewski and Dennis Hewski to Bart Turner and
Kelly McParland; 6/30/2010. $125,000

**4314 Asbury Ave.,** Kathleen Booth to Daniel Vandenberg and Rebecca Vandenberg;
6/30/2010. $475,000

**109 Tarpon Court,** Patricia Hainley and Wayne Hainley to Jennifer Morozin and
Joseph Morozin; 6/30/2010. $323,000

**1500 Boardwalk Unit 206,** Marlene Ferrara to Anne Reichert and Robert Reichert;
6/30/2010. $507,000

**115 Bartram Lane,** Dean Adams to Diane Root and James Root; 6/29/2010. $300,000

**1931 Haven Ave.,** Colleen Michelle LLC to Lori Yeager; 6/30/2010. $555,000

**27 Harbor Road,** Jeffrey Stuart and Evelyn B Stuart Irrevocable Trust to Helen
Kelleher and William Kelleher; 7/1/2010. $680,000

**920A Bay Ave.,** Dean Vaccaro to Harry Halscheid and Ina Halscheid; 6/30/2010.
$370,000

**862 St. Charles Place,** D McClenathan and Susan McClenathan to Cathy Schreiber
and James Schreiber; 6/30/2010. $435,000

SEA ISLE CITY

**7804 Central Ave.,** JF Builders Inc to Marianne Laidlaw and Scott Laidlaw;
6/30/2010. $645,000

**26 E. 45th St.,** Mary Gallagher to Brady B's Properties LLC; 7/16/2009. $235,000

**352 47th Place First Floor,** Barbara Cosgrove and Robert Cosgrove to Donna
Tomaino and James Tomaino; 7/1/2010. $515,000

**8223 Sounds Ave. Unit West,** Coastal Renaissance LLC to Dean Trevlyn and Gloria
Trevlin; 6/30/2010. $1,475,000

**337 43rd Place East Unit,** Stephen Kirkpatrick and Theresa Kirkpatrick to
Christopher Vent and Kathleen Vent; 6/29/2010. $760,000

**4009 Landis Ave. Unit 8,** 4009 Landis Avenue LLC to Janet Galliera and Robert
Galliera; 7/1/2010. $415,800

UPPER TOWNSHIP

**800 Route 50,** Kelly Forsstrom and Sean French to Jessica Liesveld; 6/29/2010.
$280,000

**25 E. Whittier Ave.,** Dennis Sheedy and Mary Becker to Catherine Kunda and Walter
Kunda; 6/30/2010. $999,999

WILDWOOD

**319 E. Pine Ave. A,** Noteable Investments LLC to Trust Ryan Family Irrevocable
Living; 7/1/2010. $250,000

WILDWOOD CREST

Page -214-

Exhibit 11

FTC-000615

Jersey Shore Real Estate | Atlantic & Cape May County Transactions

Case 2:19-cv-06814-DSF-KS Document 27-2 Filed 12/02/19 Page 221 of 290 Page
Case 1:15-cv-02172-RMB-KMD Document 23-2 Filed 04/10/17 Page 47 of 57 PageID: 791
ID #:798

**6201 Ocean Ave.,** Pzmag LLC to Dennis Turner; 6/28/2010. $128,700

**7701 Atlantic Ave. Unit 301,** Debra Contino and Joseph Contino to Robert
Demarco and Shauna Demarco; 6/30/2010. $630,000

**208 E. Forget-Me-Not Road,** A-Ladd Inc to Alan Friebis and Maureen Friebis;
6/30/2010. $150,000

**115 E. Crocus Road Unit 5,** Lawrence Gambino and Theresa Gambino to Jeffrey
Wright and Theresa Wright; 7/2/2010. $145,000

**415 E. Heather Road Unit 203,** WH Real Estate LLC to Nancy Fitzgerald; 6/30/2010.
$398,000

➕ Share/Bookmark

---

**Leave a comment on Jersey Shore Real Estate Transactions:**

Name (required)

E-mail (required, never displayed)

URI

Post Your Comment

RSS feed for comments on this post · TrackBack URI

---

FindaShoreHome.com is powered by Wordpress with WordPress Theme Mumrik Theme by The Front-End Book Blog Ian Lazarus, CRS - The Landis Co , Realtors - Sea Isle City NJ - 6000 Landis Avenue - 609-457-0258 - Mobile 609-263-3400 - Office

Search engine optimization by SEO Design Solutions

Page -215-                                     Exhibit 11

Attachment T
to Declaration of Sallie S. Schools

FTC-000617

Affiliate Tour - CX Digital Media

Case 2:19-cv-06814-DSF-KS    Document 27-2    Filed 12/02/19    Page 223 of 290    Page
Case 1:11-cv-02812-RMB-KMB    Document 43-7    Filed 04/16/11    Page 49 of 69    PageID #:916
ID #:800



# CX DIGITAL MEDIA
welcome to cx digital media

**publishers**

- Home
- About Us
- CX Digital News
- CX Digital Blog
- Contact Us
- 24/7 Support Program

Advanced Search

## GETTING STARTED

- Website Specifications
- Can Spam Agreement
- Frequently Asked Questions
- Referral Program
- Terms & Conditions
- Join Now
- Affiliate Tour

CX Digital Media is a network of merchants' affiliate programs. With CX Digital Media, you may participate in multiple affiliate programs via a single affiliate account. There are over 150 different content areas where merchants list their offers, so matching a merchant offer to an affiliate's content is quite simple.

Affiliate marketing is any type of online advertising or marketing where the merchant pays affiliates for results as an alternative for paying to reach a targeted audience. Affiliates promote merchant's products and/or services via their website or newsletters in exchange for commission revenue, generated by their marketing efforts.

- Participating in CX Digital Media is a simple procedure:

  - **Join Programs** - Select merchants campaigns you want to promote.
  - **Create Links** - Copy and paste the HTML or creatives for merchants whose programs/campaigns you selected.
  - **Run Reports** - Review real-time statistics to see how effective your programs are.

call us now
to learn more
1.866.962.9764

## news & events

**Cyberplex Announces Close Bought Deal Financing**
*Monday, June 14, 2010*

TORONTO, CANADA – June 4, 2009 – Cyberplex Inc. (the...

**Cyberplex Inc. Announces Agreement to Acquire Tsavo Media**
*Tuesday, May 18, 2010*

TORONTO, ON -- (Marketwire – May 18, 2010) - Cyberplex...

**Jaguar Canada Pilots CX Digital Media for Online Lead Generation**
*Wednesday, April 28, 2010*

TORONTO, ON - (Marketwire – April 28, 2010) – CX...

Exhibit 11

FTC-000618



Affiliate Tour - CX Digital Media

Sitemap | Terms & Conditions | Contact Us | Privacy Policy | Join Our Team

© 2009 CX Digital Media Affiliate Network, formerly known as Incentaclick

Exhibit 11

FTC-000619

Page -218-

Attachment U
to Declaration of Sallie S. Schools

Exhibit 11

FTC-000620



⚠ As of April 10, EWA is only accepting (12) new affiliates!

## Advertisers

Unlike other networks, our affiliates are referral-only approved to provide the highest possible quality leads. We have some of the largest and most credible email marketers, media buyers, and search engine marketers in the industry. In addition to our large affiliate user base, we operate a multi-million dollar internal operation generating sales through paid search, media buys, social media, organic traffic, pops, and contextual traffic.

We understand advertiser quality metrics and have the resources to not only provide immense traffic, but optimize your advertising campaigns to be the most profitable. With EWA you only pay for results on a CPA pricing model to ensure you only pay for what you want. We guarantee you customers, not clicks:



**Harrison Gevirtz**
Managing Partner

📱 805.680.8449
✉ harrison@eaglewebassets.com
🔧 role
💬 metalgem3

- ✅ **We send our advertisers 120,000,000 visitors each month!**
- ✅ **We drive over 1,000,000 conversions each month!**
- ✅ **Our global reach extends to over 180 countries!**

To sum it up....

# we make advertisers rich

© 2011 EWA Network Inc. All Rights Reserved.

Follow Us On   

| Home | About EWA | Contact Us | Advertisers | Login | Join Now |

Exhibit 11

FTC-000621

Attachment V
to Declaration of Sallie S. Schools

FTC-000622



## Contact Information

*First Name:

*Last Name:

*E-mail Address:

*Password:                                  Password must contain at least 4 characters.

Instant Messenger:

*Phone Number:                              Used to verify your application.

Fax Number:

## Company Information

*Company:

*Website URL:          http://

*Type of Business:        Select

*Business
Description:

*Address:

*City:

*State:                        Other:

*Postal Code:

*Country:              United States

Page -222-                     Exhibit 11

FTC-000623

## Payment Information

*Tax ID/VAT or SSN:

*Make Payment To:  Company

*Payment Type:
    ○ Check by Mail

    ○ Direct Deposit

    ○ Wire Transfer

## Terms and Conditions

By submitting this application, you agree to the following terms and conditions:

These terms and conditions ("Agreement") are agreed to by the person or entity ("Affiliate") whose name and address appear in the application ("Application") to participate in Eagle Web Assets, Inc's affiliate network (the "Network"). As a participant in the Network, Affiliate shall display and distribute advertising creatives, including without limitation e-mails, web sites, links, and banner advertisements, and search engine placement (collectively, "Ads"), promoting the products or services of advertisers with whom Eagle Web Assets Inc. ("Eagle Web Assets") has contracted to provide online advertising services ("Advertisers"). The promotion of a particular Advertiser offer shall be referred to in this Agreement as a "Campaign". Specific payment and other terms applicable to each Campaign shall be specified in "Campaign Terms" made available by Eagle Web Assets to Affiliate through the Network web site ("Network Site"). For purposes of this Agreement, Eagle Web Assets and Affiliate are a "party" and together, the "parties".

How did you hear about us?                     Select

Submit Application



© Eagle Web Assets Inc. All Rights Reserved.

Home | About Us | Careers | Contact Us | EWA Blog

Follow Us On    

# EXHIBIT 12



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

May-08-2013  4:45 pm

Case Number: CGC-13-531276

Filing Date: May-08-2013 3:41

Filed by:  DENNIS TOYAMA

Juke Box: 001    Image: 04048526

COMPLAINT

ETRONICS, INC. VS. HARRISON GEVIRTZ et al

001C04048526

**Instructions:**
Please place this sheet on top of the document to be scanned.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
HARRISON GEVIRTZ and ACME LOGISTICS, INC.
*and Does 1-50*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ETRONICS, INC.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Francisco, 400 McAllister St., Room 103, San Francisco, CA 94102 | CASE NUMBER:<br>*(Número del Caso):*<br>**CGC 13-531276** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
William E. Shapiro, 244 California St., Ste 300, San Francisco, CA 94111, Tel: (415) 678-9209

| DATE: **MAY - 8 2013** | Clerk, by | , Deputy |
|---|---|---|
| *(Fecha)* | **CLERK OF THE COURT** *(Secretario)* **DENNIS TOYAMA** | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**BY FAX**

[SEAL]

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | SUMMONS | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

William E. Shapiro (SBN 222615)
LAW OFFICES OF WILLIAM E. SHAPIRO
244 California St., Ste 300, San Francisco, CA 94111

TELEPHONE NO.: (415) 678-9209    FAX NO.: (415) 358-8515
ATTORNEY FOR *(Name)*: Etronics, Inc.

