1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ACQUISITION MANAGEMENT, INC.,

      Plaintiff,

      v.

RETREAVER, INC., and DOES 1-5, inclusive,

      Defendants.

CASE No. 2:19-CV-06814-DFS-KS

**[PROPOSED] ORDER GRANTING DEFENDANT RETREAVER, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) AND 12(B)(6)**

*ACTIVE47406854*

1

1    The Court, having considered Defendant Retreaver, Inc.'s Request for
2 Judicial Notice in Support of Motion to Dismiss First Amended Complaint
3 Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), and finding good cause therefore,
4 hereby,

5    **GRANTS** the Request for Judicial Notice and **TAKES JUDICIAL**
6 **NOTICE OF** Exhibits 3 through 15.

7

8

9 DATED:_____          _____

10                                        The Honorable Dale S. Fischer
                                          United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ACTIVE47406854*                          2