1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ACQUISITION MANAGEMENT, INC., | CASE No. 2:19-CV-06814-DFS-KS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING RETREAVER'S MOTION TO STRIKE EXHIBITS G AND H TO THE FIRST AMENDED COMPLAINT, THE DEFAMATION CLAIM, AND RELATED ALLEGATIONS, PURSUANT TO FED. R. CIV. P. 12(F) FOR VIOLATIONS OF CALIFORNIA PENAL CODE §§ 632 AND 637** |
| v. | |
| RETREAVER, INC., and DOES 1-5, inclusive, | |
| Defendants. | |

The Court, having considered Defendant Retreaver, Inc.'s ("Retreaver") Motion to Strike Exhibits G and H to the First Amended Complaint, the Defamation Claim, and Related Allegations, Pursuant to Fed. R. Civ. P. 12(f) for Violations of California Penal Code §§ 632 and 637, and finding good cause therefore, hereby,

**GRANTS** the Motion and **ORDERS** that, for violations of California Penal Code §§ 632 and 637, the following be stricken from the Plaintiff Acquisition Management, Inc.'s ("Acquisition") First Amended Complaint ("FAC") (ECF No. 25):

- Exhibit G to the FAC;
- Exhibit H to the FAC;
- Paragraphs 38-52, 57-65, 72, and 75 of the FAC; and
- Acquisition's Sixth Claim for Relief in the FAC, for alleged Defamation.

DATED:_____         _____
                                             The Honorable Dale S. Fischer
                                             United States District Judge