MARC E. HANKIN (SBN: 170505)
E-Mail: Marc@HankinPatentLaw.com
ANOOJ PATEL (SBN: 300297)
E-Mail: Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW,**
A Professional Corporation
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90025
Telephone: (310) 979-3600
Facsimile: (310) 979-3603

Attorneys for Plaintiff,
**ACQUISITION MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-cv-06814-DSF-KS <br><br> **DECLARATION OF ADAM YOUNG IN SUPPORT OF OPPOSITION TO DEFENDANT RETREAVER, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE** <br><br> Hon. Dale S. Fischer <br> Courtroom: 7D <br> Hearing Date: December 30, 2019 <br> Hearing Time: 1:30 PM |

I, Adam Young, declare as follows:

1. I am an owner of Plaintiff Acquisition Management, Inc. (hereinafter "Plaintiff" or "Acquisition"). I am over the age of eighteen and am competent to testify to the facts as stated below. Unless otherwise stated herein, I make this Declaration based upon my personal knowledge. I make this Declaration in support of the concurrently filed Plaintiff Acquisition Management, Inc.'s Opposition to Defendant Retreaver, Inc.'s Motion to Dismiss and Motion to Strike. If called as a witness, I could and would testify competently to the matters stated herein.

2. I discovered a physical address in San Francisco, California that appears, on Google, to be an office maintained by Retreaver. A true and correct screenshot of this Google Page showing the San Francisco address associated with Retreaver, Inc. is attached hereto as Exhibit A.

3. Google Adwords are capable of targeting specific geographic locations. A true and correct screenshot of the Google Adwords Support Page available at https://support.google.com/google-ads/answer/1722043?hl=en is attached hereto as Exhibit B.

4. Acquisition was able to obtain a recorded demo, including audio, between Mr. Stan Pavlovsky of Retreaver and Mr. Oscar Maglio of HPJ Holdings. This recording was obtained by asking Mr. Maglio, who then sent the recording to Acquisition for use as Acquisition saw fit.

5. I was not present, digitally or physically, at either the July 4 or July 11, 2019 demonstration of Retreaver's services between Mr. Pavlovsky and Mr. Maglio.

6. When physically located in California, when I searched for "ringba" on Google, a link to Retreaver's website was the first result. A true and correct copy of a screenshot showing "ringba" search results in Google when searching while physically in California is attached hereto as Exhibit C.

7. If Retreaver did not direct this Google Adwords campaign to California, then it could have simply geographically limited its campaign to not include California.

8. Retreaver conducted not one, but two demonstrations with a person

physically located in California.

9. DNC had never contacted Acquisition.

10. CallAnalyticsSoftware.com does not provide reviews, but instead, identifies different competitors in the field and truthfully describes the features of the competitors.

11. Based on collected data, a number of users of CallAnalyticsSoftware.com have gone on to visit Retreaver's website.

12. Acquisition has never run any sort of "racketeering scheme" as described by Mr. Pavlovsky in his demonstration with Mr. Maglio.

13. It is impossible that Retreaver banned Acquisition because Acquisition was never a customer of Retreaver.

14. There is no FTC Complaint that involves Acquisition.

15. Acquisition obtained the recordings by simply asking Mr. Maglio, which Acquisition then had transcribed.

16. Mr. Maglio was the person to whom the telephonic communication was directed, and Mr. Maglio consented to its disclosure.

17.

18. I declare under penalty of perjury under the laws of the United States and the State of California, that the foregoing is true and correct and was executed this 9th day of December, 2019, at Buffalo, Wyoming.

Respectfully Submitted,

_____
Adam Young

# Exhibit A

Google | retreaver

All | Images | Shopping | Maps | News | More | Settings | Tools

About 18,400 results (0.55 seconds)

### Retreaver: Call Tracking For Inbound Calls
https://retreaver.com

**Retreaver's** inbound call tracking allows you to analyze inbound calls and drive higher conversions. Let's grow your revenue. Learn more from **Retreaver** today!

**Log-in**
Retreaver offers customizable call tracking, attribution and routing ...

**Blog**
Retreaver Blog. How to Evaluate Offline Conversions. Laura ...

**Pricing**
Our call tracking solutions for agencies helps maximize ...

**Software**
The Perfect Call Tracking Software To Grow Your Business ...

**About**
About Retreaver. Retreaver helps marketers & agencies gather ...

**Marketer**
Our call tracking solutions helps marketers generate more leads ...

More results from retreaver.com »

### Retreaver Reviews and Pricing - 2019 - Capterra
https://www.capterra.com › Call Tracking Software
Rating: 5 - 9 reviews
Find out what users are saying about **Retreaver**. Read user **Retreaver** reviews, pricing information and what features it offers.

