GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-06814-DSF-KS <br><br> **DECLARATION OF STAN PAVLOVSKY IN SUPPORT OF DEFENDANT RETREAVER, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE REPLY** <br><br> [*Reply Memorandum filed concurrently*] <br><br> Hearing Date:  December 30, 2019 <br> Time:          1:30 p.m. <br> Room:          Courtroom 7D <br><br> Hon. Dale S. Fischer <br><br> Action Filed: August 6, 2019 <br> FAC Filed:    November 11, 2019 |

## DECLARATION OF STAN PAVLOVSKY

I, Stan Pavlovsky, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath. I submit this Declaration in support of Defendant Retreaver, Inc.'s Reply Memorandum in Support of Motion to Strike.

2. I am the Chief Revenue Officer ("CRO") of Defendant Retreaver, Inc. In my capacity as Retreaver's CRO, I am primarily responsible for generating sales of Retreaver's products and services and managing Retreaver's client relationships with its customers. In this capacity I am also primarily responsible for providing product demonstrations, or "demos," which are introductory overviews, of Retreaver's products and services to potential customers.

3. I have reviewed Exhibits G and H to Plaintiff Acquisition Management, Inc.'s ("Acquisition") First Amended Complaint. I recognize Exhibits G and H as transcripts of telephone calls that I had with an individual named "Oscar Maglio" and a person who I know only by his first name, "Brock," on July 4 and July 11, 2019.

4. At no point during either of the July 4 or July 11 telephone calls did Oscar or Brock ask my consent to separately, on their own, record any part, or all, of the telephone calls. In fact, I was not aware that Oscar was secretly recording the entire July 4 telephone call until Acquisition attached the transcript of the entire telephone call as Exhibit G to the First Amended Complaint. This transcript (and apparently recording) included the portion of Oscar's call when he initially dialed Retreaver's general phone number before speaking with me.

///
///
///
///
///

1

///

5. I used an iPhone X for the July 4 telephone call.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 16, 2019 at Toronto, Canada.

_____
Stan Pavlovsky