GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-06814-DSF-KS <br><br> **SUPPLEMENTAL DECLARATION OF STAN PAVLOVSKY IN SUPPORT OF RETREAVER, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2)** <br><br> *[Reply Memorandum of Points and Authorities; Evidentiary Objections; Declaration of Jason Kolesnikowicz Filed Concurrently]* <br><br> Hearing Date: December 30, 2019 <br> Time: 1:30 p.m. <br> Room: Courtroom 7D <br><br> Hon. Dale S. Fischer <br><br> Action Filed: August 6, 2019 <br> FAC Filed: November 11, 2019 |

## SUPPLEMENTAL DECLARATION OF STAN PAVLOVSKY

I, Stan Pavlovsky, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath. I submit this Supplemental Declaration in support of Defendant Retreaver, Inc.'s Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.

2. I did not solicit HPJ Holdings, Inc. for Defendant Retreaver, Inc.'s ("Retreaver") services. I also did not solicit Oscar Maglio for Retreaver's services. Oscar Maglio contacted Retreaver on July 3, 2019, through Retreaver's website, to schedule a demo. I did not know who Oscar was or what company he worked for at the time, because he did not provide that information before we spoke for the first time on July 4, 2019. To be clear, I had never spoken to Oscar before he called Retreaver on July 4, 2019 for the demo that he scheduled.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 15, 2019 at Toronto, Canada.

_____
Stan Pavlovsky