GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
REBEKAH S. GUYON (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Retreaver, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RETREAVER, INC., and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-06814-DSF-KS<br><br>**DECLARATION OF JASON KOLESNIKOWICZ IN SUPPORT OF RETREAVER, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>*[Submitted For The Court's Consideration <u>Only</u> If It Converts Retreaver's 12(b)(6) Motion To A Rule 56 Motion For Summary Judgment]*<br><br>Hearing Date:  December 30, 2019<br>Time:  1:30 p.m.<br>Room:  Courtroom 7D<br><br>Hon. Dale S. Fischer<br><br>Action Filed: August 6, 2019<br>FAC Filed:    November 11, 2019 |

# DECLARATION OF JASON KOLESNIKOWICZ

I, Jason Kolesnikowicz, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently thereto under oath. I submit this Declaration in support of Defendant Retreaver, Inc.'s Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. I submit this Declaration for the Court's consideration only if the Court converts Retreaver, Inc.'s ("Retreaver") 12(b)(6) Motion to Dismiss ("Motion") into a motion for summary judgment and also considers the extrinsic evidence provided by Plaintiff Acquisition Management, Inc. ("Acquisition") in opposition to Retreaver's Motion.

2. I am the CEO of Retreaver, Inc. I have served in this capacity since January 2016, when Retreaver was formed. In my capacity as Retreaver's CEO, I oversee Retreaver's daily business operations, including investigation into customers' potential violations of Retreaver's Terms of Service, and banning accounts (as I describe below) when they are used in violation of Retreaver's Terms of Service.

3. On May 13, 2019, I banned an account on the Retreaver platform held by Harrison Gevirtz, which means that he is no longer able to access or use that account.

4. The reason that I banned Mr. Gevirtz's account is that I discovered he was using Retreaver's services to engage in fraudulent conduct that violated Retreaver's Terms of Service.

///
///
///
///
///
///
///
///

1

5. I have reviewed the transcripts attached as Exhibits G and H to Acquisition's First Amended Complaint ("FAC"), which purport to reflect telephone conversations between an individual named Oscar and Stan Pavlovsky, Retreaver's Chief Revenue Officer. I have reviewed Mr. Pavlovsky's description of a "tech support scam" involving a virus that Mr. Pavlovsky stated "Ringba" caused to be downloaded onto its customers' computers, as described in Exhibit H at 19:12-20:9. The tech support scam that Mr. Pavlovsky describes is an example of the fraudulent conduct I discovered that caused me to ban Mr. Gevirtz's account.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 16, 2019 at Toronto, Canada.

_____
Jason Kolesnikowicz