JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RETREAVER, INC., et al.,<br>　　　　Defendants. | CV 19-06814-DSF (KS)<br><br>JUDGMENT |

The Court having dismissed this action for lack of personal jurisdiction,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice to Plaintiff re-filing in a court that has personal jurisdiction over Defendant, and that Defendant recover just costs in accordance with 28 U.S.C. § 1919.

Date: January 22, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　United States District Judge