JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br>     Plaintiff, <br><br> v. <br><br> RETREAVER, INC., et al., <br>     Defendants. | CV 19-06814-DSF (KS) <br><br> JUDGMENT |

    The Court having dismissed this action for lack of personal jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice to Plaintiff re-filing in a court that has personal jurisdiction over Defendant, and that Defendant recover just costs in accordance with 28 U.S.C. § 1919.

Date: January 22, 2020

                                                      Dale S. Fischer <br>
                                                      United States District Judge