# EXHIBIT 1

| Category | UTBMS | Date | Bill Date | Billed Amt | Narrative |
|---|---|---|---|---|---|
| Legal Research | E106 | 8/28/2019 | 9/6/2019 | $557.05 | WestlawNext Research by GUYON,REBEKAH. |
| Public Records | E118 | 8/29/2019 | 10/8/2019 | $112.09 | Lexis Charges: 08/29/19 LEXIS PUBLIC RECORDS Requested by LOTT, CYNTHIA Ref: ▮▮▮▮ |
| Legal Research | E106 | 8/29/2019 | 9/6/2019 | $185.90 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 8/30/2019 | 9/6/2019 | $252.20 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 9/4/2019 | 10/8/2019 | $59.40 | Lexis Charges: 09/04/19 US CASES Requested by GUYON, REBEKAH Ref: ▮▮▮▮ |
| Public Records | E118 | 9/23/2019 | 12/4/2019 | $0.36 | VENDOR: Accurint-ACH / Lexis Nexis INVOICE#: 1008203-20190930 DATE: 9/30/2019 Person Search on Sep 23 2019 - Re: 340 BRANNAN STREET SAN FRANCISCO CA |
| Public Records | E118 | 9/23/2019 | 12/4/2019 | $1.30 | VENDOR: Accurint-ACH / Lexis Nexis INVOICE#: 1008203-20190930 DATE: 9/30/2019 Address Report on Sep 23 2019 - Re: 340 BRANNAN ST SAN FRANCISCO CA 94107 |
| Public Records | E118 | 10/1/2019 | 11/6/2019 | $123.60 | VENDOR: Parcels, Inc. - ACH INVOICE#: 841474 DATE: 10/1/2019 Account Number: ▮▮▮▮ Invoice Number 841474; DE State copies on Retreaver Inc. |
| Legal Research | E106 | 10/4/2019 | 11/6/2019 | $59.40 | Lexis Charges: 10/04/19 LEXIS ADVANCE Requested by MCCARTHY, KRISTIN Ref: ▮▮▮▮ |
| Public Records | E118 | 10/28/2019 | 1/7/2020 | $0.36 | VENDOR: Accurint-ACH / Lexis Nexis INVOICE#: 1008203-20191031 DATE: 10/31/2019 Person Search on Oct 28 2019 - Re: OSCAR MAGLIO. |
| Public Records | E118 | 10/28/2019 | 1/7/2020 | $2.61 | VENDOR: Accurint-ACH / Lexis Nexis INVOICE#: 1008203-20191031 DATE: 10/31/2019 Flat Rate Comprehensive Report on Oct 28 2019 Re: OSCAR MAGLIO 237629950157 |
| Public Records | E118 | 10/29/2019 | 1/7/2020 | $0.24 | VENDOR: Accurint-ACH / Lexis Nexis INVOICE#: 1008203-20191031 DATE: 10/31/2019 Phones Plus Search on Oct 29 2019 - Re: ▮▮▮▮ |

