1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RETREAVER, INC., and DOES 1-5, inclusive,<br><br>Defendants. | CASE No. 2:19-CV-06814-DFS-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RETREAVER INC.'S MOTION FOR AWARD OF JUST COSTS PURSUANT TO 28 U.S.C. § 1919** |

*ACTIVE48666652*

1

The Court, having considered Defendant Retreaver, Inc.'s ("Retreaver") Motion for Award of Just Costs Pursuant to 28 U.S.C. § 1919, and finding good cause therefore, hereby,

**GRANTS** the Motion and **ORDERS** that Retreaver be awarded a total of $7,790.18 in just costs incurred in asserting and maintaining its defense for lack of personal jurisdiction.

DATED:_____     _____
                                                                     The Honorable Dale S. Fischer
                                                                     United States District Judge