# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>RETREAVER, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–06814–DSF–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   2/12/2020

Document Number(s):   37

Title of Document(s):   Motion for Costs

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Clerk to Tax Costs (CV–59) – under Category – Applications/Ex Parte Application/Motions/Petitions/Requests

Hearing information is missing, incorrect, or not timely.

Other:

Motion event utilized in docketing this filing. It is important that filer use the correct event, as this document is viewed by Bill of Costs Clerk. In the future, please use the SEARCH feature on the CM/ECF Menu Bar if you are unsure of the events to use.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 18, 2020           By:  /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
                                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS