**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ACQUISITION MANAGEMENT, INC, | |
|---|---|
| PLAINTIFF(S) | **CASE NUMBER** |
| v. | 2:19−cv−06814−DSF−KS |
| RETREAVER, INC., et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 2/12/20 | 37 | Motion for Costs |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by 2/21/2020 .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: February 18, 2020

By: Renee Fisher
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge