|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACQUISITION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> RETREAVER, INC., and DOES 1-5, inclusive, <br><br> Defendants. | CASE No. 2:19-CV-06814-DFS-KS <br><br> **AMENDED [PROPOSED] ORDER GRANTING DEFENDANT RETREAVER INC.'S MOTION FOR AWARD OF JUST COSTS PURSUANT TO 28 U.S.C. § 1919** |

*ACTIVE48937567*

1

1  The Court, having considered Defendant Retreaver, Inc.'s ("Retreaver")
2  Amended Motion for Award of Just Costs Pursuant to 28 U.S.C. § 1919, and
3  finding good cause therefore, hereby,

4  **GRANTS** the Motion and **ORDERS** that Retreaver be awarded a total of
5  $7,790.17 in just costs incurred in asserting and maintaining its defense for lack of
6  personal jurisdiction.

8  DATED:_____    _____
                                            The Honorable Dale S. Fischer
                                            United States District Judge

*ACTIVE48937567*                    2