# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ACQUISITION MANAGEMENT, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>RETREAVER, INC., et al.<br><br>Defendant(s). | 2:19–cv–06814–DSF–KS |
| | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 2/20/20 | 40 | Amended Notice of Motion and Motion to the clerks to Tax Costs |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

   The document is stricken and counsel is ordered to file an amended or corrected document by 5/11/2020.


                                                    Clerk, U.S. District Court

Dated: May 4, 2020                          By: /s/ *Renee Fisher*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*