**F I L E D**
San Francisco County Superior Court

MAY - 8 2013

CLERK OF THE COURT
DENNIS TOYAMA
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: Room 103
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Unlimited Jurisdiction

CASE NAME:
Etronics, Inc. v. Harrison Gevirtz and Acme Logistics, Inc.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ✔ Unlimited (Amount demanded exceeds $25,000) | Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant *(Cal. Rules of Court, rule 3.402)* | | C G C - 1 3 - 5 3 1 2 7 6 |
| | | | JUDGE: | |
| | | | DEPT: | |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
✔ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ✔ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ✔ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive
4. Number of causes of action *(specify)*: 3
5. This case ☐ is ✔ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

BY FAX

Date: May 8, 2012
William E. Shapiro
_____
(TYPE OR PRINT NAME)    ▶    _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 *www.courtinfo.ca.gov* |
|---|---|---|

PLD-C-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>William E. Shapiro (SBN 222615)<br>LAW OFFICES OF WILLIAM E. SHAPIRO<br>244 California St., Ste 300<br>San Francisco, CA 94111<br>TELEPHONE NO: (415) 678-9209    FAX NO. *(Optional):* (415) 358-8515<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  Etronics, Inc. | **FOR COURT USE ONLY**<br><br>**FILED**<br>San Francisco County Superior Court<br><br>MAY – 8 2013<br><br>CLERK OF THE COURT<br>BY: DENNIS TOYAMA<br>Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco
STREET ADDRESS: 400 McAllister St
MAILING ADDRESS: Room 103
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Unlimited Jurisdiction

PLAINTIFF: Etronics, Inc.

DEFENDANT: Harrison Gevirtz, Acme Logistics, Inc.

[✓] DOES 1 TO 50

**CONTRACT**

[✓] COMPLAINT    [ ] AMENDED COMPLAINT *(Number):*

[ ] CROSS-COMPLAINT    [ ] AMENDED CROSS-COMPLAINT *(Number):*

| | |
|---|---|
| **Jurisdiction** *(check all that apply):*<br>[ ] **ACTION IS A LIMITED CIVIL CASE**<br>Amount demanded   [ ] does not exceed $10,000<br>   [ ] exceeds $10,000 but does not exceed $25,000<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)<br>[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | **CASE NUMBER:**<br><br>CGC-13-531276 |

1. **Plaintiff*** *(name or names):*
   Etronics, Inc.

   alleges causes of action against **defendant*** *(name or names):*
   Harrison Gevirtz, Acme Logistics, Inc., and Does 1 to 50 inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult    **BY FAX**
   [✓] except plaintiff *(name):* Etronics, Inc.
      (1) [✓] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [✓] except defendant *(name):* Acme Logistics, Inc.   [ ] except defendant *(name):*
      (1) [✓] a business organization, form unknown    (1) [ ] a business organization, form unknown
      (2) [ ] a corporation    (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe):*    (3) [ ] an unincorporated entity *(describe):*

      (4) [ ] a public entity *(describe):*    (4) [ ] a public entity *(describe):*

      (5) [ ] other *(specify):*    (5) [ ] other *(specify):*

*\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.*    Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007] | **COMPLAINT—Contract** | Code of Civil Procedure, § 425.12 |

PLD-C-001

| SHORT TITLE:<br>Etronics, Inc. v. Harrison Gevirtz, et al. | CASE NUMBER: |
| --- | --- |

4.   *(Continued)*

   b.   The true names of defendants sued as Does are unknown to plaintiff.
   (1)  ☑ Doe defendants *(specify Doe numbers):* 1 to 24 inclusive        were the agents or employees of the named
        defendants and acted within the scope of that agency or employment.
   (2)  ☑ Doe defendants *(specify Doe numbers):* 25 to 50 inclusive        are persons whose capacities are unknown to
        plaintiff.

   c.   ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d.   ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.   ☐ Plaintiff is required to comply with a claims statute, **and**
   a.   ☐ has complied with applicable claims statutes, *or*
   b.   ☐ is excused from complying because *(specify):*

6.   ☐ This action is subject to    ☐ Civil Code section 1812.10    ☐ Civil Code section 2984.4.

7.   This court is the proper court because
   a.   ☑ a defendant entered into the contract here.
   b.   ☑ a defendant lived here when the contract was entered into.
   c.   ☐ a defendant lives here now.
   d.   ☑ the contract was to be performed here.
   e.   ☑ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f.   ☐ real property that is the subject of this action is located here.
   g.   ☐ other *(specify):*

8.   The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   ☑ Breach of Contract
   ☑ Common Counts
   ☑ Other *(specify):*
      Fraud

9.   ☐ Other allegations:

10.  **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.   ☑ damages of: $33,287.60
   b.   ☑ interest on the damages
        (1) ☑ according to proof
        (2) ☐ at the rate of *(specify):*        percent per year from *(date):*
   c.   ☐ attorney's fees
        (1) ☐ of: $
        (2) ☐ according to proof.
   d.   ☑ other *(specify):*
      Any further relief this Court deems appropriate.

11.  ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: *May 8, 2013*

WILLIAM E. SHAPIRO
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]                    **COMPLAINT—Contract**                    Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Etronics, Inc. v. Harrison Gevirtz, et al. | |

1_____        **CAUSE OF ACTION—Breach of Contract**
*(number)*

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):* Etronics, Inc.

alleges that on or about *(date):* May 22, 2012

a [✔] written  [ ] oral  [ ] other *(specify):*
agreement was made between *(name parties to agreement):*
Harrison Gevirtz and Acme Logistics, Inc.

[ ] A copy of the agreement is attached as Exhibit A, or
[ ] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [ ] are as follows *(specify):*
Plaintiff Etronics, Inc., agreed to buy certain items through a purchase order arrangement from defendants Harrison Gevirtz and Acme Logistics, Inc. The purchase orders, 195342-A and 195636 (hereafter "purchase orders") are attached as Exhibit A to this complaint. Harrison Gevirtz and Acme Logistics, Inc., required payment in advance for the items contained in the purchase orders. Payments were made via check, number 6376, on May 25, 2012 and two checks, numbered 6470 and 6471, June 6, 2012.

BC-2.  On or about *(dates):* September 20, 2012
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [✔] the following acts *(specify):*
Defendants Harrison Gevirtz and Acme Logistics, Inc., failed to deliver the goods which plaintiff Etronics, Inc., paid for pursuant to the purchase orders. On September 20, 2012, Plaintiff Etronics cancelled the unfilled order and demanded a refund of their money. Defendants Harrison Gevirtz and Acme Logistics, Inc., failed to return the money after receiving written demand from the Plaintiff Etronics, Inc.

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [✔] as follows *(specify):*
Plaintiff has paid $33, 287.60 for goods which have not been delivered. Plaintiff is entitled to money paid which has not been returned.

BC-5.  [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[ ] according to proof.

BC-6.  [✔] Other:
Any further relief this Court deems proper.

Page    3

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]        **CAUSE OF ACTION—Breach of Contract**        Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Etronics, Inc. v. Harrison Gevirtz, et al. | |

Two         **CAUSE OF ACTION—Common Counts**
   *(number)*

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Etronics, Inc.

    alleges that defendant *(name):* Harrison Gevirtz and Acme Logistics, Inc.

    became indebted to    ☑ plaintiff    ☐ other *(name):*

    a. ☐ within the last four years
        (1) ☐ on an open book account for money due.
        (2) ☐ because an account was stated in writing by and between plaintiff and defendant in which it
             was agreed that defendant was indebted to plaintiff.

    b. ☑ within the last ☑ two years ☐ four years
        (1) ☑ for money had and received by defendant for the use and benefit of plaintiff.
        (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant
             and for which defendant promised to pay plaintiff.
             ☐ the sum of $
             ☐ the reasonable value.
        (3) ☐ for goods, wares, and merchandise sold and delivered to defendant and for which defendant
             promised to pay plaintiff
             ☐ the sum of $
             ☐ the reasonable value.
        (4) ☐ for money lent by plaintiff to defendant at defendant's request.
        (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and
             request.
        (6) ☐ other *(specify):*

CC-2. $ 33,287.60            , which is the reasonable value, is due and unpaid despite plaintiff's demand,
    plus prejudgment interest    ☐ according to proof    ☐ at the rate of    10    percent per year
    from *(date):*

CC-3. ☐ Plaintiff is entitled to attorney fees by an agreement or a statute
        ☐ of $
        ☐ according to proof.

CC-4. ☑ Other:
    Any further relief this Court deems appropriate.

Page     4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2009]

**CAUSE OF ACTION—Common Counts**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

           Exhibit 12

PLD-C-001(3)

| SHORT TITLE: Etronics, Inc. v. Harrison Gevirtz, et al. | CASE NUMBER. |
|---|---|

Three
_(number)_

## CAUSE OF ACTION—Fraud

ATTACHMENT TO [✔] Complaint   [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

FR- 1. Plaintiff _(name)_:  Etronics, Inc.

alleges that defendant _(name)_:  Harrison Gevirtz and Acme Logistics, Inc.

on or about _(date)_:  September 20, 2012          defrauded plaintiff as follows:

FR-2. [✔]   **Intentional or Negligent Misrepresentation**
a. Defendant made representations of material fact [ ] as stated in Attachment FR-2.a [✔] as follows:
Plaintiff entered into an agreement with Harrison Gevirtz and Acme Logistics, Inc. Plaintiff
was to pay $33,287.60 in return for items ordered in purchase orders 195342-A and 19563
(hereafter "purchase orders").

b. These representations were in fact false. The truth was [ ] as stated in Attachment FR-2.b [ ] as follows:
Defendants did not fulfill the orders as promised. When the purchase orders were cancelled,
the defendants refused to return the money to the plaintiff.

c. When defendant made the representations,
[ ]   defendant knew they were false, **or**
[✔]   defendant had no reasonable ground for believing the representations were true.

d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3. [ ]   **Concealment**
a. Defendant concealed or suppressed material facts [ ] as stated in Attachment FR-3.a [ ] as follows:

b. Defendant concealed or suppressed material facts
[ ]   defendant was bound to disclose.
[ ]   by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
or suppressed facts.
c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
facts and would not have taken the action if plaintiff had known the facts.