### Retreaver | LinkedIn
https://www.linkedin.com › company › retreaver
Learn about working at **Retreaver**. Join LinkedIn today for free. See who you know at **Retreaver**, leverage your professional network, and get hired.

### Retreaver Reviews 2019: Details, Pricing, & Features | G2
https://www.g2.com › Inbound Call Tracking Software › Retreaver Reviews
Filter 27 reviews by the users' company size, role or industry to find out how **Retreaver** works for a business like yours.

## Images for retreaver



→ More images for retreaver       Report images

### Retreaver Software - 2019 Reviews, Pricing & Demo
https://www.softwareadvice.com › call-center › retreaver-profile
Rating: 5 - 9 reviews



See outside

**Retreaver**

Website | Directions | Save

Telecommunications service provider in San Francisco, California

**Address:** 340 Brannan St, San Francisco, CA 94107
**Phone:** (866) 898-7878

Suggest an edit · Own this business?

**Add missing information**
Add business hours

**Know this place?** Answer quick questions

Send to your phone    Send

**Reviews** ⓘ    Write a review    Add a photo
Be the first to review

▼ More about Retreaver

Feedback

Results 1 - 9 of 9 - Review of **Retreaver** Software: system overview, features, price and cost information. Get free demos and compare to similar programs.

### Retreaver | AngelList
https://angel.co › company › retreaver ▾

**Retreaver** is a technology company devoted to phone call innovation. We help the world's top companies harness the power of telephony for positive customer ...

# Exhibit B

12/9/2019 Case 2:19-cv-06814-DSF-KS Document 29-1 Filed 12/09/19 Page 8 of 14 Page ID
Target ads to geographic locations - Google Ads Help
#:913

# Target ads to geographic locations

Google Ads location targeting allows your ads to appear in the geographic locations that you choose: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising on the areas where you'll find the right customers, and restrict it in areas where you won't. This specific type of targeting could help increase your **return on investment (ROI)** as a result.

When it comes to advertising on Google Ads, consider the real estate adage: "Location, location, location!" Regardless of how great your ad is, it probably won't perform as well if it doesn't appear in the right places. Reach your customers where they are and where your business can serve them by using Google Ads location targeting. You can set and then adjust your location targeting settings at any time.

## Targeting the right locations for your business

Get guidance on choosing the location targets that are most appropriate for your business.

Compare location target types: countries, areas within a country, or radius

Tips for choosing the right locations for your business

## Set up location targeting

Click an option below for location targeting instructions. Keep in mind that **available location target types vary by country**.

*Suggested time for task: 5-7 minutes*

> **Note:** Google Ads only permits targeting for locations that adhere to minimum privacy thresholds where minimum area and minimum user counts are met. If your desired location target does not adhere to these privacy thresholds, then you will not be able to target it in the Google Ads interface.

How to reach audiences in entire countries

How to reach audiences in areas within a country

Set location targeting for multiple campaigns at once

How to target a radius around a location

12/9/2019 Case 2:19-cv-06814-DSF-KS Document 29-1 Filed 12/09/19 Page 9 of 14 Page ID
Target ads to geographic locations - Google Ads Help
#:914

## Advanced: Targeting multiple locations in bulk

Google Ads allows you to add a bulk list of up to 1000 location targets at a time, rather than adding each location one-by-one. We also offer tools for bulk editing. Click an option below to find out more.

How to add multiple location targets in bulk

How to target multiple locations across campaigns

Other bulk editing options

## Related links

- Exclude ads from selected geographic locations
- About advanced location options
- About language targeting
- Refine your location targeting

Was this helpful?

Yes      No

Need more help?
Try these next steps:

**Ask the Help Community**
Get answers from community experts

**Contact us**
Tell us more and we'll help you get there

# Exhibit C



**Ringba Alternative | Trusted By Marketers**

Ad try.retreaver.com/call-tracking/alternative ▼

Try an alternative. Retreaver offers call tracking solution that gives you better insight. Demo Available. Dynamic Call Routing. 5-Star Customer Reviews. Tag, Track, & Route. Try It For Free. IVR Systems. Amenities: Caller Source & Context, Track Call Conversions, Route & Distribute Leads.

Exe C, Pg. 13

Ad · try.retreaver.com/call-tracking/alternative

**Ringba Alternative | Trusted By Marketers | Pay As You Go Pricing | retreaver.com**

Try an alternative. Retreaver offers call tracking solution that gives you better insight. Get your free trial today! Risk-free, no credit card required. IVR System. Demo Available. Try It For Free. Tag, Track, & Route. 5-Star Customer Reviews. Dynamic Call Routing.

Ex.C, Pg. 14