Exhibit 1

| | | | | | |
|---|---|---|---|---|---|
| Service Fees | E107 | 10/31/2019 | 12/4/2019 | $23.75 | VENDOR: First Legal Network, LLC INVOICE#: 10266260 DATE: 10/31/2019 Order 4169644; RE: delivery - regular vehicle |
| Public Records | E118 | 11/14/2019 | 12/4/2019 | $24.00 | VENDOR: Keyes, Kristin Ichishta INVOICE#: 3790110611201632 DATE: 11/20/2019 Publications; 11/14/19 - Online research for Rebekah Guyon cm ████████ Quest 407557 -Stacey Adler; Merchant: DCCA ELECTRONIC PYMT |
| Public Records | E118 | 12/1/2019 | 1/7/2020 | $5.00 | VENDOR: TransUnion Risk and Alternative Data Sol; INVOICE#: 00120119192; DATE: 12/1/2019 - Act█████ Research and Information Charges. Billing Period: 11/01/2019-11/30/2019. Requested by MAA for cm#█████████ |
| Private Investigator | E120 | 12/2/2019 | 1/7/2020 | $2,323.75 | VENDOR: Charles Griffin Intelligence LLC INVOICE#: 19069-03 DATE: 12/2/2019 Investigative report, public record research 11/12-19-11/22/19 |
| Service Fees | E107 | 12/15/2019 | 1/7/2020 | $28.25 | VENDOR: First Legal Network, LLC INVOICE#: 10277669 DATE: 12/15/2019 customer █████, order 4210918 - Delivery - Rush Vehicle |
| Legal Research | E106 | 9/30/2019 | | $19.80 | Lexis Charges: 09/30/19 LEXIS ADVANCE Requested by MCCARTHY, KRISTIN Ref:█████████ |
| Legal Research | E106 | 9/4/2019 | | $1,048.45 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 9/23/2019 | | $198.90 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 9/25/2019 | | $19.80 | Lexis Charges: 09/25/19 LITIGATION PROFILE SUITE Requested by BOYAJIAN, NINA Ref:█████████ |
| Legal Research | E106 | 9/26/2019 | | $1,168.05 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 9/27/2019 | | $371.80 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 9/30/2019 | | $19.80 | Lexis Charges: 09/30/19 LEXIS ADVANCE Requested by MCCARTHY, KRISTIN Ref:█████████ |

Exhibit 1

| Legal Research | E106 | 10/4/2019 | | $66.30 | WestlawNext Research by GUYON,REBEKAH. |
|---|---|---|---|---|---|
| Legal Research | E106 | 10/28/2019 | | $198.90 | WestlawNext Research by GUYON,REBEKAH. |
| Public Records | E118 | 10/29/2019 | | $0.24 | VENDOR: Accurint-ACH / Lexis Nexis INVOICE#: 1008203-20191031 DATE: 10/31/2019 Phones Plus Search on Oct 29 2019 - Re: ███████ |
| Legal Research | E106 | 11/5/2019 | | $92.95 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/12/2019 | | $345.15 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/15/2019 | | $424.45 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/18/2019 | | $1,261.00 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/19/2019 | | $1,035.45 | WestlawNext Research by GUYON,REBEKAH. |
| Public Records | E118 | 11/21/2019 | | $70.80 | Lexis Charges: 11/21/19 US COMPANY PROFILES Requested by LOTT, CYNTHIA Ref: ███████ |
| Legal Research | E106 | 11/21/2019 | | $650.65 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/22/2019 | | $92.95 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/25/2019 | | $92.95 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/27/2019 | | $531.05 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 11/29/2019 | | $225.55 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 12/9/2019 | | $66.30 | WestlawNext Research by GUYON,REBEKAH. |
| Legal Research | E106 | 12/13/2019 | | $92.95 | WestlawNext Research by DRAPEAU,CAREN. |

| | |
|---|---|
| Minus 1/2 of Ms. Guyon's Legal Research before November 11, 2019 | -2,113.28 |
| Minus 1/3 of Ms. Guyon's Legal Research after November 11, 2019 | -1,625.05 |
| Minus Private Investigator Fees Not Incurred for Personal Jurisdiction Defense | -325.00 |
| **Total** | **$7,790.17** |

# EXHIBIT 2



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# REDACTED3840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10266260 | REDACTED |
| Invoice Date | Total Due |
| 10/31/19 | 23.75 |

GREENBERG TRAURIG LLP
ATTN: G.T. ACCOUNTS PAYABLE
P.O. BOX 90790
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
CLIENT CARE    REDACTED