Page          5

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-C-001(3)

| SHORT TITLE:<br>Etronics, Inc. v. Harrison Gevirtz, et al. | CASE NUMBER: |
|---|---|

Three _____
(number)

## CAUSE OF ACTION—Fraud

FR-4. ☐ **Promise Without Intent to Perform**
  a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated
  in Attachment FR-4.a ☑ as follows:
    Defendants never intended to fulfill the order or return the money paid by the Plaintiff.

  b. Defendant's promise without any intention of performance was made with the intent to defraud and induce
  plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of
  defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
  ☑ as follows:
    The plaintiff sent three checks, totalling $33,287.60, to defendants Harrison Gevirtz and Acme
    Logistics, Inc., in return for items ordered in the purchase orders.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in
  Attachment FR-6 ☑ as follows:
    Plaintiff has paid $33,287.60. Plaintiff did not recieve the items ordered in the purchase orders.
    When the purchase orders were cancelled, defendants, Harrison Gevirtz and Acme Logistics, Inc.,
    did not refund the money after the cancellation of the contract.

FIR - 7.  Other:
    Any further relief this Court deems appropriate.

Page   6
_____

# EXHIBIT A



# Purchase Order 195342-A



Vendor  ACME

For assistance, visit: www.etronics.com/help

Customer Service.
service@etronics.com

Sales.
sales@etronics.com

216 Maspeth Avenue. Brooklyn, NY 11211 Fax: 212.475.3904

WH1

Vendor:

ACME Logistics Inc
680 Mission Street Apt. 40C
San Francisco, CA 94105

Ship To:

Etronics
216 Maspeth Ave
Brooklyn, NY 11211

## THIS IS A REVISED PURCHASE ORDER

| P. O. Date | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| 05/22/12 | | | | | C.O.D. | |
| Buyer | Freight | Req. Date | Confirming To | | Remarks | Tax |
| MB | | 05/22/12 | | | | N |

| Qty. Req. | Item Number | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 40 | LUNPMBLK021 | LunaTik PMBLK-021 Alloy Pen/Stylus BLACK    ***PIC*** | 23.00 | 920.00 |
| 40 | LUNPMSLV020 | LunaTik PMSLV-020 Alloy Pen/Stylus - Silver    ***PIC*** | 23.00 | 920.00 |
| 40 | LUNPMRED022 | LunaTik PMRED022 Alloy Pen/Stylus - RED    ***PIC*** | 23.00 | 920.00 |
| 50 | ADOADJPG | Adonit ADJPG Jot Pro Stylus for iPad/iPhone    ***PIC*** | 18.00 | 900.00 |
| 108 | ECOV268 | ECO ECO-V268-11167 Bluetooth Headset    ***PIC*** | 3.45 | 27.60 |

|  | |
|---|---|
| NonTaxable Subtotal | 3687.60 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 3687.60 |

Page    1

Vendor Original (Reprinted)

Authorized Signature



## Purchase Order 195636



Vendor   ACME

For assistance, visit: www.etronics.com/help

Customer Service,
service@etronics.com

Sales,
Sales@etronics.com

216 Maspeth Avenue, Brooklyn, NY 11211 Fax: 212.475.3904

**WH1**

**Vendor:**

ACME Logistics Inc
680 Mission Street Apt. 40C
San Francisco, CA 94105

**Ship To:**

Etronics
216 Maspeth Ave
Brooklyn, NY 11211

| P.O. Date | Ship Via | | F.O.B. | | Terms | |
|---|---|---|---|---|---|---|
| 05/29/12 | | | | | C.O.D. | |
| Buyer | Freight | Req. Date | Confirming To | | Remarks | Tax |
| MB | | 05/29/12 | | | | N |

| Qty. Req. | Item Number | Description | Unit Price | Extended Price |
|---|---|---|---|---|
| 200 | LUNTTBLK001A | LunaTik BLK001A (00301) TikTok Watch for iPod Nano 6 ***PIC*** | 23.10 | 4620.00 |
| 100 | LUNTTWHT006 | LunaTik (00306) TikTok Watch for iPod Nano 6G WHITE ***PIC*** | 23.10 | 2310.00 |
| 50 | IWACLRCHR22B | iWatchz CLRCHR22BLK (01678) for iPod Nano 6G, Black ***PIC*** | 13.50 | 675.00 |
| 1000 | OTTSAM4I910020 | Otterbox SAM4I910020E4OTR Commuter Samsung Galaxy ***PIC*** | 12.00 | 12000.00 |
| 100 | SON12546627 | Sony Ericsson 1254-6627 SMARTWATCH BLACK for | 96.50 | 9650.00 |

| | |
|---|---|
| NonTaxable Subtotal | 29255.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 29255.00 |

Vendor Original (Reprinted)

Authorized Signature

# EXHIBIT 13

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| RONAN PETILLON, individually and as the representative of a class of similarly situated persons, | ) ) ) ) | 2013CH10379 CALENDAR/ROOM 16 TIME 00:00 |
| | ) | No.   Class Action |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RYAN EAGLE, an individual, HARRISON DONALD GEVIRTZ, an individual, EAGLE WEB ASSETS PRIVATE NETWORK, an Illinois partnership, EAGLE WEB ASSETS, INC., an Illinois corporation and EWA NETWORK INC., an Illinois corporation, | ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLAINT FOR CLASS ACTION CERTIFICATION, DAMAGES AND OTHER RELIEF**

Plaintiff, RONAN PETILLON ("**Plaintiff**"), through his attorneys, brings this action individually and as the representative of a class of similarly situated persons, and for his Complaint against Defendants RYAN EAGLE, HARRISON DONALD GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EAGLE WEB ASSETS, INC. and EWA NETWORK INC., alleges as follows:

**NATURE OF THE CASE**

1.      This action seeks class certification, damages and equitable relief arising from the Defendants' operation of an affiliate marketing network known as EWA Private Network and failure to pay commissions earned by its affiliate marketers, such as Plaintiff, who promoted the products and services of the Defendants' clients through the EWA Private Network.  In furtherance of these wrongs, Defendants engaged in fraudulent practices designed to conceal the



Exhibit 13

Defendant entities' undercapitalization and massive losses, all to the detriment of the affiliate marketers, who unknowingly continued to promote the products and services on the false belief that Defendants had the financial ability to pay for their services.

2.     To redress these wrongs, Plaintiff asserts one or more of the following claims against the Defendants:  Piercing the Corporate Veil (Count I); Partner Liability (Count II); Common Law Fraud (Count III); Promissory Fraud (Count IV); Conversion (Count V); Breach of Contract (Count VI); Breach of Contract Implied in Fact (Count VII); Promissory Estoppel (Count VIII); Unjust Enrichment (Count IX); and Imposition of Constructive Trust (Count X).

## PARTIES

3.     Plaintiff, RONAN PETILLON, is an individual who, at all relevant times, was a citizen of France and resident of Orsay, France.

4.     Defendant, RYAN EAGLE ("**EAGLE**"), is an individual who resides in Buffalo Grove, Cook County, Illinois.  EAGLE is sued in his individual capacity and as a partner in Defendant EAGLE WEB ASSETS PRIVATE NETWORK ("**EWAPN**"), an Illinois partnership. At all relevant times, EAGLE was a managing partner and/or general partner of EWAPN.

5.     Defendant, HARRISON DONALD GEVIRTZ ("**GEVIRTZ**"), is an individual who resides in San Francisco, California.  GEVIRTZ is sued in his individual capacity and as a partner in EWAPN.  At all relevant times, GEVIRTZ was a managing partner and/or general partner of EWAPN.

6.     On information and belief, Defendant EAGLE WEB ASSETS PRIVATE NETWORK ("**EWAPN**") is an Illinois partnership formed by EAGLE and GEVIRTZ by no later than early 2009.  At all relevant times, EWAPN has maintained an office in, and has done business in, Cook County, Illinois.

2

7.      Defendant EWA NETWORK INC. (**"ENI"**) is an Illinois corporation.  At all relevant times, ENI maintained a registered office in, and has done business in, Cook County, Illinois.  At all relevant times, EAGLE was the founder, President, Secretary and sole director of ENI.  On information and belief, at all relevant times, EAGLE and/or GEVIRTZ directed and controlled the operations of ENI, and both held themselves out to Plaintiff and the general public as the "Managing Partners" of ENI.

8.      Defendant EAGLE WEB ASSETS, INC. (**"EWA"**) is an Illinois corporation.  At all relevant times, EWA maintained a registered office in, and has done business in, Cook County, Illinois.  At all relevant times, EAGLE was the founder, President, Secretary and sole director of EWA.  On information and belief, at all relevant times, EAGLE and/or GEVIRTZ directed and controlled the operations of EWA, and both held themselves out to Plaintiff and the general public as the "Managing Partners" of EWA.

## JURISDICTION AND VENUE

9.      Jurisdiction is proper as to all Defendants pursuant to one or more of the following laws:  735 ILCS 5/2-209(a)(1), (a)(2), (a)(7), and (a)(12); 735 ILCS 5/2-209(b)(1), (b)(2), (b)(3) and (b)(4); and 735 ILCS 5/2-209(c).

10.     Venue is proper in this Court pursuant to 735 ILCS 5/2-101 and 735 ILCS 5/2-102.

## FACTS

### Affiliate Marketing

11.     At all relevant times, Plaintiff was an affiliate marketer who promoted the products and services of the Defendants' clients through an affiliate marketing network called EWA Private Network.

3

12.     Affiliate marketing is a term generally used to describe an advertising program or campaign in which advertisers use an affiliate network, such as the Defendants' EWA Private Network, to market their products or services more widely than through traditional means.  The network relies on the services of third party affiliate marketers (e.g., publishers), such as Plaintiff, who agree to display and distribute advertising creatives, including, but not limited to, e-mails, web sites, links and banner advertisements for the advertisers on the publishers' own websites or on other Internet sites, such as Facebook.

13.     The affiliate network's third party marketers generally are paid a referral fee or commission depending on the terms and conditions of each advertiser's particular advertising campaign.  For example, some affiliate marketers are entitled to a commission each time a consumer clicks on a banner advertisement for an advertiser (e.g., pay-per-click).  Others are entitled to a commission only if the consumer clicks on a banner advertisement and purchases the advertiser's product or services after clicking on the banner advertisement (pay-per-lead or pay-per-sale).

### Eagle Web Assets Private Network Partnership

14.     In or about early 2009, EAGLE and GEVIRTZ formed a joint venture or partnership known as EWAPN to own and operate a new affiliate marketing network known as EWA Private Network.

15.     On information and belief, at all relevant times since at least early 2009, EAGLE and GEVIRTZ manifested an intent to be associated as joint venturers or partners in connection with the EWA Private Network by, *inter alia*, making, authorizing, consenting to and/or ratifying statements to that effect to the general public, on one or more websites related to EWA Private

4

Network, such as www.eaglewebassets.com, and on their own personal biography pages on said websites.

16.     On information and belief, EAGLE and GEVIRTZ contributed property, effort, skill, and/or knowledge to EWAPN and the EWA Private Network.

17.     At all relevant times, EAGLE and GEVIRTZ directed and controlled the operations of EWAPN and the EWA Private Network, and each held himself out to each other, the Plaintiff and the general public as a general partner and/or "Managing Partner" of EWAPN and/or EWA Private Network.