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | REDACTED | 10266260 | 10/31/19 | 23.75 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/24/19 | 4169644 | REG | GREENBERG TRAURIG LLP | USDC-LOS ANGELES | Base Chg : 23.75 | 23.75 |
| DELIVERY-REGULAR VEHICLE | | | 1840 CENTURY PARK EAST | 350 W. 1ST STREET | | |
| | | | LOS ANGELES    CA 90067 | LOS ANGELES    CA 90012 | | |
| | | | Caller: Haleh Sharifi | | | |
| | | | 2:19-CV-0681 | | | |
| | | | ACQUISITION MGMNT V RETREAVER | | | |
| | | | | | | |
| | | | DELIVER CC TO JUDGE | | | |
| | | | FISCHER BY NOON | | | |
| | | | TOMORROW | | | |
| | | | Signed: delivered dsf | Ref: REDACTED | | |

| | | |
|---|---|---|
| | Total | 23.75 |

# INVOICE PAYMENT DUE UPON RECEIPT

Exhibit 2



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# REDACTED 3840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10277669 | REDACTED |
| Invoice Date | Total Due |
| 12/15/19 | 28.25 |
| | |
| | |
| | |

GREENBERG TRAURIG LLP
ATTN: G.T. ACCOUNTS PAYABLE
P.O. BOX 90790
PASADENA, CA 91109

BILLING/PAYMENT QUESTIONS
CLIENT CARE

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | REDACTED | 10277669 | 12/15/19 | 28.25 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 12/03/19 | 4210918 | RSH | GREENBERG TRAURIG LLP        USDC-LOS ANGELES          Base Chg :   28.25 | | | 28.25 |
| DELIVERY-RUSH VEHICLE | | | 1840 CENTURY PARK EAST       350 W. 1ST STREET | | | |
| | | | LOS ANGELES       CA 90067  LOS ANGELES      CA 90012 | | | |
| | | | Caller: Haleh Sharifi | | | |
| | | | | | | |
| | | | DELIVER CC TO JUDGE | | | |
| | | | FISCHER BY NOON | | | |
| | | | TODAY | | | |
| | | | Signed: delivered dsf           Ref:   REDACTED  000330 | | | |
| | | | | | Total | 28.25 |

## INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT 3

*Service Charge*

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|-----------|------|-----------|--------------|
| ▮▮▮▮ | 10/1/2019 | 841474 | |

| Customer |
|----------|
| 1061 Greenberg Traurig-Boston |



**Bill To**

Greenberg Traurig
One International Place
Boston MA 02110
United States

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
**United States**
▮▮▮▮▮▮

For all inquiries regarding your account, please call ▮▮▮▮▮▮ or email,
▮▮▮▮▮▮

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Invoice # | Customer | Terms | Payment Due |
|-----------|----------|-------|-------------|
| 841474 | 1061 Greenberg Traurig-Boston | Net 30 | 10/31/2019 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|------------------|-------------|---------------|--------------|------|
| ▮▮▮▮ | | 11:13 am | | 10/1/2019 |

| Contact | Job Detail |
|---------|-----------|
| 1061 Greenberg Traurig-Boston ▮▮▮▮ | DE State copies on Retreaver Inc |

| Caller |
|--------|

| Parcels Division |
|------------------|
| Parcels Dover |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Secretary of State Service Fee | 40.00 | 40.00 |
| 76 | Fees Advanced - Secretary of State | 1.10 | 83.60 |
| | | **Total** | **$123.60** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

11/14/2019                                        Payment Complete

## Hawaii Business Express
Start, manage, and learn about Hawaii businesses

# Payment Receipt



| ITEM | REFERENCE NUMBER | PRICE |
|------|------------------|-------|
| 29180C5: Articles of Termination | RDPMS_PDF-12409104 | $3.00 |
| 29180C5: Annual Filing for 2010 | RDPMS_PDF-12382531 | $3.00 |
| 29180C5: Annual Filing for 2009 | RDPMS_PDF-12228112 | $3.00 |
| 29180C5: Annual Filing for 2008 | RDPMS_PDF-12090497 | $3.00 |
| 29180C5: Annual Filing for 2007 | RDPMS_PDF-11438147 | $3.00 |
| 29180C5: Annual Filing for 2006 | RDPMS_PDF-11352684 | $3.00 |
| 29180C5: Annual Filing for 2005 | RDPMS_PDF-11210241 | $3.00 |
| 29180C5: Articles of Organization | RDPMS_PDF-11086571 | $3.00 |

## Total Price                                                  $24.00

### Payment Information

| | |
|---|---|
| Contact Name | Stacey Adler |
| Phone Number | |
| Email Address | |
| Card Type | MasterCard |
| Account Number (last 4) | 5613 |
| Expiration Date | **/** |
| Name on Card | KRISTIN KEYES |
| Billing Address | 8400 NW 36th St Suite 400 Greenberg Traurig Doral, FL 33166 United States |

### Final Steps

Please **print this receipt** for your records and click Continue below to complete the transaction.