18.     On information and belief, EAGLE and GEVIRTZ made provision for the joint sharing of profits and losses associated with EWAPN and/or EWA Private Network.

19.     At all relevant times, Defendants represented to Plaintiff and the general public that the EWA Private Network is organized globally with offices spread across the world.

20.     At all relevant times, Defendants represented to Plaintiff and the general public that the EWA Private Network allows advertisers to gain access to thousands of third party affiliate marketers (e.g., publishers) that reach over 125 million consumers per month, both domestically and internationally.

21.     At all relevant times, Defendants represented to Plaintiff and the general public that its clients included advertisers such as Disney, Ford Motor Company, Mobil, FTD, Netflix, dating websites such as www.match.com, and www.eHarmony.com, universities such as University of Phoenix, financial institutions such as Chase, gaming companies, and health care companies such as Pfizer and Abbott Laboratories.

**Plaintiff's Services for the EWA Private Network**

22.     At all relevant times, EAGLE and GEVIRTZ directed and controlled the recruitment and enlistment of third party affiliate marketers for the EWA Private Network and made financial decisions related thereto, such as whether to pay affiliate marketers their commissions.

23.     On or about October 22, 2009, Plaintiff contacted EAGLE via e-mail and requested to join EWA Private Network as an affiliate marketer.

24.     On or about October 24, 2009, EAGLE authorized Plaintiff to submit an application to become an affiliate marketer in the EWA Private Network and sent him a link to sign up at http://www.ewanetwork.com/join.

25.     On or about October 26, 2009, Plaintiff submitted his application to the Defendants to become an affiliate marketer in the EWA Private Network.

26.     On or about October 26, 2009, Plaintiff received an email from "**EWA Private Network** <noreply@ewanetwork.com>" containing a message from EAGLE and GEVIRTZ stating that Plaintiff's "application to EWA Private Network has been received!"

27.     On or about November 2, 2009, Plaintiff received an email from "**EWA Private Network** <noreply@ewanetwork.com>" containing a message from EAGLE and GEVIRTZ stating, in part, "Your application has been approved for EWA Private Network!" The email also stated that Plaintiff would be paid for his work as an affiliate marketer "weekly from day 1, with no threshold."

28.     Prior to becoming an affiliate marketer for Defendants, the Defendants falsely represented to Plaintiff and other affiliate marketers that EWA Private Network pays affiliates "more" and "quicker" than other affiliate networks, and that it "pay[s] on time to all affiliates."

6

29.     At all relevant times, Defendants published information on their Internet-based dashboard identifying the advertising campaigns that could be promoted by its affiliate marketers, such as Plaintiff, in the EWA Private Network.  This information could be accessed by the affiliate marketers through the use of a Login code and password.   The dashboard would provide ad content for each advertiser's particular campaign, as well as specific commission rates that would be paid to the affiliate marketer, through the Defendants, for successfully promoting a particular advertiser's campaign.

30.     At all relevant times, Defendants also published payment terms on their website stating how quickly their affiliate marketers would be paid commissions for working on a campaign.  These payment terms changed from time to time, however, under all circumstances, payment was to be made by the Defendants to the affiliate marketers by no later than 30 days after successfully working on a campaign, such as by referring a sale to Defendants' clients.

31.     Plaintiff performed valuable services as an affiliate marketer for the Defendants' and their advertising clients on a regular basis from November 2009 through January 2013.

32.     At all relevant times, Defendants compiled data in a real-time report that was tailored to each of the affiliate marketers, such as Plaintiff, and that was available on the Defendants' Internet dashboard (the "**Data Report**").  The Data Report would reflect, *inter alia*, the specific advertising campaigns that each affiliate marketer worked on and the commissions earned and owed to the affiliate marketers, such as Plaintiff.

33.     From November 2009 through January 2013, Plaintiff earned, and is owed, commissions totaling $31,608.73 from the Defendants for his services as an affiliate marketer in the EWA Private Network.   A true and accurate copy of the Data Report reflecting commissions earned by Plaintiff as part of the EWA Private Network is attached hereto as **Exhibit A**.

34.     Defendants never paid Plaintiff any commissions for any of the services he provided as an affiliate marketer in the Defendants' EWA Private Network.

35.     Defendants never claimed that Plaintiff failed to perform any aspect of the affiliate marketing services for the Defendants or their advertising clients.

36.     On information and belief, there were thousands of other affiliate marketers in the EWA Private Network, and many of them were not paid in full by the Defendants for their services.

## EAGLE and GEVIRTZ Used the Defendant Entities to Avoid Personal Liability and Defraud The Affiliate Marketers

37.     On information and belief, at all relevant times, EAGLE and GEVIRTZ treated and operated EWAPN, EWA and ENI as a single enterprise in furtherance of the EWA Private Network and as mere façades in order to avoid their own personal liability.

38.     For example, at all relevant times, EAGLE and GEVIRTZ represented to the Plaintiff and the general public that the EWA Private Network was not only a partnership between them, but that it was also owned and/or operated by EWA and/or ENI.    Likewise, EAGLE and GEVIRTZ also represented to the Plaintiff and the general public that they were each a "Managing Partner" of EWA and/or ENI in relation to EWA Private Network.

39.     Upholding the separate corporate existences of EWAPN, EWA and ENI would have the effect of encouraging fraud, promoting injustice and/or promoting the inequitable consequence of allowing the Defendant entities, EAGLE and GEVIRTZ to avoid their payment obligations to their affiliate marketers, such as Plaintiff.

40.     The aforementioned acts and omissions effectively created a unity of interest and ownership between EAGLE and GEVIRTZ and the Defendant entities such that any separate

8

personalities between EAGLE and GEVIRTZ and the Defendant entities no longer existed. As

such, the Defendant entities were the alter egos of EAGLE and GEVIRTZ.

41.    On information and belief, at all relevant times, the Defendant entities were

inadequately capitalized and insolvent or effectively insolvent.

42.    On information and belief, at all relevant times, EAGLE and/or GEVIRTZ failed

to put at risk unencumbered capital reasonably adequate to address the prospective liabilities of

EWAPN, EWA and ENI, especially in comparison to the volume of business seemingly

generated by the affiliate marketers in the EWA Private Network.

43.    At all relevant times, the Defendants had knowledge of the past, current and

projected financial condition of EWAPN, EWA and ENI, including the Defendants' inability to

pay commissions to their affiliate marketers, and the Defendants' concealed that information

from Plaintiff and other affiliate marketers.

44.    At all relevant times from at least early 2012 to February 15, 2013, EAGLE,

GEVIRTZ and the Defendant entities engaged in a scheme to defraud affiliate marketers, such as

Plaintiff, to continue providing affiliate marketing services despite the fact that the Defendant

entities were inadequately capitalized, were either insolvent or effectively insolvent, and were

unable to pay commissions earned by their affiliate marketers, such as Plaintiff.

45.    In furtherance of their scheme to defraud, at all relevant times from at least

February 2012 through February 15, 2013, the Defendants intentionally concealed from Plaintiff

and other affiliate marketers that EWAPN, EWA and ENI had been incurring massive losses and

that the Defendants had been seeking outside investors to resolve the staggering debt issues they

were facing.

9

46.    In furtherance of their scheme to defraud, starting no later than June 7, 2012, the Defendants falsely and repeatedly represented to the Plaintiff and the general public that EWA Private Network was a "debt free" internet advertising company.

47.    In furtherance of their scheme to defraud, on several occasions in 2012 and in early 2013, at the direction of EAGLE and/or GEVIRTZ, employees of one or more of the Defendant entities falsely represented to Plaintiff that past due commission payments would be made if he agreed to push more Internet traffic on behalf of the Defendants' advertising clients.

48.    In furtherance of their scheme to defraud, on or about January 17, 2013, EAGLE sent Plaintiff an e-mail and falsely represented to Plaintiff that Defendants "now have the ability to pay daily (or 2x a week)" and that "[t]his should be a quick way to resolve the outstanding[]" amount owed to Plaintiff.

49.    On or about February 15, 2013, EAGLE sent an email to all of its affiliate marketers, including Plaintiff, stating that EWA Private Network had "incurred massive losses" and that EAGLE had "spent upwards of a year seeking individuals and companies to invest into EWA" but that no such investor could be found.  EAGLE also stated to all affiliates that "[w]e have decided that it's time to close our doors while we continue to seek a new investor to take over the company.  Meanwhile, we will be . . . liquidating our receivables and sell [sic] our assets in a way to repay outstanding payables."

50.    On or about February 15, 2013, EAGLE sent an email to all of its affiliate marketers, including Plaintiff, stating that as of March 1, 2013, EWA would be pausing all traffic to EWA publishers, such as Plaintiff.

10

51.     On information and belief, the Defendants have continued to operate the EWA Private Network since February 15, 2013, including the acceptance of new affiliate marketers into the EWA Private Network.

### Class Allegations Common to All Counts

52.     A class action is warranted on the claims in this Complaint because, on information and belief, the class is so numerous that joinder of all members is impracticable.

53.     Plaintiff will fairly and adequately protect the interests of other class members. Plaintiff's counsel are experienced in handling class actions, claims involving civil fraud and complex commercial litigation. Neither Plaintiff nor Plaintiff's counsel has any interests adverse to, or in conflict with, the absent class members.

54.     A class action is an appropriate method for adjudicating this controversy fairly and efficiently. The interest of each individual class member in controlling the prosecution of separate claims is small and individual actions are not economically feasible.

### COUNT I

### PIERCING THE CORPORATE VEIL

### (Against all Defendants)

55.     Plaintiff realleges and incorporates by reference paragraphs 1-54 as if set forth fully herein.

56.     Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

11

     A.     All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

57.     A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

     A.     Whether EAGLE and GEVIRTZ treated and operated EWAPN, EWA and ENI as a single enterprise in furtherance of the EWA Private Network and as mere façades in order to avoid their own personal liability;

     B.     Whether the Defendant entities were inadequately capitalized and insolvent or effectively insolvent;

     C.     Whether EAGLE and/or GEVIRTZ failed to put at risk unencumbered capital reasonably adequate to address the prospective liabilities of EWAPN, EWA and ENI;

     D.     Whether the Defendants engaged in a scheme to defraud the affiliate marketers in the EWA Private Network; and,

     E.     Whether the corporate veil of the Defendant entities should be pierced to impose personal liability on EAGLE and GEVIRTZ.

58.     At all relevant times, EWAPN, EWA and ENI were controlled by EAGLE and GEVIRTZ and there was such a unity of interest and ownership between EAGLE and GEVIRTZ, on the one hand, and EWAPN, EWA and ENI on the other hand, that any separate personalities between EAGLE and GEVIRTZ and the Defendant entities no longer existed.  As such, EWAPN, EWA and ENI were the alter egos of EAGLE and GEVIRTZ.