Reference Id
Authorization Code
Transaction Date/Time

This payment is non-refundable.

12                                            Exhibit 3

*PRINT*

 **TransUnion**

FEIN: ▮▮▮▮▮
Billing Support: **888-891-4847**
Customer Support: **888-493-2209**
FAX: **561-226-9717**

*INV # OD120119192*

## Customer Information

**Greenberg Traurig PA**
**8400 NW 36th St**
**Suite #400**
**Doral, FL 33166-6676**

Account ID: ▮▮▮▮
Statement ID: **574224-201911-1**
Invoice Date: **12/01/2019**
Billing Period: **11/01/2019 - 11/30/2019**
Terms: **Net 30**
Payment Preference: **Paper Check**

**PLEASE REFERENCE YOUR ACCOUNT ID ON YOUR CHECK!**

## Remittance Address
**TransUnion Risk and Alternative**
**Data Solutions, Inc.**
**PO Box 209047**
**Dallas, TX 75320-9047**

## TLOxp Charges & Credits

| | |
|---|---|
| Balance Forward: | $ ▮▮▮▮ |
| Current Charges: | ▮▮▮▮ |
| Sales Tax: | $0.00 |
| Credits / Adjustments: | $0.00 |
| Balance Due: | |

**GT - RESEARCH**
Vendor #_____ *9247*
G/L #_____ Dept. #_____
C/M #_____

Approval: X *Denise Mason*
Signature

Print Name: *Denise Mason* TKPR#_____

Sales Use Log into the Billing section of My Account in TLOxp to:
Capital Expense Copy Made: ☐YES ☐N/A
• Make a Payment Online
• Download Invoices
• Review Billing History
• Update Payment Preferences
  ○ Auto-Debit
  ○ Review & Approve
  ○ Paper Check

*Please refer to the following pages for a detailed list of charges.*
Social Security Numbers cannot be displayed in details.

Exhibit 3

**Summary by Reference ID**

| Reference ID | Total |
|---|---|


$5.00 ←

| | Total: |

**Summary by User**

| User | Total |
|---|---|


# EXHIBIT 4

# Charles Griffin Intelligence 〰

**Bill To**

Greenberg Traurig Accounts Payable
P.O. Box 90790
Pasadena, CA 91109-0790

# Invoice

| | |
|---|---|
| Date | 12/2/2019 |
| Invoice # | 19069-03 |

| | |
|---|---|
| Due Date | 12/9/2019 |

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| Public Record Research | HPJ research, November 12, 2019 | 3.25 | 325.00 | 1,056.25 |
| Database expenses | Databases | 1 | 75.00 | 75.00 |
| Memorandum | Wrote up findings for client, Nov. 13, 2019 | 0.5 | 325.00 | 162.50 |
| Public Record Research | Reverse phone number search, Nov. 15 | 0.75 | 325.00 | 243.75 |
| Telephone work | Called ▇▇▇▇▇ Nov. 18. | 0.25 | 325.00 | 81.25 |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ | | 1 | 325.00 | 325.00 |
| Documents | Pacer downloads | 1 | 30.00 | 30.00 |
| Public Record Research | Young/Trouw, Nov. 22 | 1 | 325.00 | 325.00 |
| Database expenses | Databases | 1 | 25.00 | 25.00 |

| | |
|---|---|
| Total | $2,323.75 |
| Payments/Credits | $0.00 |
| Balance Due | $2,323.75 |

45 Rockefeller Plaza, Suite 2000
New York, NY 10111

Exhibit 4