59.     Upholding the separate corporate existence of EWA and ENI would sanction a fraud and/or promote injustice.

12

60.     By virtue of the aforementioned acts and omissions, this Court should disregard and pierce the corporate veil of EWAPN, EWA and ENI and impose personal liability on EAGLE and GEVIRTZ for all claims asserted in this Complaint.

61.     Absent this relief, the Defendants will have been allowed to perpetrated a fraud and other illegal acts on the Plaintiff and all other unpaid affiliate marketers that provided services to the Defendants.

WHEREFORE, the Plaintiff, individually and on behalf of a class of all other similarly situated persons, prays for entry of an order and judgment piercing the corporate veil of EWAPN, EWA and ENI and imposing personal liability on Defendants RYAN EAGLE and HARRISON DONALD GEVIRTZ for compensatory damages, punitive damages, prejudgment interest and post-judgment interest and allowable costs in connection with all claims asserted in this Complaint, and for such other and further relief as this honorable Court deems just and proper.

## COUNT II

### PARTNER LIABILITY

#### (Against EAGLE and GEVIRTZ)

62.     Plaintiff realleges and incorporates by reference paragraphs 1-61 as if set forth fully herein.

63.     Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

13

A.   All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

64.   A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

A.   Whether EAGLE and GEVIRTZ formed a partnership to operate the EWA Private Network;

B.   Whether EAGLE and GEVIRTZ, by words or conduct, held themselves out to be partners of each other in EWAPN and the operation of the EWA Private Network;

C.   Whether EAGLE and GEVIRTZ consented to being represented by each other, EWAPN, EWA and ENI as partners in EWAPN and the operation of the EWA Private Network;

D.   Whether the representations that EAGLE and GEVIRTZ were partners in relation EWAPN and the EWA Private Network were made in a public manner with the consent or acquiescence of EAGLE and GEVIRTZ; and,

E.   Whether EAGLE and GEVIRTZ should be held personally liable to the Plaintiff and the class as partners of EWAPN and the EWA Private Network.

65.   Pursuant to Section 306 of the Uniform Partnership Act (1997), 805 ILCS 206/306, EAGLE and GEVIRTZ, as partners in EWAPN and the operation of the EWA Private Network, are jointly and severally liable for all obligations of EWAPN to the Plaintiff in connection with his participation in the EWA Private Network.

66.   Pleading in the alternative, pursuant to Section 308 of the Uniform Partnership Act (1997), 805 ILCS 206/308, EAGLE and GEVIRTZ are also liable as partners of EWAPN and in connection with the operation of the EWA Private Network under a theory of apparent partnership or partnership by estoppel.

14

67.    EAGLE and GEVIRTZ, by words or conduct to Plaintiff, purported to be partners of each other in EWAPN and the operation of the EWA Private Network.  Therefore, EAGLE and GEVIRTZ are jointly and severally liable to Plaintiff because Plaintiff relied on that representation in deciding to join the EWA Private Network and in deciding to continue providing affiliate marketing services on behalf of the Defendants' clients.

68.    Likewise, EAGLE and GEVIRTZ consented to being represented by each other, EWAPN, EWA and ENI as partners in EWAPN and the operation of the EWA Private Network. Therefore, EAGLE and GEVIRTZ are jointly and severally liable to Plaintiff because Plaintiff relied on that representation in deciding to join the EWA Private Network and continuing to provide affiliate marketing services on behalf of the Defendants' clients.

69.    The representations that EAGLE and GEVIRTZ were partners in relation EWAPN and the EWA Private Network also were made in a public manner with the consent or acquiescence of EAGLE and GEVIRTZ, for example, on websites and blogs controlled by EAGLE and GEVIRTZ, including www.eaglewebassets.com and on their personal biography pages on said websites.

70.    The Defendants all consented to, and promoted, the representation that EAGLE and GEVIRTZ were partners in EWAPN and the EWA Private Network.

71.    By virtue of the aforementioned acts, this Court should enter judgment against EAGLE and GEVIRTZ, jointly and severally, as partners in EWAPN and in connection with the operation of the EWA Private Network in Plaintiff's favor on all claims asserted in this Complaint against EWAPN.

15

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against Defendants EAGLE and GEVIRTZ, jointly and severally, as partners in EWAPN and in connection with the operation of the EWA Private Network on all claims asserted against EWAPN in this Complaint, as follows:

A.    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

B.    Awarding compensatory damages;

C.    Awarding punitive damages;

D.    Awarding prejudgment interest;

E.    Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT III

## COMMON LAW FRAUD

### (Against All Defendants)

72.    Plaintiff realleges and incorporates by reference paragraphs 1-71 as if set forth fully herein.

73.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

A.    All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

16

74.    A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

A.    Whether the Defendants concealed from the class that EWAPN, EWA and/or ENI were inadequately capitalized and unable to make commission payments to the affiliate marketers;

B.    Whether the Defendants falsely represented to the class that the company operating the EWA Private Network was a "debt free" company;

C.    Whether the Defendants concealed from the class that EWAPN, EWA and ENI had been incurring massive losses from early 2012 through February 2013;

D.    Whether the Defendants concealed from the class for over one year that Defendants had been seeking outside investors to resolve the staggering debt issues they were facing since at least early 2012;

E.    Whether the Defendants falsely represented to the class that they had a present ability to pay the class if the class members continued to drive more traffic through the EWA Private Network; and,

F.    Whether the class relied on the false representations and/or concealment of material facts by the Defendants by continuing to provide affiliate marketing services to the Defendants.

75.    Defendants made one or more false statements of material fact to, or concealed certain material facts from, Plaintiff.

76.    Defendants knew or should have known that their statements were false or were made with reckless disregard for their truth or falsity, and/or that their concealment of certain facts were material to the Plaintiff.

77.    Defendants intended for the Plaintiff to rely on the false statements of material fact and/or concealment of material facts, and the Plaintiff did in fact rely on them, causing the Plaintiff significant damages.

17

78.     Defendants knowingly participated in, and received and retained benefits from, the aforementioned fraudulent conduct, and are thus liable for the fraud.

79.     To the extent that the Defendants' conduct was willful and wanton, and in utter disregard of the rights and interests of Plaintiff, Plaintiff is entitled to an award of punitive damages to deter the Defendants from engaging in similar conduct in the future

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON DONALD GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

A.      Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

B.      Awarding compensatory damages;

C.      Awarding punitive damages;

D.      Awarding prejudgment interest;

E.      Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT IV

### PROMISSORY FRAUD

### (Against All Defendants)

80.     Plaintiff realleges and incorporates by reference paragraphs 1-71 as if set forth fully herein.

18

81.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

A.    All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

82.    A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

A.    Whether the Defendants engaged in a scheme to defraud the class into continuing to provide affiliate marketing services despite the fact that the Defendant entities were inadequately capitalized, were either insolvent or effectively insolvent, and were unable to pay commissions earned by their affiliate marketers;

B.    Whether the Defendants concealed from the class that EWAPN, EWA and/or ENI were inadequately capitalized and unable to make commission payments to the affiliate marketers;

C.    Whether the Defendants falsely represented to the class that the company operating the EWA Private Network was a "debt free" company;

D.    Whether the Defendants concealed from the class that EWAPN, EWA and ENI had been incurring massive losses from early 2012 through February 2013;

E.    Whether the Defendants concealed from the class for over one year that Defendants had been seeking outside investors to resolve the staggering debt issues they were facing since at least early 2012;

F.    Whether the Defendants falsely represented to the class that they had a present ability to pay the class if the class members continued to drive more traffic through the EWA Private Network; and,

G.    Whether the class relied on the false representations and/or concealment of material facts by the Defendants by continuing to provide affiliate marketing services to the Defendants.

19

83.    At all relevant times from at least early 2012 to February 15, 2013, EAGLE, GEVIRTZ and the Defendant entities engaged in a scheme to defraud affiliate marketers, such as Plaintiff, to continue providing affiliate marketing services for the Defendants' clients despite the fact that the Defendant entities were inadequately capitalized, were either insolvent or effectively insolvent, and were unable to pay commissions earned by their affiliate marketers, such as Plaintiff.

84.    In furtherance of this scheme to defraud, the Defendants made one or more false and material statements of fact or promises that they never intended to keep, or concealed material information from Plaintiff when they were under a duty to speak, and intended for Plaintiff rely on their false promises and lies.

85.    The Defendants knew or believed that their statements were false, or the statements were made with a reckless disregard of whether they were true or false.

86.    Plaintiff reasonably believed, and justifiably relied upon, the Defendants' lies by, *inter alia*, continuing to participate in the EWA Private Network and driving more traffic through the EWA Private Network for Defendants' advertising clients.   Had the Plaintiff known that the Defendants were lying to him, he would not have continued providing services through the EWA Private Network.

87.    Defendants' conduct proximately caused Plaintiff to suffer damages.

88.    At all relevant times, EAGLE and GEVIRTZ were managing partners, officers and/or directors of EWAPN, EWA and ENI that directed, orchestrated and/or actively participated in the aforementioned acts and/or omissions.   Accordingly, they are individually liable to Plaintiff for their acts and omissions.

20

89.    To the extent that the Defendants' conduct was willful and wanton, and in utter disregard of the rights and interests of Plaintiff, Plaintiff is entitled to an award of punitive damages to deter the Defendants from engaging in similar conduct in the future.

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON DONALD GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

> A.    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;
>
> B.    Awarding compensatory damages;
>
> C.    Awarding punitive damages;
>
> D.    Awarding prejudgment interest;
>
> E.    Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT V

### CONVERSION

### (Against All Defendants)

90.    Plaintiff realleges and incorporates by reference paragraphs 1-89 as if set forth fully herein.

91.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

21

      A.      All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

92.     A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

      A.      Whether the class had an absolute and unconditional right of the immediate possession to that portion of the payment made by Defendants' advertising clients to the Defendants on behalf of Plaintiffs representing the commissions earned by the Plaintiff and the class; and,

      B.      Whether one or more of the Defendants wrongfully and without authorization has assumed control, dominion or ownership over the commissions earned by the Plaintiff and the class.

93.     Plaintiff has an absolute and unconditional right to the immediate possession of that portion of the payment made by Defendants' advertising clients representing the commissions earned by the Plaintiff that were forwarded to the Defendants in connection with specific affiliate marketing campaigns worked on by the Plaintiff.

94.     Plaintiff has made one or more demands on the Defendants to obtain the commission payments.

95.     One or more of the Defendants wrongfully and without authorization has assumed control, dominion or ownership over the Plaintiff's commissions.

96.     Plaintiff has sustained substantial damages as a proximate result of the Defendants' actions and is entitled to those damages plus interest on said amount.

97.     To the extent that the Defendants' conduct was willful and wanton, and in utter disregard of the rights and interests of Plaintiff, Plaintiff is entitled to an award of punitive damages to deter the Defendants from engaging in similar conduct in the future.

<p style="text-align:center">22</p>

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON DONALD GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

A.    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

B.    Awarding compensatory damages;

C.    Awarding punitive damages;

D.    Awarding prejudgment interest; and,

E.    Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT VI

## BREACH OF CONTRACT

### (Against All Defendants)

98.    Plaintiff realleges and incorporates by reference paragraphs 1-71 as if set forth fully herein.

99.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

A.    All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within ten years prior to the filing of this action did not receive payment of all commissions earned.

23

100.     A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

      A.      Whether the Defendants entered into contracts with the class for the provision of affiliate marketing services on behalf of Defendants' advertising clients; and,

      B.      Whether the Defendants breached the contracts with the class members by not paying the class members commissions earned in providing affiliate marketing services for the Defendants.

101.     Plaintiff entered into an agreement with the Defendants whereby the Defendants agreed to pay Plaintiff a commission for providing affiliate marketing services on behalf of the Defendants' advertising clients, according to rates and terms published by the Defendants.

102.     The Defendants breached the agreement by failing to pay Plaintiff the commissions that he earned.

103.     At all relevant times, Plaintiff performed all of his obligations pursuant to the agreement.

104.     As a direct and proximate result of the breach of this agreement, Plaintiff has suffered damages in an amount to be proven at trial.

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

      A.      Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

      B.      Awarding compensatory damages;

<center>24</center>

C.    Awarding prejudgment interest;

D.    Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT VII

### BREACH OF CONTRACT IMPLIED IN FACT

#### (Against All Defendants)

105.    Pleading in the alternative to Count VI, Plaintiff realleges and incorporates by reference paragraphs 1-71 as if set forth fully herein.

106.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

A.    All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

107.    A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

A.    Whether the actions and writings of the Defendants created a contract implied in fact between the Defendants and members of the class whereby the Defendants agreed to pay the class members commission for providing affiliate marketing services; and,

B.    Whether the Defendants breached the contracts with the class members by not paying the class members commissions earned in providing affiliate marketing services for the Defendants.

25

108.    The actions and writings of the Defendants created a contract implied in fact between the Defendants and Plaintiff whereby the Defendants agreed to pay Plaintiff the commissions reflected in the Data Report as compensation for the Plaintiff's services as an affiliate marketer.

109.    Plaintiff has performed all of its obligations under the implied in fact contract.

110.    Without fault on the part of the Plaintiff, the Defendants breached the contract by failing to pay Plaintiff the commissions that he has earned.

111.    As a direct and proximate result of the conduct of the Defendants, Plaintiff has suffered damages in the amount of at least $31,608.73.

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

A.    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

B.    Awarding compensatory damages;

C.    Awarding prejudgment interest;

D.    Awarding such other and further relief as this honorable Court deems just and proper.

26

## COUNT VIII

### PROMISSORY ESTOPPEL

### (Against All Defendants)

112.    Pleading in the alternative to Counts VI and VII, Plaintiff realleges and incorporates by reference paragraphs 1-71 as if set forth fully herein.

113.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

        A.    All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

114.    A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

        A.    Whether the Defendants repeatedly made certain unambiguous promises to the class that they would be paid commissions for the services they performed as affiliate marketer in the EWA Private Network pursuant to the terms and conditions of each advertiser's particular campaign;

115.    The Defendants repeatedly made certain unambiguous promises to Plaintiff that he would be paid commissions for the services he performed as an affiliate marketer in the EWA Private Network pursuant to the terms and conditions of each advertiser's particular campaign.

116.    Plaintiff relied on the Defendants' promises by continuing to provide services to the Defendants and by foregoing alternative employment.

117.    Plaintiffs' reliance was expected and foreseeable by the Defendants.

118.    Plaintiff has suffered damages by virtue of his reliance on the Defendants' promises in the amount of at least $31,608.73.

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

A.    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

B.    Awarding compensatory damages;

C.    Awarding prejudgment interest;

D.    Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT IX

### UNJUST ENRICHMENT

### (Against All Defendants)

119.    Pleading in the alternative to Counts VI and VII, Plaintiff realleges and incorporates by reference paragraphs 1-71 as if set forth fully herein.

120.    Pursuant to 735 ILCS 5/2-801, Plaintiff brings the following claim on behalf of the following class of persons:

A.    All persons who (a) rendered affiliate marketing services through the EWA Private Network and (b) within five years prior to the filing of this action did not receive payment of all commissions earned.

28

121.    A class action is warranted on this claim because there are questions of law or fact common to the class predominating over questions affecting only individual class members, including, without limitation:

A.    Whether, by accepting the services performed by the Plaintiff and class on a continuous basis without paying the Plaintiff and class the commissions that they earned, the Defendants have retained a benefit to the detriment of class; and,

B.    Whether the retention of this benefit by the Defendants violates fundamental principles of justice, equity, and good conscience.

122.    By accepting the services performed by Plaintiff on a continuous basis without paying Plaintiff the commissions that he earned, Defendants have retained a benefit to the detriment of Plaintiff.

123.    The retention of this benefit by the Defendants violates fundamental principles of justice, equity, and good conscience.

124.    An express contract did not govern the relationship between Plaintiff and the Defendants.

125.    The Defendants have been unjustly enriched by this conduct causing Plaintiff to suffer damages in the amount of at least $31,608.73.

WHEREFORE, Plaintiff, RONAN PETILLON, individually and on behalf of a class of all other similarly situated persons, prays that the Court enter a judgment in his favor and against the Defendants RYAN EAGLE, HARRISON GEVIRTZ, EAGLE WEB ASSETS PRIVATE NETWORK, EWA and ENI as follows:

A.    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

29

B.    Awarding compensatory damages;

C.    Awarding prejudgment interest; and,

D.    Awarding such other and further relief as this honorable Court deems just and proper.

## COUNT X

## IMPOSITION OF A CONSTRUCTIVE TRUST

### (Against all Defendants)

126.    Plaintiff realleges and incorporates by reference paragraphs 1-97 and 112-125 as if set forth fully herein.

127.    Plaintiff seeks the imposition of a constructive trust on the commission payments that are owed to Plaintiff and members of the class which constitute their identifiable property.

128.    One or more of the Defendants or other persons have wrongful possession of the funds or their product, or said funds are traceable to one or more of the Defendants or other persons.

129.    The imposition of a constructive trust on the funds entrusted to one or more of the Defendants is warranted given the aforementioned acts and omissions of the Defendants that constitute, *inter alia*, fraud, promissory fraud, conversion and unjust enrichment.

130.    Plaintiff has no adequate remedy at law.

WHEREFORE, based upon principles of equity, good conscience and unjust enrichment, the Plaintiff prays that this Court enter an immediate order:

(a)    Certifying that the present case may be properly maintained as a class action, appointing Plaintiff RONAN PETILLON as the representative of the class, and appointing Plaintiff's counsel as counsel for the class;

30

(b)     Imposing a constructive trust on the funds of the Plaintiff and members of the class in the possession of one or more of the Defendants or other persons, for the benefit of the Plaintiff and members of the class;

(c)     Enjoining and restraining the Defendants, and all of their officers, directors, shareholders, employees, agents, representatives and any other persons acting in concert with, or for the benefit of the Defendants from transferring, selling, assigning, conveying or otherwise dissipating the property and funds of the Plaintiff and members of the class in their possession, custody or control until further order of this Court;

(d)     Ordering the Defendants to place said funds into an escrow account approved by the Plaintiff and the Court pending resolution of the claims in this lawsuit;

(e)     Ordering the Defendants and all of their officers, directors, shareholders, employees, agents, representatives and any other persons acting in concert with, or for the benefit of, the Defendants to immediately turn over and produce to the Plaintiff all of the books and records in their possession, custody or control that will aid in the tracing and identification of the funds of Plaintiff and the class members; and,

(f)     Granting such other and further relief as this Court deems just and proper.


## JURY DEMAND

Plaintiff demands a trial by jury on all claims so triable.


Respectfully submitted,

RONAN PETILLON, individually
and as the representative of a class of similarly
situated persons

By: _____
One of Plaintiff's Attorneys


31

Antonio DeBlasio
Margaret M. Donnell
David M. Gower
DeBlasio & Donnell LLC
2001 Midwest Road | Suite 100
Oak Brook, Illinois 60523
Tel.  (630) 560-1123
Fax  (630) 560-1144
deblasio@dd-lawfirm.com
donnell@dd-lawfirm.com
gower@dd-lawfirm.com

32



 PRIVATE NETWORK

Welcome Back  Ronan PETILLON!
Affiliate ID: 108486 | My Account | API | Logout

HOME    MY OFFERS    REQUEST OFFERS    REPORTING    WEEKLY CAMPAIGN GUIDES

## Campaign Performance

### Criteria

| Date Range: | Custom | From: | 01/01/2009 | To: | 12/31/2009 | Generate Report |
| --- | --- | --- | --- | --- | --- | --- |
| Show Campaigns: | With Commission | | | | | |

### Results

Export

Warning

| | CID | Campaign | Status | Payout | I | C | Q | A | CTR | Approved % | eCPM | EPC | Commission |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| INDEPENDANT | | | | | 0 | 1687 | | | 0.00 % | 1.35 % | $0.00 | $0.05 | $56.40 |
| | 110709 | • Dating - Real Mature Singles | Paused | $5.90 | 0 | | | | 0.00 % | 10.53 % | $0.00 | $0.62 | $11.80 |
| | 106226 | Black People Meet | Paused | $3.25 | 0 | | | | 0.00 % | 2.27 % | $0.00 | $0.07 | $3.25 |
| | 107428 | Dating - Dream Marriage (Inter... | Paused | $3.35 | 0 | 430 | | | 0.00 % | 1.15 % | $0.00 | $0.04 | $16.75 |
| | 106644 | Dating - Facebook App Install ... | Paused | $3.60 | 0 | | | | 0.00 % | 25.00 % | $0.00 | $0.90 | $3.60 |
| | 106907 | Dating - Facebook App Install ... | Paused | $3.40 | 0 | 17 | 1 | | 0.00 % | 5.88 % | $0.00 | $0.20 | $3.40 |
| | 106835 | Dating - JDate.com : Jewish Da... | Paused | $4.55 | 0 | 56 | 1 | | 0.00 % | 1.79 % | $0.00 | $0.08 | $4.55 |
| | 105669 | Dating - SinglesNet : Brunette... | Paused | $4.35 | 0 | 31 | 3 | 3 | 0.00 % | 9.68 % | $0.00 | $0.42 | $13.05 |



Welcome Back Ronan PETILLON!
Affiliate ID: 108486 | My Account | API | Logout

HOME    MY OFFERS    REQUEST OFFERS    REPORTING    WEEKLY CAMPAIGN GUIDES

## Campaign Performance

Criteria

| Date Range: | Custom | From: | 01/01/2010 | To: | 12/31/2010 | Generate Report |
|---|---|---|---|---|---|---|
| Show Campaigns: | With Commission | | | | | |

Results

Export



| | CID | Campaign | Status | Payout | I | C | Q | A | CTR | Approved % | eCPM | EPC | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEPENDANT | | | | | 0 | | | | 0.00 % | 9.49 % | $0.00 | $0.38 | $3,774.53 |
| | 113333 | Dating - Date Match : Chat L... | Paused | $3.60 | 0 | 75 | 5 | 5 | 0.00 % | 6.67 % | $0.00 | $0.24 | $18.00 |
| | 119453 | Dating - Zoosk.com Canada (1... | Paused | $4.00 | 0 | 1,131 | 114 | 114 | 0.00 % | 10.08 % | $0.00 | $0.40 | $456.00 |
| | 127815 | Dating - 40 Plus Singles Searc... | Paused | $4.00 | 0 | 12 | 1 | 1 | 0.00 % | 8.33 % | $0.00 | $0.33 | $4.00 |
| | 109808 | Dating - Be Naughty Ireland (I... | Paused | $4.25 | 0 | 38 | 1 | 1 | 0.00 % | 2.63 % | $0.00 | $0.11 | $4.25 |
| | 132171 | Dating - Be2 : Jewish (35+) (U... | Paused | $3.20 | 0 | 17 | 4 | 4 | 0.00 % | 23.53 % | $0.00 | $0.75 | $12.80 |
| | 124198 | Dating - Black People Meet (US... | Live | $2.80 | 0 | 49 | 2 | 2 | 0.00 % | 4.08 % | $0.00 | $0.11 | $5.60 |
| | 133472 | Dating - Cupid.com : Blonde Au... | Paused | $4.25 | 0 | 2 | 2 | 2 | 0.00 % | 100.00 % | $0.00 | $4.25 | $8.50 |
| | 141550 | Dating - Cupid.com India (25+... | Paused | $0.35 | 0 | 23 | 2 | 2 | 0.00 % | 8.70 % | $0.00 | $0.03 | $0.70 |

Exhibit 13

| | ID | Campaign | Status | Bid | | | | | | CTR | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 33472 | Dating - Cupid.com : Blonde Au... | Paused | $4.25 | 0 | 2 | 2 | 2 | 0.00 % | 100.00 % | $0.00 | $4.25 | $8.50 |
| | 41559 | Dating - Cupid.com India (25+)... | Paused | $0.35 | 0 | 205 | 18 | 18 | 0.00 % | 8.78 % | $0.00 | $0.03 | $6.30 |
| | 33335 | Dating - Date Match : Blonde L... | Paused | $3.60 | 0 | 31 | 2 | 2 | 0.00 % | 6.45 % | $0.00 | $0.23 | $7.20 |
| | 107428 | Dating - Dream Marriage (Inter... | Paused | $3.35 | 0 | 716 | 29 | 29 | 0.00 % | 4.05 % | $0.00 | $0.14 | $97.15 |
| | 34521 | Dating - eDarling Poland (25+)... | Paused | $1.10 | 0 | 140 | 6 | 6 | 0.00 % | 4.29 % | $0.00 | $0.05 | $6.60 |
| | 20890 | Dating - Facebook App Install ... | Paused | $2.55 | 0 | 70 | 1 | 1 | 0.00 % | 1.43 % | $0.00 | $0.04 | $2.55 |
| | 19021 | Dating - Match.com : Default C... | Paused | $3.70 | 0 | 36 | 1 | 1 | 0.00 % | 2.78 % | $0.00 | $0.10 | $3.70 |
| | 19023 | Dating - Match.com : Default C... | Paused | $3.90 | 0 | 3,192 | 268 | 268 | 0.00 % | 8.40 % | $0.00 | $0.33 | $1,045.20 |
| | 33220 | Dating - Match.com : French La... | Paused | $3.70 | 0 | 100 | 4 | 4 | 0.00 % | 4.00 % | $0.00 | $0.15 | $14.80 |
| | 20389 | Dating - Mate1.com Blonde LP (... | Paused | $4.50 | 0 | 1,665 | 374 | 374 | 0.00 % | 22.46 % | $0.00 | $1.01 | $1,683.00 |
| | 19016 | Dating - Smaadi.com (Facebook)... | Paused | $5.50 | 0 | 389 | 42 | 42 | 0.00 % | 10.80 % | $0.00 | $0.59 | $231.00 |
| | 103247 | Dating - SinglesNet : African ... | Paused | $3.05 | 0 | 178 | 9 | 9 | 0.00 % | 5.06 % | $0.00 | $0.15 | $27.45 |
| | 103247 | Dating - SinglesNet : African ... | Paused | $3.30 | 0 | 60 | 6 | 6 | 0.00 % | 10.00 % | $0.00 | $0.33 | $19.80 |
| | 103247 | Dating - SinglesNet : African ... | Paused | $2.80 | 0 | 11 | 1 | 1 | 0.00 % | 9.09 % | $0.00 | $0.25 | $2.80 |
| | 137054 | Dating - SpeedDate (Male Only) | Paused | $2.95 | 0 | 106 | 9 | 9 | 0.00 % | 8.49 % | $0.00 | $0.25 | $26.55 |
| | 118499 | Dating - True Christian Single... | Paused | $2.80 | 0 | 159 | 20 | 20 | 0.00 % | 12.58 % | $0.00 | $0.35 | $56.00 |
| | 118499 | Dating - True Christian Single... | Paused | $2.25 | 0 | 42 | 4 | 4 | 0.00 % | 9.52 % | $0.00 | $0.21 | $9.00 |
| | 122453 | Dating - Zoosk.com Canada (CA) | Paused | $4.35 | 0 | 75 | 3 | 3 | 0.00 % | 4.00 % | $0.00 | $0.17 | $13.05 |
| | 140259 | Games - Farmerama Denmark (DK) | Paused | $1.75 | 0 | 9 | 1 | 1 | 0.00 % | 11.11 % | $0.00 | $0.19 | $1.75 |
| | 140259 | Games - Farmerama France (FR) | Paused | $1.40 | 0 | 20 | 1 | 1 | 0.00 % | 5.00 % | $0.00 | $0.07 | $1.40 |
| | 140259 | Games - Farmerama France (FR) | Paused | $1.44 | 0 | 23 | 3 | 3 | 0.00 % | 13.04 % | $0.00 | $0.19 | $4.32 |
| | 140262 | Games - Farmerama Italy (IT) | Paused | $1.44 | 0 | 68 | 4 | 4 | 0.00 % | 5.88 % | $0.00 | $0.08 | $3.76 |

 © Eagle Web Assets Inc. All Rights Reserved.
Home | About Us | Careers | Contact Us | EWA Blog

Follow Us On  

Exhibit 13



Welcome Back, Ronan PETILLON!
Affiliate ID: 108486 | My Account | API | Logout

HOME    MY OFFERS    REQUEST OFFERS    REPORTING    WEEKLY CAMPAIGN GUIDES

## Campaign Performance

### Criteria

| Date Range: | Custom | From: | 01/01/2011 | To: | 12/31/2011 | Generate Report |

Show Campaigns: With Commission

### Results

Export

| | CID | Campaign | Status | Payout | I | C | Q | A | CTR | Approved % | eCPM | EPC | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEPENDANT | | | | | | 128 | | | 0.00 % | 0.78 % | $0.00 | $0.01 | $1.44 |
| | 140259 | Games - Farmerama France (FR) | Paused | $1.44 | 0 | 15 | 1 | | 0.00 % | 6.67 % | $0.00 | $0.10 | $1.44 |

© Eagle Web Assets Inc. All Rights Reserved.
Home | About Us | Careers | Contact Us | EWA Blog

Follow Us On

Exhibit 13



Welcome Back, Ronan PETILLON!
Affiliate ID: 168486 | My Account | API | Logout

HOME     MY OFFERS     REQUEST OFFERS     REPORTING     WEEKLY CAMPAIGN GUIDES

## Campaign Performance

Criteria

| Date Range: | Custom | From: | 01/01/2012 | To: | 12/31/2012 | | Generate Report |
|---|---|---|---|---|---|---|---|

Show Campaigns: With Commission

Results

Export



| | CID | Campaign | Status | Payout | I | C | Q | A | CTR | Approved % | eCPM | EPC | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEPENDANT | | | | | 0 | 34,904 | 5,073 | 5,073 | 0.00 % | 14.53 % | $0.00 | $0.80 | $27,770.21 |
| | 198133 | Dating - Be2 (UK) (35+) (Multi... | Live | $6.90 | 0 | 170 | 31 | 31 | 0.00 % | 18.24 % | $0.00 | $1.26 | $213.90 |
| | 201999 | Dating - Be2 France (FR) (30+)... | Live | $4.41 | 0 | 0 | 1 | 1 | 0.00 % | 0.00 % | $0.00 | $0.00 | $4.41 |
| | 201999 | Dating - Be2 France (FR) (30+)... | Live | $4.50 | 0 | 127 | 1 | 1 | 0.00 % | 0.79 % | $0.00 | $0.04 | $4.50 |
| | 201999 | Dating - Be2 France (FR) (30+)... | Live | $4.40 | 0 | 822 | 214 | 214 | 0.00 % | 26.03 % | $0.00 | $1.15 | $941.60 |
| | 202023 | Dating - Be2 United Kingdom (U... | Live | $5.30 | 0 | 20 | 2 | 2 | 0.00 % | 10.00 % | $0.00 | $0.53 | $10.60 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $5.04 | 0 | 7,982 | 1,367 | 1,367 | 0.00 % | 17.17 % | $0.00 | $0.87 | $6,889.68 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $5.25 | 0 | 2,517 | 394 | 394 | 0.00 % | 15.65 % | $0.00 | $0.82 | $2,068.50 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $6.15 | 0 | | | | 0.00 % | 12.55 % | $0.00 | $0.77 | $6,781.00 |

Exhibit 13

Results

Export

Warning

| | CID | Campaign | Status | Payout | I | C | Q | A | CTR | Approved % | eCPM | EPC | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEPENDANT | | | | | 0 | 34,984 | 5,073 | 5,073 | 0.00 % | 14.53 % | $0.00 | $0.80 | $27,770.21 |
| | 196133 | Dating - Be2 (UK) (35+) (Multi... | Live | $6.90 | 0 | 170 | 31 | 31 | 0.00 % | 18.24 % | $0.00 | $1.26 | $213.90 |
| | 201999 | Dating - Be2 France (FR) (30+)... | Live | $4.41 | 0 | 0 | 1 | 1 | 0.00 % | 0.00 % | $0.00 | $0.00 | $4.41 |
| | 201999 | Dating - Be2 France (FR) (30+)... | Live | $4.50 | 0 | 127 | 1 | 1 | 0.00 % | 0.78 % | $0.00 | $0.04 | $4.50 |
| | 201999 | Dating - Be2 France (FR) (30+)... | Live | $4.40 | 0 | 822 | 214 | 214 | 0.00 % | 26.03 % | $0.00 | $1.15 | $941.60 |
| | 202023 | Dating - Be2 United Kingdom (U... | Live | $5.30 | 0 | 20 | 2 | 2 | 0.00 % | 10.00 % | $0.00 | $0.53 | $10.60 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $5.04 | 0 | 7,962 | 1,367 | 1,367 | 0.00 % | 17.17 % | $0.00 | $0.87 | $6,889.68 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $5.25 | 0 | 2,517 | 394 | 394 | 0.00 % | 15.65 % | $0.00 | $0.82 | $2,068.50 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $6.15 | 0 | 7,493 | 940 | 940 | 0.00 % | 12.55 % | $0.00 | $0.77 | $5,781.00 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $5.10 | 0 | 5,715 | 751 | 751 | 0.00 % | 13.14 % | $0.00 | $0.67 | $3,830.10 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $5.35 | 0 | 491 | 28 | 28 | 0.00 % | 5.70 % | $0.00 | $0.31 | $149.80 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $6.00 | 0 | 7,142 | 1,137 | 1,137 | 0.00 % | 15.92 % | $0.00 | $0.96 | $6,822.00 |
| | 219774 | Dating - eDates Germany (DE) (... | Live | $8.67 | 0 | 839 | 61 | 61 | 0.00 % | 7.27 % | $0.00 | $0.63 | $528.87 |
| | 219774 | Dating - eDates Germany (DE) (... | Live | $8.05 | 0 | 21 | 1 | 1 | 0.00 % | 4.76 % | $0.00 | $0.43 | $8.05 |
| | 205662 | Dating - Fever-Flirt Germany (... | Live | $5.75 | 0 | 29 | 1 | 1 | 0.00 % | 3.45 % | $0.00 | $0.20 | $5.75 |
| | 223839 | Dating - Granamor Spain (ES) (... | Paused | $3.55 | 0 | 1,471 | 143 | 143 | 0.00 % | 9.72 % | $0.00 | $0.35 | $507.65 |
| | 191994 | Games - Grand Fantasia France ... | Paused | $2.80 | 0 | 43 | 1 | 1 | 0.00 % | 2.33 % | $0.00 | $0.07 | $2.80 |

 © Eagle Web Assets Inc. All Rights Reserved.
Home | About Us | Careers | Contact Us | EWA Blog

Follow Us On 



Welcome Back, Ronan PETILLON!
Affiliate ID: 108486 | My Account | API | Logout

HOME    MY OFFERS    REQUEST OFFERS    REPORTING    WEEKLY CAMPAIGN GUIDES

## Campaign Performance

### Criteria

| Date Range: | Custom | From: | 01/01/2013 | To: | 12/31/2013 | Generate Report |

Show Campaigns: With Commission

### Results

Export



| | CID | Campaign | Status | Payout | I | C | Q | A | CTR | Approved % | eCPM | EPC | Commission |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INDEPENDANT | | | | | 0 | 0 | | 1 | 0.00 % | 0.00 % | $0.00 | $0.00 | $6.15 |
| | 219775 | Dating - eDates France (FR) (A... | Paused | $6.15 | 0 | 0 | | 1 | 0.00 % | 0.00 % | $0.00 | $0.00 | $6.15 |

© Eagle Web Assets Inc. All Rights Reserved.
Home | About Us | Careers | Contact Us | EWA Blog

Follow Us On

Exhibit 13

# EXHIBIT 14

THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Mark A. Johnson, State Bar No. 276753
701 B Street, Suite 1200
San Diego, California 92101-8107
Telephone:   (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiffs VALERIE COMTE
and HARRISON GEVIRTZ

**FILED**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

JUN 2 2 2012

GARY M. BLAIR, Executive Officer

BY _____
JACKIE VAZQUEZ, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

SATA BARBARA SUPERIOR COURT

**BY FAX**

| | |
|---|---|
| VALERIE COMTE and HARRISON GEVIRTZ, | Case No.: **1402454** |
| Plaintiffs, | COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT |
| vs. | |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

Plaintiffs allege:

1.     Plaintiffs VALERIE COMTE and HARRISON GEVIRTZ (hereinafter "Plaintiffs") are and at all times mentioned herein were, competent adults.

2.     Plaintiffs are informed and believe and thereupon allege that defendant FORD MOTOR COMPANY is a corporation.

3.     Defendants DOE 1 through DOE 10 inclusive are sued herein pursuant to California Code of Civil Procedure §474. DOE 1 through DOE 10 are each independently, or as a representative of another defendant in this suit, responsible in some manner for the causes of action set forth herein and the damages sustained by Plaintiffs.

///

1

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

1      4.     Plaintiffs purchased the subject 2011 Ford FLEX VIN: 2FMGK5CC6BBD12039

2 ("the subject vehicle") on or about September 12, 2012 from Perry Ford Lincoln Mercury Mazda

3 in Santa Barbara, California. The subject vehicle is a new motor vehicle that was bought

4 primarily for personal, family, or household purposes or it is a new motor vehicle with a gross

5 vehicle weight under 10,000 pounds that was bought or used primarily for business purposes by

6 an entity to which not more than five motor vehicles are registered in this state. The subject

7 vehicle is a "new motor vehicle" under the Song-Beverly Consumer Warranty Act, Civil Code

8 §§1790 et seq. (the "Act").

9      5.     Perry Ford Lincoln Mercury Mazda is engaged in the business of distributing or

10 selling consumer goods at retail. Plaintiffs are "buyers" under the Act.

11      6.     FORD MOTOR COMPANY manufactures, assembles, or produces consumer

12 goods. FORD MOTOR COMPANY is a "manufacturer" under the Act.

13      7.     FORD MOTOR COMPANY issued an "express warranty" to Plaintiffs in which,

14 *inter alia*, FORD MOTOR COMPANY undertook to preserve or maintain the utility or

15 performance of the subject vehicle. Said warranty was an integral factor in Plaintiffs' decision to

16 purchase the subject vehicle.

17      8.     The subject vehicle has suffered from nonconformity(s) to warranty, including,

18 but not limited to, defect(s) which have manifested in a recurrent loss of power, the vehicle

19 completely turning off resulting in loss of power, no steering, no brakes, the dashboard lights

20 turning off and the radio turning off, and rough steering. Said nonconformity(s) have

21 substantially impaired the vehicle's use, value, or safety to Plaintiffs.

22      9.     Plaintiff has delivered the vehicle to FORD MOTOR COMPANY or its

23 authorized repair facility(s) for repair of said nonconformity(s). FORD MOTOR COMPANY or

24 its authorized repair facility(s) have failed: to service or repair the subject vehicle to warranty

25 after a reasonable number of attempts; begin repairs within a reasonable time; and/or complete

26 repairs within thirty (30) days so as to conform to the applicable warranties.

27 ///

28

<div align="center">2</div>

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

10. The subject vehicle was not fit for the ordinary purposes for which such goods are used and was not of the same quality as those generally acceptable in the trade. FORD MOTOR COMPANY breached the implied warranty of merchantability and implied warranty of fitness. Plaintiffs are entitled to revoke acceptance of the subject vehicle under the Act.

11. FORD MOTOR COMPANY has not replaced the vehicle or otherwise made restitution to Plaintiffs pursuant to its obligations under the Act.

12. Plaintiffs are informed and believe and thereupon allege that FORD MOTOR COMPANY's refusal to replace the vehicle or make restitution to Plaintiffs was willful and not the result of a good faith and reasonable belief that the facts imposing said statutory obligation were absent.

13. Pursuant to the Act, Plaintiffs are entitled to restitution in an amount equal to the actual price paid or payable by Plaintiffs and collateral charges such as sales tax, license fees, registration fees, and other official fees less an amount directly attributable to use by Plaintiffs prior to the time Plaintiffs first delivered the vehicle for repair.

14. Plaintiffs are entitled to recover incidental, consequential, and general damages, including, but not limited to, reasonable repair, towing, and rental car costs actually incurred by Plaintiffs.

15. Plaintiffs are entitled to recover a civil penalty up to two times the amount of actual damages for FORD MOTOR COMPANY's willful refusal to comply with its statutory obligations under the Act.

16. Plaintiffs are entitled to recover a sum equal to the aggregate amount of costs and expenses including attorney's fees based on actual time expended and reasonably incurred in connection with the commencement and prosecution of this action.

///

///

///

///

3

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

1    WHEREFORE, Plaintiffs pray judgment against FORD MOTOR COMPANY as

2  follows:

3    1.    For actual damages, including collateral charges, and incidental, consequential,

4  and general damages.    To date, such damages include, but are not limited to, in amounts

5  according to proof, Plaintiffs' down payment ($7,500.00), monthly finance payments to date (est.

6  $8,399.30), current vehicle registration ($395.00), rental car expense(s) ($ATP), and, in amounts

7  according to proof, pay off of the vehicle loan, future vehicle finance payments, repair

8  expense(s), expenses inadvertently omitted herein, and other future expenses reasonably incurred

9  by Plaintiffs in connection with this action; and

10    2.    For a civil penalty up to two times the amount of actual damages; and

11    3.    For rescission of the contract and restitution of consideration; and

12    4.    For interest on said sum from date of rescission to date of judgment herein; and

13    5.    For attorney's fees based on actual time expended and reasonably incurred in

14  connection with the commencement and prosecution of this action; and

15    6.    For costs of suit incurred in connection with the commencement and prosecution

16  of this action; and

17    7.    For such other and further relief as the court deems proper.

18

19

20  DATED: June 21, 2012                    THE BICKEL LAW FIRM, INC.
                                            Attorneys for Plaintiffs

21

22                                    By: _____

23                                            MARK A. JOHNSON

24

25

26

27

28

<div align="center">4</div>

COMPLAINT FOR VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT

# EXHIBIT 15

## *2012CV802915, Colorado Department Of Revenue Vs. Gevirtz, Harrison*

CO District & County - Denver

Denver District

**This case was retrieved on 11/19/2019**

## Header

**Case Number:** 2012CV802915
**Date Filed:** 01/13/2012
**Date Full Case Retrieved:** 11/19/2019
**Status:** Unknown
**Misc:** Distraint Warrant; District Civil

## Summary

**Judge**: Distraint Warrant - Admin Officer(900333)
**Court**: Denver District
**Division**: DW
**Efiled**: Y
**Appealed**: N
**Case Closed Date**: 2012-01-13

## Participants

| Litigants | Attorneys |
|---|---|
| Colorado Department Of Revenue | |
| **Plaintiff** | |
| Gevirtz, Harrison | |
| **Defendant** | |

## Judgments

| # | Date | Details |
|---|---|---|
| 1 | 2012-01-13 | Judgment Entered |
| | | Status: UNSATISFIED |
| | | Judge: Distraint Warrant - Admin Officer |
| | | Judge BAR: 900333 |
| | | Creditor: Colorado Department Of Revenue |
| | | Debtor :Gevirtz, Harrison |
| | | Principal 13660.00 |

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 01/13/2012 | | Distraint Warrant | ENTRYCODE DSWR |
| 01/13/2012 | | Case Closed | ENTRYCODE |

Exhibit 15

2012CV802915, Colorado Department Of Revenue Vs. Gevirtz, Harrison

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
|      |   |                 | CLAD    |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**